## Affidavit for TRO

I, Kursten Owen, declare under penalty of perjury that all factual allegations above and in attached exhibits are true and correct to the best of my knowledge. The overnight shift from legal threat to mass, ongoing harassment has caused me and continues to cause me immediate and irreparable business, reputational, and emotional damage. Allowing these individuals to continue to assert these illogical, harassing, damaging, and unfounded claims will result in irreparable continued harm to my reputation and business and place my mental and physical health, as well as that of my family, whose information is actively being disclosed, in immediate danger. That is also why the court should grant this ex parte, because there is a high likelihood of online escalation without a court order against it in place and because I already told the defendants that there would be a law suit if they didn't stop and they have chosen to continue.

Signed,

*/s Kursten Owen*
*Kursten Owen*
July 22, 2025