# Exhibits

July 16, 2025 16:39

 I hope you choke and die for being the racist piece of white trash you are



## Adelle/adie wants to send you a message

Fri 9:23 AM

I hope they find you and burn your house down you piece of shit

Accept message request from **Mikela Parker (queenkela_93)**?



Images sent in message requests are covered.

**Click to see blurred image**

I hope she sues your disgusting, nasty, stealing ass

This is so nasty of you to steal her hard work and promote it as yours. I hope she sues you

May you get the day and life you deserve

I hope this lands in the news

I hope your face is plastered everywhere you scammer

I think it's like those crackers that stole everything and put it in their name

Accept message request from **@meri (tiepe.ss)**?

July 15, 2025 09:13

 You're doomed to fail you rancid white troll.

**Infinamz wants to send you a message**

July 15, 2025 17:57

 Thief!! Colonizer!! Gross cvnt!!

**rahrahzhere wants to send you a message**

July 15, 2025 20:34

 You are a thief! You stole another person's invention!

**hgsmvm wants to send you a message**

July 16, 2025 05:11

 Praying to fucking God you do get banned and get kicked out of your fucking home you white ass, victim playing ass LOSER bitch 😂 literally praying and hoping on your downfall. Pathetic cracker bitch.

**Ezeriah wants to send you a message**

## brebreomi posts clearly defaming:

www.threads.com/@brebreromi/post/DMHbylqsefj
24.6k views
1.9k likes
73 comments
416 reposts
17 sends
https://www.threads.com/@brebreromi/post/DMIjHz8MVQK
5.3k views
123 likes
18 comments
19 reposts
2 sends
https://www.threads.com/@brebreromi/post/DMJBrK-SrYz
384k views
17.7k likes
709 comments
2.1k reposts
198 sends
https://www.threads.com/@brebreromi/post/DMJC4ejSlA2
7.2k views
212 likes
3 comments
29 reposts
5 sends
https://www.threads.com/@brebreromi/post/DMJlvPXS3jk
9.4k views
658 likes
22 comments
30 reposts
3 sends
https://www.threads.com/@brebreromi/post/DMJKwhuS0tN
49k views
4.9k likes
109 comments
641 reposts
99 sends

https://www.threads.com/@brebreromi/post/DMJgVDXJb_O
13.3k views
733 likes
48 comments
90 reposts
3 sends
https://www.threads.com/@brebreromi/post/DML9urgykf1
17.8k views
1.4k likes
84 comments
190 reposts
23 sends
https://www.threads.com/@brebreromi/post/DMMU1bqtLQm
54.5k views
4.1k likes
187 comments
522 reposts
11 sends
https://www.threads.com/@brebreromi/post/DMN6r8fp7Wi
5.9k views
277 likes
3 comments
106 reposts
5 sends
https://www.threads.com/@brebreromi/post/DMODBgSyqxq
14.7k views
1.6k likes
55 comments
715 reposts
59 sends
@brebreomi threads related to topic/continuing controversy/inciting others to participate
https://www.threads.com/@brebreromi/post/DMIzjQFpYI-
47.7k views
4.1k likes
90 comments
299 reposts

9 sends
https://www.threads.com/@brebreromi/post/DMI4qKgSIVD
6.3k views
111 likes
8 comments
16 reposts
1 send
https://www.threads.com/@brebreromi/post/DMI5I1hyUqs
6.3k views
283 likes
11 comments
22 reposts
1 send
https://www.threads.com/@brebreromi/post/DMJxB_4tWKh
32.9k views
2.3k likes
28 comments
367 reposts
24 sends
https://www.threads.com/@brebreromi/post/DMJzhuSN5cd
14k views
1.5k likes
10 comments
117 reposts
5 sends
https://www.threads.com/@brebreromi/post/DMJ24Ihta00
9k views
481 likes
8 comments
43 reposts
4 sends
https://www.threads.com/@brebreromi/post/DMJ7rzBM3zQ
16.7k views
519 likes
42 comments
17 reposts
1 send

https://www.threads.com/@brebreromi/post/DMKvVqOA2rx
70.8k views
7.1k likes
151 comments
348 reposts
5 sends
https://www.threads.com/@brebreromi/post/DMLD7NbMUd0
13.6k views
1.3k likes
70 comments
69 reposts
2 sends
https://www.threads.com/@brebreromi/post/DMOqWUEp8L6
13.2k views
1.9k likes
20 comments
119 reposts
1 send
https://www.threads.com/@brebreromi/post/DMOtwGKpa77
27 k views
3.1k likes
54 comments
227 reposts
https://www.threads.com/@brebreromi/post/DMQmHKOp4KA
7.7k views
646 likes
16 comments
21 reposts
https://www.threads.com/@brebreromi/post/DMRKokuSDZ8
3.2k views
434 likes
6 comments
35 reposts
https://x.com/brebreromi/status/1945930869715194089/photo/1
34.3k views
1.6k likes
1k reposts

# Kiandria Demone Threads

**Totals:**
**736,800 views**
**60,710 likes**
**2,085 comments**
**6,285 reposts**
**238 sends**

https://www.threads.com/@kiandria/post/DMIsYtGuHN3
4.3k views
316 likes
25 comments
1 send

https://www.threads.com/@kiandria/post/DMIta7KuFkc
105k views
7.2k likes
252 comments
571 reposts
43 sends

https://www.threads.com/@kiandria/post/DMI9qwIOHCv
46.5k views
3.7k likes
94 comments
129 reposts
2 sends

https://www.threads.com/@kiandria/post/DMJG8APuC83
83.8k views
4.4k likes
214 comments
314 reposts
8 sends

https://www.threads.com/@kiandria/post/DMJeqmROZ_5
42.6k views
4k likes
162 comments
427 reposts
16 sends

https://www.threads.com/@kiandria/post/DMJoCc7OpOe
30.5k views
2.4k likes
104 comments
74 reposts
4 sends

https://www.threads.com/@kiandria/post/DMJoRxEuVp3
27.4 k views
1k likes
30 comments
21 reposts
1 send

https://www.threads.com/@kiandria/post/DMJpPShucbU
74.1k views
3.8k likes
104 comments
116 reposts
8 sends

https://www.threads.com/@kiandria/post/DMJsgCpOk6S
28.2k views
1.6k likes
147 comments
220 reposts
16 sends

https://www.threads.com/@kiandria/post/DMLMx6tOrwW
79.6k views
5.6k likes
158 comments
345 reposts
6 sends

https://www.threads.com/@kiandria/post/DMLso2Pur7K
4.3k views
475 likes
74 reposts
3 sends

https://www.threads.com/@kiandria/post/DMMdLDBOMih
2.7k views

212 likes
17 comments
18 reposts
https://www.threads.com/@kiandria/post/D
MNbgdXOGDS
9.9k views
1.2k likes
42 comments
76 reposts
1 send
https://www.threads.com/@kiandria/post/D
MNkE8LOLgT
12.3k views
1.9k likes
67 comments
322 reposts
20 sends
https://www.threads.com/@kiandria/post/D
MNsS_nujTK
6.7k views
853 likes
26 comments
119 reposts
2 sends
https://www.threads.com/@kiandria/post/D
MNtg9iucm6
7.4k views
698 likes
18 comments
33 reposts
https://www.threads.com/@kiandria/post/D
MOH-jxO4l-
100k views
8.9k likes
145 comments
1.6k reposts
48 resends
https://www.threads.com/@kiandria/post/D
MOlEvHuZwB
6.2k views
8.9k likes
145 comments
1.6k reposts
48 sends

https://www.threads.com/@kiandria/post/D
MON-Axuofe
5k views
723 likes
10 comments
96 reposts
1 send
https://www.threads.com/@kiandria/post/D
MOssSVOtz-
10.1k views
1k likes
30 comments
75 reposts
3 sends
https://www.threads.com/@kiandria/post/D
MO416Yu6gD
20.3k views
884 likes
73 comments
11 reposts
2 sends
https://www.threads.com/@kiandria/post/D
MRDG8ZOX5D
7.5k views
811 likes
29 comments
44 reposts
8 sends



**morvaj** 3m
working on it! 🫶 handmade #fashion #gothic
Fucking thief!!!! Pasty ass doing what yall pasty ass do best! #alwaysstealingfromblackcreators

**destheempress** 5m
working on it! 🫶 handmade #fashion #gothic
Theif

**no_spoons_remain** 1h
Mentioned you
@eleganceandgeekery STOP LYING!

**majical_katerimarie** 1h
working on it! 🫶 handmade #fashion #gothic
Sooo ur just gonna steal someone else's idea? Trash 🗑️

**the_real_ashee2k6** 1h
I love the final result! What do you think? 😍
...
Thief

**the_real_ashee2k6** 1h
Petals and sky unite! 🌸🌙✨
...
Thief

**the_real_ashee2k6** 1h
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
...

**mlc_2019** 1h
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
crazy you event felt comfortable straight stealing the design and idea of this when we, as a hair texture community already HAVE low tension hair products

**lakeciaw** 1h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
You're a thief!!!!

**lakeciaw** 1h
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
You're a thief!!!

**lakeciaw** 1h
working on it! 🫶 handmade #fashion #gothic
You're a thief!!!

**therealakial_2timescousin** 1h
Mentioned you
@eleganceandgeekery Likes stealing from black female inventors!! Pretending like she created her new invention when she in fact stole it! Now she's threatening the original creators with asinine nonsense! Wanting the original creator to...

**meek_wts** 2h
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
This the site where another woman(black) invention was stolen?

**rosebud.rosethorn** 2h

---

**Activity** ∨

ahhah 😊

**rosebud.rosethorn** 2h
working on it! 🫶 handmade #fashion #gothic
Theft.

**karoline.withak** 2h
working on it! 🫶 handmade #fashion #gothic
Just donated to the black woman who you stole from to help her take you to court 😊

♡ 4  ♡ 1

**thatvichick22** 2h
How the hair hoops work! ⚙️⚙️⚙️ handmade #smallbusinesscheck #fashion
May you never make a penny off this stolen Design! Ase'

**jenx_74** 2h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
You are fucking despicable

**jenx_74** 2h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
To steal from another woman... How fucking despicable

**arabellavitale** 3h
working on it! 🫶 handmade #fashion #gothic
This is not your design. This product belongs to a Black inventor. You need to quit selling these full stop.
@brebreromi "The person who stole my invention just posted a tiktok & reel...

♡ 1

---

**Activity** ∨

working on it! 🫶 handmade #fashion #gothic
Classic colonizer thief

**nola_nerd** 3h
working on it! 🫶 handmade #fashion #gothic
This is such a dope idea that you stole cause you're a thief

**koriileighh** 3h
working on it! 🫶 handmade #fashion #gothic
just reported you for intellectual property theft to the NIPR 😊

**devil_in_a_cardigan** 3h
working on it! 🫶 handmade #fashion #gothic
Does it feel good to steal a Black woman's intellectual property, you unoriginal fucking hack?

**my.shananigans** 3h
working on it! 🫶 handmade #fashion #gothic
Maybe stop stealing ideas from Black women.

♡ 3

**thepeopleofthebook144** 3h
working on it! 🫶 handmade #fashion #gothic
The audacity to threaten legal action.

**jellybeejewelry** 3h
working on it! 🫶 handmade #fashion #gothic
Ummmm this is blatant theft.



Activity

♡ 3   ◯   ⟳   ▽

**thepeopleofthebook144** 3h
working on it! 〰 handmade #fashion #gothic
The audacity to threaten legal action.
♡   ◯   ⟳   ▽

**jellybeejewelry** 3h
working on it! 〰 handmade #fashion #gothic
Ummmm this is blatant theft.
♡   ◯   ⟳   ▽

**kiandria** 3h
Mentioned you
@brebreromi is the original inventor end @eleganceandgeekery stole from her 😤
♡ 2   ◯   ⟳   ▽

**quisethesaiyan** 4h
working on it! 〰 handmade #fashion #gothic
You know you fucked up right?
♡   ◯   ⟳   ▽

**imagemini2** 4h
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
THIEF- Try being original and stop stealing other people's designs
♡   ◯   ⟳   ▽

**fina_xx35** 4h
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Shop @brebreromi, these are knock offs
♡   ◯   ⟳   ▽

---

**Activity** ⌄    ...

⌄ 1   ⊔   ⊔   ▽

**de_eds** 5h
working on it! 〰 handmade #fashion #gothic
Replied to you
♡   ◯   ⟳   ▽

**oya.oracle** 5h
working on it! 〰 handmade #fashion #gothic
THIEF!!!! Smh

Y'all just can't resist huh ?! Smh
♡   ◯   ⟳   ▽

**mwallen777** 5h
Followed you                                    Follow

**tulsagirl_ael** 5h
working on it! 〰 handmade #fashion #gothic
You are a thief. I'm donating money to the real creator to help fight you.
♡   ◯   ⟳   ▽

**bossykrisskross22** 5h
How the hair hoops work! 🌸 🌸 🌸 handmade #smallbusinesscheck #fashion
I already donated to the original creators GoFundMe for legal support, and I hope you lose everything. THIEF
♡   ◯   ⟳   ▽

**sharkyhowls** 5h
working on it! 〰 handmade #fashion #gothic
THIEF. Low life thievery going on here. You should be ashamed. We all see you for what you are.
♡ 4   ◯   ⟳   ▽

**bossykrisskross22** 5h
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
STOP STEALING FROM BLACK WOMEN!

---

Activity

**tuesday_513** 4h
Mentioned you
Another embarrassing white woman carrying the load for the patriarchy. Grow a spine, liberate yourself, and do the right thing @eleganceandgeekery. It's not too late to live out from under a mediocre white man's thumb.
♡   ◯   ⟳   ▽

**dsoulful** 4h
working on it! 〰 handmade #fashion #gothic
Not gonna happen THIEF! You stole @brebreromi intellectual property and have the nerve to attempt to play the victim 😒
♡   ◯   ⟳   ▽

**2ns.arebetterthan1** 4h
Low tension hold, with no hairband! ⚙ 😃 handmade #steampunk #fashion
THIEF. This design is STOLEN.
♡   ◯   ⟳   ▽

**_lissa_lisssa** 5h
Low tension hold, with no hairband! ⚙ 😃 handmade #steampunk #fashion
? These ones aren't even cute. It looks like something from your son's toy bin. @brebreromi created the original ones, and they very flattering. You should try those ones ∞∞ ❤ ❤ ❤
♡ 3   ◯   ⟳   ▽

**_lissa_lisssa** 5h
Low tension hold, with no hairband! ⚙ 😃 handmade #steampunk #fashion
I came to the comments to give my two cents , however, y'all holding it down ain't yall? Love to see it 😂∞∞∞
♡ 1   ◯   ⟳   ▽

**iamangelhenderson** 5h
working on it! 〰 handmade #fashion #gothic
@brebreromi I'm praying God's favor over you and the creation of YOUR product. I pray that His Justice is swift and prevailing. I pray a precedent is set that makes

---

**Activity** ⌄    ...

♡ 4   ◯   ⟳   ▽

**bossykrisskross22** 5h
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
STOP STEALING FROM BLACK WOMEN!
♡   ◯   ⟳   ▽

**bossykrisskross22** 5h
working on it! 〰 handmade #fashion #gothic
@brebreromi is the original creator and shame on you for trying to take credit.
♡   ◯   ⟳   ▽

**slimedemic** 5h
Followed you                                    Follow back

**gingercake** 5h
working on it! 〰 handmade #fashion #gothic
lol shut this shop down now.
♡   ◯   ⟳   ▽

**lo.uns** 5h
Followed you                                    Follow

**sportie592** 5h
working on it! 〰 handmade #fashion #gothic
Replied to you
♡   ◯   ⟳   ▽

**cris_left** 5h
Low tension hold, with no hairband! ⚙ 😃 handmade #steampunk #fashion
She stole this from another content creator..go to buy from the person who designed it
♡   ◯   ⟳   ▽





**Activity**

**hamachiharlot** 8h
working on it! 🧵 handmade #fashion #gothic

Listen, you really thought you did something. You tried to profit off of stolen ideas and then you doubled down by trying to go after the creator you stole from. How can you look at yourself in the mirror?

**alyssajean** 9h
working on it! 🧵 handmade #fashion #gothic

Thief.

♡ 1

**gthree905** 9h
working on it! 🧵 handmade #fashion #gothic

Don't buy these. They stole them.

**blucharli** 9h
Mentioned you

Heyy @eleganceandgeekery ... so not only are yall a bunch of thieves, y'all are also trying to knowingly fan the flames of racism by APPROVING racist comments .....

**saturnsdaughter49** 9h
working on it! 🧵 handmade #fashion #gothic

Wow we're not surprised! Need to be ashamed of yourself, but it is your nature. To rob, steal, and then cry WOLF.

**slug_parade** 9h
working on it! 🧵 handmade #fashion #gothic

Just stop. Stop now before u dig urself further into a hole. We all know this ain't ur design. At this point I am inclined to believe u and ur family are racist ass trump loving nazis because thats the only people ur going to get as customers...

**Activity** ˅

♡ 1

**caramelbutterfly4.0** 10h
Reach out for customizations! 😊

YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF‼️

**caramelbutterfly4.0** 10h
I love the final result! What do you think? 🫣

YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF‼️

♡ 2

**tanya42** 10h
working on it! 🧵 handmade #fashion #gothic

Not all white people but ALWAYS a white people. I'm so sick of us. This idea is STOLEN from a Black woman and you know it.

♡ 1

**caramelbutterfly4.0** 10h
Petals and sky unite! 🌸☁️✨

YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF‼️

**caramelbutterfly4.0** 10h
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut

YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF‼️

**caramelbutterfly4.0** 10h
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion

ur design. At this point I am inclined to believe u and ur family are racist ass trump loving nazis because thats the only people ur going to get as customers...

**medastrawn** 9h
working on it! 🧵 handmade #fashion #gothic

You are a thief! You stole this and you don't have the decency to admit it.

♡ 3

**myfreauxpoppin** 10h
working on it! 🧵 handmade #fashion #gothic

@brebreromi is the ORIGINAL inventor you stole this idea from by the way!

**myfreauxpoppin** 10h
working on it! 🧵 handmade #fashion #gothic

How dare you steal and incredible invention from a BLACK woman and try to peddle it as your own!

♡ 1

**watttsie** 10h
working on it! 🧵 handmade #fashion #gothic

You are literally the worst

**whatasurrealist** 10h
working on it! 🧵 handmade #fashion #gothic

Thieving ass. Just stealing and whitewashing Brebreromi's entire idea like no one would notice.

♡ 3

**theycallmetricey** 10h
Followed you                                              **Follow back**

**Activity** ˅

♡ 4

**caramelbutterfly4.0** 10h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion

YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF‼️

**ms_twisted_n_turned** 10h
working on it! 🧵 handmade #fashion #gothic

Thief.

**meekasso** 10h
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion

Thief

♡ 1

**meekasso** 10h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion

Thief

**queengigi827** 10h
working on it! 🧵 handmade #fashion #gothic

Stop stealing ideas from Black women.

♡ 8

**classic_soul_sunday** 10h
Don't like the default tan horns? Request a color swap before ordering! ❤️ The ears go great with so many colors! cow #animal #handmade #gaming

Thief

**classic_soul_sunday** 10h



**classic_soul_sunday** 10h
Reach out for customizations! 😊
...
Thief

**classic_soul_sunday** 10h
So many colors to choose from! 🧵
...
Thief

**classic_soul_sunday** 10h
I love the final result! What do you think? 🩵
...
Thief

**classic_soul_sunday** 10h
These new pride pieces have to be my favorite. 🏳️‍🌈
...
Theif

**meekasso** 10h
working on it! 🖤 handmade #fashion #gothic
Their. Stealing from a black woman. No talent or creativity. But that's what yall do

**classic_soul_sunday** 10h
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
All white women do is lie and steal

---

**Activity** ⌄    ...

**sugarloaf78** 10h
working on it! 🖤 handmade #fashion #gothic
Another white thief.

**lizpatterson2927** 10h
working on it! 🖤 handmade #fashion #gothic
Replied to you

**respectfully_naenae** 10h
working on it! 🖤 handmade #fashion #gothic
Smh

**meekasso** 10h
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Stolen

**kiandria** 10h
Mentioned you
What most people probably don't realize is that @eleganceandgeekery has a comment filter on. That means every insult toward the Black inventor, every microaggression, and every piece of blatant racism was manually approved...
♡ 805   💬 25   🔁 111   ▽ 2

**cath_petty** 11h
Followed you                              [Follow back]

**buildyourgarden888** 11h
working on it! 🖤 handmade #fashion #gothic
You're a thief. You will not bully the original creator.

---

♡ 1    💬    🔁    ▽

**classic_soul_sunday** 10h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Pathetic

**oyinboileajo** 10h
Petals and sky unite! 🌺☁️✨
...
Replied to you

**oyinboileajo** 10h
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Replied to you

**oyinboileajo** 10h
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Replied to you
♡ 1

**oyinboileajo** 10h
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Replied to you

**oyinboileajo** 10h
Low tension hold, with no hairband! ⚙️😋 handmade #steampunk #fashion
Replied to you

**oyinboileajo** 10h
working on it! 🖤 handmade #fashion #gothic
Replied to you

---

**Activity** ⌄    ...

Stolen idea!!! This is so shameful and disgusting

**inkbynotnice** 11h
working on it! 🖤 handmade #fashion #gothic
Tisk tisk

**frances.leslie** 11h
Followed you                              [Follow back]

**thejensjo** 11h
working on it! 🖤 handmade #fashion #gothic
Hey friends going to cons. If you see this product just know the design was stolen from a Black Woman. Don't buy and inform others.

**missionspooky** 11h
working on it! 🖤 handmade #fashion #gothic
If I want this, I'll buy it from the Black woman who invented it - Kiki
♡ 7

**daphodil4** 11h
working on it! 🖤 handmade #fashion #gothic
Why is this colonizing bullshit on my timeline?
♡ 1

**_devilslay_** 11h
working on it! 🖤 handmade #fashion #gothic
Why do you whites always feel so entitled to steal other people's stuff. And then to double down on it, you wanna sue the original creator. I hope you never know a moment's peace ever again

**thejensjo** 11h
working on it! 🖤 handmade #fashion #gothic



**Activity**

Why is this colonizing bullshit on my timeline?

♡ 1  ◯  ⟲  ▽

**_devilslay_** 11h
working on it! 🧶 handmade #fashion #gothic
Why do you whites always feel so entitled to steal other people's stuff. And then to double down on it, you wanna sue the original creator? I hope you never know a moment's peace ever again

♡  ◯  ⟲  ▽

**thejensjo** 11h
working on it! 🧶 handmade #fashion #gothic
You steal this one too?
If I ever see you shilling these at a comic con, trust and believe I will be educating others loudly about your theft from a Black Woman

♡ 4  ◯  ⟲  ▽

**caramelbutterfly4.0** 11h
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
YOU DON'T GET TO STEAL @brebreromi INVENTION AND THINK YOUR GONNA GET AWAY WITH IT THIS DAY AND AGE. WE ON YOUR MF NECK YOU THEIF ‼️

♡  ◯  ⟲  ▽

**world_interrupted** 11h
working on it! 🧶 handmade #fashion #gothic
@eleganceandgeekery Why you stealing black women designs. Y'all stay showing your face and then play the victim when you get catch.

♡ 2  ◯  ⟲  ▽

**thejennybones** 11h
working on it! 🧶 handmade #fashion #gothic
colonizers gonna colonize

♡ 4  ◯  ⟲  ▽

---

**Activity**

**diegosmokero** 11h
working on it! 🧶 handmade #fashion #gothic
Replied to you

♡  ◯  ⟲  ▽

**diegosmokero** 11h
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
Fuck you I hope you go bankrupt, theiving ass bitch

♡  ◯  ⟲  ▽

**ellebougie_** 11h
working on it! 🧶 handmade #fashion #gothic
Yall still peddling someone else's idea as your own? I hope Bre sues you for EVERYTHING you own now and will own in the future!

♡ 2  ◯  ⟲  ▽

**locsoflove72** 11h
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
Replied to you

♡  ◯  ⟲  ▽

**tlofairminded** 11h
Followed you                                    [Follow back]

**sweetiepiepops** 11h
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
Lol, this is a mess.

♡  ◯  ⟲  ▽

⑥ Your thread got over 5,000 views. 11h
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion

**itsnoahmadeit** 11h
working on it! 🧶 handmade #fashion #gothic
Imma keep reporting your shit until you no longer exist. Yall wanna play. Yall think

---

**Activity** ⌄

gave you superman confidence and it's the people about to donate all that shit...

♡  ◯  ⟲  ▽

**kiandria** 12h
Mentioned you
@eleganceandgeekery is now essentially 🤣🤣blackmailing a Black woman inventor. She created a hair clip for locs, got her patent pending, and a white man behind the scenes of their company stole the design. When she called it out, they paint...

♡ 1.7K  ◯ 62  ⟲ 300  ▽ 15

**bejonblow** 12h
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion
FRAUD!!!!

♡  ◯  ⟲  ▽

**bejonblow** 12h
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
STOLEN PRODUCT IDEA!!!! FRAUD!!!

♡  ◯  ⟲  ▽

**bejonblow** 12h
working on it! 🧶 handmade #fashion #gothic
STOLEN PRODUCT IDEA!!! FRAUD

♡  ◯  ⟲  ▽

**crystal_claro_0** 12h
Mentioned you
Oh, look! The number that supposedly didn't exist according to @eleganceandgeekery who looked "soooo hard" before becoming blatantly racists by refusing to talk to the inventor who ALSO owns a business so am sure...

♡  ◯  ⟲  ▽

**melinatedkingyoga** 12h
working on it! 🧶 handmade #fashion #gothic
Can you delete your whole account please and thank you

♡ 2  ◯  ⟲  ▽

---

**Activity** ⌄

♡  ◯  ⟲  ▽

**melinatedkingyoga** 12h
working on it! 🧶 handmade #fashion #gothic
Can you delete your whole account please and thank you

♡ 2  ◯  ⟲  ▽

**crystal_claro_0** 12h
Mentioned you
@eleganceandgeekery this may be why you couldn't "find the patent you tried soooo hard to locate" by @brebreromi before coming after her instead of communicating like an actual non-racist business women who knows how to giv...

♡ 5  ◯  ⟲ 1  ▽

**nikki.lake56** 12h
Mentioned you
Funny she keeps claiming Bre "made it a race thing" but @eleganceandgeekery is using her platform to silence black women and host a racist circle-jerk.
...

♡ 6  ◯  ⟲  ▽

**crystal_claro_0** 12h
Mentioned you
Duuuude that's what I've been saying @honeybeebrewer yes!!! 🔥🔥🔥🔥

All that chick had to do was TALK to @brebreromi like any woman who owns a...

♡  ◯  ⟲  ▽

**melinatedkingyoga** 12h
working on it! 🧶 handmade #fashion #gothic
And we still can't legally beat they ass

Imagine that 😩😩😩

♡  ◯  ⟲  ▽



**Activity**

Sounds like @eleganceandgeekery is an entitled thief and a bully

♡ 15  ◯  ⟳ 1  ▽

**luckyheart87** 12h
Low tension hold, with no hairband! ⚙ 😎 handmade #steampunk #fashion
Hey, how about NOT stealing an invention? That could be creative for you/

♡  ◯  ⟳  ▽

**mmmmroww** 12h
working on it! 🧵 handmade #fashion #gothic
Typical colonizers, stealing shit and pretending it's yours. Disgusting.

♡ 1  ◯  ⟳  ▽

**lolozi** 12h
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
Thief!!!!!!

♡  ◯  ⟳  ▽

**jeremiusgod** 12h
Followed you                                    [Follow back]

**laidbacklifecb** 12h
Mentioned you
@eleganceandgeekery you know you done fucked up right?

♡ 18  ◯  ⟳  ▽

**frellingnemo** 12h
Low tension hold, with no hairband! ⚙ 😎 handmade #steampunk #fashion
You can see it slipping out the moment she starts shaking her head.

♡ 1  ◯  ⟳  ▽

**kween.of.h3arts** 13h
working on it! 🧵 handmade #fashion #gothic
Colonizer!!! So sick of yall!!

♡ 1  ◯  ⟳  ▽

---

**Mentioned you**
Funny @eleganceandgeekery never responded to me or any of my posts, yet they sent a link to @brebreromi and threatened to sue her for it. I do not speak on her behalf, and there's a reason y'all chose to threaten her and not me. Picking on h...

♡ 1.2K  ◯ 40  ⟳ 72  ▽ 1

**xjamaicancutiex** 13h
Mmmmm, 😎 handmade #smallbusinesscheck #fyp #donut
The fact you need another hair holder to use this proves you couldn't have "thought" this up. You don't have any need for it. Just out here doing what yall do best: steal from Black people

♡ 5  ◯  ⟳  ▽

**cowgirls_for_conservation** 15h
Low tension hold, with no hairband! ⚙ 😎 handmade #steampunk #fashion
Reported

♡  ◯  ⟳  ▽

**cowgirls_for_conservation** 15h
working on it! 🧵 handmade #fashion #gothic
THIEVES!!

♡  ◯  ⟳  ▽

**suicinderella** 15h
How the hair hoops work! 🌸 🌸 🌸 handmade #smallbusinesscheck #fashion
Give up already everyone knows you're a thief with NO talent and NO creativity. Stop playing the victim you know what you did and the black woman who actually invented this has every right to stand up for herself! The only people on...

♡ 4  ◯  ⟳  ▽

**suicinderella** 15h
working on it! 🧵 handmade #fashion #gothic
Give up already everyone knows you're a thief with NO talent and NO creativity. Stop playing the victim you know what you did and the black woman who actually invented this has every right to stand up for herself! The only people on...

♡  ◯  ⟳  ▽

---

**Activity**  ⌄                                    ...

♡  ◯  ⟳  ▽

Give up already everyone knows you're a thief with NO talent and NO creativity. Stop playing the victim you know what you did and the black woman who actually invented this has every right to stand up for herself! The only people on...

♡  ◯  ⟳  ▽

**suicinderella** 15h
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
Give up already everyone knows you're a thief with NO talent and NO creativity. Stop playing the victim you know what you did and the black woman who actually invented this has every right to stand up for herself! The only people on...

♡  ◯  ⟳  ▽

**offdapaige** 16h
working on it! 🧵 handmade #fashion #gothic
You should quit stealing other people's designs!!! Their

♡ 1  ◯  ⟳  ▽

**adriennedyerart** 19h
working on it! 🧵 handmade #fashion #gothic
You stole this design and that fact is going very public right now. You need to do the right thing and take your store down.

♡ 3  ◯  ⟳  ▽

**batty.bab3** 20h
Not so perfect pieces are 40% OFF! 🛍 Support small this season! 🎄
...
You're a thief!!!

♡  ◯  ⟳  ▽

**batty.bab3** 20h
Low tension hold, with no hairband! ⚙ 😎 handmade #steampunk #fashion
Boooooooooo!!!!! Come up with your own ideas

♡  ◯  ⟳  ▽

---

**Activity**  ⌄                                    ...

♡  ◯  ⟳  ▽

**clesha1108** 21h
working on it! 🧵 handmade #fashion #gothic
Theif!

♡  ◯  ⟳  ▽

**badbitty_ty** 21h
Low tension hold, with no hairband! ⚙ 😎 handmade #steampunk #fashion
You about to get sued 😂 😂 😂 😂 hope you're ready

♡ 1  ◯  ⟳  ▽

**raymond_teodo_musician** 22h
Which princess is your favorite? 👑
#halloween #princesspeach #princessdaisy #princessrosalina #nintendo...
Did you steal this design from another Black creator also?

♡ 2  ◯ 1  ⟳  ▽

**hetute.telekme** 23h
Mentioned you
Taking a Black creator's idea and claiming it as your own isn't just wild, it's theft. Call it what it is: cultural appropriation, erasure, and exploitation. Keep reporting @eleganceandgeekery Shopify account. She stole @brebreromi product!...

♡ 6  ◯  ⟳ 1  ▽

**borochefbeeconsulting** 23h
working on it! 🧵 handmade #fashion #gothic
And now you're trying to sue? Disgusting move, colonizer

♡ 1  ◯  ⟳  ▽

**seed_of_stars** 1d
I love the final result! What do you think? 🌿
...
It took a lot more trials that you intended to STEAL @brebreromi product? That's actually even sadder smh I mean I kno you are obviously a talentless trash goblin but DAMN can't even STEAL without a struggle huh caucazoid?



**floweryoshilee** 1d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Fking colonizing thi3f!

**rappy18** 1d
working on it! 🤚 handmade #fashion #gothic
Now is a good time to take this down and apologize to the original creator

**j.hubs4** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Handmade...maybe..STOLEN idea...100%!!

**j.hubs4** 1d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Deploarble

**dulce_josefina** 1d
working on it! 🤚 handmade #fashion #gothic
Don't let this fade into the woodwork. This person STOLE intellectual property from @brebreromi and is claiming ownership! @brebreromi is the originator of this revolutionary idea! Do not give your patronage to this person!

**ms_dana** 1d
working on it! 🤚 handmade #fashion #gothic
Colonizers stay colonizing 😐

**echoverbatim** 1d
Followed you
Follow

THEIF ! Report her for stealing intellectual property guys!

**suicinderella** 1d
working on it! 🤚 handmade #fashion #gothic
Thief! Can't even be creative on your own. So pathetic. You must be such a boring person.

**schonmon_24** 1d
working on it! 🤚 handmade #fashion #gothic
I HOPE SHE SUES YO ASS

**parksrochelle** 1d
working on it! 🤚 handmade #fashion #gothic
Why steal from us

**taverasclase** 1d
Mentioned you
@eleganceandgeekery ... Ohh! You just blocked me? Poor manchild behind a yt woman to take a product that isn't yours! ( For an update about re/the real owner behind the scenes go to see her profile) He is more proof of you stealing from ...

**msbeauty66** 1d
working on it! 🤚 handmade #fashion #gothic
Black women did not disappoint me in these comments 🫶

**nathaniel.luscombe** 1d
working on it! 🤚 handmade #fashion #gothic
Take this down and stop stealing other people's designs



## Activity ⌄

**nathaniel.luscombe** 1d
working on it! 🤚 handmade #fashion #gothic
Take this down and stop stealing other people's designs

**slaydhdqueen** 1d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Replied to you

**lizi.watson.irvin** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Why lie????

**slaydhdqueen** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Replied to you

**slaydhdqueen** 1d
Petals and sky unite! 🌸☁️✨
...
Replied to you

**autistic.recovering.capitalist** 1d
Mentioned you
Buy these from @brebreromi, not the stolen version from @eleganceandgeekery!



## Activity ⌄

**commandingcaptainbooty** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
This shit is stolen...

**lizi.watson.irvin** 1d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Thief!!!!

**my_chemical_romy** 1d
Low tension hold, with no hairband! ⚙️😋 handmade #steampunk #fashion
That donut was literally about to fall out.

**blazedbearstudios** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Is this an original design???? Tell me alllll the details of how you came up with this!!!!! 😂😂😂😂😂😂😂😂😂😂

**roaming__romy** 1d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
But you still need a hair tie to keep your space buns up. Seems... useful.

**chaerm** 1d
working on it! 🤚 handmade #fashion #gothic
Adorable! Is this 3D printed? I would love the design if you are selling it!

**mywinemytime** 1d
working on it! 🤚 handmade #fashion #gothic
How nice of you to steal from someone else



**Activity**

**blazedbearstudios** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Is this an original design???? Tell me allllll the details of how you came up with this!!!! 😂😂😂😂😂😂😂😂😂😂

**rcaming__romy** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
But you still need a hair tie to keep your space buns up. Seems... useful.

**chaerm** 1d
working on it! 〰 handmade #fashion #gothic
Adorable! Is this 3D printed? I would love the design if you are selling it!

**mywinemytime** 1d
working on it! 〰 handmade #fashion #gothic
How nice of you to steal from someone else

**harlemgrrl** 1d
Don't like the default tan horns? Request a color swap before ordering! ❤️ The ears go great with so many colors! cow #animal #handmade #gaming
I like when the designs of @brebreromi aren't stolen by you

**sunshinealchemistsandsoapco** 1d
working on it! 〰 handmade #fashion #gothic
STOP STEALING FROM BLACK WOMEN CREATORS. Nasty

---

**Activity** ⌄                                                              ...

**dmarisings** 1d
I love the final result! What do you think? 🍩
...
Probably stole these from someone else too.

**omens.saga** 1d
working on it! 〰 handmade #fashion #gothic
Boo hiss. I know you aren't stealing for profit from a black woman?

**dmarisings** 1d
Petals and sky unite! 🌸☁️✨
...
Probably stole this from a Black woman too 😊

**dmarisings** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Stop stealing from Black women!!

**dmarisings** 1d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Stop stealing from Black women!!

**dmarisings** 1d
Perfect for a pinch of steampunk! 🌸🌸🌸 handmade #steampunk #fashion
Stop stealing from Black women!!

**dmarisings** 1d
Low tension hold, with no hairband! 🌸🍩 handmade #steampunk #fashion

---

**skylar.petersen** 1d
working on it! 〰 handmade #fashion #gothic
the likes vs comments on this post is so telling. Try not stealing from Black women

**amber_halo** 1d
working on it! 〰 handmade #fashion #gothic
Oooh how embarrassing that you're still marketing this stolen idea as your own.

**capricornqueen0106** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
SO YOU CAN'T FIND ANYTHING FOR YOURSELF YOU HAVE TO CONTINUE TO STEAL FROM BLACK PEOPLE

**cislatheflowerpothead** 1d
working on it! 〰 handmade #fashion #gothic
Oh- is this the stolen design from a Black woman?

**relysew** 1d
Low tension hold, with no hairband! 🌸🍩 handmade #steampunk #fashion
Thank you @kiandria for finding Kursten and Caleb Owen for us

**sirahsbottledexperiences** 1d
working on it! 〰 handmade #fashion #gothic
STOLEN WORK

**blushedbyyvette** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut

---

**Activity** ⌄                                                              ...

**dmarisings** 1d
working on it! 〰 handmade #fashion #gothic
Stop stealing from Black women!!

**theblumenkranztwins** 1d
working on it! 〰 handmade #fashion #gothic
This you?

**tigerjlv86** 1d
working on it! 〰 handmade #fashion #gothic
The way yall stay stealing from Black women! Have the day and life you deserve

**r.e.bec.c.a** 1d
working on it! 〰 handmade #fashion #gothic
Follow @brebreromi to support the ORIGINAL creator/seller

**kofi_x_grant01** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
White people stealing ideas again

**elzabet.g** 1d
Perfect for a pinch of steampunk! 🌸🌸🌸 handmade #steampunk #fashion
Reported for theft of @brebreromi 's IP

**elzabet.g** 1d
working on it! 〰 handmade #fashion #gothic
Why are you a thief? Why did you steal an idea already posted by @brebreromi? Is it because you have no ideas of your own and need to steal from black



**Activity**

working on it! 🧵 handmade #fashion #gothic
Why are you a thief? Why did you steal an idea already posted by @brebreromi? Is it because you have no.odeas of your own and need to steal from black women?
♡ 2   ⬭   ⟳   ▽

**thee.soloartist** 1d
working on it! 🧵 handmade #fashion #gothic
Ladies and Gents
Another white thief claiming to be victim. We on that neck. 😡❌ 😡❌ 😡❌ 😡❌ cant block us all. And on top of that no one's backing up is strong than a...
♡ 44   ⬭   ⟳   ▽

**erok_dg** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
You're a thieving, rank, audacious wench!
♡ 1   ⬭   ⟳   ▽

**eacid21** 1d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
Did you steal this too?
♡   ⬭   ⟳   ▽

**blairthered** 1d
working on it! 🧵 handmade #fashion #gothic
Y'all need to be working on your formal apology and patent infringement settlement.
♡ 1   ⬭   ⟳   ▽

**mightyjoezinho** 1d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
Replied to you
♡   ⬭   ⟳   ▽

---

yours?
♡ 5   ⬭   ⟳   ▽

**pratherliz** 1d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
Watching it fall out of her straight hair is making me laugh. Stolen idea badly made.
♡ 3   ⬭   ⟳   ▽

**mightyjoezinho** 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
This ain't 1855 y'all gonna get sued for this
♡ 1   ⬭   ⟳   ▽

**mightyjoezinho** 1d
working on it! 🧵 handmade #fashion #gothic
Colonizers stole a Bkack woman's idea. Again.
♡ 2   ⬭   ⟳   ▽

**mspepperpots** 1d
working on it! 🧵 handmade #fashion #gothic
Stealing girl.
♡   ⬭   ⟳   ▽

**messybeautifulone48** 1d
working on it! 🧵 handmade #fashion #gothic
Do you steal from black women on a regular basis?
♡ 1   ⬭   ⟳   ▽

**silent_reading_time** 1d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
This is a stolen design!!!
♡   ⬭   ⟳   ▽

**silent_reading_time** 1d

---

**Activity** ⌄                    ...

♡   ⬭   ⟳   ▽

**thetorturedreaderxx** 1d
working on it! 🧵 handmade #fashion #gothic
Well this is embarrassing of you, isn't it? If it's seriously so hard for you to be original and create your own things, then maybe this isn't the industry for you. Did you honestly think people wasn't going to find out that you stole this?
♡   ⬭   ⟳   ▽

**pacliyahrichie** 1d
working on it! 🧵 handmade #fashion #gothic
A black woman just did this. This is why patents and trademarks are important. Stealing the idea and putting it on a yt person is crazy
♡ 3   ⬭   ⟳   ▽

**danimalism** 1d
working on it! 🧵 handmade #fashion #gothic
Hey didn't you steal this from @brebreromi ??
♡ 8   ⬭   ⟳   ▽

**vanywoods** 1d
working on it! 🧵 handmade #fashion #gothic
Thief
♡   ⬭   ⟳   ▽

**artbell_sandcandle** 1d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
There's a reason it doesn't work in your hair 💀
♡   ⬭   ⟳   ▽

**the.glass.broker** 1d
Funny how your own creations don't get any traction, it's only when you steal from a black creator that people engage with your content. 😒😑
♡ 3   ⬭   ⟳   ▽

---

**Activity** ⌄                    ...

**the.glass.broker** 1d
Funny how your own creations don't get any traction, it's only when you steal from a black creator that people engage with your content. 😒😑
♡ 3   ⬭   ⟳   ▽

**jonesleica** 2d
working on it! 🧵 handmade #fashion #gothic
No one wants to by your sh*t now go away
♡ 1   ⬭   ⟳   ▽

**ms.donna.cortez** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
The blatant copying isn't a good business model.
♡ 1   ⬭   ⟳   ▽

**seauxbellaofficial** 2d
Petals and sky unite! 🌺🦋✨
Who did you steal this one from ?
♡ 1   ⬭   ⟳   ▽

**alig8r18** 2d
working on it! 🧵 handmade #fashion #gothic
You know what theft is right? If not, you might want to look it up because that's exactly what this is. @brebreromi is the creator, not you.
♡ 1   ⬭   ⟳   ▽

**plussizedmomma** 2d
working on it! 🧵 handmade #fashion #gothic
I am so excited to see you fail after your thieving ass is sued.
♡ 1   ⬭   ⟳   ▽



**Activity**

---

**quiescent.eve** 2d
working on it! 🤟 handmade #fashion #gothic
You should shut this account down and just dissapear

**chi.ngy** 2d
working on it! 🤟 handmade #fashion #gothic
What a cool concept that @brebreromi came up with! These would be amazing for textured hair that is hard to pin up and accessorize with most mainstream clips and elastics.
♡ 2

**shanquea_** 2d
working on it! 🤟 handmade #fashion #gothic
I love how everyone is eating her ass up for stealing.
♡ 1

**kimberlytb110** 2d
Followed you                                    [Follow back]

**hifrequenzee** 2d
working on it! 🤟 handmade #fashion #gothic
Replied to you
♡ 2

**1968cassie** 2d
working on it! 🤟 handmade #fashion #gothic
Came in late and have been catching up. A white person stealing a Black womans idea, words, designs, etc. is as sickening as it is common. In the last few days I've seen at least three situations. @eleganceandgeekery you need to stop and ever...
♡ 1

**mikeapotter** 2d
Mentioned you
@eleganceandgeekery uh-oh... the words of the day are... give up, yield and

---

**Activity** ⌄

Heard you stole these 🍃 how embarrassing

**jancanada37** and 1 other 11h
Low tension hold, with no hairband! ⚙🔩 handmade #steampunk #fashion

**braizonaaaa** 2d
Low tension hold, with no hairband! ⚙🔩 handmade #steampunk #fashion
not original. boooooooo 🔴🔴🔴🔴

**heidejo** 2d
Low tension hold, with no hairband! ⚙🔩 handmade #steampunk #fashion
Buy it from the actual inventor https://breromi.com/

**heidejo** 2d
working on it! 🤟 handmade #fashion #gothic
Why are you stealing from an actual inventor

**sarabethkritikos** 2d
Petals and sky unite! ⚙🌙✨
...
Replied to you
♡ 2

**allsmileskendra** 2d
working on it! 🤟 handmade #fashion #gothic
This literally looks so dumb on that floppy ass ponytail. It's giving "Bring It On" 😊
♡ 1

**raybean__** 2d
working on it! 🤟 handmade #fashion #gothic
It doesn't even look good in white women hair

---

designs?!?...
♡ 2

**steph.a.force** 2d
How the hair hoops work! 💮💮💮 handmade #smallbusinesscheck #fashion
You are a THEIF! We give credit where credit is due here and @brebreromi is the creator of this style of clips. Did you even think twice before knocking off her designs?!?...
♡ 8

**steph.a.force** 2d
Perfect for a pinch of steampunk! 💮💮💮 handmade #steampunk #fashion
You are a THEIF! We give credit where credit is due here and @brebreromi is the creator of this style of clips. Did you even think twice before knocking off her designs?!?...
♡ 3

**steph.a.force** 2d
working on it! 🤟 handmade #fashion #gothic
You are a THEIF! We give credit where credit is due here and @brebreromi is the creator of this style of clips. Did you even think twice before knocking off her designs?!?...
♡ 8

**steph.a.force** 2d
Low tension hold, with no hairband! ⚙🔩 handmade #steampunk #fashion
You are a THEIF! We give credit where credit is due here and @brebreromi is the creator of this style of clips. Did you even think twice before knocking off her designs?!?...
♡ 9

**shanquea_** 2d
working on it! 🤟 handmade #fashion #gothic
Damn this looks mighty familiar

---

**Activity** ⌄

**mynameisnotstephen** 2d
working on it! 🤟 handmade #fashion #gothic
White people try not to steal from Black people challenge: impossible
♡ 34

**nigerdwan** 2d
Followed you                                    [Follow back]

**claudiareadsitall** 2d
working on it! 🤟 handmade #fashion #gothic
Thief
♡ 2

**snowflakethedirtylibral** 2d
working on it! 🤟 handmade #fashion #gothic
Hey I heard you steal ideas from black women? Care to comment?

**snowflakethedirtylibral** 2d
Followed you                                    [Follow back]

**vocacean** 2d
Mentioned you
No way, I heard @eleganceandgeekery invented it
♡ 10  ♡ 1

**elizabethrorii** 2d
Petals and sky unite! ⚙🌙✨
...
Let em guess, another stolen concept? Ps. They're ugly as all fuk.
♡ 2

**raymond_teodo_musician** 2d
working on it! 🤟 handmade #fashion #gothic
Colonisers gonna colonise 😊
You stole that shit from a Black creator



**Activity** ▾

♡ 1

**powala** · 2d
working on it! 🌿 handmade #fashion #gothic
Oof 😬 I'm pretty sure you weren't the first person I saw do this...

**saluteme_imshay** · 2d
working on it! 🌿 handmade #fashion #gothic
Replied to you

**saluteme_imshay** · 2d
working on it! 🌿 handmade #fashion #gothic
Replied to you

**tied_n_true_dyes** · 2d
working on it! 🌿 handmade #fashion #gothic
Colonizer thief!

**sarabethkritikos** · 2d
Low tension hold, with no hairband! ⚙️ 😎 handmade #steampunk #fashion
That looks oddly familiar... oh yeah, it's someone else's product that you stole to
sell as your own

**hoostin__made** · 2d
working on it! 🌿 handmade #fashion #gothic
White people love to come in and steal shit and act like they created it ⬆️ 😑

♡ 1

**sapphos_reading_chair** · 2d
working on it! 🌿 handmade #fashion #gothic
Oh shoot. Stealing Black women's work and not reaching out to course correct???
That's not cool. Definitely not buying your stuff now.

**sapphos_reading_chair** · 2d
working on it! 🌿 handmade #fashion #gothic
Oh shoot. Stealing Black women's work and not reaching out to course correct???
That's not cool. Definitely not buying your stuff now.

**neecee_thepixie** · 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Replied to you

♡ 9

**theonlyliltootie** · 2d
working on it! 🌿 handmade #fashion #gothic
@brebreromi can't even get a mention? You gonna cut her in on your sales since
you stole her hard work?

♡ 5    💬 2

**kingevona** · 2d
working on it! 🌿 handmade #fashion #gothic
I hope your hair falls out you thieving she devil

**ruthfeathers** · 2d
Mentioned you
@eleganceandgeekery fraud. Hope you have a good attorney.

**jonesleica** · 2d
working on it! 🌿 handmade #fashion #gothic
Shout out to the WW holding the thief accountable!

♡ 56

**Activity** ▾

ITS NOT YOUR DESIGN! And the fact you created a new YouTube video to TRY t...

♡ 2

**wattsie** · 2d
working on it! 🌿 handmade #fashion #gothic
Stole from @brebreromi

♡ 1

**unclelynds** · 2d
working on it! 🌿 handmade #fashion #gothic
There's nothing gothic or fashion about your stolen concept 😑

♡ 1

**sigmar3lla** · 2d
working on it! 🌿 handmade #fashion #gothic
Mediocrity

**crochetwithchelseatay** · 2d
Mmmmm 😎 handmade #smallbusinesscheck #fyp #donut
Handmade by @brebreromi NOT YOU.

♡ 2

**tashas.talks** · 2d
working on it! 🌿 handmade #fashion #gothic
When colonizing and theft is in your blood

♡ 1

**crochetwithchelseatay** · 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
The hair hoops might work but you sure don't. You steal labor from Black women
to make what little money you have.

♡ 6

**bookboner** · 2d

Why did you think stealing this idea from @brebreromi was a good plan on any
level?

♡ 49

**bratt.dior__** · 2d
working on it! 🌿 handmade #fashion #gothic
Imagine not being creative enough to have ur own ideas 😑 😑 😑 sad

♡ 1

**crochetwithchelseatay** · 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Perfect proof that you stole that design.

♡ 1

**jonesleica** · 2d
Low tension hold, with no hairband! ⚙️ 😎 handmade #steampunk #fashion
Shout out to all the White women who are calling this thieving heffa out. Yall...

♡ 21

**sarahmas** · 2d
working on it! 🌿 handmade #fashion #gothic
The fuck is wrong with you? You're embarrassing. Grow up.

♡ 2

**crochetwithchelseatay** · 2d
Low tension hold, with no hairband! ⚙️ 😎 handmade #steampunk #fashion
Stolen design coopted by a mediocre white woman.

♡ 15    💬 1    🔁 1

**adeechh** · 2d
Low tension hold, with no hairband! ⚙️ 😎 handmade #steampunk #fashion
Only losers steal ideas from other creators. Don't buy this knockoff, go buy the
original from @brebreromi instead

♡ 45    💬 1    🔁 1

working on it! 🧶 handmade #fashion #gothic
thievin' ass!

♡ 1    💬 1    ⟳    ▽

**crochetwithchelseatay** 2d
working on it! 🧶 handmade #fashion #gothic
white women stay stealing from Black women because they cant face their own mediocrity.

♡ 2    💬    ⟳    ▽

**_the_andrea_d** 2d
working on it! 🧶 handmade #fashion #gothic
Stealing the labor of black women is so 1800s. You're behind the times, catch up.

♡ 5    💬    ⟳    ▽

**jencretu** 2d
working on it! 🧶 handmade #fashion #gothic
A Black woman came up with this product because our Eurocentric culture centers caucasian hair and beauty products in the market. The mainstream products on shelves were not designed for that Black woman's hair type or style...

♡ 79    💬 2    ⟳    ▽

**tiffanyslewis9** 2d
These alien pieces have been our best sellers! 👽

...
THIEF

♡    💬    ⟳    ▽

**tiffanyslewis9** 2d
These alien pieces have been our best sellers! 👽

...
THIEF

♡    💬    ⟳    ▽

---

**Activity** ⌄                                    ...

**tiffanyslewis9** 2d
These alien pieces have been our best sellers! 👽

...
THIEF

♡    💬    ⟳    ▽

**tiffanyslewis9** 2d
These alien pieces have been our best sellers! 👽

...
THIEF

♡    💬    ⟳    ▽

**ashesallen** 2d
working on it! 🧶 handmade #fashion #gothic
Really shameful to steal an original invention and claim it's yours. Honestly thought you could just do that and not get called out?

♡ 1    💬    ⟳    ▽

**cutthemidrangedropthebass** 2d
Mentioned you
@eleganceandgeekery mediocre white woman stealing black woman's ideas.

♡    💬    ⟳    ▽

**kiandria** 2d
Mentioned you
Do not be alarmed by my profile picture. I didn't become a skinhead vampire overnight.

...
♡ 2.4K    💬 104    ⟳ 74    ▽ 4

**polysouls** 2d
working on it! 🧶 handmade #fashion #gothic
Stop stealing from black women!!!

---

**Activity** ⌄

**jencretu** 2d
working on it! 🧶 handmade #fashion #gothic
It is not "handmade" when it is 3d printed by a machine and the product was stolen from a Black woman.

♡ 2    💬    ⟳    ▽

**_ebba_nebba** 2d
working on it! 🧶 handmade #fashion #gothic
Welp, looks like you're getting reported for doing what your people do best 😬 😬 we can never be great without yall colonizing 🏔️

♡ 58    💬    ⟳    ▽

**denised033** 2d
working on it! 🧶 handmade #fashion #gothic
Stop stealing!

♡    💬    ⟳    ▽

**thegiftofgabulous32** 2d
working on it! 🧶 handmade #fashion #gothic
Limp noodle ass hair for a stolen product. You're the reason people don't like white people.

♡ 54    💬    ⟳ 1    ▽

**tigerjlv86** 2d
working on it! 🧶 handmade #fashion #gothic
Can't wait til the lawsuits bankrupt you

♡ 37    💬    ⟳    ▽

**vampirewhite86** 2d
working on it! 🧶 handmade #fashion #gothic
You stole the intellectual property of @brebreromi and you've whitewashed a black woman's product that she created to meet a need that's been ignored. You're fucking disgusting. You should be ashamed of yourself to steal someone...

♡ 70    💬    ⟳    ▽

**mzqtlee** 2d

---

**Activity** ⌄                                    ...

...
Can't wait til the lawsuits bankrupt you

♡ 37    💬    ⟳    ▽

**vampirewhite86** 2d
working on it! 🧶 handmade #fashion #gothic
You stole the intellectual property of @brebreromi and you've whitewashed a black woman's product that she created to meet a need that's been ignored. You're fucking disgusting. You should be ashamed of yourself to steal someone...

♡ 70    💬    ⟳    ▽

**mzqtlee** 2d
Mentioned you
@eleganceandgeekery u 'bout to FAFO.....

♡ 1    💬    ⟳    ▽

**kayleyearpp** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
I can't wait until you get sued by @brebreromi 😭 😭 😭

♡ 4    💬    ⟳    ▽

**venbro** 2d
working on it! 🧶 handmade #fashion #gothic
It makes me wonder how many of your other products you've stolen. I'm going to assume all of them but no one has said anything to you before and that is the reason you felt so comfortable doing it this time. Well this time you stole from t...

♡ 3    💬    ⟳    ▽

**faunnyb** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
And she's showing that hers doesn't work! It's literally only sitting right after the hair is wrapped up in a tight pony with an elastic

...
♡ 2    💬    ⟳    ▽



**Activity**

cynstyle 2d
working on it! ∿ handmade #fashion #gothic
Working on theft.
♡  ◯  ↻  ▽

casey_girl 2d
working on it! ∿ handmade #fashion #gothic
Oooooooohhhhhhhhh you in trouble
😂 😂 😂 As it should be.
♡ 1  ◯  ↻  ▽

venbro 2d
I love the final result! What do you think? 🌀
...
I guess it does take a couple of tries to get something right when you stole it
♡ 4  ◯  ↻  ▽

bookmindedmag 2d
working on it! ∿ handmade #fashion #gothic
Still stealing I see. Man you just can't help yourself.
♡  ◯  ↻  ▽

lindseynoelmagic 2d
working on it! ∿ handmade #fashion #gothic
This is brebreromi's design. Why would you steal?
♡ 1  ◯  ↻  ▽

latifafj 2d
working on it! ∿ handmade #fashion #gothic
So you're out here stealing other creators work then crying when you get caught?
Shame on you!!! 😔
♡  ◯  ↻  ▽

**Activity** ⌄  ···

pidge628 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Replied to you
♡ 1  ◯  ↻  ▽

mspackyetti ● 2d
working on it! ∿ handmade #fashion #gothic
Street say these ain't your original creation, bookie.
♡ 361  ◯ 2  ↻ 4  ▽ 1

peace_inthe_chaos_ 2d
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
Not only are you a THEIF you couldn't even put in some effort to they and make it look good after not having to do the work of creating anything original 😊 😊 😊
♡ 3  ◯  ↻  ▽

gomigirl 2d
Mentioned you
It makes me wonder how many other ideas and designs @eleganceandgeekery co-opted, to sell in her shop?
♡ 56  ◯ 1  ↻  ▽

nixiefurtick 2d
working on it! ∿ handmade #fashion #gothic
Working on getting sued.
♡ 1  ◯  ↻  ▽

taverasclase 2d
Mentioned you
So @eleganceandgeekery are tou still pretending that you are not stealing from this Black creator? Girl, you have some damn nerves, but your never have peace until you gave her the credit and money that is her! Yt go to see who is the real...
♡ 1  ◯  ↻ 2  ▽

Followed you

cherron_massages 2d
Low tension hold, with no hairband! ⚙ 🍩 handmade #steampunk #fashion
I'm just here cause I heard you're a lying thief
♡ 17  ◯  ↻  ▽

rivers_runner 2d
working on it! ∿ handmade #fashion #gothic
Refusing to take any accountability and furthermore keeping this up without credit is despicable. Another "brand" to boycott 👎 @brebreromi deserves credit and shame on you for profiting off of a Black womans design.
♡ 12  ◯  ↻  ▽

pidge628 2d
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
Replied to you
♡  ◯  ↻  ▽

ceci_0507 2d
working on it! ∿ handmade #fashion #gothic
Replied to you
♡ 18  ◯  ↻  ▽

pidge628 2d
How the hair hoops work! 🎀 🎀 🎀 handmade #smallbusinesscheck #fashion
Replied to you
♡ 3  ◯  ↻  ▽

pidge628 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Replied to you
♡ 1  ◯  ↻  ▽

mspackyetti ● 2d
working on it! ∿ handmade #fashion #gothic

**Activity** ⌄  ···

♡ 3  ◯  ↻  ▽

katelynme 2d
Mentioned you
@eleganceandgeekery If this was a product you "likely" sold in 2021, why don't you have any featured on you Instagram page? It looks like it goes back to 2015.
♡  ◯  ↻  ▽

pidge628 2d
working on it! ∿ handmade #fashion #gothic
You stole this from @brebreromi don't even 😑
♡  ◯  ↻  ▽

maipai_leobutterfly 2d
working on it! ∿ handmade #fashion #gothic
You should be hanging your head on shame. Black women have it hard enough gaining access without your White So I Gotta Be Right azz stealing designs. Trash!
♡  ◯  ↻  ▽

amybowerspdx 2d
working on it! ∿ handmade #fashion #gothic
This is someone else's original design. You need to credit the original artist or remove the product from your store.
♡ 2  ◯  ↻  ▽

jonesleica 2d
Low tension hold, with no hairband! ⚙ 🍩 handmade #steampunk #fashion
Just got no creativity...stealing other people's inventions. Get a lawyer.
♡  ◯  ↻  ▽

brienjoli 2d
working on it! ∿ handmade #fashion #gothic
You stole this design from @brebreromi and I wish for everything you do, touch, and even think of to wither, fail, and ROT since you think you can steal from and profit off of Black women
♡ 6  ◯  ↻  ▽



**Activity**

working on it! 🪡 handmade #fashion #gothic
White people always steal
♡ 7

**natashagstyles** ✔ 2d
working on it! 🪡 handmade #fashion #gothic
Thief.

**berniebee76** 2d
Mentioned you
@eleganceandgeekery you are a thief.

**berniebee76** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion
Girl I know you lying. The original creator of this is @brebreromi
♡ 2

**cynnamonbuns** 2d
working on it! 🪡 handmade #fashion #gothic
Lol YOU WRONG for this! Give credits to @brebreromi and STOP claiming this as your own asap

**lunaxochitl__** 2d
Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion
Not only is this design stolen but you also made it FUGLY in a classic whyt ppl move
♡ 8

**koi.mizuki** 2d
Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
Are you not ashamed ???
♡ 1

**lunaxochitl__** 2d
Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion
Not only is this design stolen but you also made it FUGLY in a classic whyt ppl move
♡ 8

**koi.mizuki** 2d
Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
Are you not ashamed ???
♡ 1

**relysew** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion
Why don't you try putting a face behind "your" products like @brebreroni
♡ 12    ♡ 3

**almond_eye_gem** 2d
working on it! 🪡 handmade #fashion #gothic
Why are yall stealing ideas and products from other people!! You know this is patent pending as in the original creator already has her trademark on this!

**tiffytiffeats** 2d
working on it! 🪡 handmade #fashion #gothic
Replied to you

**dimpled.smiles1012** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion
https://breromi.com/?fbclid=PAQ0xDSwtJj0AVIeHRuA2FIbQIxMQABp6AfM9_4k0k-
b9Skd2mVgB6-
pyv9J2QLvcOjfFx7OR7QRgSMeSyGNQ7CXvBF_aem_k8sVAbK6aSBaPzXi1S7Tng...
♡ 30

---

**Activity**

**dimpled.smiles1012** 2d
working on it! 🪡 handmade #fashion #gothic
@brebreroni has the original version ladies! Let's support women and call out harmful j in unethical behavior!!
♡ 8

**dimpled.smiles1012** 2d
Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion
Being inspired is one thing TAKING FROM ANOTHER CREATOR IS LOW DOWN!!! Not cool at ALL!!!
♡ 2

**dimpled.smiles1012** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion
Do better!!!! Stealing is wrong!!! Give credit where it's due and APOLOGIZE AND REFRAIN form doing it! God doesn't like ugly or thievery! Shameful absolutely shameful!!
♡ 1

**jessalynn203** 2d
working on it! 🪡 handmade #fashion #gothic
Reported. This is theft of a Black woman's work. This is @brebreromi original idea and work. It is clearly designed for folks with very thick hair—like, gosh—braids or locs. Her account has been up longer, the receipts are all there, and now that...
♡ 22

**frecklefacemam** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion
It's almost like this type of product wasn't made for straight hair . . . .
♡ 6

**lvernon2000** ✔ 2d
working on it! 🪡 handmade #fashion #gothic
So you out here ashy and stealing? I hope your heels remain so cracked that Vaseline intensive can't even moisturize em.

**dimpled.smiles1012** 2d
working on it! 🪡 handmade #fashion #gothic
STOP STEALING FROM BLACK WOMEN!!! This is NOT girls girl BEHAVIOR!!!!
♡ 6

**fabootay** 2d
working on it! 🪡 handmade #fashion #gothic
Replied to you
♡ 1

**aunt_nancees_hugs** 2d
working on it! 🪡 handmade #fashion #gothic
Ignoring that you the problem does not make the solution go away. You stole intellectual property and repackaged it... You weak af.
♡ 1

**coralarmour** 2d
working on it! 🪡 handmade #fashion #gothic
Your product is cheap looking, badly executed, and A STOLEN IDEA. Apologize to the genius woman who invented this product and go back to making them tacky ass earrings.
♡ 1

**lolyourightyouright** 2d
Petals and sky unite! 🌸 🦋 ✨
....
Replied to you

**lolyourightyouright** 2d
Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
Replied to you

**lolyourightyouright** 2d



**Activity**

**ncelestial_** 2d
Are you the alien of the spaceship or the abducted cow? 🐄 🛸

Why would you make your life harder and focus on making products from stolen ideas

**ncelestial_** 2d
These new pride pieces have to be my favorite 🌈

Should have stayed in your lane

**tymariefrost** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you

♡ 8

**ncelestial_** 2d
How the hair hoops work! 🌸 🌸 🌸 handmade #smallbusinesscheck #fashion
Boooooo 🔴 🔴 🔴 🔴 why would you make this less inclusive that's so dumb

♡ 5

**neecee_thepixie** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you

**neecee_thepixie** 2d
Low tension hold, with no hairband! 🌸 😀 handmade #steampunk #fashion
Replied to you

♡ 1

**ncelestial_** 2d

---

**Activity** ∨

**vanessaqlaughs** 2d
Low tension hold, with no hairband! 🌸 😀 handmade #steampunk #fashion
You know what nerdy girls love more than donuts?!
People who don't rip off other womens' ideas and try to bullshit consumers.

♡ 25

**86til_lin_finity** 2d
Mmmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Hmmmmm..see yourself. Very disgraceful.

♡ 3

**camie.raven** 2d
Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion
This is so disgusting. How can you justify stealing someone else's design and hard work?

♡ 2

**allmel__** 2d
working on it! 🧵 handmade #fashion #gothic
Nothing like an thief! Having someone steal your product is the worse feeling in the world! Use your own creativity..

**feistygato** 2d
working on it! 🧵 handmade #fashion #gothic
And may every hair follicle secured by these products rot.

**brandi_k1313** 2d
working on it! 🧵 handmade #fashion #gothic
Just another disgusting example of a white person trying to profit off a Black person's labor.
...

♡ 20

**hija_del_diabla** 2d

---

**Activity** ∨

**madblackmom** 2d
working on it! 🧵 handmade #fashion #gothic
White devil

♡ 22    ♡ 1

**ncelestial_** 2d
Low tension hold, with no hairband! 🌸 😀 handmade #steampunk #fashion
Boooooo 🔴 🔴 🔴 🔴 🔴 garbage copy cat

**ncelestial_** 2d
working on it! 🧵 handmade #fashion #gothic
Boooooo 🔴 🔴 🔴 🔴 🔴 stop pretending you created this idea and give credit

**katinnnky** 2d
working on it! 🧵 handmade #fashion #gothic
Stealing product designs from black entrepreneurs in the big year of 2025 is BOLD girl. Bold and dumb. I hope you get sued

**fa3rygutz** 2d
working on it! 🧵 handmade #fashion #gothic
The way that I originally liked this, and then immediately realized, and remembered that you're not the original creator, and not the original creator of this type of hair clip, literally put so much work in effort into it and then you just...

♡ 3    ♡ 1

**moonmommyxx** 2d
Low tension hold, with no hairband! 🌸 😀 handmade #steampunk #fashion
From the yt people ...
..Fucking stupid ass yt people
& baby honestly compared to THE ORIGINAL yours is TRASH

---

**Activity** ∨

**rbarnstable84** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Intellectual property theft from a talented Black woman

♡ 1

**relthesinger** ● 2d
working on it! 🧵 handmade #fashion #gothic
I hope you enjoy getting your ass sued when @brebreromi gets her patent. This is blatant theft of a Black woman's product. The evidence is there. This is why, as a white person, my fellow white people fucking exhaust me.

♡ 190    ♡ 2    ♡ 1

**nicolamamacita** 2d
working on it! 🧵 handmade #fashion #gothic
Yeah...... if you could stop trying to take credit for a Black woman's invention, that'd be great.

♡ 1

**a_gentler_reader** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Have you no shame?

**kay_emell9** 2d
working on it! 🧵 handmade #fashion #gothic
You know, @brebreromi did a much better job, and she did it first.

♡ 3

**rbarnstable84** 2d
working on it! 🧵 handmade #fashion #gothic
Gross that you stole this idea from a Black woman and now have the audacity to cry because you're rightfully getting called out 😀



**Activity**

♡ 3 ◯ ↻ ▽

**rbarnstable84** 2d
working on it! ✄ handmade #fashion #gothic
Gross that you stole this idea from a Black woman and now have the audacity to cry because you're rightfully getting called out 😊
♡ ◯ ↻ ▽

**queenvictorius** 2d
working on it! ✄ handmade #fashion #gothic
This is stolen work! The original creator is @brebreromi.
♡ 56 ◯ ↻ ▽

**theeenergeticsoul** 2d
working on it! ✄ handmade #fashion #gothic
Replied to you
♡ 1 ◯ ↻ ▽

**cherry_pye86** 2d
I love the final result! What do you think? 🍒
...
I think you look like a pasty thief.
♡ ◯ ↻ ▽

**marquitachris_** 2d
working on it! ✄ handmade #fashion #gothic
Wow. These look awfully... familiar.
♡ ◯ ↻ ▽

**pkrzycki** 2d
working on it! ✄ handmade #fashion #gothic
You stole this from @brebreromi . This is her design.
♡ 26 ◯ ↻ ▽

---

**Activity** ⌄

working on it! ✄ handmade #fashion #gothic
Y'all with the thin ass hair.

NAPPY COULD NEVAH.
♡ 1 ◯ ↻ ▽

**trippyenchanted** 2d
Low tension hold, with no hairband! ⚙ ⚙ handmade #steampunk #fashion
Why are you stealing designs and ideas from Black women (@brebreromi) and claiming it's your own?? TRASH 🗑
♡ 1 ◯ ↻ ▽

**jasper.forest** 2d
working on it! ✄ handmade #fashion #gothic
Batwing spiked cockring. Hell yeah.
♡ ◯ ↻ ▽

**j.walkfivesixdeux** 2d
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
You're raggedy and rude. I hope no one buys you this unimaginative alabaster weasel.
♡ 3 ◯ ↻ ▽

**jfmastro81** 2d
working on it! ✄ handmade #fashion #gothic
You stole this shit from someone else
♡ ◯ ↻ ▽

**kiwis_witch** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
As a small handmade business: you know full fucking well this is the shittiest thing to do- rip off another maker. @brebreromi designed, researched and fundraised for every part of this while having the patent for it. YOU are a thief, a cheap...
♡ 51 ◯ ↻ ▽

**craigabatty** 2d

---

♡ 8 ◯ 1 ↻ ▽

**rcb.tlc** 2d
working on it! ✄ handmade #fashion #gothic
Replied to you
♡ ◯ ↻ ▽

**diamondsmoking_xo** 2d
working on it! ✄ handmade #fashion #gothic
Ugly ass clips. Stop stealing and be original
♡ ◯ ↻ ▽

**artzychick_photography** 2d
working on it! ✄ handmade #fashion #gothic
Colonizers are gonna colonize.
♡ ◯ ↻ ▽

**alyssa.daring** 2d
Followed you
[Follow]

**socasiren** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
You tried it. This isn't TikTok, timelines MATTER over here. Please buy from @brebreromi
♡ 42 ◯ ↻ ▽

**tigerjlv86** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Better hope the racists you're siding with can help you afford the lawsuits.
♡ 14 ◯ ↻ ▽

**ace_plantera** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Plagiarism, this is called plagiarism
♡ 3 ◯ ↻ ▽

---

**Activity** ⌄

**craigabatty** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Pathetic unoriginal thief.

Stolen concept from @brebreromi.
♡ 10 ◯ ↻ ▽

**tmacinto** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Stop acting like you didn't steal the idea from @brebreromi
♡ 9 ◯ ↻ ▽

**kat.blammo** 2d
working on it! ✄ handmade #fashion #gothic
Stealing from an inventor and claiming it as your own creation? On the *internet*???
♡ 28 ◯ ↻ ▽

**djcrystalclear** 2d
Low tension hold, with no hairband! ⚙ ⚙ handmade #steampunk #fashion
ONLY BUY THE ORIGINAL (that this woman RIPPED OFF) from @brebreromi, the BLACK WOMAN WHO CREATED AND MADE THESE HERSELF!
♡ 71 ◯ 1 ↻ ▽

**keiona_n_nem** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Where's the lawsuit cause ain't no way!
♡ 5 ◯ ↻ ▽

**snea** 2d
Mentioned you
The face of a thief: @eleganceandgeekery
♡ ◯ ↻ ▽



did it in order to STEAL AND COPY IT.

♡ 1

**djnika7** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
#stolendesign

♡ 1

**no_s_hair** 2d
working on it! 🪡 handmade #fashion #gothic
Wow. Stealing a design from a black woman to sell to white women is certainly not a good choice.

♡ 2

**suzy_homemaker** 2d
working on it! 🪡 handmade #fashion #gothic
🔴🔴🔴

♡

**apex_of_your_world** 2d
Petals and sky unite! ⚙️☁️✨

Who did you steal this concept from? Probably another black woman.

♡ 13

**maryellen1077** 2d
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
Why you gotta steal from the legitimate designer? Hope she sues you!

♡ 1

**apex_of_your_world** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Perfect for when you want to represent white supremacist ideals. What's the next shaper you're gonna "come up" the nazi symbol?

♡ 16

---

**Activity** ▾    ...

**missushoper** 2d
These new pride pieces have to be my favorite 🌈

What in the fisher price, baby's first BDSM cuff is this. This is so ugly it's a hate crime

♡ 1

**amychasco** 2d
working on it! 🪡 handmade #fashion #gothic
I hope you're saving your money for when you get sued, thief.

♡ 1

**missushoper** 2d
Petals and sky unite! ⚙️☁️✨

Why are your eyes so far apart? Are your parents siblings?

♡ 5

**missushoper** 2d
How the hair hoops work! ⚙️⚙️⚙️ handmade #smallbusinesscheck #fashion
Nails as crusty as you are. Thief.

♡ 6

**cathyhenderson1213** 2d
working on it! 🪡 handmade #fashion #gothic
We are all finding out that this was already created by @brebreromi and a patent is on its way😂😅

♡ 2

**surrahrice** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
yikes

♡ 3

---

Reach out for customizations! 😊

Trash. Just Trash

♡ 1

**apex_of_your_world** 2d
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
You didn't even brain make the original concept. The caucacity to tag this as handmade when it's stolen from a Black woman. Seek help for that white supremacy that's eating you from the inside out.

♡ 4

**maryellen1077** 2d
working on it! 🪡 handmade #fashion #gothic
So the product you stole from @brebreromi ...

♡

**missushoper** 2d
So many colors to choose from! 🧶
...
You can't even steal an idea and make it "better" you actually made it so much worse

♡

**apex_of_your_world** 2d
working on it! 🪡 handmade #fashion #gothic
Ya cannot stop being COLONIZERS. Can never come up with an original concept so ya always have to steal from Black people.

♡ 2

**missushoper** 2d
I love the final result! What do you think? 🍫
...
Replied to you

♡

---

**Activity** ▾    ...

♡ 1

**datwystedvyxen** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
if you want to buy magbetic hair clips, GO SUPPORT @brebreromi the ACTUAL genius behind this design. @eleganceandgeekery is a THIEF.

♡ 2

**dukechanelgirl** 2d
working on it! 🪡 handmade #fashion #gothic
Oh this the thief

♡

**ursie_minor** 2d
working on it! 🪡 handmade #fashion #gothic
Yeah you stole this design from a black woman. Not interested.

♡ 7

**missushoper** 2d
Low tension hold, with no hairband! ⚙️😊 handmade #steampunk #fashion
Why your neck look like that? You must not wash your whole body when you shower. Stank.

♡

**evilrobert** 2d
working on it! 🪡 handmade #fashion #gothic
3D printing another person's idea isn't "handmade".

Making sure the plastic spool is full before printing doesn't qualify anything as...

♡ 54

**ashe.raya** 2d
working on it! 🪡 handmade #fashion #gothic
Absolutely not! We know who designed this. Get outta here 😡

♡ 1



**Activity**

working on it! 〰️ handmade #fashion #gothic

These are @brebreromi 's original idea. You did NOT invent these. Stop stealing from black creators.

♡ 30

**its_kairi_here** 2d
working on it! 〰️ handmade #fashion #gothic

Replied to you

**sith_bitchelfwhore** 2d
working on it! 〰️ handmade #fashion #gothic

WHY am I not surprised that this bitch is trying to steal a black womens invention from September last year and is now trying to say she never knew it was someone else's ..........

**annaohmart** 2d
working on it! 〰️ handmade #fashion #gothic

STOP STEALING FROM BLACK CREATORS. This the type of whiteness that embarrasses us all. Give the actual artist @brebreromi her credit and get outta here.

♡ 1

**its_kairi_here** 2d
Petals and sky unite! 🌸☁️✨
..

Replied to you

♡ 2

**its_kairi_here** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut

Replied to you

♡ 5

**its_kairi_here** 2d

---

♡ 14

**pdga_andi** 2d
Followed you                                    Follow

**staciermblackburn** 2d
Low tension hold, with no hairband! 🌸😊 handmade #steampunk #fashion
At LEAST give credit where credit is due. Ffs 💅

♡ 3

**staciermblackburn** 2d
working on it! 〰️ handmade #fashion #gothic

Theft! ANOTHER white woman stealing from Black womèn. Wrong AF for this. Tsk tsk

♡ 2

**emeldamd** 2d
Don't like the default tan horns? Request a color swap before ordering! ❤️ The ears go great with so many colors! cow #animal #handmade #gaming
THIEF!!!!

**emeldamd** 2d
These new pride pieces have to be my favorite 🌈
...
THIEF!!!!

♡ 2

**emeldamd** 2d
Petals and sky unite! 🌸☁️✨
...
THIEF!!!!!!!

♡ 4

**its_kairi_here** 2d
working on it! 〰️ handmade #fashion #gothic

---

**Activity** ⌄

THIEF!!!!!!!

♡ 4

**its_kairi_here** 2d
working on it! 〰️ handmade #fashion #gothic
@brebreromi THIS IS HER DESIGN!!!!

♡ 1

**emeldamd** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
THIEF!!!!!!

♡ 4

**emeldamd** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
THIEF!!!!!!

♡ 4

**emeldamd** 2d
Perfect for a pinch of steampunk! 🌸🌸🌸 handmade #steampunk #fashion
THIEF!!!!

**emeldamd** 2d
Low tension hold, with no hairband! 🌸😊 handmade #steampunk #fashion
THIEF!!!!!!!

**ghostmami666** 2d
working on it! 〰️ handmade #fashion #gothic
Thief.

---

**Activity** ⌄

**emeldamd** 2d
working on it! 〰️ handmade #fashion #gothic
THIEF!!!!!!!!

**its_kairi_here** 2d
working on it! 〰️ handmade #fashion #gothic
Why are you stealing ppls designs?? You're gunna get sued

**beccascorneroftheworld** 2d
working on it! 〰️ handmade #fashion #gothic
Working on what? Stealing other people's designs? This is disgusting.

♡ 132   ♡ 1

**airy.canary** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
#stolenidea #3Dprintedainthandmade

♡ 6

**airy.canary** 2d
working on it! 〰️ handmade #fashion #gothic
@brebreromi is the original designer. From one white person to another - give her the credit she deserves and come up with an original idea.

♡ 1

**msnewyork3_** 2d
working on it! 〰️ handmade #fashion #gothic
Can you say I STEAL

♡ 1

**msnewyork3_** 2d
working on it! 〰️ handmade #fashion #gothic
https://media.tenor.com/KhYb8iYC3XcAAAAM/thief-burglar.gif



**Activity**

**caeteramoda** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you
♡ 5

**lisa.j.o** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
hey. guess what? it's probably a good idea to stop profiting off of a design concept you stole from a Black woman. @brebreromi is the original creator, and you saw it and swooped in and tried to make it your own. if you can't come up...
♡ 11

**ashleywhy_** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
It looks like it'll just fall off and break. I'm gonna check out that creator everyone's linking instead.
...
♡ 26  ♡ 5

**lilaccfury** 2d
working on it! 🧵 handmade #fashion #gothic
Thank you for ENSURING @brebreromi's ORIGINAL invention will sell. Karma will handle you.
♡ 2

**darkskindoll018** 2d
working on it! 🧵 handmade #fashion #gothic
Thief ahh hoe
♡

**lailagreene** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you
♡

---

**Activity** ⌄

♡

**whoawren** 2d
working on it! 🧵 handmade #fashion #gothic
Hey, can we not steal from black women? It's gross. @brebreromi did it first and did it better.
♡

**nnnukirk** 2d
Low tension hold, with no hairband! ⚙️ 😈 handmade #steampunk #fashion
This is neat! I love it! Good thing I know @brebreromi is the one that created it so I'll get it from her. Not some piece of shit thief.
♡ 30

**jacinpink** 2d
working on it! 🧵 handmade #fashion #gothic
Theif !
♡

**itsreallyoral** 2d
working on it! 🧵 handmade #fashion #gothic
Trash ass shit.
♡ 4

**maria3913** 2d
working on it! 🧵 handmade #fashion #gothic
Look hun I'd suggest you take whatever earnings you've made so far with this and look for something else to sell... maybe rip off another white girl idk but stealing a person of colors original patented idea is not it. No credit given and crocodile...
♡ 2

**duncan916** 2d
working on it! 🧵 handmade #fashion #gothic
@brebreromi
♡

---

**lilaccfury** 2d
Low tension hold, with no hairband! ⚙️ 😈 handmade #steampunk #fashion
Are you deadass??
♡

**brit.the.bog.witch** 2d
working on it! 🧵 handmade #fashion #gothic
If only you didn't steal the idea from a brilliant black woman.
♡ 1

**tokyoitgirl** 2d
Petals and sky unite! 🌸☁️✨
...
Who is the ACTUAL creator of this, thief?
♡ 1

**tokyoitgirl** 2d
Low tension hold, with no hairband! ⚙️ 😈 handmade #steampunk #fashion
Hey thief. You've been caught stealing from @brebreromi. Game over k8nt
♡ 2

**itsreallyoral** 2d
Low tension hold, with no hairband! ⚙️ 😈 handmade #steampunk #fashion
Sloppy. Very sloppy. Keep letting them comments over on tiktok make you feel protected and safe but we have long memories when it comes to protecting Black women who invent dope shit you will regret this.
♡ 44

**jessica_theartist** 2d
working on it! 🧵 handmade #fashion #gothic
Ohhhhhh so YOU are the thief that's going viral.
♡ 2

---

**Activity** ⌄

Why would you steal the design from the original creator? You know you stole from a black creator. You are lower than pond scum.
♡ 4

**_shebita** 2d
Low tension hold, with no hairband! ⚙️ 😈 handmade #steampunk #fashion
Replied to you
♡ 3

**the_eldritch_millenial** 2d
working on it! 🧵 handmade #fashion #gothic
Can't WAIT for you to get sued into oblivion. 👀
♡ 4

**realmarleyquinn** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you
♡ 1

**peace_inthe_chaos_** 2d
working on it! 🧵 handmade #fashion #gothic
Your head phone covers and horns weren't original and neither are the clips who's concept was stolen
♡ 4

**lisa.j.o** 2d
working on it! 🧵 handmade #fashion #gothic
Replied to you
♡ 3

**prideprejudiceandemily** 2d
working on it! 🧵 handmade #fashion #gothic
Stop stealing from @brebreromi
♡ 9

**Activity**

Working on giving credit to the proper gal before making royalties off someone else's invention to show you're a TRUE ally to the non-majority, I hope bc @brebreromi is the ONLY reason I even consider clips in my hair after seeing...

♡ 3   ○   ⟳   ▽

**tcadiferous** 2d
Petals and sky unite! 🌸 ☁️ ✨
...
I hope you never sell anything since you think stealing from people is cool.

♡ 6   ○   ⟳   ▽

**tcadiferous** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
YOU ARE A THIEF

♡ 3   ○   ⟳   ▽

**tcadiferous** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
THIS PERSON IS A THIEF

♡ 6   ○   ⟳   ▽

**cjoright11** 2d
working on it! 🪡 handmade #fashion #gothic
THIEF 😡😡😡

♡ 7   ○   ⟳   ▽

**jenvegasinny** 2d
Low tension hold, with no hairband! ⚙️ 😋 handmade #steampunk #fashion
Thief

♡ 1   ○   ⟳   ▽

**absynthraven** 2d
Mentioned you
@eleganceandgeekery you need to come out and just admit that you stole this idea from a BLACK creator!

---

**Activity** ⌄

@eleganceandgeekery Why piggyback off an independent Black businesswoman's success when you can actually find something ORIGINAL and CREATIVE....

♡ 1   ○   ⟳   ▽

**sunnmoon13** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Stealin from Black women isnt kool

♡ 5   ○   ⟳   ▽

**caitlynnjoann** 2d
Petals and sky unite! 🌸 ☁️ ✨
Why not stick to earrings instead of stealing Black women's inventions?

♡ 15   ○   ⟳   ▽

**readyforthe80z** 2d
working on it! 🪡 handmade #fashion #gothic
Too bad you stole this

♡   ○   ⟳   ▽

**cocobbj** 2d
working on it! 🪡 handmade #fashion #gothic
Nope. I going to buy mine from the original creator. You will never be blessed because you CHOSE TO STEAL. Your kind is never beating the allegations

♡   ○   ⟳   ▽

**sheslikegold** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Thief

♡ 4   ○   ⟳   ▽

**ms.l3th4l** 2d
working on it! 🪡 handmade #fashion #gothic
I liked this idea better when it was done by a black lady several months ago

---

♡ 21   ○   ⟳   ▽

**mocoke** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
The comments are not disappointing either

♡ 28   ○   ⟳   ▽

**imperialastradm** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
STOLEN ART! STOLEN ART! STOLEN ART! STOLEN ART! STOLEN ART! STOLEN ART!

♡ 7   ○   ⟳   ▽

**chenobutter** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
The minute I saw this, I thought of the girl who makes the really cool head phones and magnet hair clips. Glad to see the comments, I'm not crazy 😅

♡ 5   ○   ⟳   ▽

**imperialastradm** 2d
Low tension hold, with no hairband! ⚙️ 😋 handmade #steampunk #fashion
Stolen from @breromiofficial.

♡ 2   ○   ⟳   ▽

**mowrites82** 2d
Mentioned you
ACAB includes @eleganceandgeekery stealing a design for magnetic hair clips designed for Black women from @brebreromi telling her followers that Bre sent a hate mob to bully her....

♡ 121   ○   ⟳ 17   ▽

**imperialastradm** 2d
working on it! 🪡 handmade #fashion #gothic
Stop stealing from Black businesses, you creep.

♡ 27   ○   ⟳   ▽

---

**Activity** ⌄

**napqueen23** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
You have lost your mind.

♡ 3   ○   ⟳   ▽

**napqueen23** 2d
Mentioned you
@brebreromi is having her actual product stolen by some asshole named @eleganceandgeekery. She has already filed a cease and desist. Let's amplify her page!

♡ 2   ○   ⟳   ▽

**sheslikegold** 2d
Low tension hold, with no hairband! ⚙️ 😋 handmade #steampunk #fashion
Hope the original creator sues you for profits

♡ 6   ○   ⟳   ▽

**sheslikegold** 2d
Low tension hold, with no hairband! ⚙️ 😋 handmade #steampunk #fashion
Design thief

♡   ○   ⟳   ▽

**socialanxietyandart** 2d
working on it! 🪡 handmade #fashion #gothic
We're told not to steal in kindergarten.
Do you need to go back to kindergarten?

♡ 32   ○ 1   ⟳   ▽

**sheslikegold** 2d
working on it! 🪡 handmade #fashion #gothic
Design thief

♡ 1   ○   ⟳   ▽



### Activity

**monyfaith** 2d
working on it! 🌱 handmade #fashion #gothic
So this is what you stole? Noted.

♡ 1    ○    ⟳    ▽

**shivani.reads** 2d
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion
Just like you PINCHed this from @brebreromi?

♡ 4    ○    ⟳    ▽

**audhdchaosgremlin** 2d
working on it! 🌱 handmade #fashion #gothic
Don't buy this trash guys. She stole it from @breromiofficial , buy it from the inventor instead.

♡ 47    ○    ⟳    ▽

**lizzo_stivs** 2d
working on it! 🌱 handmade #fashion #gothic
I hope the original creator bankrupts you for stealing HER idea!! This is digusting and simply thievery. As a women, you should support other women and their ORIGINAL successes and instead you literally stealing from a black women...

♡ 17    ○    ⟳    ▽

**kiaseeds** 2d
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion
Colonizers gonna colonize

♡ 2    ○    ⟳    ▽

**the.glass.broker** 2d
working on it! 🌱 handmade #fashion #gothic
Notice that your comments to like ratio is completely fucked? It's because you stole this idea and people are tired of white people colonizing/stealing everything, including inventions. Give @breromiofficial credit where credit is du...

♡ 65    ○    ⟳    ▽

### Activity ⌄

**fowler_mag** 2d
working on it! 🌱 handmade #fashion #gothic
Stop stealing @brebreromi did this first—-and she did it better.

♡ 30    ○ 1    ⟳    ▽

**princess_woodland_fae** 2d
working on it! 🌱 handmade #fashion #gothic
Wow a thief!! Get lost! Nobody should be supporting a person who steals from others. We don't reward evil people

♡ 7    ○    ⟳    ▽

**itsthatjengirl** 2d
working on it! 🌱 handmade #fashion #gothic
Instead of stealing a Black woman's design, you should start selling all that audacity you have.

♡ 202    ○ 3    ⟳ 2    ▽

**crazycat_dad** 2d
working on it! 🌱 handmade #fashion #gothic
Some someone else figured it out and you stole it

♡ 1    ○    ⟳    ▽

**thetaigaqueen** 2d
Mentioned you
@eleganceandgeekery has stolen the intellectual property of a Black woman & is selling it as her own.
Just so y'all know.

♡    ○    ⟳    ▽

**mrstfranklin1968** 2d
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
You'd steal human 🧠 if you could get paid for it.

♡    ○    ⟳    ▽

### Activity

🟢 Mentioned you
It's hard enough for Black women to be taken seriously as inventors and innovators of cultural styles and ideas they've long nurtured, but for a young Black INVENTOR to have her very specific idea stolen wholesale by a white...

♡    ○    ⟳    ▽

**lech222** 2d
working on it! 🌱 handmade #fashion #gothic
Just admit you're a thief!

♡ 1    ○    ⟳    ▽

**fowler_mag** 2d
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion
Stop stealing other people's work and trying to say you invented it.

♡ 5    ○    ⟳    ▽

**lc_greenlady** 2d
Perfect for a pinch of steampunk! ⚙️ ⚙️ ⚙️ handmade #steampunk #fashion
Just stealing today, huh?

♡    ○    ⟳    ▽

**fowler_mag** 2d
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
Buy this from @brebreromi the actual creator instead of here.

♡ 17    ○    ⟳    ▽

**small_and_slightly_strange** 2d
working on it! 🌱 handmade #fashion #gothic

**fowler_mag** 2d
working on it! 🌱 handmade #fashion #gothic
Stop stealing @brebreromi did this first—-and she did it better.

♡ 30    ○ 1    ⟳    ▽

**princess_woodland_fae** 2d
working on it! 🌱 handmade #fashion #gothic

### Activity ⌄

🟢 Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
If ya'll like the product, go to the source: @breromiofficial
Not.. whoever the hell this is. This is s shitty duplicate/copyright theft, I know that for sure. And as a maker myself: this isn't how you go about this.

♡ 1    ○    ⟳ 1    ▽

**molivece** 2d
Low tension hold, with no hairband! ⚙️ 😊 handmade #steampunk #fashion
Steam punk your ssa!! 😊 This is @brebreromi invention!! Thievery is not inspiration. 😊

♡ 6    ○    ⟳    ▽

**rachelmadams** 2d
working on it! 🌱 handmade #fashion #gothic
It's seriously not cool to steal from creators. You should be ashamed. You should probably just quietly delete your profiles and be gone. ➡️

♡ 2    ○    ⟳    ▽

**brim_crespo** 2d
Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
Oh, and everyone who wants to buy, please take your business to @brebreromi

♡ 56    ○ 1    ⟳    ▽

**wishfulexpat** 2d
I love the final result! What do you think? 🎉
...
@brebreromi is the inventor. You stole this.

♡ 3    ○    ⟳    ▽

**brim_crespo** 2d
Mmmmm 😊 handmade #smallbusinesscheck #fyp #donut
So, you know just because you made it a cutesy little donut, the original idea is still not yours, correct? Credit the creator and realize someone beat you to the punch.

♡ 17    ○    ⟳    ▽



**Activity**

STOP 🛑 STEALING 🛑 people's designs. This is @brebreromi 's designs!!! 😑

Y'all! A Black woman with locs invented this concept for Black people with...

♡ 20    ⭕    ⟳    ▽

**wishfulexpat** 2rd
Mentioned you
@brebreromi invented this clip. Not @eleganceandgeekery. White people, stop stealing from Black women.

♡    ⭕    ⟳    ▽

**juliannetti** 2d
Followed you                                    Follow

**pinkriotofficial** 2d
working on it! 🌺 handmade #fashion #gothic
DISCLAIMER:
@eleganceandgeekery is a THIEF!
...

♡    ⭕    ⟳    ▽

**mandanawright** 2d
working on it! 🌺 handmade #fashion #gothic
@brebreromi is the original designer.

♡ 3    ⭕    ⟳    ▽

**crystal6234** 2d
Low tension hold, with no hairband! ⚙️ 😑 handmade #steampunk #fashion
Give credit to the original creator stop playing with people

♡ 7    ⭕    ⟳    ▽

**crystal6234** 2d
working on it! 🌺 handmade #fashion #gothic
Stop stealing from black creators

♡ 1    ⭕    ⟳    ▽

---

Hey so, you boutta be sued and stuff. TTYL

♡ 3    ⭕    ⟳    ▽

**molivece** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
You just stole this design from @brebreromi 😑

♡ 20    ⭕    ⟳    ▽

**happyrug** 2d
Followed you                                    Follow back

**astral_blobfish** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
Theify Thieving McTheif Pants!

♡ 18    ⭕    ⟳    ▽

**quia007** 2d
Low tension hold, with no hairband! ⚙️ 😑 handmade #steampunk #fashion
Thief

♡ 2    ⭕    ⟳    ▽

**quia007** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
Thief

♡ 1    ⭕    ⟳    ▽

**quia007** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Thief!

♡ 5    ⭕    ⟳    ▽

**quia007** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
Thief!

♡ 3    ⭕    ⟳    ▽

---

**Activity** ⌄

Mentioned you
@eleganceandgeekery stop stealing from black people stop playing victim. You had tried to pass a black woman's design as you own to profit off it. I'm pretty sure you can use your brain and come up with something original so stop steali...

♡    ⭕    ⟳    ▽

**foxdanison** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
Congratulations on ruining your own career by trying to rip off someone else's! Hope you enjoy being a terrible person and all of the consequences that come along!!

♡ 5    ⭕    ⟳    ▽

**the_notorious_s.h.e** 2d
I love the final result! What do you think? 🍀
"Took a lot more trials" is a funny way to say "I stole this product design from a black creator"

♡ 17    ⭕    ⟳    ▽

**chefjanel_** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
@brebreromi is the original creator 😑 good day!

♡ 9    ⭕    ⟳    ▽

**the_notorious_s.h.e** 2d
Petals and sky unite! ⚙️☁️✨
...
Thief

♡ 6    ⭕    ⟳    ▽

**julesc_2025** 2d
working on it! 🌺 handmade #fashion #gothic
Ooh!

♡ 1    ⭕    ⟳    ▽

---

**Activity** ⌄

Theif

♡ 3    ⭕    ⟳    ▽

**harlemindigo** 2d
working on it! 🌺 handmade #fashion #gothic
Oh wow a white woman stealing. How shocking 😑😑😑. Let me just report this page for fraud 😑😑

♡ 3    ⭕    ⟳    ▽

**stale.potatochips** 2d
working on it! 🌺 handmade #fashion #gothic
You don't feel embarrassed doing this? This is a VERY public platform Brittany. We know when you steal.

♡ 24    ⭕    ⟳    ▽

**stale.potatochips** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
The number one thing white people are good at is stealing from other people.

♡ 39    ⭕ 3    ⟳ 1    ▽

**kiryaswisdom** 2d
working on it! 🌺 handmade #fashion #gothic
You thief!!! Get ready to pay big time! 😑😑😑 Don't miss the court date when you get served.

♡ 3    ⭕    ⟳    ▽

**syrop.mielle** 2d
Low tension hold, with no hairband! ⚙️ 😑 handmade #steampunk #fashion
Thief! It's so funny bc it doesn't even work as I tended on that hair.

♡ 3    ⭕    ⟳    ▽

**rachaelkram** 2d
Mmmmm 😑 handmade #smallbusinesscheck #fyp #donut
I hope the original creator of this product sues you for everything

♡ 6    ⭕    ⟳    ▽



**Activity**

working on it! handmade #fashion #gothic

You're a thief and I hope Bre, the Black woman you stole this design from, sues your pants off!
...
71

**datwystedvyxen** 2d
Mmmmm handmade #smallbusinesscheck #fyp #donut
more in white women never beating the allegations. you stole this idea from a Black woman.
48  1

**thecourageousheartinstitute** 2d
Perfect for a pinch of steampunk! handmade #steampunk #fashion
#stolendesign
3

**coffeeandstockings** 2d
Mmmmm handmade #smallbusinesscheck #fyp #donut
How convenient that @brebrebromi literally posted her days ago and now there's this? Don't steal!
10

**heiressreigns** 2d
How the hair hoops work! handmade #smallbusinesscheck #fashion
if you gonna steal you should've at least made it cute, it looks cheap asf.
24  1

**harlemgrrl** 2d
Now release! Add some glow to your gaming setup! Change the color to match whatever suits you! gaming #gamer #supportsmall
Taking time out of theft from @brebreromi
1

**imma_d_girl** 2d
working on it! handmade #fashion #gothic

---

**Activity**

2

**harlemgrrl** 2d
New wicked piece! gothic #wicked #witch
You summoned @brebreromi work and stole it

**forestnymph11** 2d
working on it! handmade #fashion #gothic
I'm really grossed out right now. You didn't think anyone would catch this?

**harlemgrrl** 2d
New release circuit board pieces! gaming #gamer #fashion
Work on these and stop stealing from @brebreromi

**harlemgrrl** 2d
Trying to hold a conversation mid game
"Hi, I'm stealing from @brebreromi how are you?"
2

**heiressreigns** 2d
working on it! handmade #fashion #gothic
Your white washed accessories came from the brilliance of a black woman and don't even hit as hard.
13

**harlemgrrl** 2d
These alien pieces are out of this world!
...
Credit @brebreromi for the work you stole

---

**Activity**

working on it! handmade #fashion #gothic
Your white washed accessories came from the brilliance of a black woman and don't even hit as hard.
13

**harlemgrrl** 2d
These alien pieces are out of this world!
...
Credit @brebreromi for the work you stole

**harlemgrrl** 2d
Those antlers look so ethereal
...
Diabolical is stealing from @brebreromi

**mambo_fredericka** 2d
Mmmmm handmade #smallbusinesscheck #fyp #donut
If @brebreromi decides to sue you I'll definitely donate to the cause. I despise a thief.
172  2

**harlemgrrl** 2d
Alien or Bug!
...
Thief, you stole from @brebreromi
2

**elidet.smiles** 2d
working on it! handmade #fashion #gothic
Colonizers never stop colonizing.
7

**harlemgrrl** 2d
Are you the alien of the spaceship or the abducted cow?

---

**Activity**

1

**harlemgrrl** 2d
So many colors to choose from!
...
These designs explain the low vibrational theft of @brebreromi
1

**breezy_briaperk** 2d
working on it! handmade #fashion #gothic
@brebreromi put love and care into this design and you're trying to sell a cheap knock off version and claim it as your own. Please check out the original creator her work is incomparable!!
6

**harlemgrrl** 2d
I love the final result! What do you think?
...
Is this why you steal?
1

**harlemgrrl** 2d
These new pride pieces have to be my favorite
...
Who'd you steal this one from
7

**harlemgrrl** 2d
Petals and sky unite!
...
Thief
5

**harlemgrrl** 2d
Mmmmm handmade #smallbusinesscheck #fyp #donut
Stolen concept from @brebreromi



**Activity**

**harlemgrrl** 2d
How the hair hoops work! 🎀 🎀 🎀 handmade #smallbusinesscheck #fashion
Stolen concept from @brebreromi
♡ 16    💬    ⟳    ▽

**pkilladuh** ✓ 2d
Followed you                          Follow

**harlemgrrl** 2d
Perfect for a pinch of steampunk! ⚙ ⚙ ⚙ handmade #steampunk #fashion
Stolen concept from @brebreromi
♡ 7    💬    ⟳    ▽

**theintrovertedcapricorn** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Disgusting... to steal from a Black woman!
♡ 71    💬    ⟳    ▽

**harlemgrrl** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
Stolen concept from @brebreromi
♡ 18    💬    ⟳    ▽

**harlemgrrl** 2d
working on it! 🪡 handmade #fashion #gothic
Stolen concept from @brebreromi
♡ 7    💬    ⟳    ▽

**harlemgrrl** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
Original concept stolen from from @brebreromi
♡ 7    💬    ⟳    ▽

**bookish_grace_79** 2d
working on it! 🪡 handmade #fashion #gothic

**Activity** ⌄

**harlemgrrl** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
Original concept stolen from from @brebreromi
♡ 7    💬    ⟳    ▽

**bookish_grace_79** 2d
working on it! 🪡 handmade #fashion #gothic
This design, in addition to being blatant thievery, isn't created for white women's hair and will NOT stay in. Because it was created BY a black woman FOR black hair. The texture isn't close to the same. And your garbage is NOT handmade....
♡ 35    💬    ⟳    ▽

**rachaelkram** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Peak white mediocrity right here- stealing from a Black woman and trying to make it your own
♡ 17    💬    ⟳    ▽

**danielthejew** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Do you bro, if you have a better product, the market will speak. If you don't, well, it won't speak.
♡ 1    💬    ⟳    ▽

**auralani_ra** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Replied to you
♡ 7    💬    ⟳    ▽

**auralani_ra** 2d
How the hair hoops work! 🎀 🎀 🎀 handmade #smallbusinesscheck #fashion
Replied to you
♡ 15    💬    ⟳    ▽

**Activity** ⌄

**divacarlos** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
🌀
♡    💬    ⟳    ▽

**auralani_ra** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
Replied to you
♡ 5    💬    ⟳    ▽

**auralani_ra** 2d
working on it! 🪡 handmade #fashion #gothic
Replied to you
♡ 2    💬    ⟳    ▽

**ninamillan_** ✓ 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Imagine if someone did this to you? Have you even considered that you are knocking off another idea because you think you can do it better? We all can see that was the thought process in doing this. That doesn't make it ok, and it doesn...
♡ 49    💬 1    ⟳    ▽

**la_observa_tonteria** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
STOP STEALING FROM BLACK WOMEN
♡ 26    💬    ⟳    ▽

**holly_lollipop** 2d
Followed you                          Follow back

**ari_the_mom** 2d
How the hair hoops work! 🎀 🎀 🎀 handmade #smallbusinesscheck #fashion
You think people aren't gonna keep calling you out on your crap? Try being original instead of stealing other people's ideas. Especially the ideas of a minority group that already has enough problems without dealing with people like you...

**ari_the_mom** 2d
How the hair hoops work! 🎀 🎀 🎀 handmade #smallbusinesscheck #fashion
You think people aren't gonna keep calling you out on your crap? Try being original instead of stealing other people's ideas. Especially the ideas of a minority group that already has enough problems without dealing with people like you....
♡ 31    💬    ⟳    ▽

**soniakernel** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
Mmmm...idea theft my a mediocre colonizer.
♡ 11    💬    ⟳    ▽

**the_petty_auntie** ● 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut
First post about this product across her platforms is 5 days ago...AFTER the original creator went viral. But sure, you aren't stealing and totally the victim from everyone calling you out.
♡ 305    💬 16    ⟳ 20    ▽

**poin1967** 2d
Low tension hold, with no hairband! ⚙ 😊 handmade #steampunk #fashion
YOU ARE A THIEF!!!!!
♡ 3    💬    ⟳    ▽

**glxryx3** 2d
working on it! 🪡 handmade #fashion #gothic
Replied to you
♡ 5    💬    ⟳    ▽

**camie.raven** 2d
working on it! 🪡 handmade #fashion #gothic
Stolen work. So shitty of you to try to make a profit off of Black women's work
♡ 19    💬    ⟳    ▽



**Activity**

♡ 4  ◯  ↻  ▽

**_dymepeace333_** 2d
working on it! ✂️ handmade #fashion #gothic
Welp your business will suffer and not prosper as a result of your refusal to acknowledge the original creator. So it is and so it shall be.

♡ 7  ◯  ↻  ▽

**silent_movez** 2d
working on it! ✂️ handmade #fashion #gothic
Damn. You just stole that right from under that lady. No shame

♡ 8  ◯  ↻  ▽

**planetjessika** 2d
working on it! ✂️ handmade #fashion #gothic
@eleganceandgeekery did this first to accommodate Black hair that can't fit in a regular clip made for thinner hair textures. Stealing her idea with no credit whatsoever is gross.

♡ 1  ◯  ↻  ▽

**kiandria** 2d
Mentioned you
@eleganceandgeekery Bre didn't send a mob after you....I DID.

Protect Black women. Stop stealing from Black women. Give credit where credit i...

♡ 3.7K  ◯ 94  ↻ 128  ▽ 2

**melanin.dess** 2d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
🦍 Colonizers are going to do what they do best🦍

♡ 14  ◯  ↻  ▽

**woegabrielle** 2d
Mentioned you
@eleganceandgeekery no ma'am. you know this is a stolen idea.

♡  ◯  ↻  ▽

---

**Activity** ⌄  ⋯

Stolen

♡ 5  ◯  ↻  ▽

**healingwriter** 2d
working on it! ✂️ handmade #fashion #gothic
It's my understanding that the design is stolen

♡ 9  ◯  ↻  ▽

**miqua83** 2d
working on it! ✂️ handmade #fashion #gothic
Instead of reaching out to the original creator of this product to try to collaborate with her and share your ideas you steal it and pretend it's yours smfh and u have the audacity to think nobody will notice. Find some integrity within yourself and...

♡ 8  ◯  ↻  ▽

**akirra_20** 2d
I love the final result! What do you think? 🤌
...
Girl get your own ideas. Or is that to hard? Cause you a talentless snow roach 🪳

♡  ◯  ↻  ▽

**akirra_20** 2d
These new pride pieces have to be my favorite 🖊️
...
Most likely a stolen idea from someone else. Incapable of being original just a thief just like ya dusty ancestors

♡ 8  ◯  ↻  ▽

**akirra_20** 2d
Petals and sky unite! 🌸☁️✨
...
Who yo culture vulture ass steal this from ?? 🤨😒

♡ 15  ◯  ↻  ▽

**alsoomse** 2d
Petals and sky unite! 🌸☁️✨

---

**Activity**

Petals and sky unite! 🌸☁️✨
...
Thievery

♡ 7  ◯ 1  ↻  ▽

**healingwriter** 2d
Petals and sky unite! 🌸☁️✨
...

**healingwriter** 2d
Mmmmm 😋 handmade #smallbusinesscheck #fyp #donut
Stolen

♡ 6  ◯  ↻  ▽

**healingwriter** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Stolen

♡ 16  ◯  ↻  ▽

**healingwriter** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
stolen.com

♡ 2  ◯  ↻  ▽

**healingwriter** 2d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
Stolen

♡ 5  ◯  ↻  ▽

**healingwriter** 2d
working on it! ✂️ handmade #fashion #gothic
It's my understanding that the design is stolen

♡ 9  ◯  ↻  ▽

**miqua83** 2d
working on it! ✂️ handmade #fashion #gothic

---

**Activity** ⌄  ⋯

♡ 39  ◯  ↻  ▽

**akirra_20** 2d
How the hair hoops work! 🌸🌸🌸 handmade #smallbusinesscheck #fashion
Find an original idea, thought, SOMETHING OTHER THAN STEALING FROM A BLACK WOMAN.
@brebreromi IS THE ORIGINAL, THE TALENTED, INSPIRING WOMAN THAT MAD...

♡ 2  ◯  ↻  ▽

**lonelyferns** 2d
working on it! ✂️ handmade #fashion #gothic
It's heartbreaking that you would jump to stealing a Black woman's design for your own thin-haired benefit.

♡ 29  ◯  ↻  ▽

**kb.the_** 2d
Low tension hold, with no hairband! ⚙️🍩 handmade #steampunk #fashion
BOOOOOOOOOO 👎

♡ 5  ◯  ↻  ▽

**ozzieeee_blvck** 2d
working on it! ✂️ handmade #fashion #gothic
Limiting comments won't make us go away! That explanation video is a COP out. Make it a race thing? You're literally gentrifying her design. So typical of yall.

♡ 27  ◯  ↻  ▽

**akirra_20** 2d
Perfect for a pinch of steampunk! ⚙️⚙️⚙️ handmade #steampunk #fashion
UGLY ASF AND YO HAIR THIN ASF

♡ 2  ◯  ↻  ▽

**kb.the_** 2d
working on it! ✂️ handmade #fashion #gothic
🔴🔴🔴🔴🔴🔴🔴

♡ 5  ◯  ↻  ▽



Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion

WTF is WRONG with you? Hope you lose everything in court for STEALING from a BLACK WOMAN!

♡ 27    ◯    ↻    ▽

**akirra_20** 2d
working on it! 🎀 handmade #fashion #gothic

@brebreromi IS THE ORIGINAL CREATOR A BEAUTIFUL BLACK WOMAN CREATED THIS AND WAS STOLEN BY A DUSTY WHITE COLONIZER smh

♡ 57    ◯    ↻ 2    ▽

**honeybeebrewer** 2d
working on it! 🎀 handmade #fashion #gothic

We know a stolen design when we see it. Taking Brebreromi's hair clip and whitewashing it, doesn't make it a new idea. Heed her cease and desist and be prepared to be dragged across the internet.

♡ 172    ◯ 1    ↻    ▽

**dreadwulfx** 2d
working on it! 🎀 handmade #fashion #gothic

You fucking theif. Make this bitch famous for it

♡ 8    ◯ 1    ↻    ▽

**evarovin** 2d
working on it! 🎀 handmade #fashion #gothic

Wow. You straight stole this.

♡ 319    ◯ 2    ↻ 8    ▽ 2

**thesonderyears** 2d
Low tension hold, with no hairband! 🌸 😊 handmade #steampunk #fashion

Replied to you

♡ 33    ◯ 1    ↻ 1    ▽

**sombravulpes** 2d
working on it! 🎀 handmade #fashion #gothic

Stealing from black women again, are we?

**oyinboileajo** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut

Replied to you

♡ 11    ◯    ↻    ▽

**plushpiscesqueen** and 7 others 1d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut

**oyinboileajo** 2d
Perfect for a pinch of steampunk! 🌸 🌸 🌸 handmade #steampunk #fashion

Replied to you

♡ 8    ◯    ↻    ▽

**oyinboileajo** 2d
How the hair hoops work! 🌸 🌸 🌸 handmade #smallbusinesscheck #fashion

Replied to you

♡ 24    ◯    ↻    ▽

**oyinboileajo** 2d
Mmmmm 🍩 handmade #smallbusinesscheck #fyp #donut

Replied to you

♡ 10    ◯    ↻    ▽

**chocolate_sage19** 2d
I love the final result! What do you think? 🖤

Colonizers doing what colonizers do. Standard operating procedure. 😴

♡ 4    ◯    ↻    ▽

**adestroyerofworlds** 2d
working on it! 🎀 handmade #fashion #gothic

I hope @brebreromi runs you through the ground. Lmfao sticky finger havin ass.

♡ 108    ◯    ↻    ▽

**thehomegirlhealer** 2d



US 20100078036A1

(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: **US 2010/0078036 A1**

Naji    (43) Pub. Date: **Apr. 1, 2010**

(54) **SPECIALTY HAIR ACCESSORY DEVICE WITH MAGNETIC FASTENING PROPERTIES**

(76) Inventor: **Mohammed Naji**, Riverside, CA (US)

Correspondence Address:
**JAFARI LAW GROUP, P.C.**
**801 N. PARKCENTER DRIVE, SUITE 220**
**SANTA ANA, CA 92705 (US)**

(21) Appl. No.: **12/242,023**

(22) Filed: **Sep. 30, 2008**

**Publication Classification**

(51) **Int. Cl.**
*A45D 8/00*    (2006.01)
*A45D 8/12*    (2006.01)

(52) **U.S. Cl.** .......................... **132/200**; 132/276; 132/273

(57) **ABSTRACT**

The invention is a specialty hair accessory device with magnetic fastening properties adapted for magnetically coupling a person's hair in place to provide a desired hair style. In one embodiment, a hair accessory device comprises of a first member that includes magnetic properties and a second member that is coupled to the first member wherein both first and second members comprise of a curved body and a comb-like protrusion spaced out along the concave side of the curved body, and wherein the first and second members are adapted for magnetic coupling.





FIG. 1(a)

FIG. 1(b)

Case 6:25-cv-01272-AA    Document 8-2    Filed 07/22/25    Page 36 of 46

# FIG. 2



FIG. 3



FIG. 4



FIG.5



# FIG.6



1

## SPECIALTY HAIR ACCESSORY DEVICE WITH MAGNETIC FASTENING PROPERTIES

### TECHNICAL FIELD OF THE INVENTION

[0001]   The present invention relates in general to a specialty hair accessory device with magnetic fastening properties, and more specifically, to a hair accessory device adaptable to different lengths and/or styles of hair, which has been configured with magnetic coupling components for retaining a user's hair.

### COPYRIGHT & TRADEMARK NOTICE

[0002]   A portion of the disclosure of this patent application may contain material that is subject to copyright protection. The owner has no objection to the facsimile reproduction by any one of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyrights whatsoever.
[0003]   Certain marks referenced herein may be common law or registered trademarks of third parties affiliated or unaffiliated with the applicant or the assignee. Use of these marks is by way of example and shall not be construed as descriptive or to limit the scope of this invention to material associated only with such marks.

### BACKGROUND OF THE INVENTION

[0004]   Traditionally, people have been using various hair accessory devices to style and hold their hair in desired positions such as a hairclip. However, people often face multiple limitations in their usage of such hairclips.

[0005]   One common limitation is that the traditional hairclip is not adaptable to different hair lengths and styles. For instance, when a user decides to change his or her hair length or style, he or she would no longer be able to use such ordinary hairclip, but rather purchase a different hairclip or not utilize a hairclip at all.

[0006]   Yet, another common limitation or problem with hairclips often found in the prior art is that such devices may cause hair loss and pain upon detaching the device away from a person's head. Often, hairclips whether made of plastic, metal, or other synthetic materials, include spring devices, which cause the hairclip to snap into a closed position, often hurting or causing painful contact with the user's hands or head.

[0007]   For example, once a person places such spring-loaded devices and decides to remove it to reposition, he or she may have to bare pain every time due to the toughness of detaching said device. Furthermore, a great amount of hair loss may result from taking such types of hairclips off.

[0008]   Additionally, ordinary hairclips are typically designed only to perform a single function, thus when a user desires to apply a different hair style or implement different hair products, they must utilize multiple devices. For instance, a woman may who desire to uses both a hairclip and a headband for a particular hair style, may require to keep each individual device with her, for example, in her purse. This is undesirable since it is often a waste of space, and typically more expensive.

[0009]   Therefore, it is desirable to provide a hair device that is adjustable and adaptable to different hair lengths and styles, and configured in such a manner so that it may be removed softly and smoothly, without causing harm to the user's hands or damage the user's hair, and may be utilized for a variety of functions. The present invention overcomes the above described disadvantages of presently existing hair accessories or fastening devices, and it is to these ends that the present invention has been developed.

### SUMMARY OF THE INVENTION

[0010]   To minimize the limitations found in the prior art, and to minimize other limitations that will be apparent upon the reading of the specification, the present invention provides a specialty hair accessory device with magnetic fastening properties adapted for magnetically coupling a person's hair in place to provide a desired hair style.

[0011]   A hair accessory device, in accordance with the present invention, comprises of a first member that includes magnetic properties and a second member that is coupled to the first member where both first and second members comprise of a curved body and a comb-like protrusion spaced out along the concave side of the curved body where the first and second members are adapted for magnetic coupling.

[0012]   A hair accessory device, in accordance with the present invention, comprises of a first and second member where the first member includes magnetic properties and where the first and second members further comprises of a curved body, a comb-like protrusion spaced out along a concave side of said curved body, a pivoting attachment component coupled to the first end of said curved body and an attachment component coupled to the second end of the curved body where the first and second members are adapted for magnetically coupling the first and second members to form one or more configurations of said hair accessory device to hold a person's hair in place.

[0013]   A method of styling a person's hair with a specialized hair accessory device comprising of an elastic member coupled to a first and second attachment component where the first attachment component is held in place while second attachment component is repeatedly looped around a gathered amount of hair stretching and winding elastic member continuously around the gathered amount of hair until second attachment component may be magnetically coupled with first attachment component where first attachment component further comprises of magnetic properties.

[0014]   It is an objective of the present invention to increase the ease of using a hair accessory device by utilizing magnetized members that will couple together when in close proximity requiring less precision and reducing components that may become entangled with a person's hair.

[0015]   It is another objective of the present invention to provide a versatile device adapted to reduce the number of hair accessories a person has to carry by providing a hair accessory device that may be used both as a comb to straighten a person's hair and as a hair clip or even a hair band to hold a person's hair in place.

[0016]   Finally, it is an objective of the present invention to allow for a hair accessory device to hold a person's hair in place in one or more distinctly different configurations.

[0017]   These and other advantages and features of the present invention are described herein with specificity so as to make the present invention understandable to one of ordinary skill in the art.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0018]   Elements in the figures have not necessarily been drawn to scale in order to enhance their clarity and improve

2

understanding of these various elements and embodiments of the invention. Furthermore, elements that are known to be common and well understood to those in the industry are not depicted in order to provide a clear view of the various embodiments of the invention.

[0019]    FIGS. 1(a) and 1(b) illustrates one embodiment of the present invention, wherein a specialized hair accessory device adapted for magnetic coupling is holding a person's hair securely in place.

[0020]    FIG. 2 illustrates one embodiment of the present invention wherein a hair accessory device comprising of a first and second member further comprises of a curved body, comb-like protrusions, a magnetized first member, and a second member adapted to magnetically couple with first member.

[0021]    FIG. 3 illustrates one embodiment of the present invention wherein a hair accessory device comprising of a first and second member that further comprises of a curved body with comb-like protrusions extending from the concave side of said curved body, magnetized attachment components attached to the curved body of first member, and a second member adapted to magnetically couple with the first member.

[0022]    FIG. 4 illustrates one embodiment of the present invention wherein a specialized hair accessory device comprising of a first and second member that further comprises of a curved body and comb-like protrusions where curved body includes an enclosure that houses an elastic band coupled to attachment components.

[0023]    FIG. 5 illustrates an alternative embodiment, wherein a hair accessory device in accordance with the present invention may be transformed into one or more configurations, for example, a hair clip and a head band.

[0024]    FIG. 6 illustrates one embodiment of the present invention wherein a specialized hair accessory device comprises of an elastic member coupled to a first and second attachment component wherein the first and second attachment component may be magnetically coupled and wound tightly around a gathered amount of hair and wherein a first attachment component may be magnetically coupled to a second attachment component in a manner so as to secure a person's hair in place.

DETAILED DESCRIPTION OF THE DRAWINGS

[0025]    In the following discussion that addresses a number of embodiments and applications of the present invention, reference is made to the accompanying drawings that form a part hereof, and in which is shown by way of illustration specific embodiments in which the invention may be practiced. It is to be understood that other embodiments may be utilized and changes may be made without departing from the scope of the present invention.

[0026]    FIGS. 1(a) and 1(b) illustrates one embodiment of the present invention, wherein a specialized hair accessory device adapted for magnetic coupling is holding a person's hair securely in place. Specifically, these figures illustrate a specialty hair accessory device comprising of a first member that is magnetically coupled to a second member in a manner so as to hold a gathered amount of hair in a desired position or style.

[0027]    Hair accessory device 100, as depicted in the shown embodiment, comprises of first member 101, second member 102, and in this embodiment, an attachment component 103, which is coupled to first member 101 at one end, and attach-

ment component 105, which is coupled to the other end of first member 101. Attachment component 104 is securely coupled to second member 102 at one end while attachment component 106 is securely coupled to second member 102 at the other end. In this present embodiment, attachment component 103 and attachment component 105 may be magnets that are magnetically attracted to attachment component 104 and attachment component 106 respectively. When coupled together, first and second members of specialized hair accessory device 100, tightly holds gathered hair 107 securely in place.

[0028]    Density of hair 107 may be thin, medium or thick. Also, texture of hair 107 may be fine, medium, or coarse. Despite the varying characteristics of hair 107, specialized hair accessory device 100 is adapted to hold hair of different lengths and/or styles securely in place.

[0029]    Turning to the next figure, FIG. 2 is an illustration of one embodiment of the present invention depicting the specialized hair accessory device, which includes: a first member and a second member both comprising of a curved body and comb-like protrusions magnetically coupled together to securely hold a person's hair in place. More specifically, FIG. 2, illustrates several components that make up an exemplary embodiment of the present invention, including first member 201, second member 202, which both comprises of curved body 203, comb-like protrusions 205, attachment component 207 and is attached to one end of first member 201, is magnetically coupled to attachment component 208, which is attached to one end of second member 202, and attachment component 209 attached to first member 201 also magnetically coupled to attachment component 210 of second member 202.

[0030]    First member 201 generally comprises of curved body 203 and comb-like protrusions 205 that are spaced out along the concave side curved body 203. First member 201 may be coupled to second member 202 to surround an amount of gathered hair and hold it in place. In one embodiment, first member 201 is magnetized while second member 202 may be adapted to magnetically couple with first member 201 so as to hold a person's hair securely in place in a manner pleasing to the person.

[0031]    First member 201 may be constructed of a rigid material such as metal or may be constructed of resilient materials such as plastic, or acrylic, without deviating from the scope of the present invention. First member 201 may also vary in size, shape and may be styled to be adorned on a wide range of occasions.

[0032]    Curved body 203 generally spans the length of the first member 201 thereby providing support for first member 201. More specifically, curved body 203 provides functional support to first member 201 through its form by holding a person's hair in place. In one embodiment, curved body 203 may be constructed of rigid material such as metal. In another embodiment, curved body 203 may be constructed of a supportive yet resilient or flexible material such as a rubber based material, a flexible plastic material, an acrylic based material or any other type of material without deviating from the scope of the present invention.

[0033]    As a component that spans the entire length of first member 201, curved body 203 also determines the size and shape of hair accessory device 200. The size of the curved body 203 determines the amount of hair that may be tightly held by hair accessory device 200. In one embodiment, curved body 203 may be small for holding hair in a small

3

ponytail. In another embodiment, curved body **203** may be large and may hold back a different style of hair, for example a long pony tail.

[0034] The general shape of curved body **203** consists of a concave side which is the interior portion of curved body **203**. The varying shapes of curved body **203** may vary the appearance of how the person's hair is held. For example, and in no way limiting the scope of the present invention, if in one embodiment curved body **203** is long with a slight curve, the shape of the user's pony tail may be different from another embodiment wherein curved body **203** is short and round. For this reason, curved body **203** may be colored and styled to accommodate different users of the hair accessory device. Hair accessory device **200** may also therefore vary in size by varying the size of curved body **203**.

[0035] On the concave side of curved body **203** are comb-like protrusions **205**. Comb-like protrusions **205** are thin and pointed, constructed from rigid material that extends from the concave side of curved body **203**. Comb-like protrusions **205** are spaced out along the length of curved body **203** in varying densities. In one embodiment, comb-like protrusions **205** are densely positioned on concave side of curved body **203** while in another embodiment, comb-like protrusions **205** are sparsely spaced along concave side of curved body **203**. Comb-like protrusions **205** are used to keep hair accessory device **200** positioned in the desired location. The different embodiments of the density of the comb-like protrusions allow hair accessory device to accommodate different types of hair. Comb-like protrusions **205** may also vary in shape. In one embodiment, they may be straight while in another embodiment, the comb-like protrusions **205** may be curved, without deviating from the scope of the present invention. This is desirable so that the hair accessory device may accommodate users with different hair types. Nevertheless, comb-like protrusions **205** must be designed so as to keep hair accessory device securely positioned as desired by the user. For this reason, comb-like protrusions **205** are not only teeth to keep the hair accessory device in place but may also be used as a comb to first ensure that the user's strands of hair are positioned and smoothed out as desired.

[0036] At one end of curved body **203** is attachment component **207**. Attachment component **207** may be any type of attachment component known in the art configured for magnetic coupling. Attachment component **207** may be constructed of any metallic material that may be magnetized such as alloys containing nickel, iron or cobalt. Attachment component **207** may also be constructed of metals attracted to magnets such as iron, nickel or cobalt and be within the scope of the present invention so long as it's opposing attachment component is magnetized and will couple with attachment component **207**.

[0037] For example, and in no way limiting the scope of the present invention, in one embodiment attachment component **207** is magnetized and constructed of a nickel alloy while attachment component **208** may be constructed of steel comprising mostly of iron. In another embodiment attachment component **207** may be constructed of steel and attachment component **208** may be magnetized and constructed of a metal alloy containing iron. Nevertheless, any other embodiments wherein attachment component **207** may be magnetically coupled with attachment component **208** are within the scope of this invention.

[0038] Attachment component **207** may vary in size and shape. It may be of any size to match the style and aesthetics of the hair accessory device so long as attachment component **207** may be securely magnetically couple to attachment component **208**. Attachment component **207** may also be styled to match with the rest of hair accessory device **200**.

[0039] Attachment component **207** is securely attached to one end of curved body **203**. In one embodiment, it may be positioned near the edge in order to make physical contact with attachment component **208** so that first member **201** and second member **202** may be securely magnetically coupled together.

[0040] Like attachment component **207**, attachment component **209** is also constructed of similar material so that it may be securely magnetically coupled to attachment component **210**. While attachment component **207** is attached to one end of curve body **203**, attachment component **209** is positioned securely at the other end of curved body **203**. In one embodiment, attachment component **207** and attachment component **209** may be magnets securely fastened onto curved body **203** and positioned to magnetically couple with attachment component **208** and attachment component **209** of second member **202** respectively.

[0041] Second member **202** comprises of curved body **204** and comb-like protrusions **206** with similar characteristics to curved body **203** and comb-like protrusions **205** respectively. Similar to first member **201**, curved body **204** also comprises of attachment component **208** fastened to one end of curved body **204** and attachment component **210** fastened to the second end of curved body **204**.

[0042] Attachment component **207** through **210** also comprise of magnetic properties so that attachment component **207** magnetically couples with attachment component **208** at one end and attachment component **209** may be magnetically coupled with attachment component **210** at the other end. Attached to either first member **201** or second member **202**, attachment components **207** through **210** are fastened in a position so that first member **201** may be securely magnetically coupled to second member **202**. Also, when magnetically coupled, comb-like protrusions **205** of first member **201** overlap partially with comb-like protrusion **206** of second member **202**. This overlap also ensures that hair accessory device **200** securely holds the user's hair in place.

[0043] In another embodiment of the invention, and without limiting the scope of the invention, either of attachment components **207** and **208** or attachment components **209** and **210** may be mechanically coupled together. For example, if attachment components **207** and **208** are mechanically coupled together, then attachment **209** and **210** remain magnetically coupled. Alternatively, if attachment components **209** and **210** are mechanically coupled together, then attachment components **207** and **208** are magnetically coupled. This provides the user with an alternate way of using the claimed device without deviating from the scope of the present invention.

[0044] Turning to the next figure, FIG. **3** illustrates a hair accessory device, in accordance with one embodiment of the present invention, with its separate members magnetically coupled together.

[0045] More specifically, FIG. **3** illustrates hair accessory device **300** wherein first member **301** is magnetically coupled to second member **302**. Materials exhibit magnetic properties exert a magnetic field that attracts certain metals such as iron, nickel or cobalt or alloys or compounds containing these elements. By utilizing these materials, hair accessory device

300 comprises of magnetic properties that allow for secure magnetic coupling in a manner so as to hold one's hair in place.

[0046] More specifically, first member 301 comprises of curved body 303 that is magnetized. In one embodiment, curved body 303 of first member 301 is a magnet as well as is comb-like protrusions 305 of first member 301. Correspondingly, curved body 304 of second member 302 and comb-like protrusions 306 of second member 302 comprise of materials that are attracted to magnets. In one embodiment curved body 304 and comb-like protrusions 310 may be magnets. In another embodiment, curved body 304 and comb-like protrusions 310 may be metals that are attracted to magnets. In yet another embodiment, attachment component 308 and attachment component 310 may be magnets or may be metals attracted to magnets.

[0047] In another embodiment, first member 301 is magnetized through the attachment of a flexible magnetic component. The flexible magnetic component may be attached to curved body 303 in a position where it may be coupled to second member 302.

[0048] In yet another embodiment, first member 301 comprises of curved body 303 comprising of attachment component 307 attached at one end of curved body 303 and attachment component 309 attached to the other end of curved body 303 where attachment component 307 and attachment component 309 are magnets. Second member 302 comprises of attachment component 306 attached to one end of curved body 304 and attachment component 308 attached to the other end of curved body 304. Attachment component 308 and attachment component 310 comprise of material attracted to magnets. In one embodiment, attachment component 308 and attachment component 310 comprise of metals attracted to magnets while in another embodiment they magnets without deviating from the scope of the present invention. Nevertheless, attachment component 307-310 should comprise of magnetic properties so that first member 301 and second member 302 are securely magnetically coupled together.

[0049] FIG. 4 illustrates an embodiment in accordance with the present invention wherein the hair accessory device now also comprises of an elastic member that runs through a tubular curved body and is coupled to attachment components to which the first and second members of the hair accessory device are magnetically coupled resulting in a hair accessory device capable of holding varying amounts of hair securely in place.

[0050] Specifically, FIG. 4 illustrates a hair accessory device comprising of first member 401, which further comprises of curved body 403, comb-like protrusions 405 that extend from the concave side of curved body 403, elastic member 407 that is housed in enclosure 413, attachment component 409, and attachment component 411. Hair accessory device 400 also comprises of second member 402 which further comprises of curved body 404, comb-like protrusions 406, elastic member 408, attachment component 410 and attachment component 412.

[0051] Curved body 403 also comprises of comb-like protrusions 405 and further comprises of an enclosure 413. Enclosure 413 runs along the length of curved body 403 and houses elastic member 407. In an exemplary embodiment, enclosure 413 may be tubular allowing elastic member 407 to expand and contract efficiently as desired by usage of hair accessory device 400.

[0052] Elastic member 407 may be any type of elastic member known in the art, configured to stretch and contract easily as required by the usage of hair accessory device 400. Elastic member 407 may be constructed of any resilient material such as a rubber band coated to prevent hair tangling or breaking, without deviating from the scope of the present invention.

[0053] In another embodiment, a set of elastic members at both ends of curved body 405 are coupled to attachment component 409 and attachment component 411 of first member 401 and attachment component 410 and 412 of second member 402. Nevertheless, elastic member 407 allows for hair accessory device 400 to hold different amounts of hair depending on a person's desired hair style, or hair length, so that hair accessory device 400 may be utilized by different individuals and/or for different occasions. Whereas before, a user might have to carry multiple hair accessories for different occasions, with the present invention only one is required.

[0054] Turning to the next figure, FIG. 5 illustrates an alternative embodiment, wherein a hair accessory device in accordance with the present invention may be transformed into one or more configurations. More specifically, a hair accessory device may be configured as a hair clip or through the use of a pivoting mechanism, an additional latching mechanism, or any other type of coupling device that allows for two components such as first and second members 501 and 502 to be configured as a head band.

[0055] For example and in no way deviating from the scope of the present invention, a pair of magnetic attachment components 503 and 504 may be configured to pivot when coupled together. In the illustrated embodiment, hair accessory device 500 comprises of first and second members 501 and 502, each component further including attachment components 503 and 504.

[0056] Component 503 may be made of plastic or a hard rubber-like material that has been preformed with a twist in a manner so that it may interlock with component 504, which has also been made of a similar material but with a complementary shape so that when members 501 and 502 are interlocked, they form a hair band, since first and second members 501 and 502 are curved, when in interlocked positioned (having pivoted around a common axis) they form a single curved body with the comb-like protrusions 505 and 506 facing in a forward direction so as to conform with a person's head rather than poke them. An individual may use the comb-like protrusions 505 and 506 to comb their hair back while allowing hair accessory device to securely hold a particular hair style, for example, hold the person's hair back in place and away from their face as presently existing hair bands do; the advantage being that hair accessory device 500 may be used as a hair band, a single hair clip (i.e. using just one component such as component 501) or as two separate hair accessories (i.e. using both components such as component 501 and 502 separately).

[0057] In alternative embodiments such pivoting components may be any type of pivoting attachment component known in the art configured with a pivoting mechanism that permits a first member to rotate and simultaneously be unfolding outwards. Similar to attachment component 209, such pivoting attachment component may be constructed of any material such that it may be securely magnetically coupled to its pivoting attachment component counterpart, for example, component 210.

[0058] Once transformed into headband, such hair accessory device may be worn so that its comb-like protrusions

point slightly downward from said headband. By pointing downwards into the person's hair, its comb-like protrusions help secure the headband on a person's head while simultaneously keeping a person's hair in place.

[0059]    Turning to the last figure, FIG. **6** is an illustration of another embodiment of the present invention. Hair accessory device **600** comprises of an elastic member **601** attached to attachment component **602** at one end and a second attachment component **603** at the other end.

[0060]    Like elastic member **407**, elastic member **601** may also be any type of elastic member known in the art, configured to stretch and contract easily as it is wound around a gathered amount of hair to securely hold a person's ponytail or any styled hair securely in place. Hair accessory device **600** may be wound around a gathered amount of hair, which may be thin or thick depending on the preferences of the person, elastic member **601** is kept tightly wound around a gathered amount of hair; attachment component **602** and **603** are magnetically coupled together.

[0061]    Like attachment component **207**, attachment component **602** and attachment component **603** may be of any type of attachment component known in the art comprising of magnetic properties. To style a person's hair, attachment component **602** is held while attachment component **603** is used to loop elastic member **601** repeatedly around a gathered amount of hair. Attachment components **602** and **603** attract when in close proximity due to their magnetic properties allowing for ease of fastening of the two components to style a person's hair such as in a ponytail. This is especially the case when styling a pony tail directly at the back of the head.

[0062]    The use of magnetically coupling attachment components **602** and **603** also increase the ease of disassembling the ponytail. Simply pulling apart attachment components **602** and **603** so that the magnetic properties of attachment component **602** no longer exert a force on attachment component **603** is enough to take out the ponytail. This minimizes hair breakage, excessive pulling of hair, entanglement, or any other type of damage that may cause a user undesirable results such as any associated pain that occurs when removing a hair accessory device to undue a ponytail.

[0063]    A specialty hair accessory device with magnetic fastening has been described. The foregoing description of the various exemplary embodiments of the invention has been presented for the purposes of illustration and disclosure. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention not be limited by this detailed description, but by the claims and the equivalents to the claims.

What is claimed is:

**1**. A hair accessory device, comprising:

a first member, wherein said first member includes magnetic properties; and

a second member coupled to said first member, wherein each of said first and second members further comprise:

a curved body, and

a comb-like protrusion spaced out along a concave side of said curved body,

wherein said first and second members are adapted for magnetically coupling said first and second members in a manner so as to hold a person's hair in place.

**2**. The hair accessory device of claim **1**, wherein said first member further comprises a flexible magnetic component attached to said curved body.

**3**. The hair accessory device of claim **1**, wherein said curved body and said comb-like protrusion of said first member comprise of a magnet.

**4**. The hair accessory device of claim **1**, wherein said curved body of said first member includes ends adapted with a pair of magnets for coupling said first and second members in a manner so as to hold a person's hair in place.

**5**. The hair accessory device of claim **1**, wherein said first and second members each include a flexible magnetic component.

**6**. The hair accessory device of claim **1**, wherein said curved body and said comb-like protrusion of said first member comprise of a magnet.

**7**. The hair accessory device of claim **1**, wherein said first and second members each include ends adapted with a pair of magnets for coupling said first and second members in a manner so as to hold a person's hair in place.

**8**. The hair accessory device of claim **1**, wherein said curved body of each said first and second members further comprises ends adapted with an elastic component coupled to an attachment component.

**9**. The hair accessory device of claim **8**, wherein said attachment component coupled to said curved body of said first member includes a first set of magnets.

**10**. The hair accessory device of claim **9**, wherein said attachment component coupled to said second member includes a second set of magnets.

**11**. The hair accessory device of claim **1**, wherein said curved body of said first and second members further comprises an enclosure along the outer edge of said curved body, wherein said enclosure houses a resilient band that extends from one end of said curved body to the other end and said resilient band is attached to a pair of attachment components at each end.

**12**. The hair accessory device of claim **11**, wherein said pair of attachment components attached to said resilient band housed in said curved body of said first member comprise a first set of magnets.

**13**. The hair accessory device of claim **12**, wherein said pair of attachment components attached to said resilient band housed in said curved body of said second member are a second set of magnets.

**14**. A hair accessory device, comprising:

a first and second member wherein said first member includes magnetic properties and wherein said first and second members further comprise of

a curved body,

a comb-like protrusion spaced out along a concave side of said curved body,

a pivoting attachment component coupled to a first end of said curved body, and

an attachment component coupled to a second end of said curved body,

wherein said first and second members are adapted for magnetically coupling said first and second members to form one or more configurations of said hair accessory device.

6

**15**. The hair accessory device of claim **14**, wherein one or more configurations of said hair accessory device includes a hair band.

**16**. The hair accessory device of claim **14**, wherein one or more configurations of said hair accessory device includes a hair clip.

**17**. The hair accessory device of claim **14**, wherein said pivoting attachment component and said attachment component of said first member comprises of a magnet

**18**. The hair accessory device of claim **14**, wherein said pivoting attachment component and said attachment component of said first and second members comprises of a set of magnets.

**19**. A method of styling a person's hair with a specialized hair accessory device, comprising of:

stretching and looping an elastic member coupled to a first and second attachment component around a gathered amount of hair; and

holding said first attachment component in place wherein said first attachment component further comprises of a magnet; and

looping said second attachment component to stretch and loop said elastic member until entire length of said elastic member is surrounding said gathered amount of hair; and

coupling said first and second attachment components wherein said first and second attachment components are adapted to magnetically couple said first and second attachment components in a manner to hold a person's hair in place.

**20**. The method of claim **19**, further comprising of coupling said first attachment component to a second attachment component wherein said second component further comprises of a magnet.

* * * * *