## In the United States District Court for the District of Oregon

| | |
|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), | |
| Plaintiff, | **Plaintiff's Emergency Motion to Redact Address and Contact Information From Public Records and Summons** |
| v. | |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, and Does 1-100, | Case No.: 6:25-cv-01272-AA |
| Defendants. | |

---

## Plaintiff's Emergency Motion to Redact Address and Contact Information From Public Records and Summons

Plaintiff respectfully asks this Court, pursuant to Federal Rule of Civil Procedure 5.2(e) and the Court's inherent authority, for an order allowing Plaintiff's residential address and personal contact information to be redacted from all public filings, including the summons as served and in the public docket, and maintained under seal. This request is supported by the threat of ongoing retaliation and harassment documented in the record of this case. Plaintiff asks that the Court rule on this matter ex parte, at least temporarily, to ensure Plaintiff is safe to serve Defendants.

**In the United States District Court for the District of Oregon**

| | | |
|---|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), | : | |
| | : | **Plaintiff's Memo in Support of Motion to Redact Address and Contact Information From Public Records and Summons** |
| Plaintiff, | | |
| v. | : | |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, | : | Case No.: 6:25-cv-01272-AA |
| and Does 1-100, | : | |
| Defendants. | : | |

---------------------------------------------

**Plaintiff's Memo in Support of Motion to Redact Address and Contact Information From Public Records and Summons**

Plaintiff has demonstrated good cause to warrant redaction and sealing of personal information. Rule 5.2(e) explicitly authorizes the Court, "for good cause, [to] order redacted filings or...order that a filing be made under seal without redaction". Courts have found that "[t]he risk of retaliation, harassment, or harm provides good cause for redaction in public court records," especially where a party has substantiated these risks with evidence of prior threats or acts of harassment. Local Rule 5-2 of the District of Oregon further guides procedures governing privacy, reinforcing that the Court may restrict access to protect parties from harm.

As detailed more fully in Plaintiff's prior filings—including the Temporary Restraining Order application and Complaint—there is substantial evidence of ongoing retaliation, harassment, and threats of doxing by Defendants and their followers. Plaintiff incorporates by reference all exhibits, transcripts, screenshots, declarations, and email chains previously submitted in support of the TRO and Complaint. (Complaint, Doc. 1; TRO Application, Doc. 8). Engaged in a repeated, coordinated social media campaign levying false and defamatory accusations against Plaintiff.

Those filings include video transcripts, screenshots, and communications demonstrating a pattern of online harassment, incitement to report and harass Plaintiff's business, repeated threats to escalate attacks, and explicit doxing of Plaintiff's face, name, family, and work history. These actions have made clear that the public disclosure of Plaintiff's home address or phone number in any publicly available filing or summons would subject Plaintiff to an ongoing and escalating risk of harm, including reputational injury, emotional distress, and potential physical danger. Plaintiff further requests that this motion be determined ex parte and prior to service of this lawsuit, due to the substantial, credible risk that giving notice to Defendants or including Plaintiff's address in any service could cause imminent and irreparable harm, as extensively documented in the record. For these reasons, and as previously shown in detail in the record, good cause exists for the emergency, ex parte redaction and sealing of Plaintiff's address and contact information.

Plaintiff is able provide any necessary unredacted information in person or under seal should the Court require it, and is able to provide an alternative, non-home address for service if necessary. Plaintiff further requests that any inadvertent public filing of unredacted information be immediately sealed and replaced with a redacted version.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and allow for redaction of Plaintiff's residential address and contact information from all public filings, including the summons, and maintain that information under seal accessible only to the Court and its personnel.

## Affidavit for Motion to Redact/Seal

I, Kursten Owen, declare under penalty of perjury that:

1. I am the Plaintiff in this action.

2. I have previously submitted, in support of my Motion for Temporary Restraining Order and my Complaint, extensive documentary evidence illustrating the repeated harassment and threats I have faced from Defendants and their followers.

3. I incorporate by reference all evidence, exhibits, and declarations filed with those pleadings, including transcripts, communications, screenshots, and supporting declarations.

4. For the reasons detailed in those previously submitted documents, I believe public disclosure of my address or phone number even upon service of the complaint in this lawsuit would expose me to imminent and ongoing harm.

I ask that the court redact that information to prevent future, escalating harm.

Signed,

*/s Kursten Owen*
*Kursten Owen*
July 22, 2025