# Exhibits

 Gmail

Kursten Owen <kursten.owen@gmail.com>

## Fwd: Re: CEASE AND DESIST

**Kursten Owen** <admin@eleganceandgeekery.com>
To: kurstenowen <kursten.owen@gmail.com>

Thu, Jul 17, 2025 at 5:48 PM

=========== Forwarded message ===========
From: Support <support@eleganceandgeekery.com>
To: "Breromi"<breromiofficial@gmail.com>
Date: Wed, 16 Jul 2025 20:57:33 -0700
Subject: Re: CEASE AND DESIST
=========== Forwarded message ===========

For record purposes, that exact quote is found nowhere in the preceding discussion. The claim is therefore not made.
You have no legal claims against any of these individuals and counter claims for vexatious litigation will be filed in response. You are once again encouraged to consider the validity of whatever legal claims you have come to believe you may have and whether you are best benefited by the private resolution offered.

No further communication will be responded to unless it is to seek private resolution. Additional communication will be documented as continued harassment and will be used as evidence to support the forthcoming claims that will be filed against you in the coming days.

---- On Wed, 16 Jul 2025 20:29:12 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

"You have not been stolen from because your patent is pending"
Thank you for making this claim.

Kursten Owen
Caleb Owen
Sarah Turnbow

My lawyer will be in touch with you all.

Kind regards,
Breromi

On Wed, Jul 16, 2025 at 11:19 PM Support <support@eleganceandgeekery.com> wrote:
> As a reminder, you have not been stolen from. You have no intellectual property rights here. Filing a patent application does not give you legal rights. There was nothing to be stolen. You have broken laws that I will assert against you, including but not limited to the Lanham Act, federal defamation laws, and federal online harassment laws.
>
> Your lawyer, if you are able to find one who is willing to risk their license to assert a frivolous claim on your behalf, will be competent enough to know how best to reach me.

---- On Wed, 16 Jul 2025 20:00:39 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

I don't have to cite to you my lawyer will handle that for me.
I am not a lawyer just a small business owner that has been stolen from with no credibility.
I have broken no laws, but here we are.

Is this email the best way for my lawyer to contact you , or would you prefer another way?

On Wed, Jul 16, 2025 at 10:53 PM Support <support@eleganceandgeekery.com> wrote:

That is your right. The filing will promptly be met with the responsive filing of a 12(b)(6) motion to dismiss for failure to state a claim, as there is no factual basis upon which you can make out any possible claim against me under civil law. I have broken no laws, and you have cited none that would or could be alleged in a federal complaint.

If you'd like to avoid paying for a futile suit that will be dismissed before the discover stage, the resolution still stands.

---- On Wed, 16 Jul 2025 19:40:20 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

I've decided that no agreement has been made because
The cease and desist was completely liable.
Everything will be staying up.
I will continue to defend my invention.
And I am filing a civil suit.
See you in court.

On Wed, Jul 16, 2025 at 10:35 PM Support <support@eleganceandgeekery.com> wrote:

I am willing to remove my videos in order to settle this matter. Videos by both parties should be removed this evening in order to mitigate damage caused.

I have also suffered significant emotional damage, reputational harm, and unfair business losses as a result of your actions. As a reminder, you initiated this engagement via sending a cease and desist that was unlawful. I maintain that any emotional damage you may be experiencing is the result of your own unlawful conduct. You asserted a frivolous claim, publicly harassed me online on the basis of that claim, and I had a right to defend myself against it. My removal of videos doing so is a courtesy and not indicative of any legal fault. Legally, you have no grounds to recover from me. However, I maintain strong legal grounds to assert claims against you.

Additionally, you are, in fact, liable for defamatory statements made by third parties as a result of your own defamation. See Dixson v. Newsweek, Inc., 562 F.2d 626, 631 (10th Cir. 1977). You defamed me by stating publicly that I was infringing your intellectual property when you had no intellectual property rights to assert. You then engaged third parties to act in a campaign of harassment against me, as seen in multiple posts on your account requesting that people make posts to support you, report my account, and make statements on your behalf in my comments. This was not the lawful or proper way to raise your concern about similarities you feel exist between our products.

That request also is not blackmail. Under 18 U.S.C. Section 873, which you would presumably sue under, stating that you will sue on legitimate legal grounds absent settlement does not rise to blackmail. You can learn more on this here: https://law.stackexchange.com/questions/38432/why-is-threatening-to-sue-not-considered-extortion?utm.

However, if it will settle this matter, you do not need to make those comments. It is sufficient for me that you remove your own videos and refrain from creating similar content in the future or engaging others to create that content on your behalf going forward. I will similarly not make future content nor engage others to make future content regarding you or your product going forward.

The information of my attorney will be provided with the federal court complaint filings that you will be served with in the absence of this resolution, as that is when their information will become relevant to you. This resolution does not permit you to engage in future unlawful action. Such action will also be met with the filing of a complaint.

If you still feel you have some valid legal claim against me, you are welcome to file a complaint in a court of competent jurisdiction through your attorney. Your attorney need not reach out separately. Beyond this agreement, I will not be making any settlements outside of court. Filing of a complaint is thus most efficient, and my lawyer will respond to any allegations or claims asserted as is lawfully required.

Thank you for your prompt engagement.

Signed,

Kursten Owen

---

---- On Wed, 16 Jul 2025 19:26:02 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

As for why this is not settled:

You instigated a lie that my invention has been around forever as well to thousands of people.
Clear gaslighting and manipulation tactics followed by microagressions.
Which has lead to racist comments discrediting my invention.
Your evidence was a magnetic comb from 2021 that has no functionality and is just for fashion. My utility patent that is pending describes the functionality of the clip. To hold hair in a low tension style.

My invention
"Hair Clique"
is a low tension magnetic hair accesory that holds hair in a ponytail. Can also be used for fashion styling like space buns.
You also copied my advertisement style
and used exact words like "low tension, style over space buns, …etc"
I have all videos saved and will show word to word replication in the court of law.

Looking forward to you sending your lawyers information. If you are representing yourself please say so. My lawyer will be in contact with you shortly.

Kind Regards,
Breromi

On Wed, Jul 16, 2025 at 9:53 PM Breromi <breromiofficial@gmail.com> wrote:

> And I am not responsible for any claims made by a 3rd party so i will not be responding under any comments because matters have not been resolved at all. You are blackmailing me to lie.
>
> Send your lawyers information.
>
> On Wed, Jul 16, 2025 at 9:45 PM Breromi <breromiofficial@gmail.com> wrote:
> The only way I will remove my post is if you remove all your post as well.
> As well some of the claims you made in the videos you posted go against each-other that's why I asked those questions.
>
> You have the same timeframe to remove anything mentions me by July21st 12am EST or I will file a civil suit.
>
> Your TikTok that went viral has caused racist to attack me and my brand, for defending my invention.
> I am suffering emotional distress caused by you that is severely effecting my mental health.
>
> As well some of the claims you made in the videos you posted go against each-other.
>
> What is your lawyers information so everything can be communicated through your legal representation?
>
> On Wed, Jul 16, 2025 at 9:35 PM Support <support@eleganceandgeekery.com> wrote:
>
>> The following posts (and the necessary related comments to said post) are unlawful under at least one of the legal theories described prior:
>> https://www.tiktok.com/@brebreromi/video/7527400867297774879

As tiktok stories disappear in 24 hrs you can leave them up or remove the ones referring to Elegance & Geekery

https://www.threads.com/@brebreromi/post/DML9urgykf1?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMLxOzwydik?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJgVDXJb_O?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJbtHyyf1u?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJKwhuS0tN?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJIvPXS3jk?xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DML_GYby0WV?xmt=AQF0nJXzeHxhQZuZJMwGkLyX6yZvc1talqzkseoADH328Q
https://www.threads.com/@brebreromi/post/DMJC4ejSlA2?xmt=AQF04QKulRcbPQA6ynplH4wp3G5_qu5bvvTSt2aXGlIs9A
https://www.threads.com/@brebreromi/post/DMJBrK-SrYz?xmt=AQF0dMfQ4Qd5WY6QWvW5hx6oJmQs4GB5YzjKppspu1f8cw
https://www.threads.com/@brebreromi/post/DMI5I1hyUqs?xmt=AQF0I4roKpDqjECDSPaadms9GRznYyfyGS-4UmMAsLKGkw
https://www.threads.com/@brebreromi/post/DMI4qKqSlVD?xmt=AQF0jgA14Qgx5BYBZak_GqGuvgXNtyccoikNKfL-8txDdQ
https://www.threads.com/@brebreromi/post/DMI1i7cJyIQ?xmt=AQF0XM6vURqV84RI1DbHjOJlPRpfzamSE-W5OsN6Ypvy4w
https://www.threads.com/@brebreromi/post/DMIjHz8MVQK?xmt=AQF0TKRhKcGJXhlxCmyOE_COapxEgLU7MyrjBWysOxEAjg

https://www.instagram.com/reel/DMJBTbeSdWB/?utm_source=ig_web_copy_link&igsh=dnB3MTExdjZ1ZTBo

x.com/brebreromi/status/1945294752485642258
x.com/brebreromi/status/1945147903921528891
https://x.com/brebreromi/status/1945325701189583162
https://x.com/brebreromi/status/1945295138844012565
https://x.com/brebreromi/status/1945150350056473017

You are also liable for posts by third parties on your behalf. For the following posts, we therefore ask that you leave a comment responding to the third party poster stating that this situation has been privately resolved and encouraging them to discontinue their efforts:
https://www.threads.com/@honeybeebrewer/post/DMLrb0aSXrj?xmt=AQF0_MXXR9Dh5loIRRamm0RfoiUeK8BYhoe1fc6TiLGMeQ
https://www.threads.com/@kiandria/post/DMJeqmROZ_5?xmt=AQF0_MXXR9Dh5loIRRamm0RfoiUeK8BYhoe1fc6TiLGMeQ
https://www.threads.com/@kiandria/post/DMJsgCpOk6S?xmt=AQF0fDMnaUhlgLHGQ5ZnptkClCzXmG_XVeJHfWTlITFSOA
https://www.threads.com/@kiandria/post/DMJoCc7OpOe?xmt=AQF0fDMnaUhlgLHGQ5ZnptkClCzXmG_XVeJHfWTlITFSOA

We appreciate your prompt removal and avoidance of litigation.

My development process is not relevant to any legal claims that could be made at this time that are not frivolous. Although you are not entitled to this information, I maintain that my creative development process is entirely independent, lawful, and in line with industry standards. If you'd like more information on this, you are welcome to assert a claim in federal court under a legal theory that would entitle you to discovery regarding this information

Signed,

Kursten Owen

---

---- On Wed, 16 Jul 2025 17:39:15 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

Also are you claiming to not have seen my invention before you made your Hair Hoop?
Or did you see it and thought to make your own version of it but a different design.
Do you believe I deserve credibility?
And do you believe our products are fairly similar?
I want your official statement about that as well for legal matters.
I'm not sure who is the designer is on your team?

On Wed, Jul 16, 2025 at 8:29 PM Breromi <breromiofficial@gmail.com> wrote:

What post are you asking me to remove?

On Wed, Jul 16, 2025 at 8:26 PM Support <support@eleganceandgeekery.com> wrote:

Ms. Askew,

Thank you for providing your patent application number. Upon search and review, it seems that you indeed have filed a patent application, but it is not yet published. It is not defamation to say that there is no evidence of a published patent application at this time, as your patent application is, in fact, not published. It is furthermore not defamation to have stated

that prior to your providing of the patent application number, there was no evidence of a patent application having been filed. There factually was none, given the patent is not publicly published. Therefore, no statements were made that were known to be false. There therefore are no defamatory statements in the video you take issue with. We maintain that the video is not defamatory in nature, however, as a compromise if you are willing to accept the terms laid out in this email we will remove the video as a courtesy.

The key issue for this dispute is the fundamental fact that unpublished patents are not available for public review. **Your patent application is not currently published.** As such, even were your patent to be granted, **you cannot currently enforce any patent rights that you may eventually obtain.** Please see the prior message regarding what is required in order to show infringement of a patent prior to its grant/approval. As you will see, it requires that the patent application be **published.** This typically occurs within 18 months of filing the patent application. Given you filed just last month, it is reasonable that your application would not be published at this time.

**You currently have no enforceable intellectual property rights.** Filing a patent does not grant you any enforceable rights. Once the patent application is published, you have limited rights pursuant to 35 U.S.C. § 154(d) as discussed previously. You will have full rights once the patent is granted/approved.

There are no counterfeit products currently on the market given that you lack an enforceable intellectual property right. Additionally, you have not provided any information regarding the claim language or limitations in your filed patent application, nor how they would map onto any products on the market. There is therefore no proof any products on the market would even infringe the claims of any future patent you may obtain.

**Your attempt to enforce a right that you do not currently have is, again, illegal under the Lanham Act.** We appreciate that you have filed a patent application and are therefore not in violation of 35 U.S.C. §292(a). We therefore will only move forward with a claim for unfair competition under Section 43(a) of the Lanham Act, along with any other relevant claims such as harassment, blackmail, and defamation, if you do not remove any and all posts on any social media platforms regarding alleged patent infringement or theft of invention made by you or others acting on your behalf. You are currently in violation of the law and a claim could be made against you at this moment. Settling by removing the unlawful posts is the best legal option moving forward. If you do not remove the posts, you will be liable for damages caused by your posts and harrasment campaign.

Failure to do remove these posts by Monday, July 21, 2025 at 3:00PM EST will result in the filing of a complaint against you in federal civil court to be docketed that afternoon.

There is no patent infringement, Ms. Askew. You have no intellectual property rights to enforce at this time, despite your filing. There are therefore no counterfeit products on the market. There furthermore was no knowing theft of your invention, as the public is not on notice as to what, if anything, you have lawfully invented. If you are successful in publishing your application or having your patent granted, you may have enforceable rights in the future. We wish you luck in doing so, but until then, your online actions constitute unlawful behavior.

Signed,

*Kursten Owen, CEO*

---

---- On Wed, 16 Jul 2025 16:08:25 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

Application Number: 19/253,840

I believe it is not show up in the search for you because I have correspondence to answer to.
As for the video you just posted claiming I didn't apply, are you going to take that down or continue the defamation?
As well, are you going to continue selling my products counterfeit now that you know i've applied for one until my patent is approved?

After you answer these questions we can settle the rest of the matters legally moving forward.

And whom am I speaking to apart of your team?
I'm aware that there are 3 workers.

On Wed, Jul 16, 2025 at 4:41 PM Support <support@eleganceandgeekery.com> wrote:

July 16, 2025

Via Email
Breana Askew a/k/a Breana Nicole
breromiofficial@gmail.com

RE: **Cease and Desist / Unfair Competition / Harassment**

Dear Ms. Askew:

I write today in response to your July 15, 2025 cease and desist email alleging pre-publication patent infringement.

As you are aware, patent rights are not endowed until a patent has issued from the USPTO. However, some provisional rights may exist where an individual has actual notice of a **published patent application** pursuant to 35 U.S.C. § 154(d). Under this provision:

"[A] patent shall include the right to obtain a reasonable royalty from any person who, during the period beginning on the date **of publication of the application** for such patent under section 122(b)… makes, uses, offers for sale, or sells in the United States the invention **as claimed in the published patent application** or imports such an invention into the United States…and…had actual notice of the **published patent application**." (emphasis added).

As is clear from the unambiguous statutory language, your ability to enforce any patent, pending or otherwise, only begins once an application is published. This is sensible, as otherwise there is no way for potential infringers to know what, exactly, you have claimed and thus whether or not their products may or may not infringe.

As you are also aware, there is no such published patent application for any of your products. You have not provided an application number, nor does a fulsome search of USPTO records produce a published application or filing registered either to you or assigned to your business. [1] There is additionally no record of any pending, abandoned, or granted trademarks registered to or under the same. (including for items such as the "Claw Clique" which you describe as trademarked on your website). There is, however, a single trademark application registered under the name Breana Askew for the trademark "Magnetic Hair Clip." This application is not noted as abandoned as you have previously stated. Instead, it is waiting to be assigned to an examiner and thus has not been reviewed or granted. Given your use of "Breana Askew" in this trademark application, a search for any patents or patent applications associated with that name was also conducted and garnered no results, as evidenced in the attached. [2] There is therefore no evidence that you have obtained any of the intellectual property that you represent you have.

It is a federal crime to represent a product as patent pending when no such patent application has been filed. *See* 35 U.S.C. §292(a) ("Whoever marks upon, or affixes to, or uses in advertising in connection with any article, the words "patent applied for," "patent pending," or any word importing that an application for patent has been made, when no application for patent has been made, or if made, is not pending, for the purpose of deceiving the public—Shall be fined not more than $500 for every such offense…[and] a person who has suffered a competitive injury as a result of a violation of this section may file a civil action in a district court of the United States for recovery of damages adequate to compensate for the injury.").

Such representations also constitute misleading or false advertising under Section 43(a) of the Lanham Act, which entitles competitors to injunctive relief and/or damages stemming from your false representations. [3] Your digital campaign of harassment and leverage of online communities against smaller companies is substantial evidence that you have caused serious anti-competitive harm to competitors for which damages may be sought.

Given you have no currently published patent applications or registered trademarks, you have no right to assert infringement upon any purported intellectual property. If you believe this search was done in error and such **published** applications or **registered** trademarks do exist, you are required to provide those application and/or registration numbers in order to effectuate proper notice to support a cease and desist.

If you are threatened by competitors, you must compete in the marketplace to win customers—you may not assert a patent or trademark monopoly where none exists. Such anti-competitive and harassing behavior is unlawful. If you fail to comply with the following requests, a federal civil action will be brought against you alleging: (i) violation of 35 U.S.C. §292(a); violation of section 43(a) of the Lanham Act; and any other claims deemed necessary to protect the rights of competitors and the public.

You are henceforth requested to:

1. Remove any posts on any social media platforms regarding alleged patent infringement or theft of invention made by you or others acting on your behalf; and
2. Remove the fraudulent markings and labels that describe your products as either patented, patent-pending, or trademarked, including short-hand such as "TM"

Failure to do so by Monday, July 21, 2025 at 3:00PM EST will result in the filing of a complaint against you in federal civil court to be docketed that afternoon.

Signed,

Kursten Owen

[1] Please see the images attached to this email for evidence of a fulsome search.

[2] Name searches were complete for the following: Breana Askew, Breanna Askew, Breana Nicole, and Breanna Nicole.

[3] Attached to this email, please find relevant evidence regarding your presentation of your articles as trademarked and/or patented and/or patent pending.

---- On Mon, 14 Jul 2025 21:49:37 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

Dear Elegance and Geekery,

I am writing to formally notify you that I have filed a **patent application** with the **United States Patent and Trademark Office (USPTO)** June 2025 relating to the Magnetic Hair Clique Invention.

It has come to our attention that your company, is currently manufacturing, using, selling, offering for sale, that appears to directly overlap with the subject matter claimed in our pending application. While our patent has not yet been granted, we take this matter seriously and are closely monitoring your activities.

This letter serves as a **formal notice** of our **intellectual property rights**, and while we understand that pending patent applications do not carry the full legal weight of an issued patent, we urge you to **immediately cease and desist** from all activities that may infringe upon the claims of our application, including but not limited to production, marketing, distribution, or sale of the infringing product or technology.

We request that you:

1. Cease and desist all infringing activities immediately.

2. Provide a written response within **ten (10) business days** of receipt of this letter confirming that you have complied with this request.

3.

Format: JPEG
Dimensions: 953w x 8154h
Size: 1.903M
Images: 7
Settings: Quality is 60, Non-Progressive, Optimized on

```
<html>
<head>
<title>Screenshot 2025-07-17 at 20-12-46 Gmail - Fwd Re CEASE AND DESIST</title>
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<meta http-equiv="pragma" content="no-cache">
<meta http-equiv="cache-control" content="no-cache">
<meta http-equiv="expires" content="0">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<!-- Save for Web Slices (Screenshot 2025-07-17 at 20-12-46 Gmail - Fwd Re CEASE AND DESIST.png) -->
<table id="Table_01" width="953" height="8154" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td>
                        <img src="BrowserPreview_tmp_01.jpg?1752808992" width="953" height="1165" alt=""></td>
        </tr>
```

```
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_02.jpg?1752808992" width="953" height="1165" alt=""></td>
            </tr>
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_03.jpg?1752808992" width="953" height="1165" alt=""></td>
            </tr>
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_04.jpg?1752808992" width="953" height="1164" alt=""></td>
            </tr>
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_05.jpg?1752808992" width="953" height="1165" alt=""></td>
            </tr>
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_06.jpg?1752808992" width="953" height="1165" alt=""></td>
            </tr>
            <tr>
                    <td>
                            <img src="BrowserPreview_tmp_07.jpg?1752808992" width="953" height="1165" alt=""></td>
            </tr>
</table>
<!-- End Save for Web Slices -->
</body>
</html>
```



Example from Elegance & Geekery Hair Hoop



Example from Breromi Hair Clique

## **Kiandria Video posted to Tiktok on 7/17/2025 8:11 PM**

00:00:00:00 - 00:00:20:01
Kiandria
So since we're talking about who's behind what. Let's talk about this brand. Let's talk about elegance and geekery, and let's talk about who's really behind what. So let's talk about how the voice you hear is Kursten Owens, a white woman. And the face that you see is a completely different person that fits the cosplay community and gamer community, I guess.

00:00:20:04 - 00:00:26:28
Kiandria
But let's talk about who the real product developer is.

00:00:27:00 - 00:00:50:21
Kiandria
It is astounding to me the way men are able to manipulate women. And it is also disgusting because this, even though race is relevant the entire time, it is a man behind this pulling the strings and the fact that the other women don't see what's going on. And this woman is covering for him. That's the part that's really disgusting to me.

00:00:50:21 - 00:01:17:21
Kiandria
The product developer, the technical developer for elegance and geekery is Caleb Owens. It's this man. So my guess is that Caleb, the lead technical developer, found a product whether TikTok, Pinterest, wherever he saw somebody else's design, he mimicked it and he spoon fed it to Kursten without telling her. You can just tell by the tone of her voice.

00:01:17:21 - 00:01:37:09
Kiandria
She's completely caught off guard, but she's not innocent because she's not holding him accountable. Instead of calling this man out for his bullshit and telling people, hey, I didn't know. I didn't know that the product was stolen, and now I'm going to do the right thing. Instead of doing that, she painted the black girl as a bully and said, oh, you're trying to make it a race thing, so let's take race out of it.

00:01:37:11 - 00:02:15:02
Kiandria
Kursten, have some self-respect. How are you letting this so-called product developers spoon feed you a stolen design? And now he's sitting back in the shadows, untouched, letting you take the fall for it. And all of these women fighting each other, bullying another woman. Y'all are bullying this black girl over something that this man did. So Kursten isn't innocent because instead of calling out her co-founder or calling out her coworker, she is doubling down and protecting that bullshit instead, she is protecting this man who stole from another creator.

00:02:15:02 - 00:02:43:14
Kiandria
And all of y'all are fanning the flames. So let's take breaks out of it then. Since y'all don't like this, she made a race thing. How about the fact that there's a man playing puppetmaster having thousands of women fight each other? He's disrespecting Kursten by allowing her to take the fall for something that

was essentially his mistake. Instead of lying and playing the victim and having people bully another creator, claiming she harassed you, hold him accountable.

00:02:43:16 - 00:03:06:09
Kiandria
Hold your company accountable, and get your ducks in a row to prevent shit like that from happening again. Don't believe me? Go to their LinkedIn. It has very detailed descriptions of what they both do in the company. Kursten runs the Etsy, she runs the Amazon, she runs the e-commerce side, hence her running their social media platform. Now Caleb is the technical product developer.

00:03:06:09 - 00:03:29:04
Kiandria
He is the one who brings products to her for her to place on the website and the social media. So for this product to have popped up, it didn't even come from Kursten. Likely it came from Caleb, and Caleb stole it. He stole it. It's plain as day they look just alike. Not just because it's a magnetic hair clip, not just functionally down to the marketing scheme.

00:03:29:08 - 00:03:49:23
Kiandria
All of it was mimicked from this other girl. And y'all see this, and y'all are making excuses for it because you honestly, you're trying to be an ally protecting this woman. And the whole time there's a dirty fuck man behind the scenes. As usual, it's a tale as old as time. Here are the women tussling in the comments.

00:03:49:23 - 00:03:59:04
Kiandria
And this man, who is the real bad guy, is getting off scot free. And all of you should be ashamed for falling for that.















**Thread**
78 views

**brebreromi** 6m · Follow

To report
Go to this link
shopify.com/legal............
Select "Report a merchant" → Then choose "Illegal activity or fraud." In the description, explain that the store is selling counterfeit items.
Counterfeit storefront: eleganceandgeekery.com

**honeybeebrewer** 28m
Did you know you can report a merchant on Shopify? @kiandria and @brebreromi have the info on their pages!

FASHION MEETS INNOVA
@BREROMI

Reply to brebreromi...

---

**kiandria** 38m
Keep reporting that thief. Protect Black women. 🤎💪🏾

**honeybeebrewer** 47m
Did you know you can report a merchant on Shopify? @kiandria and @brebreromi have the info on their pages!

@BREROMI

---

**kiandria** 19h
Plot twist! Clip Gate just got even weirder. The woman in my profile pic (which I'm about to update)... Turns out she's likely just an influencer or affiliate. One of my followers did some digging and the real owner of @elegangeandgeekery is Kursten Owens, and the "lead product developer" is Caleb. So the REAL thief is, unsurprisingly, a white man. My guess? He stole the idea and spoonfed it to her without telling her. Now she's stuck cleaning up the mess while he plays puppet master.

♡ 1.3K  💬 138  🔁 188  ✈ 12

**kiandria** 19h
Now she's out here scrambling and fighting

---

**kiandria** 20h
Do not be alarmed by my profile picture. I didn't become a skinhead vampire overnight.

@eleganceandgeekery stole a Black inventor's design, played the victim, and tried to gaslight her like we haven't seen this colonizer playbook a thousand times.

So I gave her a taste of her own medicine. In true colonizer fashion, she took a design... So I took her hair.

♡ 2.2K  💬 99  🔁 68  ✈ 3

**kiandria** 20h
Elegance and sneakery

he
stole
it!

5:32

**M**

< Back    Follow

**Threads**    Replies    Media    Reposts

**kiandria** 21h

The situation with the white woman stealing @brebreromi's invention, gaslighting her, then playing the victim has been sitting on my spirit. What makes it worse? A swarm of white women ran to the original inventor's page calling her a bully, then turned around and blew up the white thief's website with new orders and followers.

We've seen this story before. White woman plays victim, then monetizes it.

But y'all know how I get down...We're not just tussling in the comments. We have a plan. 👌🏾
👇🏾

♡ 3.2K    ◯ 139    ⟳ 347    ➤ 11

**kiandria** 21h

I broke down the code on her checkout page and found she uses Shopify. And Shopify has a policy against selling counterfeit items. Enough complaints will flag the store and force her to prove the products are hers...or take the whole store down.

♡ 989    ◯ 14    ⟳ 29    ➤

**kiandria** 22h

I've said before that I use dark humor to cope

---

5:32

**O**

< Back    Follow

**Threads**    Replies    Media    Reposts

♡ 151    ◯ 8    ⟳ 12    ➤ 1

**kiandria** 1d

@eleganceandgeekery Bre didn't send a mob after you....I DID.

Protect Black women. Stop stealing from Black women. Give credit where credit is due and pay black women their worth.

♡ 3.4K    ◯ 86    ⟳ 115    ➤ 2

**kiandria** 1d

Someone brought it to my attention that a lot of people in the disabled community do not like the phrase "tone deaf". I had no idea, but I appreciate you guys bringing it to my attention!

With that, what do you guys recommend that people say instead?

♡ 2.4K    ◯ 577    ⟳ 39    ➤ 9

**kiandria** 22h

OK, IDK what's going on anymore. I'm just not going to say it at all. 😥

♡ 109    ◯ 5    ⟳    ➤

**kiandria** 1d

---

5:32

**N**

< Back    Follow

**Threads**    Replies    Media    Reposts

♡ 45    ◯ 2    ⟳    ➤

**kiandria** 1d

White women... This is your time to step up. This colonizer stole from a Black inventor, and now she is gaslighting her and playing the victim. There are a bunch of white mean girls in the comments, defending this mess, and trying to drag the original creator.

We do NOT play that. 🤬 👇🏾

♡ 3.9K    ◯ 187    ⟳ 280    ➤ 5

**kiandria** 1d
tiktok.com/@eleg...

🎵 tiktok.com
Elegance & Geekery LLC on TikTok

♡ 151    ◯ 8    ⟳ 12    ➤ 1

**kiandria** 1d

---

5:34
◂ Instagram

**P**

< Back    Follow

**Threads**    Replies    Media    Reposts

it about race ... we're tired of being ROBBED!

♡ 793    ◯    ⟳ 12    ➤

**kiandria** 1d

This company STOLE this idea from a Black inventor and whitewashed it. Now she's doubling down and trying to gaslight her. Thank God @brebreromi has already applied for her patent. She may have to wait to sue, but baby... the court of accountability is in session NOW. We've seen this playbook before, and we're not letting it slide.

Post not available

♡ 292    ◯ 25    ⟳ 47    ➤ 1

**kiandria** 1d

Let's be clear...Black innovation has always been exploited. From the traffic light (Garrett Morgan) to the home security system (Marie Van Brittan Brown), Black inventors created life-changing technology only to have their credit erased, their patents stolen, or their ideas whitewashed.

♡ 82    ◯    ⟳ 6    ➤

**kiandria** 1d

Have you ever stayed at a hotel or resort while







 **Me** replied to your comment: You regurgitating the same racist BS as this thief doesn't make either of you right lol. she has a patent number, it's the first comment on this video. y'all want to prote... 3h













1:18

**Reply**
1.8K views

6

< Back

**sarita.bonbon** 4h
Sue her to filth! Keep documenting EVERYTHING.

**reverse_uno_bytch** 6h
Take them copycat stealing hoes for everything they got. You got this 👊🏾
♡ 20

**lpsunnysidedown** 5h
If you will need to fight this out in court I believe people will help financially. It's fucking enraging. It's illegal. It's abusive and so racist. I'm so angry. I hate you have to go through this; I wish I could wave a wand and make it disappear.
♡ 3

**c_nty_leftist** 4h
Dude, I literally followed you, because I thought YOUR invention, is ingenious! This fucking mayonaise madam can eat a dirty dick. Please seek counsel, so you can sue her ass.
♡ 2

Reply to brebreromi...

---

2:13

**Reply**
1.1K views

9

< Back

More replies to brebreromi

**_._keegs_._** 7m
Can we do a Venmo or something that doesn't charge the person raising money atrocious fees??

**itsreallyoral** 1h
I hope you're able to see the greater plan here. This is not only going to go your way legally but this is giving your ACTUAL ORIGINAL IDEA the exposure to blow up. This reminds me of a story Oprah told about the early days of the Oprah Winfrey show where she was sued by farmers because they said that her influence from a segment affected their beef sales. She talked about it as a "big test" for her show and it sounds like what you're dealing with now. Keep your head up and stay in the fight!
♡ 9

**jessica_theartist** 2h
Thst is a scare tactic. Dumb heffa will lose. Let her waste her money. When she lose, counter sue.
I know this shit is stressful and can add to

Reply to brebreromi...

---

2:14

**Reply**
1.1K views

10

< Back

her waste her money. When she lose, counter sue.

I know this shit is stressful and can add to anxiety-I get it-but please don't let this make you spiral. This is "normal behavior" for her type. Your work is PATENT PENDING. You have SOLID proof that SHE STOLE FROM YOU, and you have a SOLID tribe behind you.
♡ 27  💬 1

Show replies

**hoorayforneigh** 20m
Can you hit every platform she's selling on with a cease and desist based on your pending patent?

**kiaseeds** 3h
You need to have a consultation first and get a realistic estimate before collecting funds.
♡ 35  💬 2

Show replies

**ruthleessmarketing** 3h
Try @thebizlawyer see if you can get a quote.

Reply to brebreromi...

---

3:07

< Back

11

**Threads**    Replies    Media    Reposts

**brebreromi** 8h
The person who stole my invention just posted a tiktok & reel claiming I didn't file a patent because she couldn't find the number.
My filing #19253840
this is defamation right?
instagram.com/reel...

eleganceandgeekery

CEASE AND DESIST
Dear Elegance and Geekery,

I am writing to formally notify you that I have filed a patent application with the United States Patent and Trademark Office (USPTO) June 2025 relating to the Magnetic Hair Clique Invention.

It has come to our attention that your company, is currently manufacturing, using, selling, offering for sale, that appears to directly overlap with the subject matter claimed in our pending application. While our patent has not yet been granted, we take this matter seriously and are closely monitoring your activities.

This letter serves as a formal notice of our intellectual property rights, and while we understand that pending patent applications do not carry the full legal weight of an issued patent, we urge you to immediately cease and desist from all activities that may infringe upon the claims of our application, including but not limited to production, marketing, distribution, or sale of the infringing product or technology.

We request that you:
1. Cease and desist all infringing activities immediately.
2. Provide a written response within ten (10) business days of receipt of this letter confirming that you have complied with this request.
3. Retain all documents and records related to the design, manufacture, and sale of the potentially infringing product(s) for potential legal review.

Please be advised that if you continue any activities that may infringe upon our pending intellectual property rights, we reserve the right to pursue all available legal remedies, including seeking injunctive relief and damages, upon issuance of our patent.

We prefer to resolve this matter amicably and without the need for further action. Your cooperation in this matter is appreciated.

Sincerely,

CEO















10:14 ✈                          ..Il 🔋 83

<       **Posts**    41    Follow
eleganceandgeeke

🎬 Watch more reels

Watch again

---

**Comments**

 **amaridanielle_** 2d
This page is stealing from another business owner who created the functionality of the magnetic hair clique design that has been "patented".
Down to specifics of using N52 magnets to create the hair clips as a claim. This is still infringement. You can make you own styles with credit, but they can not be sold.
Legal action will be taken in the next few months or when my patent is finalized. This is your chance to stop and remove.
♡ 92

 **breromiofficial** 2d
The functionality of the magnetic hair clique design has been patented. Down to specifics of using N52 magnets to create the hair clips as a claim. Remaining my invention to make your own design styles is still infringement. You can make you own styles with credit, but they can not be sold. I will take action legally in the future (next few months) when my patent is finalized if this continues to be sold on your storefront so fair warning.
♡ 90

Comments on this post have been limited.

---

10:13                          ..Il 🔋 83

<       **Posts**    42    Follow
eleganceandgeeke

🎬 Watch more reels

Watch again

---

**Comments**

 **breromiofficial** 2d
The functionality of the magnetic hair clique design has been patented. Down to specifics of using N52 magnets to create the hair clips as a claim. Remaining my invention to make your own design styles is still infringement. You can make you own styles with credit, but they can not be sold. I will take action legally in the future (next few months) when my patent is finalized if this continues to be sold on your storefront so fair warning.
♡ 139

 **breromiofficial** 2d
As well, check your email for a Cease and Desist.
♡ 115

 **nancy_sockko** 1w · ❤ by author
OMG THIS IS THE CUTEST THING EVER!!!!!
♡ 2

Comments on this post have been limited.

---

10:14                          ..Il 🔋 83

<       **Posts**    43    Follow
eleganceandgeeke



---

**Comments**

🔄 Hair styling for thick hair

 **greeneuphorias** 2d
shame on you. I hope you fail for stealing another woman's hard work.
♡ 97

 **auroraharrsn** 2d
You could have tried to work together with the original creator, but instead you chose to steal like your ancestors have been doing for centuries 😔 i hope your page gets taken down and @breromiofficial sues the crap out of you
♡ 120

 **auroraharrsn** 2d
You could have tried to work together with the original creator, but instead you chose to steal like your ancestors have been doing for centuries 😔 i hope your page gets taken down and @breromiofficial sues the crap out of you
♡ 54

Comments on this post have been limited.

---

10:15                          ..Il 🔋 83

<       **Posts**    44    Follow
eleganceandgeeke



---

**Comments**

 **breromiofficial** 2d
The functionality of the magnetic hair clique design has been patented. Down to specifics of using N52 magnets to create the hair clips as a claim. Remaining my invention to make your own design styles is still infringement. You can make you own styles with credit, but they can not be sold. I will take action legally in the future (next few months) when my patent is finalized if this continues to be sold on your storefront so fair warning.
♡ 295

— View 1 more reply

 **totallyvanity** 2d
Not you stealing
♡ 136

 **neecee_thepixie** 2d
BOOOOOOO!!!!!! THIEF!!!!!! Throwin tomatoes!!! 🍅🍅🍅🍅🍅
♡ 98

Comments on this post have been limited.











We received your application for "MAGNETIC HAIR CLIP" from the USPTO, which has unfortunately been abandoned. We have also identified that another party is applying for the same mark, which may affect your application

You can revive your application since you filed first, but there's a 24-hour deadline before someone else may claim the trademark.

The sender is not in your contact list.

**Report Junk**



2:31

Log in        63    app

**brebreromi** 6h

@kiandria and I are strategizing
This is a sad case of a white women trying to steal from a black women for her own personal gain/profit. I have a patent pending on my invention but can't sue until is finalized. I attempted to Cease and Desist but she ignored it.
The best thing we can do at the moment: follow the link below to file a complaint to the merchant for illegal activity and state that she is selling counterfeit products.

threads.com

Help those impacted by flooding in Texas Donate to support     ✕

gofundme




# Protect Black Creators: Support My Legal Battle

Breana Askew is organizing this fundraiser.

🛡 **Donation protected**

My name is Breana, and I am an innovative designer and the owner of a small, upcoming brand called Breromi. I started my business in 2023 with the goal of pursuing my creative dreams. I am a self-taught designer with skills in sewing, 3D modeling, sculpting, and more.

In 2024, I invented a unique hair accessory called the Hair Clique.
The Hair Clique is a magnetic hair clip consisting of two shaped halves that connect over the hair to form a low-tension ponytail. It works with all hair types and styles, and it can also be worn as a fashionable accessory over space buns. This product is revolutionary, as it has never been made before.

On July 15th, I received a notification from someone familiar with my work, informing me that another company was copying my product. When I checked their account, I was shocked and speechless. Not only had they replicated the functionality of my product, but they had also renamed it to make it their own. It didn't stop there—they copied the look and feel of my marketing, down to the product descriptions, video advertisements, and wording.

"Hair Clique" was now "Hair Hoop"
My product and likeness was taken from with no credibility or remorse.

I sent a cease-and-desist letter to the company, demanding that they remove the product because I have a pending patent, and I am prepared to pursue legal action once the patent is approved.

This company has a history of stealing products and rebranding them to avoid infringement. They also sell products inspired by popular shows, further making me believe they are counterfeit thieves.

I have strong documentation and evidence proving that my product, its functionality, and its purpose are original and solely invented by me. My trademarks and brand exposure for this product date back to 2024, when I first created it.

The owner of the company has taken this situation to social media to play the victim to their followers. They have spread lies, claiming that the function and purpose of my invention have existed for years. She has used manipulation tactics to sway thosuands of people.
They have used microaggressions to discredit me and paint me as the villain. As a result, I have been met with racist comments, hate, and messages on my TikTok platform every time I try to defend myself.

One of the company's social media managers even made a TikTok post claiming that she couldn't find my patent on the USPTO website by searching my name, implying that I didnt apply for one. She attempted to convince her followers that I lied about applying for a patent to attack her. Her followers began commenting, "Hurry up and apply for one before she does."

To make matters worse, this company has threatened a civil suit against me, claiming that my defense of my invention constitutes "harassment."

Trade Dress Infringement
This company is not only copying my product but is also mimicking me as a creator. They've adopted my marketing campaign, the language I use, and the content I produce. I built an audince surrounding a problem and they took the way I positioned a proudct in the market the I have already made viral.

Their attempt to replicate my brand's look, feel, and messaging goes beyond product imitation. It's a deliberate act of stealing my creative identity and the essence of my business.

The mental toll this situation has caused me is unimaginable. I need a strong legal team to represent my brand, especially since I know this won't be the last time another company attempts to steal my likeness. Having a strong legal team would provide me with peace of mind.

My trademark applications for my invention are already in progress. My first trademark application dates back to 2024, when I applied for the name Magnetic Hair Clip before changing it to Hair Clique to avoid a broad title.

This campaign is to raise funds for legal fees, to expedite the patent process, and to cover costs associated with filing patents in other countries as well.

 Show your support for this GoFundMe

   



Donate     Share

## Donations (9)

See all

## Organizer



**Breana Askew**
Organizer
Atlanta, GA

Contact

## Words of support

Please donate to share words of support.

Just now · Community

 Report fundraiser

**$187 raised**
$3.5K goal  ·  9 donations                                    5%

Share

**Donate now**

Daniel Carlton
**$25** · 3 mins

Anonymous
**$25** · 7 mins

Jessica Ojennes
**$25** · 7 mins

Charlotte Bröcker
**$17** · 9 mins

Victoria Mindiola

See all

**Your easy, powerful, and trusted home for help**

**Easy**
Donate quickly and easily

**Powerful**
Send help right to the people and causes you care about

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee

**More ways to make a difference. Find fundraisers inspired by what you care about.**

Nearby

**Donate**

Categories

Crisis relief

Social Impact Funds

Supporter Space

Nonprofits

**Fundraise**

How to start a GoFundMe

Fundraising categories

Team fundraising

Fundraising Blog

Charity fundraising

Sign up as a nonprofit

**About**

How GoFundMe works

GoFundMe Giving Guarantee

Supported countries

Pricing

Help Center

About GoFundMe

Newsroom

Careers

GoFundMe.org

GoFundMe Partnerships

GoFundMe Pro for nonprofits

More resources ⌄

United States · English

© 2010–2025 GoFundMe

Terms

Privacy Notice

Legal

Accessibility Statement

Cookie Policy

Manage Cookie Preferences

Your Privacy Choices

Kiandria's Video from 7/17/2025 8:30 am
00:00:00:00 - 00:00:18:03
Kursten Owen
I woke up to the biggest pit of anxiety in my stomach, on furlough from my 9 to 5. I recently made an

Kiandria
okay, Kursten. Now go ahead and tell them how all of this is a lie. Tell them how all this bullshit about it being handmade and you finding it on Pinterest, and how it affected your hair. You didn't want it to fall off your hair.

00:00:18:03 - 00:00:42:03
Kiandria
All of that. Go ahead and tell them how. That's bullshit. Tell them how you, the face of the company, a white woman, antagonize somebody and play the victim. But tell them who the fuck the real bad guy is. See Bre send a hate mob after you. I did because I saw how y'all were treating her. This woman spoke up defending her own invention and had every right to.

00:00:42:05 - 00:01:09:15
Kiandria
And y'all painted her as a bully and a mean girl immediately. And I didn't like that as a black activist. I did not like that. I didn't feel it was fair how she was immediately the aggressor and being dragged by all these white women for making it a race thing. Newsflash in this country, everything is a race thing because you knew as a white woman, if you played the victim and painted yourself as if somebody was harassing or harming you.

00:01:09:15 - 00:01:37:03
Kiandria
You know, people would come flocking to defend you. You knew what to say to get the response that you got. But that ain't even the point anymore. Tell them how Caleb really brought you this idea. Caleb Owens, you are Kursten Owens. Caleb Owens is listed as the lead product developer. So you're sitting here acting like you did something innovative and finding this design in the whole time.

00:01:37:03 - 00:02:02:07
Kiandria
Your company Elegance and Geekery has a white man as a lead product developer. My guess is that Caleb Spoon fed you this design, and he didn't do his research, and he didn't value the innovation and creativity of black women. And now you are fucking scrambling to clean up his mess while he sits in the shadows unscathed, watching you argue with thousands of black women.

00:02:02:10 - 00:02:25:07
Kiandria
And this is another glaring example of how it is absolutely a race thing, because y'all are just like your colonizing ancestors. Caleb Owens stole the design spoon, fed it to you as a lead product and technology developer when it was really just some shit that he had stolen from a black woman on TikTok. He repackaged it, handed it to you, and you are peddling it all over this internet.

00:02:25:09 - 00:02:50:23
Kiandria

And in true white woman form, instead of standing up to his bullshit, you are upholding it and lying and covering for him. And then when people hold you accountable, you are playing the fucking victim. But the whole time the white man, Caleb, is walking away scot free. And you don't even realize the disrespect that he is putting you through by making you go through this instead of owning accountability.

00:02:50:25 - 00:03:12:18
Kiandria
You made it a race thing. You, Caleb, and your white privilege made this a race thing. When y'all colonizing asses came in and thought you could just take whatever you wanted from a black woman. And my guess is that Caleb didn't think that this black woman had any legal recourse or any way of defending herself. He wasn't expecting her to have a fucking army stepping behind her.

00:03:12:20 - 00:03:40:13
Kiandria
And with that colonizing ass mindset, y'all can't even conceptualize that something did not belong to you. You, in this argument, can't conceptualize that you are stealing an idea because somebody else stole it first. Just because she didn't legally patent it. That was okay to mimic her down to her marketing strategy. Y'all are so used to coming in, just forcing access that you can't even entertain when you might have crossed somebodies boundary.

00:03:40:14 - 00:04:05:13
Kiandria
Y'all are so used to just coming in and taking what you please, whether it's intellectual property, whether it's our music, whether it's our ideas, whether it's our bodies, white men, or whether it's our entire identity, that colonizing ass mindset prevents y'all from even seeing the forest for the trees. You can't even see. Hear how Caleb is full of shit.

00:04:05:15 - 00:04:26:04
Kiandria
This is not a case of a white woman who just got caught in between. Either this was orchestrated because at this point, you fucking know that this was not an original idea. You know that it was stolen from a black creator, and you are still doing backflips to make excuses for that. So I'm going to say this, and I promise you, I'm not going to say this again.

00:04:26:04 - 00:04:47:03
Kiandria
Keep antagonizing this black woman. Keep on going back and forth with her. Keep gaslighting her and painting her out to be the aggressor. When you are the one who stole her design. Keep doing it. Just go ahead and keep engaging it. And I promise you, going to court with Bre is going to be the least of your worries.

00:04:47:03 - 00:04:57:16
Kiandria
Google me, Google key Andrea Dimon. And then keep on antagonizing this black woman. And you're going to find out exactly who the fuck I am.

Kiandria's Video 7/17/2025 2:23 PM
00:00:00:00 - 00:00:14:27
Kiandria
Okay, so there's a couple things you can do in this situation. My bet y'all. I keep forgetting that I posted this from another app and y'all don't have the context on here. So if you want to help, there's a couple things you can do. She has a go fund me to cover her legal fees because they're threatening her with legal action.

00:00:15:00 - 00:00:34:05
Kiandria
Not if she stopped selling, not if she doesn't take her post down. I posted something and called them out for it. And they are threatening her, trying to blackmail her, saying that if she doesn't go in the comments and flip the narrative in their favor, they're going to take her to court for it. So they go fund me is one of the most important steps so that she can actually defend herself in court.

00:00:34:10 - 00:00:51:05
Kiandria
But what we also want to do is report that shop. So I'm going to put a link in my story. I'll just post this video to my story and put it in my highlight so y'all can find it. But you want to go to Shopify and you want to select what you want to go to their legal department to report somebody.

00:00:51:05 - 00:01:09:24
Kiandria
So report a merchant and then report this store for selling counterfeit products, because they have a lot of stuff on their site that they don't have the licensing to use, like they sell shrek and SpongeBob themed shit. I think that they're probably just getting it from a Chinese vendor. So the goal for me is super important because, and I encouraged her to make a go fund me.

00:01:09:24 - 00:01:28:26
Kiandria
This is not a money grab. I think I talked her into that because I saw where this is going and she's going to need help. She needs to create some stability for her brand, and she's going to need resources to do it. And in this country, so many black inventors have had their designs stolen from them from a lack of resources.

00:01:28:26 - 00:01:57:11
Kiandria
Because this court system, this system in general and overall product development in this country hinges upon a system that stacked against us. And I don't think that's fair. Black inventors faced discrimination by judges in the courts. They face hoops and hurdles that other white inventors don't face, and not to mention just an overall lack of resources and a lack of access to resources due to the pay gap and the wealth gap in this country.

00:01:57:11 - 00:02:25:04
Kiandria
This is something that's been happening generationally and make no mistake, is not an accident. This system was designed like that. So for this white creator to keep saying you don't have a patent, you don't have a patent, you don't have a patent. As if that makes it okay. Not that you created it first. Not that you were confused, not that it's a different design, just the fact that she has not had the resources to protect it legally.

00:02:25:05 - 00:02:34:08
Kiandria
It that's your whole defense. Their whole argument hinges on systematic racism.