# In the United States District Court for the District of Oregon

## Eugene Division

| | | |
|---|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), | : | **Plaintiff's Emergency Motion for Alternative Service** |
| Plaintiff, | : | |
| v. | : | Case No.: 6:25-cv-01272-AA |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, and Does 1-100, | : | |
| Defendants. | : | |

---

**Plaintiff's Emergency Motion to Redact Address and Contact Information From Public Records and Summons**

Plaintiff Kursten Owen respectfully moves the Court for an Order permitting service of process on Defendant Breana Askew by email, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Oregon law, and for all other appropriate relief.

**In the United States District Court for the District of Oregon**

**Eugene Division**

| | | |
|---|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), | : | |
| | : | **Plaintiff's Memo in Support of Motion for Alternative Service** |
| Plaintiff, | | |
| v. | : | Case No.: 6:25-cv-01272-AA |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, | : | |
| and Does 1-100, | : | |
| Defendants. | : | |

---------------------------------------------

**Plaintiff's Memo in Support of Motion for Alternative Service**

Plaintiff filed this action on July 18, 2025. The Court issued an Temporary Restraining Order on July 24, 2025, instructing Plaintiff to file proof of service on Defendants within 7 days of the order, therefore requiring proof of service to be filed by July 31, 2025. Defendant Boyce was successfully served on July 25, 2025 (despite the fact that she denied her identity and attempted to reject service). However, despite diligent and repeated attempts at personal service, Defendant Askew

remains unserved. Plaintiff believes Defendant Boyce alerted Defendant Askew to this suit and encouraged her to evade service. Because of this, and knowing Defendant Askew is reachable by and responsive to emails as evidenced by her sending of a Cease and Desist to Plaintiff, Plaintiff respectfully requests the Court's permission to serve Defendant Askew via email.

**Efforts to Serve Defendant**

1. Plaintiff retained a licensed private investigator who attempted to serve Defendant at known addresses obtained via a skip trace search on multiple dates including:

   - 7/25/25 at 5:10PM at 1099 Grandview Cir., Powder Springs, GA 3017.

   - 7/25/25 at 6:21PM at 2015 Woodlands Dr. SE Smyrna, GA.

   - 7/26/25 at 8:00AM at 2015 Woodlands Dr. SE Smyrna, GA.

   - 7/28/25 at 2:40PM at 1099 Grandview Cir., Powder Springs, GA 3017.

2. The retained PI was able to confirm that cars parked at the 1099 Grandview Cir. address were licensed to an Otis Askew, presumably Defendant Askew's father.

3. The retained PI was able to confirm via photo comparison to public profiles that an individual present at the 1099 Grandview Cir. address who denied knowing where Defendant Askew resides is the brother of Defendant Askew.

4. Plaintiff attempted to send certified and first-class mail containing required documents for service to the 2015 Woodlands Dr. SE address, but even shipped

express the estimated delivery is July 31, 2025, and it is unclear if Defendant Askew will be present for delivery or if she will willingly sign for delivery.

5. Despite these efforts, service was unsuccessful. Defendant Askew seems to be evading service, possibly with the help of her family.

6. Plaintiff reasonably believes that Defendant's current email address is breromiofficial@gmail.com, based on prior communications regarding this matter (as seen in the email chain attached as evidence in the Complaint, which is incorporated here by reference) and reliable sources.

7. To date, Plaintiff has spent over $650.00 in service attempts between mail, PI, and personal server fees.

**Request for Alternative Service**

Under FRCP 4(e)(1) and Oregon law, when traditional service is impracticable, courts may allow alternative means, including email, so long as it is reasonably calculated to give actual notice. Given the circumstances, Plaintiff requests permission to serve Defendant by email, attaching the Summons, Complaint, Temporary Restraining Opinion and Order, Plaintiff's Motion for Ex Parte TRO, Redaction Opinion and Order, and Plaintiff's Motion for Redaction, including all exhibits and supporting documents for each.

**Emergency Basis**

Plaintiff asks for emergency relief so that she is able to comply with the Court's Temporary Restraining Order ordering her to file proof of service by July 31, 2025 and so that she may benefit from the relief if provides in a timely manner.

**WHEREFORE**,

Plaintiff respectfully prays for entry of an Order authorizing service of process upon Defendant at breromiofficial@gmail.com and for such other relief as deemed just.

Respectfully submitted,

*Kursten Owen*
/s Kursten Owen

Kursten Owen

July 29, 2025

## Affidavit for Motion for Alternative Service

I, Kursten Owen, declare under penalty of perjury that:

1. I am the Plaintiff in this action.

2. I have previously submitted, in support of my Motion for Temporary Restraining Order and my Complaint, evidence that Defendant Askew utilizes and is reachable via the email address breromiofficial@gmail.com.

3. All claims made in the attached Memo in Support of Motion for Alternative Service are true and accurate to the best of my knowledge.

4. For the reasons detailed in my motion, I believe service via email is necessary to effectuate the Court's Ex Parte Temporary Restraining Order.

I ask that the Court allow for email service on Defendant Askew.

Signed,

*Kursten Owen*
/s Kursten Owen

July 29, 2025