# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eugene District of Oregon

Case Number: 6:25-CV-1272-AA

Plaintiff:
**KURSTEN OWEN, individually and dba Elegance & Geekery LLC,**

vs.

Defendant:
**BREANA ASKEW, individually and dba Breromi; KIANDRIA DEMONE BOYCE; DOES 1-100,**

For:
Kursten Owen
1665 Marten Ave SW
Albany, OR 97321

Received by Dominion Servers to be served on **Kkiandria Demone Boyce, 111 N. Marietta Pkwy Ne Apt. B302, Marietta, GA 30060**.

I, Reginald Walker, do hereby affirm that on the **25th day of July, 2025** at **3:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint, Opinion & Order, Plaintiff's Memo in Support of Motion to Redact Address, Plaintiff's Ex Parte Motion for Temporary Restraining Order, Court Order Granting Ex Parte Temporary Restraining Order, Court Order Granting in Part and Denying in Part Plaintiff's Motion to Redact and exhibits.** with the date and hour of service endorsed thereon by me, to: **Kkiandria Demone Boyce** at the address of: **111 N. Marietta Pkwy Ne Apt. B302, Marietta, GA 30060**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a U.S. Citizen over the age of 18, of sound mind, suffer under no legal disabilities, competent to testify in the above case, not related to any of the parties, a Certified Process Server and in good standing in the judicial circuit in which the process was served. I have never been convicted of a misdemeanor or felony. I swear under penalty of perjury that the following is true and accurate.

**Reginald Walker**
Process Server

**Dominion Servers**
2475 Cobb Pkwy. #1074
Smyrna, GA 30080
(770) 990-5389

Our Job Serial Number: DOM-2025000150
Ref: Civil Action No. 6:25-CV-1272-AA

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V