IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KURSTEN OWEN, individually and dba Elegance & Geekery LLC, | Civ. No. 6:25-cv-01272-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| BREANA ASKEW, individually and dba Breromi; KIANDRIA DEMONE BOYCE; DOES 1-100, | |
| Defendants. | |

AIKEN, District Judge.

This case comes before the Court on Plaintiff's Emergency Motion for Contempt. ECF No. 17. On July 24, 2025, the Court granted a TRO enjoining Defendants from (1) publicly accusing Plaintiff of theft, counterfeiting, or other unlawful business practices; and (2) engaging in harassing conduct directed at Plaintiff, such as filing complaints with Plaintiff's business partners or the encouraging of others to do so. ECF No. 10. The matter has been set for a telephonic preliminary injunction hearing at 10:00 a.m. on August 6, 2025.

The present motion alleges, generally, that Defendant Kiandria Demone Boyce has failed to comply with the TRO, despite having been served with the TRO on July 25, 2025. ECF No. 14. As presently stated, Plaintiff's motion must be denied. Local

Rule 7-1(a) requires that, except for TRO motions, the first paragraph of every motion must certify that the parties made a good faith effort to confer on the substance of the motion or that the opposing party willfully refused to confer. LR 7-1(a)(1). "The Court may deny any motion that fails to meet this certification requirement." LR 7-1(a)(3).

The present motion does not contain a certification of conferral, nor does it indicate that Plaintiff conferred with Defendants prior to filing the motion. Indeed, there is no indication that the motion has been served on Defendants at all. The motion, ECF No. 17, is DENIED.

It is so ORDERED and DATED this ___5th___ day of August 2025.

                                           /s/Ann Aiken  
                                           ANN AIKEN  
                                           United States District Judge