# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**Kursten Owen, individually and d/b/a Elegance & Geekery LLC**
Plaintiff,
v.
**Breana Askew (individually and d/b/a Brerami), Kiandria Demone Boyce, and Does 1-100**
Defendants.

**Case No. 6:25-cv-1292-AA**

---

## Declaration of Kiandria Demone Boyce

I, Kiandria Demone Boyce, declare as follows:

1. I am a named defendant in the above-captioned matter.
2. I reside in Marietta, Georgia. I do not reside, work, own property, or conduct business in the state of Oregon.
3. I do not have any physical presence, employees, or offices in Oregon, nor do I regularly engage in any business transactions within the state.
4. On or around July 25 at 3:35 pm, a man in casual clothing appeared outside my residence and knocked on my door. He did not identify himself or state any business.
5. I did not answer the door because I felt unsafe and did not recognize the individual. I observed him loitering near my residence and holding a black bag, but he made no attempt to serve me with papers or leave any documents.
6. I have a Ring security camera that recorded the interaction. The footage confirms that no service occurred and no documents were left at my door or given to anyone else at my residence. Footage shows the man arriving at 3:35 pm and departing at 3:37 pm without handing the documents to me or anyone at the residence. I made no attempt to evade service. The man did not identify himself and I did not respond out of concern for my safety from the unexpected visit.
7. At no time did I receive formal service of process as required by Rule 4 of the Federal Rules of Civil Procedure.
8. I am appearing in this matter solely for the purpose of contesting personal jurisdiction and improper service. I do not waive any defenses, including but not limited to, lack of jurisdiction and insufficient service of process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 5th day of August, 2025, in Marietta, Georgia.

_____

/s/ Kiandria Demone Boyce

Pro Se Defendant