IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Kursten Owen, individually and d/b/a Elegance & Geekery LLC**,

Plaintiff,

v.

**Breana Askew (individually and d/b/a Brerami), Kiandria Demone Boyce, and Does 1-100**,

Defendants.

**Case No. 6:25-cv-1292-AA**

## MOTION TO QUASH SERVICE OF PROCESS

*(Submitted Pro Se)*

COMES NOW Defendant **Kiandria Demone Boyce**, appearing pro se, and respectfully moves this Court to **quash the attempted service of process** in this matter pursuant to **Federal Rule of Civil Procedure 12(b)(5)** and applicable Georgia law. In support of this motion, I state as follows:

## I. SERVICE WAS IMPROPER AND INVALID UNDER FEDERAL AND STATE LAW

1. I reside in **Marietta, Georgia**, and am not a resident of the State of Oregon.

2. The plaintiff has claimed that I was served and that she possesses a video, allegedly taken by the process server, to support that claim. I dispute this entirely.
3. On or around July 24 2025, a man—casually dressed and carrying a black bag—was **granted unauthorized access** to the **secure residential floor** where I live. This floor requires **key card access**, and building staff confirmed he was allowed up **without my knowledge or permission**.
4. The man **never identified himself**, did **not announce any purpose**, and upon me securing the residence after he left my front door, He was later found loitering in a stairwell, and at one point **reached into his bag** without explanation.
5. Due to my past experiences—including **repeated death threats**—I felt **immediately unsafe**. I had no idea what he was reaching for and, out of fear for my safety, I returned to my apartment.
6. I did **not evade service**. I responded the way any reasonable person would when approached unexpectedly by a stranger who gained unauthorized access to a secure space and then reached into a concealed bag.
7. I later called the **Marietta Police Department** out of concern. Officers responded to the building and patrolled the area that same day. I have **Ring camera footage** of their arrival and am prepared to provide that evidence to the Court.
8. At **no time** did the man hand me any legal documents, nor were any left at my feet, door, or with an authorized person. The door the man claims to have left the papers at were not at my private residence, but outside of the building where I later learned of them through a third party.
9. Under **Federal Rule of Civil Procedure 4(e)** and **O.C.G.A. § 9-11-4**, service of process must be made either personally or under very specific lawful conditions. **None of those conditions were met.**
10. Because I was never legally served, the plaintiff's claims cannot proceed, and this Court currently **lacks jurisdiction** over me.

## II. RELIEF REQUESTED

WHEREFORE, I respectfully request that this Court:

1. **Quash the attempted service of process** as unlawful, improper, and invalid;
2. Confirm that **no valid service has been made** upon me;
3. Accept that my response to the incident was based on a legitimate and documented fear for my safety—not an attempt to avoid service;
4. Enter any protective order the Court deems appropriate to ensure that future service attempts do not circumvent secure access or violate my safety;
5. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**/s/ Kiandria Demone Boyce**

Kiandria Demone Boyce

Pro Se Defendant

**Private Mailing Address:**

111 N Marietta Pkwy NE Apt B302

Marietta, GA 30060

Phone: 404 957 9984

Email: kboyce6977@gmail.com

Date: August 6, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a true and correct copy of the foregoing **Motion to Quash Service of Process** by mailing it via United States Postal Service, first-class mail, postage prepaid, addressed to:

**Kursten Owen**

1665 Marten Ave SW

Albany, OR 97321

Executed on this 6th day of August, 2025.

**/s/ Kiandria Demone Boyce**

Kiandria Demone Boyce

Pro Se Defendant