IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**Kursten Owen**, individually and d/b/a Elegance & Geekery LLC,

Plaintiff,

v.

**Breana Askew** (individually and d/b/a Brerami),

**Kiandria Demone Boyce**, and Does 1–100,

Defendants.

**Case No. 6:25-cv-1292-AA**

---

## SUPPLEMENTAL STATEMENT IN OPPOSITION TO

## PETITION FOR TEMPORARY RESTRAINING ORDER

To the Honorable Judge Aiken:

I respectfully submit this supplemental statement for consideration prior to the Court's ruling in the above-captioned matter.

As of May 2025, I have entered into preliminary discussions with Democratic organizers and party leaders in Georgia regarding a potential run for the United States Senate in the next election cycle. I do not share this to seek special treatment, but to provide important context. A restraining order, even one issued preemptively or without merit, has the potential to cause irreparable harm to my reputation and would likely be used to discredit me in public and political spheres.

This order could damage my professional and civic future in a very real and measurable way. My public-facing work involves social justice, civil rights education, and legislative advocacy. A court order, especially one rooted in a mischaracterization of my conduct, would not only limit my ability to serve the public but could also create a chilling effect on my freedom of expression and ability to speak out on matters of public concern.

I do not want something that was essentially a back-and-forth on social media to permanently restrict my ability to work as a public servant. If necessary, I am willing to remove the original post as a show of good faith, but I respectfully ask the Court not to issue a restraining order against me.

**Additionally**, as an activist and content creator, I rely on public support and crowdfunding to cover my professional expenses, including legal fees tied to advocacy, content creation, journalism, or activism. A restraining order that restricts me from speaking publicly about this case, even to defend myself, would severely hinder my ability to raise the funds necessary for legal representation. I am not seeking to harass the petitioner and will refrain from doing so. I am also willing to move forward without mentioning her name directly, but to prevent me from talking about the case at all may restrict my ability to raise funds. I am concerned about due process and my ability to sustain the resources I need to defend myself in this matter.

As previously stated in my filings, I have had no direct contact with the petitioner. She remains blocked on all social media platforms, and I have made no threats or attempts to engage her. My commentary was made in response to what I believed to be racially motivated harassment targeting another Black woman online. I spoke as an activist and advocate, not to intimidate or threaten anyone.

I respectfully ask the Court to consider this additional context in evaluating the proportionality and necessity of granting a Temporary Restraining Order. This matter is not about safety. It is about silencing criticism. I trust the Court will see this for what it is and deny the petition.

**In the alternative**, should the Court determine that a protective order is warranted, I respectfully request that the language be narrowly tailored to reflect the actual concerns at issue. Specifically, I ask that the order include:

- A mutual non-disparagement clause that also prohibits the petitioner from publicly discussing the situation or making inflammatory statements about me;
- Language clarifying that I am not restricted from discussing the fact that I am involved in ongoing legal proceedings for the purpose of requesting financial support or explaining the impact on my professional life, so long as I do not mention the petitioner by name or engage in any form of harassment.

I make this request to preserve my ability to fundraise for legal representation, protect my professional reputation, and ensure that any order issued is fair and not one-sided.

---

**Respectfully submitted,**

/s/ Kiandria Demone Boyce

Kiandria Demone Boyce

Pro Se Defendant

2146 Roswell Rd. Suite 108

Marietta, GA 30062

Phone: 4049579984

Email: kboyce6977@gmail.com

Date: August 6, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing Supplemental Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties, including Plaintiff Kursten Owen.

/s/ Kiandria Demone Boyce

Kiandria Demone Boyce