## In the United States District Court for the District of Oregon

| | |
|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), Plaintiff, v. Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, and Does 1-100, Defendants. | PLAINTIFF'S SUPPLEMENTAL STATEMENT FOR PERMANENT INJUNCTION<br><br>Case No: 6:25-cv-01272-AA |

-----------------------------------------------

### PLAINTIFF'S SUPPLEMENTAL STATEMENT FOR PERMANENT INJUNCTION

Plaintiff respectfully alerts the Court to the strong likelihood that Defendant Kiandria Demone Boyce may continue to engage in indirect public commentary about Plaintiff and the case, including through social media posts that do not name Plaintiff explicitly but make her readily identifiable to the public. For example, within an hour of the Court's hearing on the preliminary injunction yesterday, Defendant Boyce posted the following, which is a direct call to the same arguments she made in the hearing yesterday. Her notation that "this isn't directed at anyone in particular" is unpersuasive in light of the timing, content, and unmistakable parallels to her courtroom statements.

Plaintiff continues to monitor such activity solely to ensure compliance with the Court's Temporary Restraining Order and not for any retaliatory or improper purpose. Monitoring for compliance does not diminish any irreparable harm potentially caused by non-compliance. Further, the relief sought—both in the TRO and any prospective injunction—is intended exclusively to prevent further defamation and harassment, not to chill Defendant's lawful speech or inhibit public participation in matters of legitimate concern. Regardless, Plaintiff is hopeful this necessary injunction will be short lived given her desire to settle or mediate with Defendants.

 **kiandria** 18m
Wednesday, August 6, 2025 at 11:48 AM

If you're so afraid of me, then why are you watching my every move?

Why are you monitoring everything I say and do?
Why can't you leave me alone?
You're not scared.
You're obsessed with controlling how I show up.
You're not protecting yourself…you're trying to strip ME of the right to protect MYSELF.

People love to vilify Black women.
Call us aggressive, label us a threat…
all while assaulting our boundaries and refusing to stop watching us, following us, and trying to silence us.

♡ 81   💬 7   ↻ 3   ▽

 **kiandria** 15m · Author

I've said it before:
Being a Black woman means people will create entire narratives about you while simultaneously stalking your every move.
They claim they're afraid, yet they cross lines, invade your space, and violate your peace.
If someone was really scared, they'd back off.
They would AVOID you. But this ain't fear… it's obsession and control.

♡ 13   💬 1   ↻ 2   ▽

 **kiandria** 9m · Author

If you were actually threatened by someone, wouldn't the logical thing be to avoid them? To keep your distance? But that's not what's happening. What's happening is calculated. It's manipulative. You're creating a false narrative while refusing to let go.

♡ 6

 **kiandria** 9m · Author

This is what they do to Black women. They antagonize us, push boundaries, watch us like hawks, and then cry victim the moment we defend ourselves. It's not fear. It's performance.

♡ 1

 **kiandria** 9m · Author

You're not trying to be safe. You're trying to be seen as innocent while painting us as dangerous. That's the game. Pretend to be scared while provoking and invading. It's old and it's violent.

♡ 1

 **kiandria** 8m · Author

They want us to be quiet. They want us to be small. But when we speak, when we protect ourselves, suddenly we're the aggressor. It's exhausting how often Black women have to fight the story people try to force on us.

♡ 1

 **kiandria** 7m · Author

This isn't directed at any one person in particular, but if the shoe fits, feel free to lace that bitch up and wear it.

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to that the above is true and correct to the best of my knowledge and belief, and that all of the attached exhibits are true and correct copies.

Dated:  August 7, 2025

*Kursten Owen*

*s/ Kursten Owen*

Kursten Owen