## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **KURSTEN OWEN** <br>   Plaintiff(s), <br><br> v. <br><br> **BREANA ASKEW, et al.** <br>   Defendant(s). | Case No.: 6:25−cv−01272−AA <br><br> **ORDER TERMINATING PRO BONO APPOINTMENT** |

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Sean Stokes as *Pro Bono* counsel for Kursten Owen .

Kursten Owen is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Kursten Owen .

**DATED** this 7th day of August, 2025        /s/Ann L. Aiken

Honorable Ann L. Aiken
United States Senior District Judge.