In the United States District Court for the District of Oregon

| | |
|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), Plaintiff, | : : : : |
| v. | : |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, and Does 1-100, | : : : |
| Defendants. | : |

**NOTICE OF PLAINTIFF'S MAILING ADDRESS**

Case No: 6:25-cv-01272-AA

-----------------------------------------------

**NOTICE OF PLAINTIFF'S MAILING ADDRESS**

Plaintiff Kursten Owen respectfully submits notice of her updated mailing address. Due to issues with her registered agent, the prior address is not prohibited to be used in this case moving forward. If mail is needed to be submitted to Kursten Owen, the accurate address is the following:

Kursten Owen
525 2nd Ave SW
Unit 3234
Albany, OR, 97321

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to that the above is true.


Dated:  August 7, 2025

*/s/ Kursten Owen*

Kursten Owen