IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Kursten Owen, individually and d/b/a

Elegance & Geekery LLC,

    Plaintiff,

v.

Breana Askew (individually and d/b/a Brerami),

Kiandria Demone Boyce, and Does 1–100,

    Defendants.

Case No. 6:25-cv-1292-AA

---

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

COMES NOW Defendant, Kiandria Demone Boyce, appearing pro se, and respectfully moves this Court for an extension of time to file an Answer to the Complaint in the above-captioned matter.

1. Defendant was purportedly served with the Complaint on or about **July 25, 2025**, making the current deadline to respond **August 15, 2025**.
2. Defendant did not receive the Complaint at the time it was purportedly served and first learned of the filing days later from a third party. This delay further shortened the time available to secure counsel and prepare a response.
3. Defendant is in the process of retaining legal counsel to represent her in this matter.
4. Additional time is necessary to allow newly retained counsel to review the allegations, evaluate potential defenses, and prepare an appropriate response.
5. Defendant requests an additional **30** days, until **September 14, 2025**, to file her Answer.
6. This request is made in good faith and not for the purpose of causing delay, and granting it will not prejudice the Plaintiff.

**WHEREFORE**, Defendant respectfully requests that the Court grant an extension of up to thirty (30) days from the current deadline to file her Answer, and for such other relief as the Court

deems just and proper. In the alternative, if the Court does not grant the full thirty (30) days, Defendant requests any extension the Court deems reasonable to allow time to secure counsel and prepare a response.

Respectfully submitted,

/s/ Kiandria Demone Boyce

Kiandria Demone Boyce

Pro Se Defendant

Private Mailing Address:

2146 Roswell Rd. 108, Mariett, GA 30062

Phone: 404 957 9984

Email: kboyce6977@gmail.com

Date: August 13, 2025

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2025, I electronically filed the foregoing Motion for Extension of Time to File Answer with the Clerk of Court using the CM/ECF system, which will automatically serve a notice of electronic filing on all counsel of record and any unrepresented parties registered to receive electronic filings in this case.

Executed on this 13th day of August, 2025.

---

Kiandria Demone Boyce

Pro Se Defendant