# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**Kursten Owen, individually and d/b/a Elegance & Geekery LLC,**
 Plaintiff,

v.

**Breana Askew (individually and d/b/a Breromi),**
 Defendant.

Case No. 6:25-cv-01292-AA

## DEFENDANT BREANA ASKEW'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

COMES NOW Defendant, **Breana Askew**, appearing pro se, and respectfully moves this Court for an extension of time to file an Answer to the Complaint in the above-captioned matter.

1. Plaintiff asserts that Defendant was purportedly served on or about July 30, 2025. The Court previously permitted service by email through a third party.

2. Defendant later became aware of an email that had been routed into her spam folder. Because of the way it appeared, Defendant was cautious and did not immediately review the attached documents.

3. When Defendant did open the attachments, she discovered that the complaint had been scanned in as images rather than typed text, which made it non-searchable and difficult to review. As a result, Defendant did not fully understand or have meaningful notice of the complaint's contents until last week.

4. Defendant is also just now learning how to navigate the PACER/CM-ECF system, which has further delayed her ability to properly access, review, and understand filings in this case.

5. Defendant resides in Georgia and faces hardships in attempting to retain Oregon-based counsel due to distance and difficulty coordinating with attorneys licensed in this District.

6. Defendant has been actively attempting to retain counsel, but it has been difficult given the geographic and practical challenges of securing representation in Oregon.

7. Defendant has acted diligently upon receiving actual notice of the complaint and is making every effort to participate in this case responsibly while continuing to seek qualified counsel. Defendant prepared and submitted this motion as soon as she understood the complaint's contents, without undue delay.

8. Additional time is necessary to allow Defendant to continue efforts to secure local counsel, review the allegations, and prepare an appropriate response.

9. Defendant requests an additional **45 days, up to and including September 29, 2025**, to file her Answer.

10. This request is made in good faith and not for the purpose of delay, and granting it will not prejudice the Plaintiff, as the case remains in its early stages and no scheduling deadlines will be disrupted.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of time until **September 29, 2025**, or such other date as the Court deems just and proper.

Respectfully submitted,

**Breana Askew**
Defendant, Pro Se
P.O. BOX 1067
Hiram, GA 30141
4049441522
shop@breromi.com

---

## CERTIFICATION OF CONFERRAL

Pursuant to LR 7-1(a), I certify that I notified Plaintiff's counsel of my intent to file this motion and conferred in good faith regarding the requested extension.

---

Breana Askew

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2025, I electronically filed the foregoing Motion for Extension of Time to File Answer with the Clerk of Court using the CM/ECF system, which will automatically serve a notice of electronic filing on all counsel of record and any unrepresented parties registered to receive electronic filings in this case. Executed on this 18th day of August, 2025

Breana Askew

Pro Se Defendant