**In the United States District Court for the District of Oregon**

| | |
|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), Plaintiff, v. Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, and Does 1-100, Defendants. | **PLANTIFF'S OPPOSITION TO MOTION FOR EXTENSION OF TIME** <br><br> Case No: 6:25-cv-01272-AA |

------------------------------------------

**PLANTIFF'S OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiff, Kursten Owen, respectfully submits this response to defendant Askew's motion for extension of time.

1. Despite the court's repeated notice of the meet and conferral requirement, defendants continue to fail to meet and confer prior to the submitting motions. The defendant Askew's motion for extended time does not conform with the meet and conferral requirement.

2. Defendant additionally continues to deny sufficiency of service despite the courts repeated rulings and plaintiffs evidence showing among other things that defendant Askew repeatedly opened her service email, on the date of service, reflected in the return of service document.

3. Plaintiff will suffer prejudice if extensions continue to be granted. Mainly, this case involves adjudication of the falsity of statements that are still currently in circulation online. Everyday that these statements continue to circulate without a clear court ruling confirming that they are false, platniff's reputation, business reputation, and customer good will suffer.

4. For example, within the last 12 hours, plaintiff's business tiktok account was banned for continued reporting of her account for policy violations (see attached exhibit). These reports clearly stem from defendant's defamatory conduct and their urging for 3rd party to report plaintiff's account. The preliminary injunction does not protect against this continued harm because the injunction did not require removal of currently circulating defamatory statements.

5. Given this ongoing harm, rapid adjudication of this issue is necessary and extensions inherently prejudices plaintiff.

WHERFORE plaintiff requests that Askew's motion for extension of time be denied, or in the alternative fully granted until September 14th, 2025.

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to that the above is true and correct to the best of my knowledge and belief and that all of the attached exhibits are true and correct copies.

Dated:  August 18, 2025

*s/ Kursten Owen*

Kursten Owen

