Exhibit A

Screenshot clarifies that email from plaintiff is unopened. Will forward to attorney and wait for further instruction or clarity from the court. Defendant is acting in good faith in compliance with TRO.

