EXHIBIT B

**Screenshots of Social Media Comments Posted Under the Post at Issue**

Screenshots taken directly from the post at issue. These comments demonstrate that Respondent did not instruct followers to harass Petitioner, file reports, or take down her store. Instead, the comments show that Respondent discouraged followers from contacting any party involved.



SCREENSHOT OF RESPONSE TO FOLLOWER DISCOURAGING HARRASSMENT, TELLING FOLLOWER NOT TO GET INVOLVED

