- **Exhibit A – Screenshots of burner accounts posting the case number (e.g., "Here's the court case if you want the facts 6:25-cv-01272"). These posts encourage the public to monitor Defendants and create the false impression the Court has already ruled.**



- **Exhibit B – Screenshots of disparaging comments about Defendant Askew's work (e.g., "Bre isn't original" and "These are so cute… glad you're doing more than basic shapes"), including from an account followed by Elegance & Geekery and what appears to be the Plaintiff's relatives. This ties the harassment to Plaintiff's circle.**



- **Exhibit C – Defendant Askew's social media posts noting she had to delay a product release and describing this summer as "one of the most traumatizing," reflecting the emotional toll.**



- **Exhibit D – Defendant Boyce's public post: "There is a person monitoring my social media and trying to twist everything I say into something to have me arrested…" which shows how Plaintiff's monitoring is being weaponized against her lawful speech.**

