# In the United States District Court for the District of Oregon

| | |
|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC),<br>Plaintiff,<br>v.<br>Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce,<br>and Does 1-100,<br>Defendants. | **Supplement to Plaintiff's Emergency Motion for Order to Show Cause**<br><br>Case No.: 6:25-cv-01272-AA |

---

**Supplement to Plaintiff's Emergency Motion for Order to Show Cause**

I, Kursten Owen, am the plaintiff in this matter and for purposes of the emergency motion for order to show cause bring to the court's attention that my full name has now been tied to Defendant Demone's post regarding being "monitored," the same post underneath which threats, including for actions that may require an insanity defense to defend, have been made against the person to which Defendant Demone is referring. To date, Defendant Demone has maintained this post and comment despite clear harm to Plaintiff. Immediate action is necessary to prevent harm to Plaintiff and she requests that additional temporary restraining orders and/or court orders to remove the violating posts be entered to protect Plaintiff until a hearing on the order to show cause can be held.:

 **kiandria** 20h

There is a person monitoring my social media, and trying to twist everything that I say into something to have me arrested.

I am NOT going to live my life like that and I'm not going to be bullied. Leave me alone. I'm not going to say it again. 👌🏾

♡ 3.7K   💬 138   ↻ 94   ⌒ 1

 **thecomplexrebel** ✓ 5h

Monday, August 25, 2025 at 7:32 AM

This has "Kristen Owen" alllllll over it. Absolutely disgusting behavior 😒 🤬

♡ 9



**kiandria** 21h

There is a person monitoring my social media, and trying to twist everything that I say into something to have me arrested.

I am NOT going to live my life like that and I'm not going to be bullied. Leave me alone. I'm not going to say it again. 👌🏾

♡ 3.7K    💬 138    🔁 94    ✈ 1

**roweurboat81** 20h

Sunday, August 24, 2025 at 4:34 PM

I'mma say this with my whole fucking chest. I'm a white woman with bipolar disorder and an insanity defense on standby and that's a privilege I will use to put motherfuckers like this in their place. Period.

If someone can dox this mf lemme know.



♡ 44    💬 2    🔁    ✈

**peachrobidoux** 6h
Same boat. I'm with you.

♡ 3    💬    🔁    ✈

**missushoper** 4h

I am a WW with a well documented history of not knowing how to drive... it's been a year since my last accident and I am sure my insurance adjuster is getting bored...

♡ 1    💬    🔁    ✈

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge and belief and that all attached exhibits are true and authentic copies.

Dated: 8/25/2025

<u>/s/ Kursten Owen</u>

Kursten Owen