**Thread**
39.3K views



**kiandria** 21h

There is a person monitoring my social media, and trying to twist everything that I say into something to have me arrested.

I am NOT going to live my life like that and I'm not going to be bullied. Leave me alone. I'm not going to say it again. 👌 1/2

♡ 3.7K   💬 138   ↻ 94   ➤ 1

Top ⌄                                           View activity >

**kiandria** 5h

Well good fucking morning y'all. I just have to add that I understand so deeply why so many victims of abuse do not come out publicly against their abuser or against their stalker because it is enough to make you wantto pull your hair out... 2/2

♡ 216   💬 5   ↻ 1

**natashanb_** 21h
Are you serious? Are they ⚪?

♡ 34   💬 4

**jps8443** 19h
Forgive me, but isn't it possible to just block them on everything? People like that don't even deserve access.

♡ 6   💬 1

**kiandria** 18h · Author
No. They are monitoring me from other accounts, even though I have them blocked on everything.

♡ 16   💬 5

**tmasterofdisaster_butinpublic** 21h
How is anything you've ever posted within a million-mile radius of a crime? Tf?!

♡ 57   💬 2

**bl4ckchad** 21h
I'm willing to bet all my money they're yt

♡ 95   💬 2

**thecomplexrebel** ✓ 5h
This has "Kristen Owen" alllllll over it. Absolutely disgusting behavior 😒 🤬

♡ 9

**theeshanmarie** 21h
In this political climate????? That's a threat against your safety!!!

♡ 66   💬 1

**kiandria** 18h · Author
My sentiments exactly. I do not take it lightly at all.

♡ 41

**skinnyminny007** 21h
They better stop because all you have to do is give us their username and the rest is history! We will learn everything about them and their life will change in the negative way they are trying to change yours. 🫶😈🔥

♡ 56   💬 1   ↻ 1

**samjitsu_** 21h

**samjitsu_** 2h
FACTS

4

**xo.patrice111** 21h
If only these people applied as much effort into their real lives as they do social media.



41   1

**thelaw_cr** 14h
Like they need to get a "real" hobby, sheesh. 🤦‍♀️

**myheartbeatquiet79** 17h
Love you need my sisters shirt let me post it I love the f out of her

1   1

**myheartbeatquiet79** 17h
This I need this 🫶

2

**adilahbrodie** 21h
Okay! So I see they think YOU'RE ALONE! We right here and we ride at Dawn!!!

24   1

**thedivineabsurdity** 16h
Nah, man. Y'all ride at dawn. I'm already omw.
Third shift, baby. lol

**roweurboat81** 20h
I'mma say this with my whole fucking chest. I'm a white woman with bipolar disorder and an insanity defense on standby and that's a privilege I will use to put motherfuckers like this in their place. Period.

If someone can dox this mf lemme know.

44   2

**patslostid** 21h
I say it to their face bigotry wrong racism wrong rape wrong treason wrong got it or do I need time put a soup can up to your face

3   1

**notthefilm** 11h
I understand folding chairs work well too.

1   1

**patslostid** 5h
Its time to take this back

1

**sno.whyte7** 21h
People are sick af. Imagine not having a life at all that you sit behind a screen ruining your eyes to try to take down a powerful black woman. These losers need to hang it up. We got you Kiandria

48   1

**missbp69** 20h
That's what I was just thinking.

1

**starr__1204** 21h
Who, sis?! Say the word.



74   1

**napqueen23** 21h
Right let us attem.

7

**jeff.m.keller** 21h
To whoever it is, swatting is a felony. Attempting to weaponize the police against someone is a serious crime. Stop now, before you find yourself over the neck in trouble.

151   1

**arfoster49** 2h
If you end up needing an order of protection: courts like screenshots best when you can see the time stamp on every single message (e.g., on iMessage you'd need to drag and hold all the messages to the left prior to taking the screenshot). Do not be afraid to gather and keep data early

**natural_pearl** 6h
That's a stalker have them arrested for intimidation and threats.

**healing_thru_laughter** 15h
Whenever we gather.... They are close by

**laksmo34** 15h
What is the alleged crime that you committed??

**adventurefuntravel** 11h
In my country, we call those undereducated racist clowns "gutless cunts".

10

**victoria.mindiola** 21h
This will not end well for them.

5

**caberquake** 14h
🗒️ -ian type stuff

**jmart5078** 21h
You can put a restraining order on them and also file police reports then you can sue them as well.

1

**cryorealm_88** 21h
Sounds about yt

9

**tlo247** 21h
That means you stay renting space in their head 😂 🖕🏻them! You keep doing you!!

1

**msperception** 21h
It's absolutely free to mind their own business. But the flour rangers just can't seem to do that. Oh well. Looking for the inevitable crash out with someone crying victim for shit they started.

12

**lucievital** 21h
Some people are just evil! Wow! I'm sorry that you're going through that.

3

**bejonblow** 20h
Excited for the find out stage for this person, they clearly don't know who they're messing with 🙃



8

**godsgem87** 7h
Oh my Lord!

**concillas** 21h
Out this person and we will help.

13

**casey_girl** 20h
These people are fucking evil.
Be super vigilant and always watching.



6

**snowynight17082018** 17h
Why don't you block who ever it is?

**joe_jaeger117** 21h
Some people need to get a hobby. 😒

2

**suicide.charles1** 20h
For the YT racist Trumpers out there: LEAVE HER TF ALONE. Mind ya own business. She ain't effecting you, SO LEAVE HER BE OR GTFO! There is nothing more sadder than y'all harassing a girl like Kiandria who is doing what she wants here. You aren't her mom and you aren't her daddy. So LEAVE. HER. BE. I said what I said and I'm standing by it. Leave Kiandria alone or gtfo.

31

**junekeenenh** 21h
They need something better to do than harass Black people.
Maybe take up self flagellation or count blades of grass or something else they deserve.
I hope the FO part is fitting 😁

1

**colosankofa** 21h
Who? You don't want know problems with me! 🎤 🎶 in my Chance the Rapper voice... Let us know

1

**whoingodsname** 21h
Comes with the territory. Let'em fuck around and find out if they want to. ⚔️

2

**dltmccullough** 17h
Name and shame.

1

**jazzydane1nonly** 18h
Why can't ppl leave you be? You do great things. These losers need to rot in hell! Sorry you're going through this!

**there.is.a.field** 17h
What a sad little life they must have to be so irrelevant and inane.

**mmerritt77** 20h
With whom do I need to square up? I've got some pent up rage against the patriarchy.

**lanebaldwinofficial** 20h
The girl says a name,^ then makes sure she's seen on security cameras** a couple states away on...

-flip

-flipflip

-flip

... a week next Thursday good for you?

*- hat tip to Game of Thrones

**- casinos are great for this. Also you can keep receipts for cash outs, meals, valet parking, maybe a spa visit bc you sure do deserve one!

**imahawk12** 18h
Did you block them?

**willson8940** 19h
I don't think I would want you to be pissed at me, you know all of the tricks. Go get her!

**giddyonthedl** 15h
Is it that chick with the gigantic head????

**ms_lsw43** 21h
Who trying us today?

1

**national.honor** 11h



2

**bethprops** 21h
They only come for you when they know you are a threat. Stand tall. We got your back.

**megan.gaddis** 19h
Anything we can do?

**koalakuddler73** 21h
Well behaved women rarely make history. Give em hell!

1

**camie.raven** 21h
Who is it?!?! 😈

**gorham.thomas** 19h
who is it?! tell us so we can help!

**cdanaceau** 17h
Block with abandon

**bedsidearts** 21h
Just where do you get the energy to do that like why want to harm another human being at all
Work on yourself
Sit down and shut up you are doing too much whoever you are

**nevaeh_nashay** 20h
Arrested for what exactly?!

**iamashley_renee** 21h
People are so fuckin miserable

3

**bedsidearts** 21h
Just where do you get the energy to do that like why want to harm another human being at all
Work on yourself
Sit down and shut up you are doing too much whoever you are

**sassy8025** 21h
Oh my God they need to get a fucking life

**surinaldi** 21h
My money is on you 👍

**applingbanks** 18h
They did it to DJ SoulChild

**tarekswife** 20h
Name, please!

**caramellgrae** 21h
🥲🤔😕😑



1

**fleeberhaven** 21h

WTF

**mdj4.0**  20h
Dear Lord, don't they have anything better to fn do ?? Spewing hate, lies n envy!!
Ya ! Sounds about right , in on the take!! FTHEM !!
YOU GOT THIS 👍🏼👍🏼🤌🏼〰️👊🏼

**justacrazygma**  21h
Some people are horrible!

**idlfoc**  19h
You need an organization, an organized violent group

**writedmc**  20h
Well there's a shocker.

**herpolsheimercandence**  19h
You heard the lady !

**black2lifefitness**  20h
We stand with you Sis!!!🙏🏾💪🏾

**pidge628**  21h
Gross 😒

