**EXHIBIT A** is a pdf of my email inbox,  **EXHIBIT B** is a screenshot of the same view of my email inbox, both showing that Plaintiff's email remains unopened as of August 26, 4:57 pm EST. This directly contradicts Plaintiff's claim that I opened and ignored her message. The unopened status is visible in the inbox display and is consistent across both the screenshot and the PDF. These records directly contradict Plaintiff's claim that I opened her message. I declare under penalty of perjury that I have not opened the email and that the exhibits are true and accurate copies from my inbox.

**Exhibit B**

