# [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

Kursten Owen,
Plaintiff,

v.

Breana Askew, et al.,
Defendants.

Case No. 6:25-cv-1292-AA

---

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REQUIRE ALTERNATE SERVICE

Having reviewed Defendants' Motion to Require Alternate Service, the supporting declarations and exhibits, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall not serve Defendants Breana Askew or Kiandria Demone Boyce via direct email.

2. Plaintiff shall serve all future filings, correspondence, and conferral attempts upon Defendants by either:

    - Filing through the Court's CM/ECF electronic filing system, or

    - U.S. Mail, first-class postage prepaid, to Defendants' addresses of record.

3. This Order is based on the Court's finding that requiring Defendants to communicate solely through direct email is unreliable and unsafe, and that Plaintiff's use of disputed email tracking tools raises concerns of fairness and due process under LR 7-1(a) and Fed. R. Civ. P. 5(b)(2).

4. Nothing in this Order prevents the parties from stipulating to alternate methods of service in the future with Court approval.

5.  This Order is without prejudice to further relief as the Court deems appropriate.

IT IS SO ORDERED.

DATED: _____

---

Hon. Ann Aiken
United States District Judge