### In the United States District Court for the District of Oregon

:

Kursten Owen (individually and     :
d/b/a Elegance & Geekery LLC),
Plaintiff,
v.                                :
Breana Askew (individually and    :
d/b/a Breromi), Kiandria Demone
Boyce,
and Does 1-100,                    :

Defendants.                    :
_____

**Supplement to Plaintiff's Emergency Motion for Order to Show Cause**

**Case No.: 6:25-cv-01272-AA**

### Supplement to Plaintiff's Emergency Motion for Order to Show Cause

I, Kursten Owen, am the plaintiff in this matter. I note my prior supplements and respectfully submit this filing to make the Court aware of rapidly escalating and credible threats of violence against both Plaintiff and, with particular alarm, the presiding Judge. I attest to the following:

1. Since the last supplement filed by Plaintiff, views on the video created by @thecomplexrebel in direct response to Defendant's call for the creation of such content in violation of the preliminary injunction have increased by well over half a million views, and this increased visibility has resulted in the escalating threats leading to this urgent additional filing. (Exhibit R).

2. Since and as a direct result of Defendant Boyce's wilful and now ongoing violation of the Court's preliminary injunction there has been a marked escalation of credible

threats of harm directed to both Plaintiff and now, disturbingly, against the Judge overseeing this matter.

3. These escalating threats by third parties are the foreseeable consequence of Defendant's tone mocking and denigrating the Plaintiff, the Court and the judicial process.

4. Among the latest posts is one that explicitly calls for the "death penalty" against Plaintiff and the presiding Judge. The comment states: "People who steal other people's hard work ideas and inventions **I'll need the death penalty including that sorry judge.**" (Exhibit O).

5. Threats against the Judge further include comments such as: "The judge that ordered the Gag Order should be called out as well…It's not enough for the numskull Kursten to be put on notice. We have to **purge the system as well**. **The judge would think twice if their life is out there to be put ruined**. We have to make actions have consequences; **life altering consequences**." (Exhibit P).

6. There are additional calls to dox the Judge, including "This would have been perfect if the judge's name was also put out for the world to know." (Exhibit B).

7. Comments disparaging the Judge and claiming impropriety in the legal process include statements like: "**The judge is a bitch**…allegedly," and "I'm sure **the judge is a family friend** or 2 removed from her family." (Exhibit Q, A).

8. These comments exist amongst hundreds of others which directly disparage Plaintiff, restate the defamatory claims at the core of this dispute, and call for harassment against Plaintiff, including linking to her business and personal social media accounts for third parties to flood with hateful vitriol. (Exhibit D).

9. The harassment has escalated so severely since the violation of the injunction that an unrelated third party, previously known on TikTok as @_kirstenowens, had to

make a video on her page clarifying she was not Plaintiff and change her username in order to protect herself after, in her words, "people started harassing me." (Exhibit G, H, I).

10. This harassment and the extreme nature of the threats go far beyond those that were initially provided to the Court as evidence to support the injunction, including calls to "find Kursten's address on TruePeopleSearch.com" to send Plaintiff vile goods such as feces, which, in the broader context of calls for violence and death, feels like a comparatively milder outcome. (Exhibit C).

11. Despite the entry of the preliminary injunction and clear directives from this Court, Defendant Boyce's conduct has shown no meaningful change and there has been no meaningful decrease in harm experienced by Plaintiff since the entry of the injunction–if anything, the harm is worse, escalating, and now includes calls to harm against the judiciary, the only institution Plaintiff has been able to go to for protection in this matter. Defendant Boyce has even gone on to publicly mock the proceedings, Plaintiff's pursuit of them, and position herself as invincible, implying in public posts that she is only being sued because she is an activist. In these posts, she wears this lawsuit as a badge of honor. (Exhibit L, S, T).

12. Defendant Boyce has also continued to mock these proceedings and Plaintiff since her violation of the injunction, including in comments making statements wherein she refers to Plaintiff, the only individual involved in a legal proceeding against Defendant Boyce at this time, as "the other (white) girl." These statements include: "It wouldn't be the first time somebody sued me. **Ask the other girl how it's going for her.** (four laughing emojis)," and (in responding to another individual threatening to sue Defendant Boyce for defamation/libel regarding posts Defendant

Boyce made against that individual), "Don't let your followers get you hyped up like that other white girl. End up wasting time and money." (Exhibits K, N).

13. Defendant Boyce has even proclaimed online that this lawsuit is a "SLAPP" lawsuit – despite the fact that she has made no filings alleging a SLAPP suit and despite the Court's findings regarding likelihood of success on the merits of her defamation claim and likelihood of ongoing irreparable harm, making it clear this suit is not frivolous or strategically filed against public participation–this lawsuit centers on actual unlawful conduct by defendants that go well beyond protected speech, including both defamation and the ongoing harassment necessitating contempt findings here. This commentary represents Defendant's ongoing unwillingness to accept accountability or recognize the legal and harmful impacts of her speech and her attempts to continue to publicly portray the lawsuit as wrongly pursued by Plaintiff. (Exhibit T).

14. "Ask the other girl how it's going for her" is also an explicit directive for third parties to reach out to Plaintiff regarding this lawsuit. The public is reasonably aware that these indirect comments, including ones such as "IDK who needs to hear this…but trying to have a civil rights activist arrested for calling out your racism is not the flex you think it is…In fact…weaponizing the legal system against a civil rights activist only strengthens the argument that you are a racist," are about Plaintiff given comments below these posts stating, for example, "It's about the ww who ripped off a black woman's product is suing Kiandria for calling her and her racism out essentially…someone in Oregon, if it's the case I'm talking about. I saw someone else posting about it in Kiandria's defense because it seems there is or was a gag order and Kiandria wasn't allowed to talk about it." (Exhibit J).

15. Defendant Boyce has also made statements confirming she is wilfully violating the Court's orders. She has claimed "I want to be clear I have not been silenced. **I am being strategic** and will keep you guys updated" as a comment on a thread directly naming Plaintiff and discussing this lawsuit. (Exhibit E).

16. She has further stated "Ever since they heard about that lawsuit, people keep threatening to sue like that's my kryptonite. Let me be clear: I have NOT been silenced. **Do not confuse strategy with defeat**. ▨**Nothing will silence me. Thinking you can weaponize the legal system to punish someone for calling out your racism undermines democracy. That is FASCISM. I will NOT bend a knee.** How naïve to assume I wouldn't have support on ALL fronts…including legally." She goes on: "I've noticed a pattern…people I've called out for racism suddenly think threatening to sue me is the way to shut me up. **IT WILL NOT. It will only piss me off.**" In response to a comment on this post stating "They don't understand that 'lawsuit' translates to 'lets fucking go,'" Defendant Boyce liked the comment and said "Period!" (Exhibit N).

17. These statements make clear that Defendant Boyce is consciously "strategizing" to willfully defy this Court's orders. This is not the result of confusion or ignorance, but a pattern of malicious and premeditated defiance in which Defendant actively utilizes her social media following to amplify, encourage, and orchestrate ongoing harassment against both Plaintiff and, now, the Court.

18. Defendant Boyce has also warned, in relation to others noting she has a large online audience to "weaponize": "My following just hit 130k and it keeps growing every single day. So keep that in mind the next time you have my name in your fucking mouth," evidencing her intent to utilize her large following against those with whom she disagrees. (Exhibit M).

19. Given this sustained, willful defiance—and the clear and present danger now threatening both Plaintiff and the judiciary—it is evident that issuing further prohibitory orders without substantial and effective deterrent sanctions will be insufficient. Plaintiff respectfully requests that the Court impose severe sanctions to reaffirm its authority, protect both Plaintiff and the Court, uphold the integrity of these proceedings, and compensate Plaintiff for the ongoing reputational, emotional, and business harms that now far exceed those underlying the original complaint and that are the direct result of Defendant's violation of the Preliminary Injunction.

20. Plaintiff ensured communication was effectuated with her local law enforcement for her own safety and the U.S. Marshall service and courtroom deputy regarding threats made against the Judge.

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge and belief and that all attached exhibits are true and authentic copies.

Dated: 9/1/2025

/s/ Kursten Owen - Kursten Owen

**Exhibits**



Exhibit A



Exhibit B



Exhibit C

thecomplexrebel ✓ • Follow
Original audio

Reply

haute.danielle 11h
So, I'm not saying find Kursten's address on TruePeopleSearch.com and proceed to go to poopsenders.com and send her gallons of feces... but I'm also not NOT telling you.

1 like    Reply    ...

brytestar1978 12h
She is sold out love this for her!

1 like    Reply

mel_ps_ryan 22h
Thank you for speaking up

❤    💬    ✈

30,839 likes
2 days ago

---




Exhibit D

thecomplexrebel ✓ • Follow
Original audio

clock app.
Reply

rachrob1111 1d
@rachrob1111 she's
Reply

thecomplexrebel ✓ 1d
She has her business account Elegance and Geekery on IG and TT but it won't let me tag

3 likes    Reply    ...

lovelashone 1d
Crazy Work 🫠
Reply

❤    💬    ✈    🔖

30,839 likes
2 days ago

Exhibit E:



**Thread**
286 views

**thecomplexrebel** ✓  2d
Kursten Owen literally tried to have @Kiandria arrested by filing an emergency motion asking a judge to hold her in contempt of court. Kiandria is a widow. She is a mother. How can anyone weaponize the legal system with this level of cruelty??! 1/10

♡ 834     ◯ 69     ↻ 78     ▽ 6

**coffeebooksushi**  2d
Thank you for sharing this. kiandria was trying to help @brebreromi. Now both women have been legally silenced because of a ww. They do not deserve this stress, this treatment!

♡ 52     ◯ 1     ↻ 1     ▽

**kiandria**  2d
Friday, August 29, 2025 at 9:10 PM
I want to be clear I have not been silenced. I'm being strategic and I will keep you guys updated.

♡ 77     ◯ 3     ↻     ▽

Top ⌄                                                          View activity >

**twenty383**  2d
Oh I can't wait for this. I know you will make her regret this. She has the right one. Sorry you have this going on as well.

♡ 5     ◯     ↻     ▽

**that.guy.elias**  2d
Let me know if you need strategic help. I doubt you do. I know how capable you are. But I gotchu if you need.

-Lawyer in Texas, familiar with defamation law

♡ 2     ◯     ↻     ▽

**ashleyhayyynes**  2d
Oooh I knew something good was on the way. I've never heard of Ms Kiandria being stopped. I can't wait for this yt lady to have to pay you both and shut down her store.

♡ 1     ◯     ↻     ▽

Exhibit G:



Exhibit H:



**(Ash)Leilei**
This kinna funny to me, but ur not her fr?
2h ago    Reply
♡ 17

**Kirsten Owens · Creator**
Nope. Never even knew about this whole situation till people started harassing me
2h ago    Reply
♡ 2

**(Ash)Leilei**
I'm so sorry my love :( you seem really nice tho :)
2h ago    Reply
♡ 0

Back to top ⌃

**Log in to comment**

67°F  Mostly cloudy     10:50 AM 8/30/2025

Exhibit I: Changed name due to harassment



Exhibit J:





**Thread**
59 views

**kiandria** 1d

Idk who needs to hear this... But trying to have a civil rights activist arrested for calling out your racism is not the flex you think it is. 😣 1/2

♡ 2.4K    ◯ 21    ↺ 129    ▽ 1

**idealblackfemale** ✔ 1d

Dying for some context

♡ 13    ◯ 4    ↺    ▽

**thestoryof_kelsie** 21h

Sunday, August 31, 2025 at 1:37 PM

If it's what I think it's about then the ww who ripped off a Black woman's product is suing Kiandria for calling her and her racism out essentially.

♡ 3    ◯ 1    ↺    ▽

**Top** ⌄                                    View activity ›

**tombieeee** 19h

That's not actionable! That's an opinion! What poor excuse for a lawyer took that case?

♡    ◯ 1    ↺    ▽

**thestoryof_kelsie** 19h

Someone in Oregon if it's the case I'm talking about. I saw someone else posting about it in kiandria's defense because it seems there is or was a gag order and Kiandria wasn't allowed to talk about it.

♡ 2    ◯ 1    ↺    ▽

**tombieeee** 19h

It was more rhetorical but I appreciate the follow up. It's still not actionable because it's an opinion.

♡ 1    ◯    ↺    ▽

Exhibit K:



Exhibit L:



Exhibit M:



kiandria 2m

Sunday, August 31, 2025 at 12:12 PM

This is for those complaining about me having a large following to "weaponize." My following just hit 130K and it keeps growing every single day. So keep that in mind the next time you have my name in your fucking mouth.

♡ 23    ◯ 1    ↻    ◁

# Exhibit N





**kiandria** 40m · Author
And don't think being in Canada protects you. My team works internationally. It is crazy as hell to think I am just out here recklessly typing with no support. Do not ever get that fucked up. I am not fighting by myself.

♡ 28    ◯    ⟲    ⊲

**thethemeagan** 40m
All that and she's broke broke

> **rosemaryrose523** 55m     ⋯
> I'm sorry I haven't got more than $1 right now
>
> ♡    ◯    ⟲    ▷

♡ 5    ◯ 3    ⟲ 2    ⊲

**ladyjj15** 38m
They don't understand that 'lawsuit' translates to 'let's fucking go'.

♡ 7    ◯ 1    ⟲    ⊲

**kiandria** 26m · Author
PERIOD!

♡ 3    ◯    ⟲    ⊲

**willowjezebelspirit** 20m
Where's the targeted campaign because I want to join and support? Is there a donate button?

♡ 1    ◯    ⟲    ⊲

**poohscorner27** 38m
Yo Sis, just an fyi... it's not only "rosemary" but you got another trash talker that's fanning on you (carmen.merrill) and her a "rosemary" done got together... they don't have 300 followers between them and they're talking bunk shit with nobody listening... both of em look raggedy, imo...
Got your back, Sis... 🤎👍

♡ 1    ◯ 1    ⟲    ⊲

**kiandria** 27m · Author
That person is mad because I called her out for being blatantly racist. I posted a photo of my Black indigenous grandfather and she said he couldn't be indigenous because he was Black. People called her out about it, and she has been spiraling ever since. She needs help 🪑

♡ 4    ◯ 1    ⟲    ⊲

**poohscorner27** 12m
She needs very serious help or a brick... 🧱
My father is Black Indigenous, too... 🙏🙏🙏
These "Ritz's" need to sit their asses down with defining who is who... Bad enough they can't mind their own damn business, but they have zero right to define any damn body...

♡    ◯    ⟲    ⊲





**mztahina** 32m

People throw the word defamation (libel) around without actually understanding what it means. The burden of proof is her responsibility and will be difficult considering statements of opinion are protected by the first amendment and she has to prove malice. That is hard to do considering she came for you FIRST when you didn't send for her. Generally speaking, as the person to make the initial false claim, her case will be weakened and any decent attorney can use the "clean hands" defense. 😊😊

♡ 5

**snowyowl_atnight** 31m

She blocked you because she didn't want to be added to the lawsuit...lol.

♡ 2    💬 1

**capricorncrocheter** 21m

She foolish if she thinks that because screenshots are forever and other people have already followed her and caught her talking shit.

♡ 2    💬 2

**jakthamak67** 40m

What is funny is that they think a lawsuit it will change anything when in court they will have to prove everything that what they say it true

♡ 3

**roboknee13** 42m

Did you notice how she used James' full name, but just your first? These micro-agressions are killing me!

♡ 2

**eldritchavatar** 23m

I'd bet money that this is agent provocateur BS.

♡ 2





Exhibit O





Exhibit P



Exhibit Q

Exhibit R



# Exhibit S



# Exhibit T



Have you guys ever heard of a SLAPP lawsuit? 😭 It's very common in media or civil rights activism. 

**nifa04** 8h
These Muslims backing Persian are embarrassing me.
♡ 5

**grateful.healing.giftedsoul** 14h
If it's an eye for an eye - smear campaign to smear campaign? It's trending I guess lately - and this just triggered my annoyance and I'm sorry yall are experiencing this as well. 😭😭😭😭😭😭🧿🟥📿🏴🧿🖤
♡ 1

**ariiii** 2h
The original creator wanted to create a product that is inclusive to Black people who want that cute claw clip look but 9.5/10 times can't find one that is strong enough to suit our hair and protective styles. You can't tell me that that yt lady didn't decide to steal the product idea just to market it to white people out of spite
♡ 2

**thicks142** 14h
Sometimes I'm disappointed by how adults still love gossip and being ugly with each other. When there are productive and mature ways to end disagreements and get back to focusing energy on improving our lives.
♡ 1

**mikahamysey** 14h

♡ 1

**mouthygurl** 14h
Not surprised Mia's trash ass is trying to get attention.
♡ 8

**themoonpeachdragon** 9h
Gawd she's so disgusting. I cant believe I was following that inflatable tube lipped bitch for so long. The audacity to bring up that wildly bullshit lawsuit without including the context that that white woman completely ripped off a Black woman's original product AND marketing
♡ 4

Have you guys ever heard of a SLAPP lawsuit? 🤨 It's very common in media or civil rights activism. 🏛️