UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KURSTEN OWEN**  
    Plaintiff(s),

Case No.: 6:25−cv−01272−AA

v.

**PRO BONO APPOINTMENT RESPONSE FORM**

**BREANA ASKEW, et al.**  
    Defendant(s).

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kursten Owen for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

    Attorney lacks the time resources required to represent client in this matter.

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

**DATED** this   5th   day of   September   2025.

*Diane Henkels*  
Signature  
Diane Henkels OSB#000523  
Printed Name and Oregon State Bar No.