# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**Kursten Owen,**
 Plaintiff,
v.
 **Breana Askew,**
 Defendant.

Case No. 6:25-cv-01292-AA

---

## DEFENDANT'S MOTION TO SEAL/REDACT PERSONAL ADDRESS AND FOR PROTECTIVE RELIEF

### LR 7-1 Conferral

Pursuant to LR 7-1(a), Defendant ordinarily would confer with opposing counsel prior to filing this motion. However, Defendant is unable to confer at this time due to safety concerns and because Plaintiff has a demonstrated history of twisting or weaponizing communications for litigation purposes. Under these circumstances, conferral would be unsafe and impracticable.

### Introduction

Defendant Breana Askew respectfully moves this Court for an order sealing or redacting her parent's residential address from the docket and all public filings, and for protective relief ensuring that only Defendant's designated P.O. Box is used as her official service address.

### Factual Background

1. Defendant has at all times designated her **P.O. Box** for purposes of service and correspondence in this matter.

2. Defendant never provided her parent's residential address to the Court. Despite this, filings in this case reflect that address, which Defendant did not authorize.

3. Plaintiff has further increased risk by **publicizing this case on her business website**, where she misleadingly implies the court case will determine whether she continues selling her products. In reality, the pleadings concern alleged defamation and

    harassment, not Plaintiff's right to sell goods.

4. Plaintiff's statement is particularly misleading because she continues selling her products through third-party platforms such as **Amazon and Etsy**. This misrepresentation not only confuses customers but also heightens public interest in this litigation.

5. Attached as **Exhibit A** is a screenshot of Plaintiff's business website where she makes the above statement. Attached as **Exhibits B and C** are screenshots showing Plaintiff's continued product sales on **Etsy** and **Amazon**.

6. Even before this lawsuit was filed, Plaintiff's conduct subjected Defendant to **racially motivated harassment and harm**. A representative example is attached as **Exhibit D**. Publicizing this litigation while exposing Defendant's parent's residential address would place uninvolved family members at risk of similar harassment.

## Legal Standard

Under **FRCP 5.2** and **LR 26-4 & 26-5**, courts may seal or redact personal information where good cause or compelling reasons are shown. The District of Oregon recognizes that protecting personal privacy and preventing harassment constitute good cause. See, e.g., *Doe v. United States*, 143 F. Supp. 3d 1270 (D. Or. 2015).

## Argument

- **Good cause exists.** Defendant has never provided her parent's residential address. Its disclosure is unnecessary for adjudication and exposes uninvolved third parties to potential harassment.

- **Protective relief is appropriate.** Defendant respectfully requests the Court confirm that her **P.O. Box** is her exclusive service address and direct all parties to use it for filings and service.

- **Plaintiff's publicity heightens the risk.** Plaintiff's online statements about this case mischaracterize its subject matter and amplify public scrutiny. By telling customers the litigation will determine her ability to sell — even while she continues selling on Amazon and Etsy — Plaintiff has used this case for commercial messaging. Combined with Defendant's prior experience of racial harassment linked to Plaintiff's conduct, this underscores the urgent need to protect Defendant's private address from public access.

## Relief Requested

Defendant respectfully requests that the Court:

1. Order the sealing or redaction of all filings that contain Defendant's parent's residential address;

2. Confirm Defendant's **P.O. Box** as her exclusive service address;

3. Direct Plaintiff to re-file any documents containing Defendant's parent's residential address in redacted form; and

4. Grant such other and further relief as the Court deems just and proper.

DATED: September, 11th 2025

Respectfully submitted,

**Breana Askew**
Defendant, Pro Se
P.O. BOX 1067
Hiram, GA 30141

---

# DECLARATION OF BREANA ASKEW

I, Breana Askew, declare as follows:

1. I am the Defendant in this case. I make this declaration in support of my Motion to Seal/Redact Personal Address and for Protective Relief.

2. I have never provided the Court with my parent's residential address. My official mailing address for this litigation has always been my P.O. Box.

3. Despite this, filings in this case contain my parent's residential address, which I did not authorize. Its disclosure creates an undue risk of harassment and harm.

4. Plaintiff has publicized this case on her business website. A true and correct copy of the website, captured by me on September 11th, 2025, is attached as **Exhibit A**.

5. This statement is misleading. Plaintiff continues to sell her products on **Amazon** and **Etsy**. True and correct screenshots of Plaintiff's active product listings on those platforms, captured by me on September 11th, are attached as **Exhibits B and C**.

6. Even before this lawsuit was filed, I experienced **racial harassment** as a direct result of Plaintiff's conduct and public statements. A true and correct copy of representative

    evidence of such harassment is attached as **Exhibit D**.

7. Public disclosure of my parent's residential address would put my family at risk of similar targeted harassment, despite their not being parties to this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 11th, 2025

---

Breana Askew
 Defendant, Pro Se