IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KURSTEN OWEN, individually
and dba Elegance & Geekery LLC,

    Plaintiff,

  v.

BREANA ASKEW, individually
and dba Breromi; KIANDRIA
DEMONE BOYCE; DOES 1-100,

    Defendants.

Civ. No. 6:25-cv-01272-AA

**OPINION & ORDER**

AIKEN, District Judge.

This case comes before the Court on Plaintiff's Emergency Motion for Order to Show Cause, ECF No. 58, seeking to hold Defendant Kiandria Demone Boyce in contempt for violation of the preliminary Injunction. Ms. Boyce has responded to the motion, ECF No. 61, and Plaintiff has filed a series of "Emergency Supplements" to her original motion. ECF Nos. 60, 65, 66, 69.

In her Motion for Order to Show Cause, Plaintiff asserts that Ms. Boyce has commented on the ongoing lawsuit and that Plaintiff has been the target of hostile commentary on the Internet by third parties. The motion and its supporting exhibits do not show that Ms. Boyce has engaged in harassment of Plaintiff. Nor does it show, beyond Plaintiff's speculation, that she has encouraged others to do so. The various

Emergency Supplements include voluminous exhibits showing third parties expressing their support for Ms. Boyce or their antipathy to Plaintiff, but these comments do not constitute harassment and, even if they did, the Preliminary Injunction does not serve to enjoin individuals who are not before the Court. Plaintiff complains that Ms. Boyce has "mocked" these proceedings and expressed her opinion that she will ultimately prevail, but it is not clear how Plaintiff believes either sentiment is a violation of the Preliminary Injunction.

Outside of certain narrow and presently inapplicable circumstances, federal lawsuits are public proceedings and members of the public are free to comment on them. If Plaintiff wishes to proceed with this action, she must reconcile herself to the fact that litigation is often accompanied by public attention and scrutiny.

Plaintiff's Emergency Motion for Order to Show Cause, ECF No. 58, is DENIED.

It is so ORDERED and DATED this ___15th___ day of September 2025.

                                      /s/Ann Aiken
                                      ANN AIKEN
                                      United States District Judge