# Exhibit Packet

## Exhibit A: TikTok Grid — Influencer as On-Camera Brand Face

Representative Elegance & Geekery LLC TikTok screen showing the same influencer repeatedly modeling and presenting horn-style accessories. Supports that the account used an influencer persona as the public face of the brand.



## Exhibit B: TikTok Profile & Posts — "check out my creations"

Profile header reads "check out my creations," with a grid of videos featuring the influencer. Reinforces Defendant's understanding that the influencer—not Plaintiff—was presented as the creator/voice of the brand.



**Exhibit C: Additional TikTok Posts — Product Presentation by Influencer**

Further examples of the influencer demonstrating and modeling product designs on the brand account. Shows continued brand-level marketing centered on the influencer persona.



## Exhibit D: Pre■Suit Email Excerpt from Plaintiff

Excerpt in which Plaintiff states her creative development process is "entirely independent." Offered to show what Defendant understood pre■suit, not for the truth of the matter asserted.

> My development process is not relevant to any legal claims that could be made at this time that are not frivolous. Although you are not entitled to this information, I maintain that my creative development process is entirely independent, lawful, and in line