**Exhibit A**








