**Exhibit B** – Email Exchange with Plaintiff's Pro Bono Counsel

Automated email response showing that Plaintiff's listed pro bono attorney no longer represents her.

*Relevance:* Confirms Defendant attempted to confer in good faith under LR 7-1, but conferral was impracticable. Shows Defendant's procedural good faith and Plaintiff's shifting representation. Note: Attorney was assigned on 9/12/13, did not allow reasonable time for conferral before response was due.



