**Exhibit C** - LinkedIn Screenshot (Albany, Oregon Reference) and Defendant commentary.

Screenshot forwarded to Defendant by a third party, listing "Albany, Oregon" under Caleb Owens, a presumed relative identified as "lead technical developer."

*Relevance:* The only Oregon reference was incidental, came from a third party, and was not emphasized by Defendant. Undercuts Plaintiff's claim of "express aiming" at Oregon under *Walden* and *Calder*. Contributed to confusion surrounding true owner of product.





Third party message where screenshots were submitted and received: