**Exhibit D** – Email Tracking Evidence

Documentation disproving Plaintiff's claim that Defendant opened an email using tracking software.

*Relevance:* Demonstrates Plaintiff's reliance on unreliable, easily manipulated digital "evidence," raising due process concerns and showing lack of purposeful contacts with Oregon.

