**Exhibit E** – Marketing Inconsistencies Screenshots

Screenshots showing a different woman's face used in marketing and Caleb Owens listed as product developer, while Plaintiff claimed to be the sole inventor.

*Relevance:* Confirms Defendant's commentary addressed product confusion and consumer issues, not Plaintiff's residence or location. No purposeful targeting of Oregon.



