**Exhibit F – Viral Conversation and Plaintiff's Publicizing of Case Filings**

Screenshots showing multiple individuals commenting on Plaintiff and her business before Defendant ever posted, along with screenshots of Plaintiff linking to her own case filings and allowing them to remain visible in public comments.

*Relevance:* Demonstrates that the social media discussion about Plaintiff was already a viral, national conversation before Defendant joined it, and that Plaintiff herself engaged in and contributed to spreading it by publicizing her own case filings. Plaintiff's selective decision to sue only Defendant, while ignoring others who posted earlier or more directly, undermines her jurisdictional theory and confirms that Defendant did not purposefully target Oregon.

Defendant's video was posted under username "Kiandriaisback" and is time-stamped days after other videos shown in exhibit. This confirms that defendant did not start or incite any behavior targeted toward Oregon, but rather joined an existing national conversation that occurred on a public forum.











Link on Plaintiff's website directs viewers to Court Listener, a website that displays the court docket and all public filings. Relevance: Plaintiff is publicizing the case and inviting public scrutiny. Plaintiff can not argue jurisdiction in Oregon while actively engaging in viral national conversation regarding this case.

