**Exhibit G – Defendant's Opinion and Speculative Language**

Exhibit G contains examples of Defendant's social media posts where statements were expressly framed with qualifiers such as "my guess" and "I think." Courts have consistently held that such phrasing signals speculation and opinion, not verifiable fact, and therefore cannot form the basis of a defamation claim. This exhibit demonstrates that Defendant's speech was framed as commentary and activist opinion.








**kiandria** 7/15/25

Plot twist! Clip Gate just got even weirder. The woman in my profile pic (which I'm about to update)... Turns out she's likely just an influencer or affiliate. One of my followers did some digging and the real owner of @elegangeandgeekery is Kursten Owens, and the "lead product developer" is Caleb. So the REAL thief is, unsurprisingly, a white man. My guess? He stole the idea and spoonfed it to her without telling her. Now she's stuck cleaning up the mess while he plays puppet master. 1/2





