Kiandria Demone Boyce
[Address Redacted for Safety – motion to redact pending]
Pro Se Defendant
Email: kboyce2020@gmail.com
Phone: [Phone Redacted for Safety]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| **Kursten Owen (individually and d/b/a Elegance & Geekery LLC),**<br><br>        Plaintiff,<br><br>v.<br><br>**Breana Askew (individually and d/b/a Breromi),**<br>  **Kiandria Demone Boyce,**<br>  **and Does 1–100,**<br><br>        Defendant(s). | Case No.:  6:25-cv-01272-AA<br><br><br>**NOTICE OF ERRATA**<br><br>**REGARDING DEFENDANT BOYCE'S MOTION TO DISMISS** |

_____

**NOTICE**

Defendant Kiandria Demone Boyce respectfully submits this Notice of Errata to correct an omission in her previously filed Motion to Dismiss (ECF No.79).

The original filing inadvertently omitted a separate "MOTION" section as required by LR 7-1(b). Attached is a corrected page containing that section. No substantive changes have been made to the motion, and all arguments, exhibits, and supporting materials remain unchanged.

Respectfully submitted,
Dated: September 16, 2025

/s/ Kiandria Demone Boyce
Pro Se Defendant

[Address Redacted Pending Court Approval]
Email: [Redacted]
Phone: [Redacted]