Kiandria Demone Boyce
[Address Redacted for Safety – motion to redact pending]
Pro Se Defendant
Email: kboyce2020@gmail.com
Phone: [Phone Redacted for Safety]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Kursten Owen (individually and d/b/a Elegance & Geekery LLC),** | Case No.: 6:25-cv-01272-AA |
| Plaintiff, | |
| v. | **DEFENDANT KIANDRIA DEMONE BOYCE'S MOTION TO DISMISS** |
| **Breana Askew (individually and d/b/a Breromi),** **Kiandria Demone Boyce,** **and Does 1–100,** | **FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE (Fed. R. Civ. P. 12(b)(2), 28 U.S.C. § 1404(a))** |
| Defendant(s). | |

**LR 7-1(a) CERTIFICATION**

Defendant certifies that conferral was not practicable in this matter. Plaintiff has repeatedly mischaracterized Defendant's social media commentary and falsely accused Defendant of making threats. For this reason, Defendant does not feel safe or comfortable engaging in direct

conferral with Plaintiff or her representatives unless and until Defendant is able to retain counsel of her own.

Even so, Defendant attempted to contact Plaintiff's previously listed pro bono attorney, Erik J. Haynie, to advise of this position, but received an automated response stating that he is no longer with that firm. As a result, Defendant has been unable to complete conferral, and under these circumstances, meaningful conferral has not been possible. (See Exhibit B).

---

**MOTION**

Defendant Kiandria Demone Boyce respectfully moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction and improper venue under Fed. R. Civ. P. 12(b)(2), or, in the alternative, to transfer venue to the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a).

**INTRODUCTION**

Defendant Kiandria Demone Boyce respectfully moves this Court to dismiss the Complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and Oregon's long-arm statute, ORS 14.030. In the alternative, Defendant requests transfer of this action to the Northern District of Georgia under 28 U.S.C. § 1404(a).