Kiandria Demone Boyce
[Address Redacted for Safety – motion to redact pending]
Pro Se Defendant
Email: [Redacted For Safety]
Phone: [Phone Redacted for Safety]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Kursten Owen (individually and d/b/a Elegance & Geekery LLC),** | Case No.: 6:25-cv-01272-AA |
| Plaintiff, | |
| v. | |
| | **NOTICE OF ERRATA** |
| **Breana Askew (individually and d/b/a Breromi),** **Kiandria Demone Boyce, and Does 1–100,** | **REGARDING DEFENDANT BOYCE'S SPECIAL MOTION TO STRIKE** |
| Defendant(s). | |

**NOTICE OF ERRATA REGARDING
SPECIAL MOTION TO STRIKE**

1

**NOTICE**

Defendant Kiandria Demone Boyce respectfully submits this Notice of Errata to correct omissions in her previously filed Special Motion to Strike (ECF No. 81).

The original filing inadvertently omitted:

1. A separate "MOTION" section as required by LR 7-1(b);
2. An LR 7-1(a) Certification regarding conferral.

Attached are corrected pages containing these sections. No substantive changes have been made to the motion, and all arguments and exhibits remain unchanged.

Respectfully submitted,


Respectfully submitted,
Dated: September 16, 2025

/s/ Kiandria Demone Boyce
Pro Se Defendant

[Address Redacted Pending Court Approval]
Email: [Redacted]
Phone: [Redacted]

**NOTICE OF ERRATA REGARDING**
**SPECIAL MOTION TO STRIKE**

2