UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KURSTEN OWEN**
    Plaintiff(s),

v.

**BREANA ASKEW, et al.**
    Defendant(s).

Case No.: 6:25−cv−01272−AA

**PRO BONO APPOINTMENT
RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kursten Owen for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):
    See attached sheet.

_____

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this __26th__ day of __September 2025__

/s/ Erick J. Haynie
Signature

OSB No. 982482
Printed Name and Oregon State Bar No.

**PRO BONO PROJECT REQUEST RESPONSE**

September 26, 2025

Undersigned counsel appreciates the opportunity to participate in another USDC-Oregon pro bono panel project. Undersigned counsel recalls being involved in at least two such cases in recent years, including at least one matter before Judge You that that resolved at summary judgment and which involved prosecution of an appeal to the Ninth Circuit Court of Appeals. Undersigned counsel understands he is on the list of pro bono volunteer attorneys because, prior to May of 2025, undersigned counsel had been a partner with the litigation group of Perkins Coie LLP which has a robust pro bono program and access to resources that can assist with the prosecution and defense of pro bono matters. Undersigned counsel was on the Court's list as a point-person for the firm's role as a volunteer law firm on the Court's pro bono program. Undersigned counsel retired from Perkins Coie LLP in May of 2025 and did not "de-list" with the Court. Undersigned counsel is now, however, a solo practitioner in the first few months of practice. Undersigned counsel is currently handling a pro bono guardianship project in Klickitat County (Washington), and some non-profit corporate pro bono projects and is at capacity for pro bono work. Undersigned counsel also remains in contact with Perkins Coie and, over the past two weeks, discussed the possibility of Perkins Coie lawyers becoming involved to assist with the instant action. Undersigned counsel was not, however, able to successfully recruit assistance to help with this case and regrets needing to now report back to the Court a lack of bandwidth to assist with this requested project. Undersigned counsel remains happy to remain available for other potential referrals from the Court.

Sincerely,

*/s/ Erick J. Haynie*

Erick J. Haynie
Perkins Coie LLP (1997-2025)
Timberline Law Group, P.C. (May 2025-present)