Exhibit A



**kiandriaisback**
*Kiandriaisback* · 7-17    Follow

A Black woman invented a claw clip that actually works for thick hair, including locs. She designed it for us, because regular clips don't fit textured hair. A white creator stole her idea, made a similar product, and is now selling it as if she came up with it herself.

When people started calling her out, she doubled down and tried to play the victim. But here's where it gets worse. They sent a legal threat to the Black inventor, even though I'm the one who made the viral post about it. They didn't come to me — they came to her, hoping they could intimidate her into saying my post was a lie just because it blew up on another app. That's not just shady, that's textbook colonizer behavior.

They're targeting her because they think she's easier to silence. But we are not letting this slide. You don't get to steal from Black women, profit off their work, and then try to bully them into staying quiet. Not on our watch.

less

♫ original sound - *Kiandriaisback*

♡ 98.3K    💬 648    🔖 635B

https://www.tiktok.com/@kiandriaisback/video/7528...    Copy link

**Comments (648)** | Creator videos

**Jessthemess**
Come out and play Kirsten    ♡ 756

8-8    Reply
View 4 replies ⌄

**Curious Cooper**
Another Christina Columbus    ♡

Log in to comment

Exhibit B

 **brebreromi** 07/14/25                                              ...

A white lady is trying to steal and profit from my design... renamed "Hair Clique" to Hair
Hoop and catering her small audience to just people with straight hair
No credit either, Just blatantly copying.
an invention I made for ALL hair types, locs included

and yes I have already applied for a patent so
Fair warning for anyone who tries to copy my work I will hit you with a Cease and Desist!
Non compliant to that? We are going to court.






♡ 1.9K    💬 72    ⟳ 414    ⤳ 17

Top ⌄                                                    View activity ›

 **kiandria** 07/15/25                                         ...
What's her social media?

♡ 42    💬 1    ⟳    ⤳

 **brebreromi** 07/15/25 · Author                              ...
@eleganceandgeekery    Tuesday, July 15, 2025 at 5:40 AM

Exhibit C Boyce's first viral post made within 2 hours of Kursten Owen's first video



Important comments under her post





Exhibit D



**bukolakoiki** 07/14/25                                                ...

I'm sorry to hear this. It's always a yt person who would be so brazen. Has your brand been featured in any media, magazines, fashion segments etc? Now's the time to post a reel(s) and carousel(s) about this and blast all your bonafides so people can tell the real from the fake and help you report the rip offs. It seems to be the only currency social media understands now.

I wish you well! Hope your patent arrives swiftly and the C&D works! 

♡ 42    💬 1    ⟲    ◁



**brebreromi** 07/14/25 · Author                                        ...

Thank you! If the C&D doesn't work/is ignored I plan to call them out on every single social media outlet I have.

♡ 38    💬    ⟲    ◁

Exhibit E



Exhibit E

femmefindsatl.com/products/get-in-loser-we-re-dismantling-white-supremacy-limited-edition



United States | USD $

HOME    ALL PRODUCTS    FUEL THE FIGHT    THE AFTERMATH    I AM BLACK    THE BURN BOOK





Inspired by the iconic *Mean Girls* moment but with a purpose, this T-shirt is for those who aren't just sitting in the backseat of history. It's a bold call to action for anyone committed to unlearning privilege, challenging white supremacy, and pushing for a better, more equitable future.

It's not just about unlearning privilege—it's about rising up *together* to challenge white supremacy, break down oppressive systems, and build a future rooted in justice and equality. This shirt is for Black people who have been fighting for generations, for allies ready to do the work, and for everyone committed to pushing forward as a collective movement.

Exhibit F

# Kiandria's 4th Video Sue Me 18th 2pm

Description Tiktok: Replying to **@Hopeful_Sparrow** I don't need to be an attorney to know the laws surrounding product development. I also don't need to be an attorney to recognize Google AI and CHATGPT when I see it.



00:00:00:13 - 00:00:23:00
Kiandria
Okay, so this is one of the reasons why I say to Google me not to flex, but I want people to understand who I really am. I'm a radical black activist, okay? I ain't scared of shit. Especially not some fake ish ChatGPT email. So one of the things that I use my platform to do is to call out people who are profiting from racism and profiting from harm, which is how I got involved here.

00:00:23:00 - 00:00:53:14
Kiandria
Essentially. But child I get on this internet and I cut up every single day. You think that's the first time somebody has threatened to sue me? I have been threatened by bigger brands with better lawyers and won. So play with somebody who does not have 15 years experience in this industry. Not only am I an influencer and an activist, I have a marketing background, and as a marketing professional, I have extensive experience with patent law and product law.

Exhibit F:

00:00:53:15 - 00:01:14:23
Kiandria
I wasn't the attorney, but I was the person or the I was representing a client in the marketing industry. And so I know that a lot of the stuff she's saying is bullshit. And not only do I have an extensive background in marketing, I have an extensive background in brand development and product development. Therefore, I'm well versed in the law surrounding all of this, including content creation as well.

00:01:14:24 - 00:01:40:20
Kiandria
And the way she has mimicked this woman's trade dress is illegal and there are laws that prevent that. I don't care who had a patent first if she brought it to the market and popularized it. That is her intellectual property. No, you cannot just come and mimic that and think you can get away with it. Whether she has a patent on that product and not the way they emulated her is illegal, and there are creator laws that protect people from that.

00:01:40:23 - 00:02:01:15
Kiandria
So this is the part that really bugs me too, is notice she's never denying that she stole it at all. Her only argument is that there's no patent for it. So because she hasn't had the resources to legally protect herself yet, that makes what you did okay. Not to mention that black creators and black inventors are in a system that is stacked against them.

00:02:01:18 - 00:02:26:27
Kiandria
Not only do they face exorbitant fees, discrimination from judges oftentimes in the court and the legal system, but they also don't have the same access to resources to protect themselves. So in this case, to say it's okay to steal from her because she doesn't have a patent yet. Systematic racism, that's your argument. **And mind you, I saw the email.**

00:02:26:27 - 00:02:46:07
Kiandria
Y'all don't find they're suspicious that they would try to bully her to shift the narrative. **I saw the email** they sent Bre and they pretty much they didn't tell her to stop selling the product. They didn't tell her to take the product down. It didn't even come from a attorney's office letterhead, which it absolutely should have. If it was legitimate, it wouldn't be from your personal email.

Exhibit F:

00:02:46:10 - 00:03:09:16
Kiandria
But in this case, she threatened to sue Bre over my post and I don't speak for Bre at all. She told Bre to go in the comments of my viral post and sway the narrative in her favor, or face legal action. So she's telling Bre to lie about her experience trying to bully her into recanting her story. Recanting my story.

00:03:09:18 - 00:03:29:15
Kiandria
That's that's a page straight from the colonizers fucking playbook, trying to bully this girl into not speaking up for herself, bully her into silence. Y'all don't see anything suspicious about that. They've been doing that shit for centuries and it has to stop. I'm not going to keep being quiet about shit like that. And they can take me to court.

00:03:29:18 - 00:03:50:23
Kiandria
And also, one thing I'm tired of people floating around is the defamation of character, defamation of character. It is not defamation of character. It is not slander or libel, if it's true. She has no legal grounds to sue for defamation of character. If she actually did this shit and we all saw the shit happen, she doesn't have grounds for a lawsuit.

00:03:50:23 - 00:04:08:20
Kiandria
She's just blowing smoke trying to intimidate people like they always do. Golly gee, how dare you slander my character by telling people all the horrible things I did. If you didn't want people to think poorly of you, you should have exercised some better character than.

Exhibit G: Kursten Owen Videos

# Response #1  July 15th 8:21am

00;00;00;00 - 00;00;02;22
Kursten Owen
I woke up to the biggest pit of anxiety in my stomach

00;00;02;22 - 00;00;11;27
Kursten Owen
on furlough from my 9 to 5. I recently made a new product called Hair Hoops that use embedded magnets, which is a concept commonly used in 3D printing community for over the past decade.

00;00;11;27 - 00;00;15;27
Kursten Owen
I added prongs because it seemed obvious and otherwise the product would fall right through my hair.

00;00;15;28 - 00;00;28;11
Kursten Owen
It was less than 12 hours ago that a large creator was tagged, and I woke up to nearly 20 messages from this larger creator- between comments, DMs and emails threatening to take a legal action against me for infringing their patent.

00;00;28;12 - 00;00;35;24
Kursten Owen
They're currently trying to get my account banned by her audience, which is about 50 times larger than mine. And for some reason, she's trying to make it a race thing.

00;00;35;24 - 00;00;43;19
Kursten Owen
Upon a deeper dive into this issue, the creator claimed to have a patent nearly a year ago, but in the email to me, she claims the patent was filed last month.

00;00;43;19 - 00;00;51;10
Kursten Owen
I also found out that there was a product for sale nearly three years prior to the alleged invention that is extremely similar functionally

00;00;51;10 - 00;00;57;06
Kursten Owen
at this point, due to obviousness of the design and previously available similar products. I'm not sure this is even patentable.

Exhibit G

00;00;57;06 - 00;01;00;07
Kursten Owen
This creator seems to think it's some type of game with statements like,

00;01;00;08 - 00;01;02;16
Breana Askew
But prepare for the lawsuit babes

00;01;02;16 - 00;01;15;05
Kursten Owen
well, my business and livelihood isn't a game to me and I'm happy to follow the law. If this alleged invention patent is published by USPTO, I will happily take down all of my pieces if they are seen as infringing that patent.

00;01;15;06 - 00;01;21;14
Kursten Owen
even in her own hate campaign against me, she stated she can't do anything legally until the patent is accepted and I completely agree.

00;01;21;15 - 00;01;31;12
Kursten Owen
Please do not continue to send your hate mob after me or contact me further about this, unless it is a link to your USPTO published patent. This is the only statement I plan to make regarding this matter.

Exhibit G

# Response #2 July 15th 11:30am

Made in reply to Defendant Askew's comment of "She needs to show proof it was sold in commerce and the date. Looks like ai to me." Plaintiff displays a similar product that was sold years prior to Defendant Askew's "invention"

00;00;00;00 - 00;00;04;13
Kursten Owen
So I guess I now need to provide proof because I'm being told that I made this up.

00;00;04;13 - 00;00;12;25
Kursten Owen
Here's the original hair hoop that I showed in my last video, and here's a link in the comments. If you scroll down on here, there's a YouTube video which has a timestamp

00;00;12;25 - 00;00;18;18
Kursten Owen
With the date of October 31st, 2021, meaning this was likely being sold at that time, if not earlier.

00;00;18;18 - 00;00;25;01
Kursten Owen
And below in the comments. I also showed a few other places that I saw this being sold with a little bit of research. Now please stop harassing me.

Exhibit G:

# Response #3 July 16th 1:39 pm

00:00:00:00 - 00:00:04:13
Kursten Owen
Hi everyone. As you know, I've had legal threats and received a cease and desist from another creator.

00:00:04:13 - 00:00:09:29
Kursten Owen
I would never want to infringe on another creator's IP rights, so I did my own research to make sure my products aren't infringing.

00:00:09:29 - 00:00:17:27
Kursten Owen
I've consulted with patent and trademark lawyers pro bono, and neither I nor those lawyers have found any evidence that there is a patent or patent application

00:00:17:28 - 00:00:22:09
Kursten Owen
under the law. I'm not infringing because there's no intellectual property to infringe.

00:00:22:10 - 00:00:28:11
Kursten Owen
It is illegal to assert non-existent IP rights and threaten other creators with baseless litigation, as has been done to me.

00:00:28:12 - 00:00:34:20
Kursten Owen
I'm currently collecting and retaining documentation of harassment and doxing received as a result of this creator's unlawful action.

00:00:34:21 - 00:00:36:28
Kursten Owen
In case any future action is necessary,

00:00:36:29 - 00:00:42:16
Kursten Owen
I understand the other creator is upset about similarities between our products, but this is not the right way to bring up these concerns.

00:00:42:17 - 00:00:43:26
Kursten Owen
The ball is now in their court.

00:00:43:27 - 00:00:45:29
Kursten Owen
my part, I would prefer to end things here.

Exhibit H



Small Sample of the reviews because of this call to action



Exhibit H





Exhibit I



Exhibit J

This was exhibit 26 in the original complaint where Defendant Boyce sits at 102k followers. As Boyce references in the podcast her followers being under 100k, the podcast was recorded prior to the complaint date.





Exhibit J
Podcast Transcript of Defendant Boyce's Section
00:08:43:08 - 00:09:03:07
Podcaster
Well, we have a really special guest today. Her name is Kiandria Damone. You may not know
that name. If you guys remember, not too long ago, there was a viral video of a woman in a
playground and she had called a five year old autistic child the N-word.

…

00:13:11:11 - 00:13:33:13
Kiandria Boyce
Well, it came to my attention because of that, because **people know me for holding racist
people accountable online**. **I go toe-to-toe essentially with people who are boldly
standing in their racism, and usually they cower**. I have a really unique kind of activism. I'm
not out in the streets as much. What I'm known for doing is kind of **cyberbullying people off
the internet.**

00:13:33:16 - 00:13:59:07
Kiandria Boyce
If you're bold enough to be racist, then you should be bold enough to stand on it. And, you
know, **I was known for exposing people for their racism**. **And my audience is relentless.
They will drag them. They will drag them. It's very unique brand, but it is effective. And
we hold a lot of people accountable.** So when it happened, people were sending me links to
the video and they were sending me there like, Ohhh, Kiandria, get her.

…

00:14:32:10 - 00:14:53:07
Kiandria Boyce
And one thing I do with my activism and with my social media platform is I merge being a troll
with activism. I'm using a troll, like being a troll for good. Like I'm using that super power for
good. **I'm one of the biggest trolls**.

00:14:53:08 - 00:14:57:13
Kiandria Boyce
**My son calls me a professional rage baiter.**

…

Exhibit J

00:29:03:26 - 00:29:28:29
Kiandria Boyce
I have one of the biggest voices on threads. Easily. And a lot of people get it confused because of a follower count, and I'm one of those people. I don't chase the follower count. And I also don't recommend that people put that much stock in a follower account, because **I have like 100,000, no, 97,000 followers,** but **I average 5 million views a week, 55,000,000 in 30 days**.

…

00:33:56:12 - 00:34:23:13
Kiandria Boyce
But I honestly feel like with politics, I don't know what it will look like in the future, but **I feel like I'm having a great influence where I am,** so I don't know that it'll make sense to shrink myself and mold myself into this perfect little politician when **I can just be the unhinged Kiandria online**, I do. I feel like as long as I'm doing it for a good cause, I have the potential to reach more people by just being who I am outside of politics.

Exhibit K

# Kiandria's 5th video 18th 3pm Quite Girl

Threads- You know that girl in school who dragged the bully for messing with the quiet kid? Yeah, that was me. And it still is. Why are you picking on the girl that's burning sage, twisting her locs and minding her business? 🫠 It bothers me because Black women who are quiet and soft don't get the space to be that… They are forced to defend themselves constantly. 🫠 When they DO choose to speak up, they are painted as the villain. 🫠 It's unfair and very exhausting🫠.





00:00:00:09 - 00:00:20:28
Kiandria
And this is actually a really important thing to me because I don't, like I said, I don't speak for Bri, I don't speak for her company. Hair cliques in any way. I'm not being paid, but I just don't like that. And I will not sit back and watch somebody fuck with a black woman like that. And when I talk to Bri, like not just watching her videos, but talking to her one on one, she's so sweet.

Exhibit K

00:00:21:00 - 00:00:41:19
Kiandria
She's kind, she's laid back, she's quiet. And black women like that don't get the space just to be quiet. Just to be laid back, to be soft. She's very soft. I don't like when you pick on the quiet kid. Like, don't pick on the laid back, quiet girl with locs that's burning her sage in mind. Her business. Why are you fucking with her?

00:00:41:21 - 00:01:00:16
Kiandria
Like I don't pretend to be soft. I don't pretend to be soft at all. **Come argue with me, bitch.** And I saw people like. Oh, lawsuit. **This lawsuit that I don't give a fuck**. That's one of the reasons I got involved. **Because I would honestly rather them target me**. Because I'm not saying Bri can't defend herself, but I know they can't fuck with me.

00:01:00:18 - 00:01:20:27
Kiandria
You feel me? **My whole job is to take down corporations. This shit would be light work**. And as black women, there's so many people against us, we have to stick up for each other. Like, I'm tired of playing that nice shit because they take this shit as weakness. And if it's not one of us, it's the next one, and I'm not going to keep tolerating that.

00:01:21:00 - 00:01:32:15
Kiandria
So I say, let their asses have it. You feel me? **No mercy, no grace.** Because they don't give it to us. That's what I do. Let their asses have it. Drag the shit out of them when they fuck with even one of us.

Exhibit L

## Kursten Owen Mental Health Affidavit

I, Kursten Owen, have been attending weekly therapy because of the harassment I have been experiencing. My first appointment started on August 7th 2025. I have been diagnosed with Adjustment Disorder due to these events and if necessary I can provide my therapist's location and personal information to the courts privately for both my therapist and I's privacy.



Exhibit L

**DSM-5-TR Narrative Diagnosis - Ensure that the diagnosis code matches the billable diagnosis code on your treatment plan.**

Client meets DSM-5 criteria for Adjustment Disorder as evidenced by the following symptoms: emotional or behavioral symptoms developing within three months of the onset of an identifiable stressor; marked distress that is out of proportion to the severity or intensity of the stressor, taking into account cultural and contextual factors; significant impairment in social, occupational, or other important areas of functioning; disturbance that does not meet criteria for another mental disorder and is not merely an exacerbation of a preexisting condition; and symptoms that are not reflective of normal bereavement and do not persist for more than six months after the stressor or its consequences have ended.

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

9/11/2025

/s Kursten Owen

Kursten Owen