# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KURSTEN OWEN**
    **Plaintiff(s),**

**Case No.: 6:25–cv–01272–AA**

**v.**

**PRO BONO APPOINTMENT
RESPONSE FORM**

**BREANA ASKEW, et al.**
    **Defendant(s).**

_____

    In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kursten Owen for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☒ Termination of this appointment is requested based on the following conflict of interest:
  Ballard Spahr has a positional conflict with representing the plaintiff in this matter.
_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):
_____
_____

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.
_____
_____

    **DATED** this ____3rd____ day of __October__ _2025_____

.

_____
Signature

_Kenneth R. Davis, II, OSB No. 971132_
Printed Name and Oregon State Bar No.