# Exhibits list

Notes: EG = Elegance & Geekery

      Necessary video and spreadsheet files were provided to the courts via USB

A Cease and desist email conversation

B Askew's Post Night of the 14th Transcript

C Askew's post on the night of the 14th on threads "A white lady stole"

D Night of the 14th comments

E Askew "calling them out on all social media"

F Askew tiktok story callout (later deleted) "a white lady stole"

G Boyce asks for @ and Askew provides EG

H  Boyce Threads Post: "A black woman inventor designed a magnetic hair clip…"

I Boyce Threads Post: "The situation with the white woman…" Report Shopify

J Askew: "Kiandria and I are strategizing…" Links to Report Shopify

K All of E&G/Kursten Owen Response videos

L Boyce Threads Post: "White women…. this is your time to step up…" Links to EG Tiktok

M Boyce threads post: "This is the person" "we not gonna jump you" Links to Saige.Sauce

N Askew post thanking people defending her and Boyce "She has yet to meet a bully" reply

O Boyce's first thread post, reposting EG video "This company stole this…"

P Askew reposting Boyce thread, and requesting followers to "defend me in the comments" Linking to EG tiktok

Q Askew Threads: "Continue to report this theif, this is disgusting"

R Askew X:  "I am aware i can't sue until it's approved"

S Boyce Threads: "Bre didn't send a mob after you… I DID."

T Askew Reposts HoneyBeeBrewer (Melissa Brewer) Transcript included

U Askew Threads: requesting people to defend and give exposure. Links to Askew's Tiktok

V Askew "you are not a small creator your a thief" post, and video transcript

W Askew claiming patented

X Prior art

Y Boyce's history reporting Square

Z Boyce's Doxxing Kursten and Caleb Owen, white man narrative begins

AA Askew "Update guys! Turns out it was actually this random white dude…."

AB Boyce purchase from EG

AD Boyce Threads (when she was targeting an employee) "Don't be alarmed by my profile picture…"

AE Boyce Tiktok transcript "Sue me IDGAF" posted 18th

AF Boyce transcript 1st video posted 17th "EG is now essentially blackmailing.." White man narrative

AG Boyce 5th video transcript 18th "quite kid"

AH Askew "would you guys support a gofundme"

AI Askew posts the gofundme "a company stole…"

# Exhibits list

AJ Boyce facebook post directing people to review and comment

AK Askew requests viewers to post her patent number in the comments and links to EG

AL Boyce Threads: "Hey white girl…"

AM Boyce threads post and repost of Brewer "black inventors.."

AN Boyces threads: "As someone with years of experience in product development and marketing…"

AO Askew's  gofundme

AP Boyce Threads: "Funny EG never responded to me…"

AQ Boyce Threads: comment filter

AR Boyce Threads: "… the woman is trying to blackmail her into changing the story…"

AS Kursten Owen/EG Background

AT  Boyce's 3rd video transcript white man narrative continues

AU Boyce's 2nd video transcript "this is deeper than hair clips"

AV General patent search, and specific search w/ filling number

AW Trademarks, magnetic hair clip, hair clique

AX Screenshot from Askew youtube stating patent pending

AY Screenshots of patent number being shared in EG comments

AZ  Support Breromi messages in EG comments


BA Report EG comments

BB Death threats and extreme hate comments to EG/Kursten Owen

BC Comments directed to harm EG/Kursten Owen

BD EG's Tiktok filtered comments screenshot

BE Askew comment: "sue anyone and everyone"

BF Boyce Podcast Transcript

BG Boyce Shares TheJcole22 Video

BH Askew reposting Allboutliz Video

BI Kursten Owen Mental Health

BJ Letter from Brother

BK Letter from Employee/Friend

BL Letter from Partner

BM Letter from Sister

BN Letter from Mother

BO Letter from Father

BP Askew Patent, Patent-pending, and trademark

BQ Boyce "Keep reporting that thief…" (Reposts Melissa Brewer again)

BR EG Review bombed and contacting past reviewers

BS EG business relationship damage

BT Spreadsheet of Askew, Boyce, and Doe social media links with metadata

BU EG Limiting site, socials, and response

BV Required redlined version of complaint

## Exhibit A

**Re: CEASE AND DESIST**

---

**Support** < support@eleganceandgeekery.com >

Wed, 16 Jul 2025 8:57:34 PM -0700

To   "Breromi"<breromiofficial@gmail.com>

---

For record purposes, that exact quote is found nowhere in the preceding discussion. The claim is therefore not made.
You have no legal claims against any of these individuals and counter claims for vexatious litigation will be filed in response. You are once again encouraged to consider the validity of whatever legal claims you have come to believe you may have and whether you are best benefited by the private resolution offered.

No further communication will be responded to unless it is to seek private resolution. Additional communication will be documented as continued harassment and will be used as evidence to support the forthcoming claims that will be filed against you in the coming days.

---

---- On Wed, 16 Jul 2025 20:29:12 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

"You have not been stolen from because your patent is pending"
Thank you for making this claim.

Kursten Owen
Caleb Owen
Sarah Turnbow

My lawyer will be in touch with you all.

Kind regards,
Breromi

On Wed, Jul 16, 2025 at 11:19 PM Support <support@eleganceandgeekery.com> wrote:
As a reminder, you have not been stolen from. You have no intellectual property rights here. Filing a patent application does not give you legal rights. There was nothing to be stolen. You have broken laws that I will assert against you, including but not limited to the Lanham Act, federal defamation laws, and federal online harassment laws.

Your lawyer, if you are able to find one who is willing to risk their license to assert a frivolous claim on your behalf, will be competent enough to know how best to reach me.

Exhibit A

---- On Wed, 16 Jul 2025 20:00:39 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

I don't have to cite to you my lawyer will handle that for me.
I am not a lawyer just a small business owner that has been stolen from with no credibility.
I have broken no laws, but here we are.

Is this email the best way for my lawyer to contact you , or would you prefer another way?

On Wed, Jul 16, 2025 at 10:53 PM Support <support@eleganceandgeekery.com> wrote:

> That is your right. The filing will promptly be met with the responsive filing of a 12(b)(6) motion to dismiss for failure to state a claim, as there is no factual basis upon which you can make out any possible claim against me under civil law. I have broken no laws, and you have cited none that would or could be alleged in a federal complaint.
>
> If you'd like to avoid paying for a futile suit that will be dismissed before the discover stage, the resolution still stands.

---

---- On Wed, 16 Jul 2025 19:40:20 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

I've decided that no agreement has been made because
The cease and desist was completely liable.
Everything will be staying up.
I will continue to defend my invention.
And I am filing a civil suit.
See you in court.

On Wed, Jul 16, 2025 at 10:35 PM Support <support@eleganceandgeekery.com> wrote:

> I am willing to remove my videos in order to settle this matter. Videos by both parties should be removed this evening in order to mitigate damage caused.
>
> I have also suffered significant emotional damage, reputational harm, and unfair business losses as a result of your actions. As a reminder, you initiated this engagement via sending a cease and desist that was unlawful. I maintain that any emotional damage you may be experiencing is the result of your own unlawful conduct. You asserted a frivolous claim, publicly harassed me online on the basis of that claim, and I had a right to defend myself against it. My removal of videos doing so is a courtesy and

## Exhibit A

not indicative of any legal fault. Legally, you have no grounds to recover from me. However, I maintain strong legal grounds to assert claims against you.

Additionally, you are, in fact, liable for defamatory statements made by third parties as a result of your own defamation. See Dixson v. Newsweek, Inc., 562 F.2d 626, 631 (10th Cir. 1977). You defamed me by stating publicly that I was infringing your intellectual property when you had no intellectual property rights to assert. You then engaged third parties to act in a campaign of harassment against me, as seen in multiple posts on your account requesting that people make posts to support you, report my account, and make statements on your behalf in my comments. This was not the lawful or proper way to raise your concern about similarities you feel exist between our products.

That request also is not blackmail. Under 18 U.S.C. Section 873, which you would presumably sue under, stating that you will sue on legitimate legal grounds absent settlement does not rise to blackmail. You can learn more on this here: https://law.stackexchange.com/questions/38432/why-is-threatening-to-sue-not-considered-extortion?utm.

However, if it will settle this matter, you do not need to make those comments. It is sufficient for me that you remove your own videos and refrain from creating similar content in the future or engaging others to create that content on your behalf going forward. I will similarly not make future content nor engage others to make future content regarding you or your product going forward.

The information of my attorney will be provided with the federal court complaint filings that you will be served with in the absence of this resolution, as that is when their information will become relevant to you. This resolution does not permit you to engage in future unlawful action. Such action will also be met with the filing of a complaint.

If you still feel you have some valid legal claim against me, you are welcome to file a complaint in a court of competent jurisdiction through your attorney. Your attorney need not reach out separately. Beyond this agreement, I will not be making any settlements outside of court. Filing of a complaint is thus most efficient, and my lawyer will respond to any allegations or claims asserted as is lawfully required.

Thank you for your prompt engagement.

Signed,

Kursten Owen

---

---- On Wed, 16 Jul 2025 19:26:02 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

As for why this is not settled:

You instigated a lie that my invention has been around forever as well to thousands of people.

Exhibit A

Clear gaslighting and manipulation tactics followed by microagressions. Which has lead to racist comments discrediting my invention.
Your evidence was a magnetic comb from 2021 that has no functionality and is just for fashion. My utility patent that is pending describes the functionality of the clip. To hold hair in a low tension style.

My invention
"Hair Clique"
is a low tension magnetic hair accesory that holds hair in a ponytail. Can also be used for fashion styling like space buns.
You also copied my advertisement style
and used exact words like "low tension, style over space buns, …etc"
I have all videos saved and will show word to word replication in the court of law.

Looking forward to you sending your lawyers information. If you are representing yourself please say so. My lawyer will be in contact with you shortly.

Kind Regards,
Breromi


On Wed, Jul 16, 2025 at 9:53 PM Breromi <breromiofficial@gmail.com> wrote:

And I am not responsible for any claims made by a 3rd party so i will not be responding under any comments because matters have not been resolved at all. You are blackmailing me to lie.

Send your lawyers information.

On Wed, Jul 16, 2025 at 9:45 PM Breromi <breromiofficial@gmail.com> wrote:
The only way I will remove my post is if you remove all your post as well.
As well some of the claims you made in the videos you posted go against each-other that's why I asked those questions.

You have the same timeframe to remove anything mentions me by July21st 12am EST or I will file a civil suit.

Your TikTok that went viral has caused racist to attack me and my brand, for defending my invention.
I am suffering emotional distress caused by you that is severely effecting my mental health.

As well some of the claims you made in the videos you posted go against each-other.

What is your lawyers information so everything can be communicated through your legal representation?

## Exhibit A

On Wed, Jul 16, 2025 at 9:35 PM Support <support@eleganceandgeekery.com>
wrote:

The following posts (and the necessary related comments to said post) are unlawful under at least one
of the legal theories described prior:
https://www.tiktok.com/@brebreromi/video/752740086297774879
As tiktok stories disappear in 24 hrs you can leave them up or remove the ones referring to Elegance &
Geekery

https://www.threads.com/@brebreromi/post/DML9urgykf1?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMLxOzwydik?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJgVDXJb_O?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJbtHyyf1u?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJKwhuS0tN?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DMJIvPXS3jk?
xmt=AQF0UaGS_HLRbHLNLf_Tmz2RaRm3IHJC262i75d3C7GrHw
https://www.threads.com/@brebreromi/post/DML_GYby0WV?
xmt=AQF0nJXzeHxhQZuZJMwGkLyX6yZvc1talqzkseoADH328Q
https://www.threads.com/@brebreromi/post/DMJC4ejSlA2?
xmt=AQF04QKulRcbPQA6ynplH4wp3G5_qu5bvvTSt2aXGlIs9A
https://www.threads.com/@brebreromi/post/DMJBrK-SrYz?
xmt=AQF0dMfQ4Qd5WY6QWvW5hx6oJmQs4GB5YzjKppspu1f8cw
https://www.threads.com/@brebreromi/post/DMI5I1hyUqs?
xmt=AQF0I4roKpDqjECDSPaadms9GRznYyfyGS-4UmMAsLKGkw
https://www.threads.com/@brebreromi/post/DMI4qKqSlVD?
xmt=AQF0jgA14Qgx5BYBZak_GqGuvgXNtyccoikNKfL-8txDdQ
https://www.threads.com/@brebreromi/post/DMI1i7cJyIQ?
xmt=AQF0XM6vURqV84RI1DbHjOJlPRpfzamSE-W5OsN6Ypvy4w
https://www.threads.com/@brebreromi/post/DMIjHz8MVQK?
xmt=AQF0TKRhKcGJXhlxCmyOE_COapxEgLU7MyrjBWysOxEAjg


https://www.instagram.com/reel/DMJBTbeSdWB/?
utm_source=ig_web_copy_link&igsh=dnB3MTExdjZ1ZTBo

x.com/brebreromi/status/1945294752485642258
x.com/brebreromi/status/1945147903921528891
https://x.com/brebreromi/status/1945325701189583162
https://x.com/brebreromi/status/1945295138844012565
https://x.com/brebreromi/status/1945150350056473017

You are also liable for posts by third parties on your behalf. For the following posts, we therefore ask
that you leave a comment responding to the third party poster stating that this situation has been
privately resolved and encouraging them to discontinue their efforts:
https://www.threads.com/@honeybeebrewer/post/DMLrb0aSXrj?
xmt=AQF0_MXXR9Dh5loIRRamm0RfoiUeK8BYhoe1fc6TiLGMeQ
https://www.threads.com/@kiandria/post/DMJeqmROZ_5?
xmt=AQF0_MXXR9Dh5loIRRamm0RfoiUeK8BYhoe1fc6TiLGMeQ
https://www.threads.com/@kiandria/post/DMJsgCpOk6S?
xmt=AQF0fDMnaUhlgLHGQ5ZnptkClCzXmG_XVeJHfWTlITFSOA

Exhibit A

https://www.threads.com/@kiandria/post/DMJoCc7OpOe?
xmt=AQF0fDMnaUhlgLHGQ5ZnptkClCzXmG_XVeJHfWTlITFSOA

We appreciate your prompt removal and avoidance of litigation.

My development process is not relevant to any legal claims that could be made at this time that are not frivolous. Although you are not entitled to this information, I maintain that my creative development process is entirely independent, lawful, and in line with industry standards. If you'd like more information on this, you are welcome to assert a claim in federal court under a legal theory that would entitle you to discovery regarding this information

Signed,

Kursten Owen

---

---- On Wed, 16 Jul 2025 17:39:15 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

Also are you claiming to not have seen my invention before you made your Hair Hoop?
Or did you see it and thought to make your own version of it but a different design.
Do you believe I deserve credibility?
And do you believe our products are fairly similar?
I want your official statement about that as well for legal matters.
I'm not sure who is the designer is on your team?

On Wed, Jul 16, 2025 at 8:29 PM Breromi <breromiofficial@gmail.com> wrote:

> What post are you asking me to remove?
>
> On Wed, Jul 16, 2025 at 8:26 PM Support <support@eleganceandgeekery.com> wrote:
>
>> Ms. Askew,
>>
>> Thank you for providing your patent application number. Upon search and review, it seems that you indeed have filed a patent application, but it is not yet published. It is not defamation to say that there is no evidence of a published patent application at this time, as your patent application is, in fact, not published. It is furthermore not defamation to have stated that prior to your providing of the patent application number, there was no evidence of a patent application having been filed. There factually was none, given the patent is not publicly published. Therefore, no statements were made that were known to be false. There therefore are no defamatory statements in the video you take issue with. We maintain that the video is not defamatory in nature, however, as a compromise if you are willing to accept the terms laid out in this email we will remove the video as a courtesy.
>>
>> The key issue for this dispute is the fundamental fact that unpublished patents are not available for public review. **Your patent application is not currently published.** As such, even were your patent to be granted, **you cannot currently enforce any patent rights that you may eventually obtain.** Please see the prior message regarding what is required in order to show infringement of a patent prior to its grant/approval. As you will see, it requires that the patent application be **published**. This typically occurs within

Exhibit A

18 months of filing the patent application. Given you filed just last month, it is reasonable that your application would not be published at this time.

**You currently have no enforceable intellectual property rights.** Filing a patent does not grant you any enforceable rights. Once the patent application is published, you have limited rights pursuant to 35 U.S.C. § 154(d) as discussed previously. You will have full rights once the patent is granted/approved.

There are no counterfeit products currently on the market given that you lack an enforceable intellectual property right. Additionally, you have not provided any information regarding the claim language or limitations in your filed patent application, nor how they would map onto any products on the market. There is therefore no proof any products on the market would even infringe the claims of any future patent you may obtain.

**Your attempt to enforce a right that you do not currently have is, again, illegal under the Lanham Act.** We appreciate that you have filed a patent application and are therefore not in violation of 35 U.S.C. §292(a). We therefore will only move forward with a claim for unfair competition under Section 43(a) of the Lanham Act, along with any other relevant claims such as harassment, blackmail, and defamation, if you do not remove any and all posts on any social media platforms regarding alleged patent infringement or theft of invention made by you or others acting on your behalf. You are currently in violation of the law and a claim could be made against you at this moment. Settling by removing the unlawful posts is the best legal option moving forward. If you do not remove the posts, you will be liable for damages caused by your posts and harrassment campaign.

Failure to do remove these posts by Monday, July 21, 2025 at 3:00PM EST will result in the filing of a complaint against you in federal civil court to be docketed that afternoon.

There is no patent infringement, Ms. Askew. You have no intellectual property rights to enforce at this time, despite your filing. There are therefore no counterfeit products on the market. There furthermore was no knowing theft of your invention, as the public is not on notice as to what, if anything, you have lawfully invented. If you are successful in publishing your application or having your patent granted, you may have enforceable rights in the future. We wish you luck in doing so, but until then, your online actions constitute unlawful behavior.

Signed,

*Kursten Owen, CEO*

---

---- On Wed, 16 Jul 2025 16:08:25 -0700 **Breromi** <**breromiofficial@gmail.com**> wrote ---

Application Number: 19/253,840

I believe it is not show up in the search for you because I have correspondence to answer to.
As for the video you just posted claiming I didn't apply, are you going to take that down or continue the defamation?
As well, are you going to continue selling my products counterfeit now that you know i've applied for one until my patent is approved?

Exhibit A

After you answer these questions we can settle the rest of the matters legally moving forward.

And whom am I speaking to apart of your team?
I'm aware that there are 3 workers.


On Wed, Jul 16, 2025 at 4:41 PM Support <support@eleganceandgeekery.com> wrote:

July 16, 2025

**Via Email**
Breana Askew a/k/a Breana Nicole
breromiofficial@gmail.com

RE: **Cease and Desist / Unfair Competition / Harassment**

Dear Ms. Askew:

I write today in response to your July 15, 2025 cease and desist email alleging pre-publication patent infringement.

As you are aware, patent rights are not endowed until a patent has issued from the USPTO. However, some provisional rights may exist where an individual has actual notice of a **published patent application** pursuant to 35 U.S.C. § 154(d). Under this provision:

"[A] patent shall include the right to obtain a reasonable royalty from any person who, during the period beginning on the date **of publication of the application** for such patent under section 122(b)… makes, uses, offers for sale, or sells in the United States the invention **as claimed in the published patent application** or imports such an invention into the United States…and…had actual notice of the **published patent application**." (emphasis added).

As is clear from the unambiguous statutory language, your ability to enforce any patent, pending or otherwise, only begins once an application is published. This is sensible, as otherwise there is no way for potential infringers to know what, exactly, you have claimed and thus whether or not their products may or may not infringe.

As you are also aware, there is no such published patent application for any of your products. You have not provided an application number, nor does a fulsome search of USPTO records produce a published application or filing registered either to you or assigned to your business. [1] There is additionally no record of any pending, abandoned, or granted trademarks registered to or under the same. (including for items such as the "Claw Clique" which you describe as trademarked on your website). There is, however, a single trademark application registered under the name Breana Askew for the trademark "Magnetic Hair Clip." This application is not noted as abandoned as you have previously stated. Instead, it is

Exhibit A

waiting to be assigned to an examiner and thus has not been reviewed or granted. Given your use of "Breana Askew" in this trademark application, a search for any patents or patent applications associated with that name was also conducted and garnered no results, as evidenced in the attached. [2] There is therefore no evidence that you have obtained any of the intellectual property that you represent you have.

It is a federal crime to represent a product as patent pending when no such patent application has been filed. *See* 35 U.S.C. §292(a) ("Whoever marks upon, or affixes to, or uses in advertising in connection with any article, the words "patent applied for," "patent pending," or any word importing that an application for patent has been made, when no application for patent has been made, or if made, is not pending, for the purpose of deceiving the public—Shall be fined not more than $500 for every such offense…[and] a person who has suffered a competitive injury as a result of a violation of this section may file a civil action in a district court of the United States for recovery of damages adequate to compensate for the injury.").

Such representations also constitute misleading or false advertising under Section 43(a) of the Lanham Act, which entitles competitors to injunctive relief and/or damages stemming from your false representations. [3] Your digital campaign of harassment and leverage of online communities against smaller companies is substantial evidence that you have caused serious anti-competitive harm to competitors for which damages may be sought.

Given you have no currently published patent applications or registered trademarks, you have no right to assert infringement upon any purported intellectual property. If you believe this search was done in error and such **published** applications or **registered** trademarks do exist, you are required to provide those application and/or registration numbers in order to effectuate proper notice to support a cease and desist.

If you are threatened by competitors, you must compete in the marketplace to win customers—you may not assert a patent or trademark monopoly where none exists. Such anti-competitive and harassing behavior is unlawful. If you fail to comply with the following requests, a federal civil action will be brought against you alleging: (i) violation of 35 U.S.C. §292(a); violation of section 43(a) of the Lanham Act; and any other claims deemed necessary to protect the rights of competitors and the public.

You are henceforth requested to:
1. Remove any posts on any social media platforms regarding alleged patent infringement or theft of invention made by you or others acting on your behalf; and
2. Remove the fraudulent markings and labels that describe your products as either patented, patent-pending, or trademarked, including short-hand such as "TM"

Failure to do so by Monday, July 21, 2025 at 3:00PM EST will result in the filing of a complaint against you in federal civil court to be docketed that afternoon.

Exhibit A

Signed,

Kursten Owen

[1] Please see the images attached to this email for evidence of a fulsome search.

[2] Name searches were complete for the following: Breana Askew, Breanna Askew, Breana Nicole, and Breanna Nicole.

[3] Attached to this email, please find relevant evidence regarding your presentation of your articles as trademarked and/or patented and/or patent pending.

---

---- On Mon, 14 Jul 2025 21:49:37 -0700 **Breromi <breromiofficial@gmail.com>** wrote ---

Dear Elegance and Geekery,

I am writing to formally notify you that I have filed a **patent application** with the **United States Patent and Trademark Office (USPTO)** June 2025 relating to the Magnetic Hair Clique Invention.

It has come to our attention that your company, is currently manufacturing, using, selling, offering for sale, that appears to directly overlap with the subject matter claimed in our pending application. While our patent has not yet been granted, we take this matter seriously and are closely monitoring your activities.

This letter serves as a **formal notice** of our **intellectual property rights**, and while we understand that pending patent applications do not carry the full legal weight of an issued patent, we urge you to **immediately cease and desist** from all activities that may infringe upon the claims of our application, including but not limited to production, marketing, distribution, or sale of the infringing product or technology.

We request that you:

Exhibit A

**CEASE AND DESIST**

---

< breromiofficial@gmail.com >

Mon, 14 Jul 2025 9:49:51 PM -0700

To   "support"<support@eleganceandgeekery.com>

---

Dear Elegance and Geekery,

I am writing to formally notify you that I have filed a **patent application** with the **United States Patent and Trademark Office (USPTO)** June 2025 relating to the Magnetic Hair Clique Invention.

It has come to our attention that your company, is currently manufacturing, using, selling, offering for sale, that appears to directly overlap with the subject matter claimed in our pending application. While our patent has not yet been granted, we take this matter seriously and are closely monitoring your activities.

This letter serves as a **formal notice** of our **intellectual property rights**, and while we understand that pending patent applications do not carry the full legal weight of an issued patent, we urge you to **immediately cease and desist** from all activities that may infringe upon the claims of our application, including but not limited to production, marketing, distribution, or sale of the infringing product or technology.

We request that you:

1. Cease and desist all infringing activities immediately.

2. Provide a written response within **ten (10) business days** of receipt of this letter confirming that you have complied with this request.

3. Retain all documents and records related to the design, manufacture, and sale of the potentially infringing product(s) for potential legal review.

Please be advised that if you continue any activities that may infringe upon our pending intellectual property rights, we reserve the right to pursue **all available legal remedies**, including seeking injunctive relief and damages, upon issuance of our patent.

We prefer to resolve this matter amicably and without the need for further action. Your cooperation in this matter is appreciated.

Sincerely,
Breana Askew

CEO

Breromi

# Exhibit B: Breromi's Post Night of the 14th Transcript

00:00:00:06 - 00:00:25:25
Breana Askew
I just think it's funny how **this person saw my invention and completely copied the concept down to the low tension style, and just made it their own for their own hair type.** While, I made mine for all hair type. **Blatantly stealing from a black woman is just so. I, I think it's ironic. But prepare for the lawsuit babes** because this invention has a patent pending.

Exhibit C

 **brebreromi** 07/14/25                                    ...

Monday, July 14, 2025 at 10:08 PM

A white lady is trying to steal and profit from my design... renamed "Hair Clique" to Hair Hoop and catering her small audience to just people with straight hair
No credit either, Just blatantly copying.
an invention I made for ALL hair types, locs included

and yes I have already applied for a patent so
Fair warning for anyone who tries to copy my work I will hit you with a Cease and Desist!
Non compliant to that? We are going to court.



  



♡ 1.9K    💬 72    ⟲ 414    ✉ 17

Exhibit D









Exhibit E: Notable Comments underneath Askew's First Threads Posts July 14th 2025

 **unitedwestand24** 07/14/25                                    · · ·

This is why we have been telling you to patent. Have you yet?!

♡ 11    💬 1    ⟳    ▽

 **brebreromi** 07/14/25 · Author

`Monday, July 14, 2025 at 10:17 PM`

yes that has been done. I wrote that here, the patent is still pending (it takes a year) so I can't sue yet, they have been sent a Cease and Desists

♡ 37    💬 2    ⟳    ▽

**bukolakoiki** 07/14/25                                    · · ·

I'm sorry to hear this. It's always a yt person who would be so brazen. Has your brand been featured in any media, magazines, fashion segments etc? Now's the time to post a reel(s) and carousel(s) about this and blast all your bonafides so people can tell the real from the fake and help you report the rip offs. It seems to be the only currency social media understands now.

I wish you well! Hope your patent arrives swiftly and the C&D works! 🦾💞

♡ 42    💬 1    ⟳    ▽

**brebreromi** 07/14/25 · Author

`Monday, July 14, 2025 at 10:58 PM`

Thank you! If the C&D doesn't work/is ignored I plan to call them out on every single social media outlet I have.

♡ 38    💬    ⟳    ▽

# Exhibit F



# Exhibit G

 **brebreromi** 07/14/25                                    ⋯

A white lady is trying to steal and profit from my design... renamed "Hair Clique" to Hair Hoop and catering her small audience to just people with straight hair
No credit either, Just blatantly copying.
an invention I made for ALL hair types, locs included

and yes I have already applied for a patent so
Fair warning for anyone who tries to copy my work I will hit you with a Cease and Desist!
Non compliant to that? We are going to court.




**Flower Hair Hoop**
$19.99

 calculated at checkout.

**Need an adorable way to style your hair? Try out our hair hoops!**

These hoops come in two halves and magnetically

♡ 1.9K    💬 72    ⟳ 414    ◁ 17

Top ⌄                                    View activity ›

 **kiandria** 07/15/25                                    ⋯
What's her social media?

♡ 42    💬 1    ⟳    ◁

 **brebreromi** 07/15/25 · Author                        ⋯
@eleganceandgeekery  Tuesday, July 15, 2025 at 5:40 AM

Exhibit H:



Notable Comments under post:



Exhibit H:

 **kiandria** 07/15/25 · Author
1. Putting a product on the market before the patent application has been approved is a normal business practice, especially for grassroots inventors. I worked in marketing for over a decade and I had several clients who did that. It's VERY common, especially for grassroots inventors. Patents can cost tens of thousands of dollars, and they can take years to be completed.

♡ 194    ⚪ 1    ⟳ 2    ▽

 **kiandria** 07/15/25 · Author
2. Telling people to keep it a secret until the patent application is approved is not realistic for most Black inventors. You either have to prove market value and selling capability to get an investor to pay for it, or you have to put the product on the market and sell it to pay for it yourself.

♡ 178    ⚪ 1    ⟳ 2    ▽ 1

 **kiandria** 07/15/25 · Author
3. Some of y'all are criticizing the black inventor for doing something that's a completely normal business process unless colonizers are obsessed with stealing from you.

She did it the right way. That doesn't stop people from being colonizers. Place the blame where it belongs.

♡ 33    ⚪ 1    ⟳    ▽

Exhibit H:



**kiandria** 07/15/25 · Author

Go to TikTok! She is doing her best to gaslight this inventor, and there are a bunch of racist white mean girls in the comments defending her. WE DO NOT PLAY THAT.

tiktok.com/@eleg...

Elegance & Geekery LLC on TikTok

tiktok.com
Elegance & Geekery LLC on TikTok

♡ 43    💬 1    ⇄ 1    ▽

Exhibit I:



Exhibit I:



Exhibit I:







Exhibit I:



**kiandria** 07/15/25 · Author
This is how we protect each other. Every report counts. If enough people speak up, Shopify will take action. They've shut stores down for less. Let's stand behind this Black woman the way they stood behind a thief.

♡ 394    ◯ 1    ◌ 7    ▽

**sith_bitchelfwhore** 07/15/25
I just tried and got this

♡ 2    ◯ 1    ◌    ▽

**kiandria** 07/15/25 · Author
Don't select copyright infringement . select illegal activity and say that she's selling counterfeit products, because she is.

♡ 16    ◯ 1    ◌    ▽

**sith_bitchelfwhore** 07/16/25
Cool thanks

♡ 1    ◯    ◌    ▽

Exhibit J: Breana- "Kiandria and I are strategizing"



**@breromiofficial** 7h

**@breromiofficial**

**@kiandria** and I are strategizing
This is a sad case of a white women trying to steal from a black women for her own personal gain/profit. I have a patent pending on my invention but can't sue until is finalized. I attempted to Cease and Desist but she ignored it. She stole my invention concept, and is trying to claim it as her own. Lied about never seeing my invention before to have racist attack my brand.

The Original Magnetic Hair Clip (July 2024)

The creator designed the first version of the Magnetic Hair Clip in July 2024. She aimed to create a stylish hair accessory capable of holding her locs in a low-tension ponytail. The original design was intended for braids, locs, and coiled hair, but it did not include any hair combs for added security.

**The best thing we can do at the moment is file a complaint for illegal activity and state she is selling counterfeits**
**In order to do this: Please follow the link to file a complaint to the merchant for illegal activity and state that she is selling counterfeit products.**



or even a brand in your hair before securing it in a low tension hold.

🔗 L.instagram.com

Exhibit J:



**brebreromi** 4h

@kiandria and I are strategizing

This is a sad case of a white women trying to steal from a black women for her own personal gain/profit. I have a patent pending on my invention but can't sue until is finalized. I attempted to Cease and Desist but she ignored it.

The best thing we can do at the moment:

follow the link below to file a complaint to the merchant for illegal activity and state that she is selling counterfeit products.

845    44    146    7

Exhibit J:



Exhibit J:



**stephofearth** 1h

Reported, and I got myself a mini star ⭐ from you which I can't wait to receive. So sorry this is happening, you've clearly worked hard on your adorable designs. Justice will prevail 💗

**scifi_sensations** 3h

I'm so sorry. I had someone steal my artwork (I posted it online & they downloaded the image) and started selling prints of it & they claimed it was their original artwork. If there is anything I can do, please let me know. I have no problem going after/exposing people like that.

♡ 8

**charitymariiee** 4h

It's like they can't form one single creation without taking from others smh but it's ok my good sis we stand with you 💗

♡ 5

**pixelwtch** 4h

Done!

♡ 1

**guestlistblog** 2h

Good for you. Will gladly file a complaint

**waltbran** 3h

Done! ✅

Exhibit K

# Kursten Owen Transcripts

## Response #1  July 15th 8:21am

00;00;00;00 - 00;00;02;22
Kursten Owen
I woke up to the biggest pit of anxiety in my stomach

00;00;02;22 - 00;00;11;27
Kursten Owen
on furlough from my 9 to 5. I recently made a new product called Hair Hoops that use embedded magnets, which is a concept commonly used in 3D printing community for over the past decade.

00;00;11;27 - 00;00;15;27
Kursten Owen
I added prongs because it seemed obvious and otherwise the product would fall right through my hair.

00;00;15;28 - 00;00;28;11
Kursten Owen
It was less than 12 hours ago that a large creator was tagged, and I woke up to nearly 20 messages from this larger creator. Between comments, DMs and emails threatening to take a legal action against me for infringing their patent.

00;00;28;12 - 00;00;35;24
Kursten Owen
They're currently trying to get my account banned by her audience, which is about 50 times larger than mine. And for some reason, she's trying to make it a race thing.

00;00;35;24 - 00;00;43;19
Kursten Owen
Upon a deeper dive into this issue, the creator claimed to have a patent nearly a year ago, but in the email to me, she claims the patent was filed last month.

00;00;43;19 - 00;00;51;10
Kursten Owen
I also found out that there was a product for sale nearly three years prior to the alleged invention that is extremely similar functionally

00;00;51;10 - 00;00;57;06
Kursten Owen

# Exhibit K

at this point, due to obviousness of the design and previously available similar products. I'm not sure this is even patentable.

00;00;57;06 - 00;01;00;07
Kursten Owen
This creator seems to think it's some type of game with statements like,

00;01;00;08 - 00;01;02;16
Breana Askew
But prepare for the lawsuit babes

00;01;02;16 - 00;01;15;05
Kursten Owen
well, my business and livelihood isn't a game to me and I'm happy to follow the law. If this alleged invention patent is published by USPTO, I will happily take down all of my pieces if they are seen as infringing that patent.

00;01;15;06 - 00;01;21;14
Kursten Owen
even in her own hate campaign against me, she stated she can't do anything legally until the patent is accepted and I completely agree.

00;01;21;15 - 00;01;31;12
Kursten Owen
Please do not continue to send your hate mob after me or contact me further about this, unless it is a link to your USPTO published patent. This is the only statement I plan to make regarding this matter.

# Exhibit K

## Response #2 July 15th 11:30am

Made in reply to Defendant Askew's comment of "She needs to show proof it was sold in commerce and the date. Looks like ai to me."

00;00;00;00 - 00;00;04;13
Kursten Owen
So I guess I now need to provide proof because I'm being told that I made this up.

00;00;04;13 - 00;00;12;25
Kursten Owen
Here's the original hair hoop that I showed in my last video, and here's a link in the comments. If you scroll down on here, there's a YouTube video which has a timestamp

00;00;12;25 - 00;00;18;18
Kursten Owen
With the date of October 31st, 2021, meaning this was likely being sold at that time, if not earlier.

00;00;18;18 - 00;00;25;01
Kursten Owen
And below in the comments. I also showed a few other places that I saw this being sold with a little bit of research. Now please stop harassing me.



# Exhibit K

## Response #3 July 16th 1:39 pm

00:00:00:00 - 00:00:04:13
Kursten Owen
Hi everyone. As you know, I've had legal threats and received a cease and desist from another creator.

00:00:04:13 - 00:00:09:29
Kursten Owen
I would never want to infringe on another creator's IP rights, so I did my own research to make sure my products aren't infringing.

00:00:09:29 - 00:00:17:27
Kursten Owen
I've consulted with patent and trademark lawyers pro bono, and neither I nor those lawyers have found any evidence that there is a patent or patent application

00:00:17:28 - 00:00:22:09
Kursten Owen
under the law. I'm not infringing because there's no intellectual property to infringe.

00:00:22:10 - 00:00:28:11
Kursten Owen
It is illegal to assert non-existent IP rights and threaten other creators with baseless litigation, as has been done to me.

00:00:28:12 - 00:00:34:20
Kursten Owen
I'm currently collecting and retaining documentation of harassment and doxing received as a result of this creator's unlawful action.

00:00:34:21 - 00:00:36:28
Kursten Owen
In case any future action is necessary,

00:00:36:29 - 00:00:42:16
Kursten Owen
I understand the other creator is upset about similarities between our products, but this is not the right way to bring up these concerns.

00:00:42:17 - 00:00:43:26
Kursten Owen
The ball is now in their court.

00:00:43:27 - 00:00:45:29
Kursten Owen
my part, I would prefer to end things here.

Exhibit L:





Exhibit L:



kiandria 07/15/25 · Author

Bre (the original inventor) [OBJ] has specifically asked that anybody who cares though defend her in those comments so it doesn't hurt her brand!

♡ 307     ◯ 1     ⟳ 4     ◁



kiandria 07/15/25 · Author

If y'all want to leave a review... Facebook has that option.

**Elegance and Geekery**
232 likes · 311 followers
Buy Elegant and Geeky Goodies

👍 Like        🍴 Start Order        ...

Posts   About   Photos   Videos   More ▾

Details
ⓘ Page · Art
✉ support@eleganceandgeekery.com
◎ EleganceAndGeekery
💬 EleganceAndGeekery
▶ EleganceAndGeekery
♪ eleganceandgeekery
🔗 EleganceAndGeekery.com/?utm_id=EGFB
★ Not yet rated (2 Reviews)
··· See Elegance and Geekery's About Info

Page transparency        See all

♡ 121     ◯ 4     ⟳ 3     ◁



kcpaulamarshall 07/15/25

🤔 How can I be most effective? What is the original creator's name, so we may defend her? I don't have TicTok...😩

♡ 36     ◯ 1     ⟳     ◁

kiandria 07/15/25 · Author

@brebreromi that's her TikTok handle as well. She's the Blsck original inventor. She has asked that people defend her in the comments because they are calling her a liar. Also report the videos where you see the thief selling it.

♡ 40     ◯     ⟳ 2     ◁

# Exhibit M



Exhibit N:





Exhibit O

 **kiandria** 07/15/25                                    ...

Tuesday, July 15, 2025 at 9:53 AM

This company STOLE this idea from a Black inventor and whitewashed it. Now she's doubling down and trying to gaslight her. Thank God @brebreromi has already applied for her patent. She may have to wait to sue, but baby... the court of accountability is in session NOW. We've seen this playbook before, and we're not letting it slide.  1/2

Post not available

 ♡ 314    ◯ 19    ⟲ 47    ▽ 1

 **kiandria** 07/15/25 · Author                            ...

This is modern-day colonizing. Taking intellectual property, gaslighting the creator, and profiting from their labor is a pattern deeply rooted in slavery. The only difference is now they use legal loopholes instead of chains.

♡ 36    ◯    ⟲ 2    ▽

Exhibit P





Exhibit Q:



Exhibit R:



Exhibit S:



kiandria 07/15/25

@eleganceandgeekery Bre didn't send a mob after you....I DID.

Protect Black women. Stop stealing from Black women. Give credit where credit is due and ⬛️pay black women their worth.

♡ 3.7K     💬 94     ↻ 130     ▽ 2

Exhibit T



Exhibit T

HoneyBeeBrewer's First video July 15th 1:59PM Transcript
Threads Description:
Yeah, it's a race thing. It's a white woman thinking she can take a Black woman's invention and no one will call her out. Let's also not overlook the number of views she's gotten since posting Breromi's design. Buy your clips from @brebreromi

Tiktok Description:
Yeah, it's a race thing. it's a white woman thinking she can take a Black woman's invention and no one will call her out. Let's also not overlook the number of views shes gotten since posting Breromi's design.
#honeybeebrewer #wecorralourown

Instagram Description:
Yeah, it's a race thing. it's a white woman thinking she can take a Black woman's invention, and no one will call her out. Let's also not overlook the number of views she's gotten since posting Breromi's design.

00:00:00:08 - 00:00:02:25
Melissa Brewer
I'm going to share a couple of videos with you.

00:00:02:28 - 00:00:23:23
(Shows an Elegance & Geekery Video)
Kursten Owen
Just take the pins you need and you're good to go. For ponytails, pig tails or space buns or normal buns. We got you covered.

Melissa Brewer
That's one
(Shows an Breromi Video)

Breana Askew
I put four in to show what it looks like. You can also use these with locs. I like to use some if I'm wearing a low ponytail style. So it keeps it secure.

00:00:23:24 - 00:00:33:15
Breana Askew
I think the cutest style to wear with these is low buns or high space buns. They just look super cute. I created these magnetic characters.

00:00:33:17 - 00:00:34:28
Melissa Brewer
That's two.

00:00:35:00 - 00:00:45:27

Exhibit T

(Shows an Elegance & Geekery Video)
Kursten Owen
For this hair hoop. Whether your hair is thick or thin, you'll likely want to do a twist or even a braid in your hair for securing it in a low tension.

00:00:45:29 - 00:00:49:03
Melissa Brewer
It's three. I've got one more.

00:00:49:04 - 00:01:09:11
(Shows an Breromi Video)
Breana Askew
I created magnetic hairclips as an effective tool to hold all hair textures into low tension styles. Cliques range in different sizes form extra small to large. Inner shape diameters range from 1. 5in to 4in. The first way to put on my hair is for low tension wear, form hair into desired ponytail placement connect right and left clique to secure your style.

00:01:09:14 - 00:01:37:28
Melissa Brewer
**What you have just seen is an example of a white woman stealing a black woman's idea, and now it's going around claiming that it's her own.** Even though **her marketing looks exactly like the black woman's marketing down to the low fi music**. Now, if you look at the dates Breromi's stuff came out in September of last year and her Kickstarter video came out in February of this year.

00:01:38:00 - 00:01:44:22
Melissa Brewer
And those hair hoops came out five days ago. With that said, let me leave you with one more video.

00:01:44:24 - 00:01:57:04
(Shows an Breromi Video)
Breana Askew
But also comes the question, why did I really designed magnetic hair cliques? Me and hair ties and claw clips are not, we're not compatible.

00:01:57:07 - 00:02:10:14
Breana Askew
I can't begin to count the amount of hair ties I lost or broke. When it comes to having thicker hair, hairties are just not the most reliable hair accessory. I wanted to create a clique that will not only effectively hold my hair, but also just not break on me.

00:02:10:16 - 00:02:15:24
Breana Askew
I spent a lot of time and thought into making this. And I hope you guys enjoy it.

Exhibit U



**brebreromi** 07/15/25

She has people harassing my tiktok account trying to claim I didn't invent My Invention. Defending me here as well and giving my video more exposure will help immensely!
tiktok.com/t/ZP8...

@SweetTea 🇺🇸

Everything is a "race thing" to y'all 😒 10m

Approve                    Delete

@Emily Smith

you have to be pretty self centered and egoti stical to believe that a rather simple idea that has been used in a lot of places belongs to y ou. like people have made designs like this fo r years you are not the first and you are self c entered to belive you can stop everyone fro m creating and selling similar products 10m

Approve                    Delete

@Obiggems

LMAO you're madddddd 11m

Approve                    Delete

♡ 736    💬 48    🔁 90    ▽ 3

Exhibit V



Exhibit V



Exhibit V

# Breromi's 2nd video 15th 1:02pm

**Posted to tiktok and threads**

Threads Description: you are not a small creator you are a theif

00:00:00:00 - 00:00:24:07
Kursten
Favorite ways to style with hair hoops. A ponytail, pigtails. Space buns.

Breana
The first way to put on the magnetic hair clips I've created is for low tension styles. Simply pull back your hair into a ponytail. **Yes, I am making it a race thing. You are a white woman trying to claim my invention as your own**. At the beginning of this month, USPTO sent me a notification.

00:00:24:12 - 00:00:57:07
Breana
Someone was trying to apply for the Magnetic Hair clip trademark, the one that I abandoned because it was too broad, so I changed it to hair clique. **I wonder who applied for that trademark. This person is saying her design is based off a picture she saw in 2021. So explain to me how you researched the term magnetic hair clip and did not see my design at all, but you saw this one and this is the one you got inspired from, but you replicated the concept of the hair teeth combs that I made in 2024.**

00:00:57:09 - 00:01:16:18
Breana
Explain to me how you did not see my design and did not copy me. Oh wait, **you did**. And finally, why did it take so long for me to apply for a patent? You get a one year grace period by USPTO after you have invented something to apply. So I took that year to raise funds to pay for the patent.

00:01:16:21 - 00:01:22:26
Breana
**And to have money to sue people just like you. You are no small creator. You're a thief.**

Exhibit W



Exhibit X



Exhibit X



Exhibit X





Exhibit X



Allure Style Accessories    Types    Collections    Brands    Bestsellers    About    Wholesale    Contact







Allure Style Accessories

# Allure Rhinestone Magnetic Bun Comb, 2 Piece

★★★★☆ (1)

$24.99

Shipping calculated at checkout.

Package

Single

Quantity

1

Add to cart

Buy with Shop

# Exhibit Y



Thread
307K views

**kiandria** 05/03/25
Shiloh Hendricks went viral for calling a Black child the N word, then raised over $400k on GiveSendGo. That's not free speech. That's funding HATE. Turns out, the payment processor behind it is Block Inc. (yes, Square). And they ban hate speech. So if you're mad, don't just talk about it...hit them where it hurts: the payment processor. Here's how: 1/2

♡ 20.9K   ◯ 951   ⟲ 3K   ▽ 370

Top ⌄                                                                View activity ›

**kiandria** 05/03/25
GiveSendGo isn't just a platform. It's a pipeline for racism. If you're as disgusted as we are, here's what we can do to shut the money faucet off. 2/2

♡ 3.3K   ◯ 4   ⟲ 125   ▽ 5

📌 Pinned

**kiandria** 05/03/25 · Author
We're not asking. We're reporting.
File a complaint here:
squareup.com/help...

📄 app.squareup.com
Square Support Center - US

♡ 2.9K   ◯ 134   ⟲ 410   ▽ 68

**tessla04** 05/03/25
Where does she work. Get her fired

♡ 110   ◯ 8   ⟲   ▽ 1

**kiandria** 05/03/25 · Author
GiveSendGo is known for hosting campaigns banned elsewhere. Kyle Rittenhouse, Jan 6 rioters, and now this. Hate is big business for them.

♡ 2.4K   ◯ 7   ⟲ 127   ▽ 4

**kiandria** 05/03/25 · Author
This isn't just disgusting...it's a direct violation of Block Inc.'s Acceptable Use Policy. They prohibit using their platform to fund hate, harassment, or racial violence.

♡ 2.4K   ◯ 1   ⟲ 93   ▽ 5

**jenmarieforever** 05/04/25
Is there a reason you don't tag these corporations every time you comment?

♡ 1   ◯   ⟲   ▽

**druiz996** 05/04/25
Shut up, cottongirl

When we watch blacks tell us they hate us for
our entire lives, and then want us to be outraged
by a woman saying the n word on a playground

I don't care.

♡ 1   ◯ 1   ⟲   ▽

**85Dderek** 05/04/25
This is someone who is Hispanic btw 🤣

♡ 1   ◯ 1   ⟲   ▽

**druiz996** 05/04/25
I'm not Hispanic, I'm SPANISH, I'm white. I'm the reason why the Latin Americans know where to poop and aren't eating their own to get a better rainy season.

♡   ◯ 2   ⟲   ▽

**deep_red_perfect_blue** 05/03/25
Submitted a complaint via email instead of getting to speak to an agent because apparently, we've caused a disruption of services!! Keep pushing y'all!!!!

♡ 1.5K   ◯ 7   ⟲ 21   ▽

**mztahina** 05/03/25
You can email them rather than trying to figure out the messaging prompts to a live agent. I had Chatty review their ToU and identify each violation. Feel free to use. I also posted GSG's from my page yesterday. ▯/5

CONTACT SQUARE
Contact Options

CONTACT SQUARE
Tell us a little more about your issue.
(At least 30 characters)

RECOMMENDED
✉ Email Us
Estimated wait 36-48 hours

OTHER OPTIONS                                        Your name



# Exhibit Y



Exhibit Z



Exhibit Z



6:44
linkedin.com

🔍 Search

**Kursten Owen** · 3rd
Business Owner
Oregon State University · Elegance & Geekery LLC
Albany, Oregon, United States · 220 connections

**Connect**    🔒 **Message**

**Activity**
219 followers

Congratulations to Agility Robotics , winner of the 2025 AI Innovation Award in the...
Kursten Owen liked this

See all

**Experience**

CEO/Owner
Elegance & Geekery LLC
Jan 2014 - Present · 11 yrs 7 mos
· Over $630,000 in revenue through the development and maintenance of eCommerce platforms: Amazon, Shopify and Etsy
...more

Systems Engineer II

✕ Use the LinkedIn app    **Continue**

🏠 Home    👥 My Network    ➕ Post    🔔 Notifications    💼 Jobs

---

6:45
linkedin.com

🔍 Search

**Caleb Owen** · 3rd
M.Eng. Computer Science (Minor in Artificial Intelligence) B.S. Electrical and Computer Engineering
Oregon State University · Elegance & Geekery LLC
Albany, Oregon, United States · 48 connections

**Connect**    🔒 **Message**

**Activity**
49 followers

Caleb Owen liked this

See all

**Experience**

Cofounder (Lead Technical Developer)
Elegance & Geekery LLC
Jan 2021 - Present · 4 yrs 7 mos
· Over $620,000 in revenue (20,000+ sales) on eCommerce platforms: Amazon, Shopify and Etsy
· Managed and trained small team for ...more

Network Hardware Engineering Intern

✕ Use the LinkedIn app    **Continue**

🏠 Home    👥 My Network    ➕ Post    🔔 Notifications    💼 Jobs

Exhibit Z



Example of altered profile picture of Elegance & Geekery LLC employee



Exhibit AA:



Exhibit AB:



Exhibit AD:



**Thread**
30.9K views

**kiandria** 07/15/25

Do not be alarmed by my profile picture. I didn't become a skinhead vampire overnight.

@eleganceandgeekery stole a Black inventor's design, played the victim, and tried to gaslight her like we haven't seen this colonizer playbook a thousand times.

So I gave her a taste of her own medicine.
In true colonizer fashion, she took a design...
So I took her hair. 1/2

♡ 2.4K    ◯ 102    ⇄ 74    ⊽ 4

**Top** ⌄                                    View activity ›

**kiandria** 07/15/25
Elegance and sneakery 2/2

he
stole
it!

♡ 199    ◯ 2    ⇄    ⊽

**kiandria** 07/15/25 · Author
The profile picture is currently under construction while we figure it out! We found out the girl in the photo wasn't the actual owner. ⌷⌷ don't even remember what the white lady in the current picture did, but she pissed me off so now she's a placeholder while we sort this out. 🤣

♡ 123    ◯ 3    ⇄    ⊽

Exhibit AE:

# Kiandria's 4th Video Sue Me 18th 2pm

DELETED Description Tiktok: Replying to **@Hopeful_Sparrow** I don't need to be an attorney to know the laws surrounding product development. I also don't need to be an attorney to recognize **Google AI and CHATGPT when I see it**.

Notable Comments:



Exhibit AE:



00:00:00:13 - 00:00:23:00
Kiandria
Okay, so this is one of the reasons why I say to Google me not to flex, but I want people to understand who I really am. I'm a radical black activist, okay? **I ain't scared of shit. Especially not some fake ish ChatGPT email.** So one of the things that I use my platform to do is to call out people who are profiting from racism and profiting from harm, which is how I got involved here.

00:00:23:00 - 00:00:53:14
Kiandria
Essentially. But child I get on this internet and I cut up every single day. You think that's the first time somebody has threatened to sue me? I have been threatened by bigger brands with better lawyers and won. So play with somebody who does not have 15 years experience in this industry. Not only am I an influencer and an activist, I have a marketing background, and as a marketing professional, **I have extensive experience with patent law and product law.**

00:00:53:15 - 00:01:14:23
Kiandria
I wasn't the attorney, but I was the person or the I was representing a client in the marketing industry. And so I know that a lot of the stuff she's saying is bullshit. And not only do I have an extensive background in marketing, I have an extensive background in brand development and product development. **Therefore, I'm well versed in the law surrounding all of this, including content creation as well.**

00:01:14:24 - 00:01:40:20
Kiandria
And the way she has mimicked this **woman's trade dress is illegal** and there are laws that prevent that. I don't care who had a patent first if she brought it to the market and popularized

Exhibit AE:

it. That is her intellectual property. No, you cannot just come and mimic that and think you can get away with it. Whether she has a patent on that product and not **the way they emulated her is illegal, and there are creator laws that protect people from that.**

00:01:40:23 - 00:02:01:15
Kiandria
So this is the part that really bugs me too, is notice she's never denying that she stole it at all. Her only argument is that there's no patent for it. So because she hasn't had the resources to legally protect herself yet, that makes what you did okay. Not to mention that black creators and black inventors are in a system that is stacked against them.

00:02:01:18 - 00:02:26:27
Kiandria
Not only do they face exorbitant fees, discrimination from judges oftentimes in the court and the legal system, but they also don't have the same access to resources to protect themselves. So in this case, **to say it's okay to steal from her because she doesn't have a patent yet.** Systematic racism, that's your argument. **And mind you, I saw the email.**

00:02:26:27 - 00:02:46:07
Kiandria
Y'all don't find they're suspicious **that they would try to bully her to shift the narrative**. I saw the email they sent Bre and they pretty much they didn't tell her to stop selling the product. They didn't tell her to take the product down. **It didn't even come from a attorney's office letterhead, which it absolutely should have. If it was legitimate**, it wouldn't be from your personal email.

00:02:46:10 - 00:03:09:16
Kiandria
But in this case, she threatened to sue Bre over my post and I don't speak for Bre at all. **She told Bre to go in the comments of my viral post and sway the narrative in her favor, or face legal action. So she's telling Bre to lie about her experience trying to bully her into recanting her story. Recanting my story.**

00:03:09:18 - 00:03:29:15
Kiandria
That's that's a page straight from the colonizers fucking playbook, trying to bully this girl into not speaking up for herself, bully her into silence. Y'all don't see anything suspicious about that. They've been doing that shit for centuries and it has to stop. **I'm not going to keep being quiet about shit like that. And they can take me to court.**

Exhibit AE:

00:03:29:18 - 00:03:50:23
Kiandria
And also, one thing I'm tired of people floating around is the defamation of character, defamation of character. I**t is not defamation of character. It is not slander or libel, if it's true**. She has no legal grounds to sue for defamation of character. If she actually did this shit and we all saw the shit happen, **she doesn't have grounds for a lawsuit.**

00:03:50:23 - 00:04:08:20
Kiandria
She's just blowing smoke trying to intimidate people like they always do. Golly gee, how dare you slander my character by telling people all the horrible things I did. If you didn't want people to think poorly of you, you should have exercised some better character than.

Exhibit AF:

# Defendant Boyce First video 17th Around 6:30 am

(posted to tiktok twice in a row, 2nd post over 600k views and posted at 8:08 am)

Description on Threads: @EleganceAndGeekery is now essentially ⌨️blackmailing a Black woman inventor. She created a hair clip for locs, got her patent pending, and a white man behind the scenes of their company stole the design. When she called it out, they painted her as the bully. Now they're trying to pressure her into saying my viral post about it was a lie. She's being harassed, doxxed, and threatened. All for defending her own invention.

Description on Tiktok (first post): You picked the wrong one. If you keep antagonizing that Black woman, you're gonna get real familiar with who I am. If you value that business and that website, I would think twice before you continue to play the game you're playing.

This IS about race. Black inventors have been stolen from, silenced, and erased for centuries… because the legal system was built to protect you, not us. you're only argument is that a patent doesn't yet exist, yet this system has made it next to impossible for Black inventors to protect their work. So your only argument in this case hinges upon systematic racism?

And while you're out here playing victim, the real thief is hiding in plain sight. A white man. Quiet. Calculated. Just like they always are.

The difference with me? I don't mind being the mean girl, especially when it's to defend Black women. The real bully has entered the chat. I promise you, you haven't seen anything yet.

Description on Tiktok (second post): A Black woman invented a claw clip that actually works for thick hair, including locs. She designed it for us, because regular clips don't fit textured hair. A white creator stole her idea, made a similar product, and is now selling it as if she came up with it herself.

When people started calling her out, she doubled down and tried to play the victim. But here's where it gets worse. They sent a legal threat to the Black inventor, even though I'm the one who made the viral post about it. They didn't come to me — they came to her, hoping they could intimidate her into saying my post was a lie just because it blew up on another app. That's not just shady, that's textbook colonizer behavior.

They're targeting her because they think she's easier to silence. But we are not letting this slide. You don't get to steal from Black women, profit off their work, and then try to bully them into staying quiet. Not on our watch.

Exhibit AF:

Description on Instagram:🚨 Let's talk about theft, racism, and weaponized whiteness in real time. 🚨

A Black woman @brebreromi , who wears locs, created a hair clip designed specifically for textured hair after years of not being able to find one that worked. She filed for a patent and began building her brand from scratch.

Enter Kursten Owens, a white woman who runs a company called eleganceandgeekery Suddenly, a nearly identical clip appeared in her store. She claimed she just "saw it on Pinterest" and made her own. But it didn't take long for people to dig deeper.

When Bre spoke up about the stolen design, Kursten made a public post claiming she was being harassed and bullied. She flipped the narrative. As a result, Bre was flooded with hate. Racist insults. Microaggressions. Blatant racism. Even threats to her life. All because she stood up for something she created.

Now they're bullying Bre for "making it a race thing," while ignoring the fact that it's always been about race. A Black woman created a product out of need, and a white company stole it and tried to erase her from the story. That is the definition of systemic theft.

Then we found Caleb Owens, Kursten's husband or brother and the company's "Lead Product Developer." HE is the real person behind the scenes who took Bre's idea and passed it off to her. While Kursten distracts the internet by playing victim and arguing with Black women, Caleb remains quiet and untouched.

I made a post about it on Threads that went viral, calling it what it is: theft and modern-day colonizing.

What did they do next? They didn't come to me. They went after Bre, sending her an email threatening legal action and trying to blackmail her into saying my post was a lie.

Let me be very clear. Bre is not responsible for that post. I am. And now she's being harassed and threatened for simply telling the truth and defending her own invention.

This is not just about a hair clip. This is about how whiteness is used to silence, erase, and protect the people doing harm. It's about a company monetizing racism while targeting the Black woman who dared to speak up.

Exhibit AF:

Notable comments on this video:









Exhibit AF:

 𝓚𝓲𝓪𝓷𝓭𝓻𝓲𝓪𝓲𝓼𝓫𝓪𝓬𝓴 · Creator
So the REAL thief is, unsurprisingly, a white man.
My guess? He stole the idea and spoonfed it to her
without telling her. Now she's stuck cleaning up the
mess while he plays puppet master.

♡ 14

7-17    Reply

 𝓚𝓲𝓪𝓷𝓭𝓻𝓲𝓪𝓲𝓼𝓫𝓪𝓬𝓴 · Creator
Funny @eleganceandgeekery never responded to
me or any of my posts, yet they sent a link to
@brebreromi and threatened to sue her for it. I do
not speak on her behalf, and there's a reason y'all
chose to threaten her and not me. Picking on her
because you think she's an easier target. Try that
with someone who doesn't have 15+ years'
experience in marketing and product development.
You can send those Karen-ass emails till that pink
face is cherry red. It's not slander or libel if it's
TRUE.

♡ 7

7-17    Reply

 𝓚𝓲𝓪𝓷𝓭𝓻𝓲𝓪𝓲𝓼𝓫𝓪𝓬𝓴 · Creator
Let's be real... this is what they do. Historically,
white men have used Black women's inventions,
bodies, and labor to build empires. Then they
vanish into the shadows while someone else takes
the heat.

♡ 10

7-17    Reply

 Trina-b-nice
Her first video on 7-9 regarding those clips, she
specifically said she got fired from her 9-5 and that
it gave her time to 'create' a new clip. Go screen
record before the proof is gone.

♡ 625

7-17    Reply    

 𝓚𝓲𝓪𝓷𝓭𝓻𝓲𝓪𝓲𝓼𝓫𝓪𝓬𝓴 · Creator
I already did. I just cut this video short for time
purposes.

♡ 259

7-17    Reply

 𝓚𝓲𝓪𝓷𝓭𝓻𝓲𝓪𝓲𝓼𝓫𝓪𝓬𝓴 · Creator    ● ● ●
And she's a damn lie because she's not even
the product developer... Some white dude is. If
you look at their LinkedIn pages, it details their
duties in the company. She runs the Etsy and
Amazon, Pages and social media. Caleb is the
one that curates the products.

♡ 52

7-18    Reply

Hide ∧

Exhibit AF:



**Thread**
13.3K views

**kiandria** 07/17/25

@eleganceandgeekery is now essentially [OBJ]blackmailing a Black woman inventor. She created a hair clip for locs, got her patent pending, and a white man behind the scenes of their company stole the design. When she called it out, they painted her as the bully. Now they're trying to pressure her into saying my viral post about it was a lie. She's being harassed, doxxed, and threatened. All for defending her own invention. 1/2



♡ 1.9K    💬 64    ⟲ 322    ▽ 20

Exhibit AF:



**kiandria** 07/17/25                                    ...

Kursten, have some self-respect. You're out here fighting with thousands of Black women online while the white man who actually stole the design is sitting quiet behind the scenes, untouched. He handed you stolen work and let YOU take the heat. And instead of holding him accountable, you're doubling down and defending him? You're not the victim.  2/2

♡ 208     ◯     ⟳ 3     ▽

**kiandria** 07/17/25 · Author                          ...

@shadesofdianne wya?! we need you on this! You do the best explainer videos. 🤣

♡ 70     ◯ 1     ⟳     ▽

**shadesofdianne** 07/17/25                              ...

Yea, I've been seeing people stealing Black women's work all week, we probably gonna have to break it down *smh*

♡ 20     ◯     ⟳     ▽

**kiandria** 07/17/25 · Author                          ...

This isn't just business. It's exploitation. It's how Black women get erased while white folks profit. And the moment we speak up, we're labeled angry or aggressive.

♡ 123     ◯ 2     ⟳ 2     ▽

**jadoreapolonia** 07/17/25                              ...

She has a patent sis

♡     ◯ 1     ⟳     ▽

**kiandria** 07/17/25 · Author                          ...

She applied for it and it hasn't been completed yet. That doesn't give someone the right or legal grounds to steal her product. Patent or no patent... It's wrong.

♡     ◯     ⟳     ▽

Exhibit AF:





**d_felice_writes** 6w
WE. RIDE. AT. DAWN!!!

6 likes    Reply

———  Hide all replies

**kiandria** 6w  `Jul 17, 2025`
@d_felice_writes go over to my TikTok! We're already riding for sure. 😂😂😂

2 likes    Reply    •••

**d_felice_writes** 6w
@kiandria done! 😮💨

Reply

Exhibit AF:

 **siensunshine** 6w
Oh we have to get the word out!!!

28 likes    Reply

——— Hide all replies

 **kiandria** 6w
@simply_joha yes please! Especially on TikTok. They are bullying the Black creator really bad on TikTok.

5 likes    Reply    •••

 **kiandria** 6w
They turned off their mentions on Instagram, but you can type in elegance and Geary and find a video that I stitched originally. Watch her pull the white woman tears out and play the victim, knowing they stole that girl's design.

23 likes    Reply    •••

Exhibit AF:



**kiandria** 6w
Jul 17, 2025

What most people probably don't realize is that @ eleganceandgeekery has a comment filter on. That means every insult toward the Black inventor, every microaggression, and every piece of blatant racism was manually approved before it showed up publicly. There are people proudly commenting that they're placing orders because the Black inventor "made it a race thing." They are intentionally curating a space filled with bigotry and harm toward Black women so they can profit off it.



**kiandria** 6w
Jul 17, 2025

They turned their tag off, but they username on here is @ eleganceandgeekery

7 likes     Reply     • • •

Exhibit AF:

00:00:00:00 - 00:00:18:03
Kursten Owen
I woke up to the biggest pit of anxiety in my stomach, on furlough from my 9 to 5. I recently made an

Kiandria

okay, Kursten. Now go ahead and tell them how all of this is a lie. Tell them how all this bullshit about it being handmade and you finding it on Pinterest, and how it affected your hair. You didn't want it to fall off your hair.

00:00:18:03 - 00:00:42:03
Kiandria
All of that. Go ahead and tell them how. That's bullshit. Tell them how you, the face of the company, a white woman, antagonize somebody and play the victim. But tell them who the fuck the real bad guy is. See Bre didn't send a hate mob after you. I did because I saw how y'all were treating her. This woman spoke up defending her own invention and had every right to.

00:00:42:05 - 00:01:09:15
Kiandria
And y'all painted her as a bully and a mean girl immediately. And I didn't like that as a black activist. I did not like that. I didn't feel it was fair how she was immediately the aggressor and being dragged by all these white women for making it a race thing. Newsflash in this country, everything is a race thing because you knew as a white woman, if you played the victim and painted yourself as if somebody was harassing or harming you.

00:01:09:15 - 00:01:37:03
Kiandria
You know, people would come flocking to defend you. You knew what to say to get the response that you got. But that ain't even the point anymore. Tell them how Caleb really brought you this idea. Caleb Owens, you are Kursten Owens. Caleb Owens is listed as the lead product developer. So you're sitting here acting like you did something innovative and finding this design in the whole time.

00:01:37:03 - 00:02:02:07
Kiandria
Your company Elegance and Geekery has a white man as a lead product developer. My guess is that Caleb Spoon fed you this design, and he didn't do his research, and he didn't value the innovation and creativity of black women. And now you are fucking scrambling to clean up his mess while he sits in the shadows unscathed, watching you argue with thousands of black women.

00:02:02:10 - 00:02:25:07
Kiandria

Exhibit AF:

And this is another glaring example of how it is absolutely a race thing, because y'all are just like your colonizing ancestors. Caleb Owens stole the design spoon, fed it to you as a lead product and technology developer when it was really just some shit that he had stolen from a black woman on TikTok. He repackaged it, handed it to you, and you are peddling it all over this internet.

00:02:25:09 - 00:02:50:23
Kiandria
And in true white woman form, instead of standing up to his bullshit, you are upholding it and lying and covering for him. And then when people hold you accountable, you are playing the fucking victim. But the whole time the white man, Caleb, is walking away scot free. And you don't even realize the disrespect that he is putting you through by making you go through this instead of owning accountability.

00:02:50:25 - 00:03:12:18
Kiandria
You made it a race thing. You, Caleb, and your white privilege made this a race thing. When y'all colonizing asses came in and thought you could just take whatever you wanted from a black woman. And my guess is that Caleb didn't think that this black woman had any legal recourse or any way of defending herself. He wasn't expecting her to have a fucking army stepping behind her.

00:03:12:20 - 00:03:40:13
Kiandria
And with that colonizing ass mindset, y'all can't even conceptualize that something did not belong to you. You, in this argument, can't conceptualize that you are stealing an idea because somebody else stole it first. Just because she didn't legally patent it. That was okay to mimic her down to her marketing strategy. Y'all are so used to coming in, just forcing access that you can't even entertain when you might have crossed somebody's boundary.

00:03:40:14 - 00:04:05:13
Kiandria
Y'all are so used to just coming in and taking what you please, whether it's intellectual property, whether it's our music, whether it's our ideas, whether it's our bodies, white men, or whether it's our entire identity, that colonizing ass mindset prevents y'all from even seeing the forest for the trees. You can't even see. Hear how Caleb is full of shit.

00:04:05:15 - 00:04:26:04
Kiandria
This is not a case of a white woman who just got caught in between. Either this was orchestrated because at this point, you fucking know that this was not an original idea. You know that it was stolen from a black creator, and you are still doing backflips to make excuses for that. So I'm going to say this, and I promise you, I'm not going to say this again.

Exhibit AF:

00:04:26:04 - 00:04:47:03
Kiandria
Keep antagonizing this black woman. Keep on going back and forth with her. Keep gaslighting her and painting her out to be the aggressor. When you are the one who stole her design. Keep doing it. Just go ahead and keep engaging it. And I promise you, going to court with Bre is going to be the least of your worries.

00:04:47:03 - 00:04:57:16
Kiandria
Google me, Google Kiandria Demone. And then keep on antagonizing this black woman. And you're going to find out exactly who the fuck I am.

Exhibit AG:

# Kiandria's 5th video 18th 3pm "Quite Kid"

Tiktok- Removed before retrieval
Threads- You know that girl in school who dragged the bully for messing with the quiet kid? Yeah, that was me. And it still is. Why are you picking on the girl that's burning sage, twisting her locs and minding her business? ⌗It bothers me because Black women who are quiet and soft don't get the space to be that… They are forced to defend themselves constantly. ⌗ When they DO choose to speak up, they are painted as the villain. ⌗It's unfair and very exhausting⌗.



00:00:00:09 - 00:00:20:28
Kiandria
And this is actually a really important thing to me because I don't, like I said, I don't speak for Bri, I don't speak for her company. Hair cliques in any way. I'm not being paid, but I just don't like that. And I will not sit back and watch somebody fuck with a black woman like that. And when I talk to Bri, like not just watching her videos, but talking to her one on one, she's so sweet.

00:00:21:00 - 00:00:41:19
Kiandria
She's kind, she's laid back, she's quiet. And black women like that don't get the space just to be quiet. Just to be laid back, to be soft. She's very soft. I don't like when you pick on the quiet kid. Like, don't pick on the laid back, quiet girl with locs that's burning her sage in mind. Her business. Why are you fucking with her?

Exhibit AG:

00:00:41:21 - 00:01:00:16
Kiandria
Like I don't pretend to be soft. I don't pretend to be soft at all. **Come argue with me, bitch.** And I saw people like. Oh, **lawsuit this, lawsuit that I don't give a fuck**. That's one of the reasons I got involved. **Because I would honestly rather them target me**. Because I'm not saying Bri can't defend herself, but I know they can't fuck me.

00:01:00:18 - 00:01:20:27
Kiandria
You feel me? **My whole job is to take down corporations. This shit would be light work**. And as black women, there's so many people against us, we have to stick up for each other. Like, I'm tired of playing that nice shit because they take this shit as weakness. And if it's not one of us, it's the next one, and I'm not going to keep tolerating that.

00:01:21:00 - 00:01:32:15
Kiandria
So I say, let their asses have it. You feel me? **No mercy, no grace.** Because they don't give it to us. That's what I do. Let their asses have it. Drag the shit out of them when they fuck with even one of us.

Exhibit AH:



**Thread**
58.7K views

**brebreromi** 07/16/25

Would you guys support a gofundme for my legal fees? The person who stole my invention has just threatened a civil suit against me because I am defending myself. Of course I am taking legal action against the company as well. I want the best team possible! 1/3

♡ 4.1K     ◯ 175     ↻ 521     ▽ 11

Top ∨                                    View activity ⟩

**brebreromi** 07/16/25

I'm working on making a gofundme tonight, will be uploading tomorrow morning. The amount of mental stress this has caused me is insane. Having a strong legal team represent me against any theifs/future theifs will put me at ease. 2/3

♡ 479     ◯ 8     ↻ 19     ▽ 1

**brebreromi** 07/16/25

link: gofund.me/49a0b... 3/3

**Protect Black Creators: Support My Legal Battle**

Organized by Breana Askew

94%     $13,179 raised     **Donate now!**

gofundme.com
Donate to Protect Black Creators: Support My Legal Battle, organized by Breana Askew

♡ 127     ◯ 4     ↻ 51     ▽ 6

Exhibit AI:



Exhibit AJ:



Exhibit AK



Exhibit AK





Exhibit AL



Exhibit AL



**kiandria** 07/16/25 · Author

Politeness should never come at the cost of justice. Your silence, your softness, your "niceness" just gives them a pass to keep doing it. Not everyone deserves the benefit of the doubt, and that includes white women who steal from Black creators.

♡ 164    💬    ⟳ 13    ▽ 2



**kiandria** 07/16/25 · Author

You say you want to be better? Then speak the fuck up. Loudly. Because neutrality is a choice, and it's never the right one when you're watching someone get bullied for defending their own damn idea.

♡ 137    💬    ⟳ 2    ▽



**kiandria** 07/16/25 · Author

Your "maybe it was a coincidence" response is exactly why people like her feel bold enough to steal and spin the narrative. You're protecting the wrong one.

♡ 92    💬    ⟳ 3    ▽



Thread
2.8K views

 kiandria 07/16/25                          Exhibit AM                    ...

Black inventors have had their ideas stolen for years because the legal system makes it nearly impossible for them to successfully protect themselves. They face discrimination in the courts and exorbitant fees that many don't have due to the wealth gap in this country. So... Her entire argument hinges upon systemic racism. That's not the flex she thinks it is.

 honeybeebrewer 07/16/25
Even if I hadn't seen the patent application or the trademark, it's still protect Black women, always.

❤ 209        💬 17        🔁 18        ✈

Top ⌄                                                    View activity ›

 shopjemerite 07/16/25                                     ...
I love when WW use their powers for good

❤ 14        💬 1        🔁        ✈

 kiandria 07/16/25 · Author                              ...
It's so wholesome 🙄

❤ 6        💬        🔁        ✈

I didn't find the legal section where I could report. Anyone have a link?

♡ 3    💬 1    ⟳    ➤

**honeybeebrewer** 07/17/25

Yes, ma'am

shopify.com/legal...



🛒 shopify.com
Report an issue

♡ 1    💬    ⟳    ➤

Exhibit AM    ...

**ahosibeauty** 07/17/25

In 2018, once my hair products were manufactured,I trademarked the name AHOSI to honor the Real life warriors, an all female military regiment (played by Viola Davis). Procter and Gamble objected and claimed my name was similar to their Aussie brand name. We went back and forth for nearly 2 years. I took them and their lawyers on by myself. I was victorious. They apologized and reversed their objection. In those 2 years, they cost me business, sleep, peace of mind. I'll never forgive them.

♡ 10    💬 2    ⟳    ➤

**asiathabird** 07/17/25

This has been happening to black people for centuries unfortunately. We have to continue to hold these folks accountable when they steal black peoples ideas and inventions. They are not too far removed from their ancestors.

♡ 3    💬    ⟳    ➤

**romermillinery** 07/17/25

Patents take waaaay too long for approval. In the meantime, one cannot enforce it. People know they can use that time to profit off your ideas. It is frustrating and very upsetting. After all the blood sweat and tears that you put into your work, someone just takes credit. I have had people build their whole business off of some of my ideas. I have had designers buy my pieces for "inspiration". When you are a small creator they tend to brush you off as "oh well, it must just be a coincidence "

♡ 1    💬    ⟳    ➤

Exhibit AN





# Exhibit AN



# Exhibit AO

Help those impacted by flooding in Texas Donate to support ✕

gofundme



## Protect Black Creators: Support My Legal Battle

Breana Askew is organizing this fundraiser.

🛡 **Donation protected**

My name is Breana, and I am an innovative designer and the owner of a small, upcoming brand called Breromi. I started my business in 2023 with the goal of pursuing my creative dreams. I am a self-taught designer with skills in sewing, 3D modeling, sculpting, and more.

In 2024, I invented a unique hair accessory called the Hair Clique.
The Hair Clique is a magnetic hair clip consisting of two shaped halves that connect over the hair to form a low-tension ponytail. It works with all hair types and styles, and it can also be worn as a fashionable accessory over space buns. This product is revolutionary, as it has never been made before.

On July 15th, I received a notification from someone familiar with my work, informing me that another company was copying my product. When I checked their account, I was shocked and speechless. Not only had they replicated the functionality of my product, but they had also renamed it to make it their own. It didn't stop there—they copied the look and feel of my marketing, down to the product descriptions, video advertisements, and wording.

"Hair Clique" was now "Hair Hoop"
My product and likeness was taken from with no credibility or remorse.

I sent a cease-and-desist letter to the company, demanding that they remove the product because I have a pending patent, and I am prepared to pursue legal action once the patent is approved.

This company has a history of stealing products and rebranding them to avoid infringement. They also sell products inspired by popular shows, further making me believe they are counterfeit thieves.

Exhibit AO

I have strong documentation and evidence proving that my product, its functionality, and its purpose are original and solely invented by me. My trademarks and brand exposure for this product date back to 2024, when I first created it.

The owner of the company has taken this situation to social media to play the victim to their followers. They have spread lies, claiming that the function and purpose of my invention have existed for years. She has used manipulation tactics to sway thousands of people.
They have used microaggressions to discredit me and paint me as the villain. As a result, I have been met with racist comments, hate, and messages on my TikTok platform every time I try to defend myself.

One of the company's social media managers even made a TikTok post claiming that she couldn't find my patent on the USPTO website by searching my name, implying that I didnt apply for one. She attempted to convince her followers that I lied about applying for a patent to attack her. Her followers began commenting, "Hurry up and apply for one before she does."

To make matters worse, this company has threatened a civil suit against me, claiming that my defense of my invention constitutes "harassment."

Trade Dress Infringement
This company is not only copying my product but is also mimicking me as a creator. They've adopted my marketing campaign, the language I use, and the content I produce. I built an audience surrounding a problem and they took the way I positioned a proudct in the market the I have already made viral.

Their attempt to replicate my brand's look, feel, and messaging goes beyond product imitation. It's a deliberate act of stealing my creative identity and the essence of my business.

The mental toll this situation has caused me is unimaginable. I need a strong legal team to represent my brand, especially since I know this won't be the last time another company attempts to steal my likeness. Having a strong legal team would provide me with peace of mind.

My trademark applications for my invention are already in progress. My first trademark application dates back to 2024, when I applied for the name Magnetic Hair Clip before changing it to Hair Clique to avoid a broad title.

This campaign is to raise funds for legal fees, to expedite the patent process, and to cover costs associated with filing patents in other countries as well.

 Show your support for this GoFundMe

   



Donate                    Share

8/27/25, 3:44 PM    Funny @eleganceandgeekery never responded to me or any of my posts, yet they sent a link to @brebreromi and threatened to su…



Exhibit AP



← Thread
10.2K views

···

**kiandria** 07/17/25    ···

Funny @eleganceandgeekery never responded to me or any of my posts, yet they sent a link to @brebreromi and threatened to sue her for it. I do not speak on her behalf, and there's a reason y'all chose to threaten her and not me. Picking on her because you think she's an easier target. Try that with someone who doesn't have 15+ years' experience in marketing and product development. You can send those Karen-ass emails till that pink face is cherry red. It's not slander or libel if it's TRUE. 1/2

♡ 1.2K    💬 42    ⟳ 74    ◁ 1

Top ⌄                                   View activity ›

**kiandria** 07/17/25    ···

"OMG You are attacking my character by telling people all of the bad things I did!"

That's not how the law works, babes. 🙄 2/2

♡ 193    💬 1    ⟳ 2    ◁

**lovelydarktarot** 07/17/25    ···

These people throw the word defamation around not knowing a damn thing about its definition.

♡ 7    💬    ⟳ 1    ◁

**kiandria** 07/17/25 · Author    ···

Bold of you to think I didn't run that by my attorney before getting involved. 🙃

♡ 141    💬    ⟳ 1    ◁

**kiandria** 07/17/25 · Author    ···

I'm a vet in this game, baby. I am a MENACE on this Internet. You think that's the first time somebody's threatened to sue me before? I've been threatened by bigger brands with better lawyers… And won.

♡ 171    💬 3    ⟳ 3    ◁

**kiandria** 07/17/25 · Author    ···

Don't let that ChatGPT ass advice have you REALLY fucked up out here while you're threatening people.

♡ 115    💬 2    ⟳ 1    ◁

**kiandria** 07/17/25 · Author    ···

She sent her an email demanding that Bre comment under my post and say it wasn't true. 🙄🫠 GIRL GO TO HELL! If Bre were to do that, I would probably hide the comment and ask her offline if she was OK because we also saw the whole thing happen. TF?

♡ 113    💬 1    ⟳ 2    ◁

**_ellec** ✓ 07/17/25    ···

OH WOW

♡ 2    💬    ⟳    ◁

**kiandria** 07/17/25 · Author    ···

Before getting into activism… I ran the number one content marketing agencies in the southeastern United States. I was the first Black woman in the south to run a successful marketing agency, and my business was the FIRST of its kind in the state of Alabama. You really think that punk ass email is going to shake me and force me to delete something? Bitch, please. I'm a trailblazer in my industry and I've faced bigger bullies than you, and even they were no match for me.

♡ 125    💬    ⟳ 1    ◁ 1

**kiandria** 07/17/25 · Author    ···

I've literally made a career out of taking on multi billion dollar corporations and calling them out for racism. It's actually kind of crazy and very delusional to think you can stop me with an AI written email. 🙄

Exhibit AP





♡ 95    💬 1    ⟲ 2    ◁

**sovereigngoddessszn** 07/17/25

Its always caucasity with the most audacity.

May she never know peace since she decided to mess with the wrong black women.

♡ 9    💬    ⟲    ◁

**kiandria** 07/17/25 · Author

This is a perfect example of "They don't know who they're fucking with". But maybe they do… And that's exactly why they're trying to bully Bre instead of speaking directly to me.

♡ 84    💬    ⟲ 1    ◁

**kiandria** 07/17/25 · Author

@brebreromi is not responsible for me or anything I post. I am a menace to society on my own. 😵

♡ 95    💬 1    ⟲ 1    ◁

**alz0725** 07/17/25

Can you please run for office? Society needs more of your menacing!

♡    💬    ⟲    ◁

**kiandria** 07/17/25 · Author

But Bre is the bully, right? You're trying to essentially blackmail her into commenting, and saying that my post was a lie… But she's the bully? Yeah. OK.

♡ 110    💬 1    ⟲ 1    ◁

**asiathabird** 07/17/25

TELL EM KIANDRIA!!

♡ 1    💬    ⟲    ◁

**emcsquaredmama** 07/17/25    💔

Heavy on the "if it's TRUE!" People always hollering somebody defamed them. Defamation is the ABSENCE of truth! Don't be mad at me if I spill your tea! 😵

♡ 39    💬 1    ⟲ 1    ◁

**kiandria** 07/17/25 · Author

Exactly. People say oh defamation of character, defamation of character. I told Breed the same thing to prove defamation of character or to prove slander or libel. In this case it would be libel. They would have to prove that you told a lie with the intention of harming them or their brand. This is the opposite of that. They're harming your brand and you're telling the truth about it. And even if by chance it were some coincidence if you really believed it to be true at the time that's still not

▶ ▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎▏▎

♡ 29    💬    ⟲ 1    ◁

**nikki.lake56** 07/17/25

All of these tears and now threats so she can sell crappy 3D printed hair donuts to white women?

This is legit insane at this point. It costs nothing to apologize to Bre and pull down the copycat products. All she's doing is showing her entire marketing plan is getting racists to buy her crap in "solidarity".

♡ 41    💬 1    ⟲    ◁

**kiandria** 07/17/25 · Author

They're not going to pull them down because it went viral on TikTok so they're probably making money out of it. People are buying them just because Bre "made it a race thing".

♡ 26    💬 1    ⟲    ◁

**nikki.lake56** 07/17/25

Funny she keeps claiming Bre "made it a race thing" but @eleganceandgeekery is using her platform to silence black women and host a racist circle-jerk.

As always, glad you are making this public and being the menace these people deserve!

Exhibit AQ:



**Thread**
7K views

**kiandria** 07/17/25

What most people probably don't realize is that @eleganceandgeekery has a comment filter on. That means every insult toward the Black inventor, every microaggression, and every piece of blatant racism was manually approved before it showed up publicly. There are people proudly commenting that they're placing orders because the Black inventor "made it a race thing." They are intentionally curating a space filled with bigotry and harm toward Black women so they can profit off it.  1/2

♡ 851     💬 24     ↻ 118     ⊲ 3

Top ⌄                                                    View activity ⟩

**kiandria** 07/17/25

Their TikTok is full of hate comments towards Bre and it's disgusting. But that's the only platform where they've been allowed to get away with that bullshit.  2/2

♡ 45     💬 1     ↻     ⊲

**bukolakoiki** 07/17/25

It's the Nazi woman gofundme all over again aint it? 😢

♡ 24     💬 1     ↻     ⊲

**kiandria** 07/17/25 · Author

I said the same thing! I think that's why it's making my blood boil! 😡

♡ 14     💬     ↻     ⊲

Exhibit AR:



**Thread**
111K views

**kiandria** 07/17/25

A Black woman inventor called out a company for stealing her design. The white woman behind that brand played victim, accused her of bullying, and now the Black creator is being harassed with racism and threats. To make it worse, the white woman is trying to blackmail her into changing the story publicly, or face legal action. The Black creator is now raising funds to protect herself legally. Let's rally behind her. Please share and donate if you can!  1/2

♡ 9.4K    ◯ 142    ⟲ 1.8K    ▽ 58

**Top** ⌄                                    View activity ›

**kiandria** 07/17/25 · Author

If you've ever said you support Black creators, now's the time to show it. Donate, share, speak up. Silence is complicity. Period.

♡ 381    ◯ 2    ⟲ 9    ▽

**kiandria** 07/17/25 · Author

Even $5 helps. Let's make sure she knows she's not alone.

♡ 227    ◯ 1    ⟲ 2    ▽

Exhibit AS

| | | | |
|---|---|---|---|
| Cosplay headband v1.factory | 2/22/2021 10:13 PM | FACTORY File | 31 KB |
| Cosplay headband v1.STL | 2/22/2021 9:01 PM | PrusaSlicer | 46 KB |
| Cosplay headband.SLDPRT | 2/22/2021 8:58 PM | SOLIDWORKS Part Document | 91 KB |

 

 

| | | | |
|---|---|---|---|
| hair stick v1.factory | 8/30/2017 8:58 PM | FACTORY File | 40 KB |
| hair stick v1.stl | 8/30/2017 8:30 PM | PrusaSlicer | 118 KB |

 

 

Exhibit AS



eleganceandgeekery I just wanted to let you guys know that I am participating in the PDX GeekCraft Expo event next month! Im so excited! #jewelry #etsy #etsysuccess #geek #craft #portland

485w



485w  Reply

---

eleganceandgeekery Just wanting to let you guys know I will be participating in the #RCCC hope to see some of you there! #portland #oregon #oregonconventioncenter #etsyshop #etsy #comiccon

470w



---

**Elegance and Geekery**
June 10, 2017 · 🌐

ElegranceAndGeekery www.etsy.com/shop/EleganceAndGeekery is ready at GeekCraftExpo!

#etsy #etsygifts #etsyshop #etsyseller #elegantjewelry #jewelry #etsyjewelry #handmadejewelry #steampunk #rainbow #hearts #handmade #necklaces #glitter #3dprinted #printedwood #geekcraftexpo #pdx

❤️ 3                                          1  ↗







---

eleganceandgeekery

eleganceandgeekery All set up at #RCCC come see me at booth 858 if you go! #rosecity #comiccon #etsyshop

417w

Sep 8, 2017

Exhibit AS









Exhibit AT

# Kiandria's 3rd Video 17th 2pm

(posted to tiktok twice in a row)

Tiktok Description: Replying to @rowen all of you are getting scammed with this magnetic hair clip situation. Y'all are targeting @BREROMI, and don't even know who the real villain is. You think you are being an ally to a woman who claimed she was bullied… But the entire time there's a man somewhere who really did the dirty work. He's sitting back watching all of the orders and engagement pour in and letting a woman take the heat for it. SMDH.

Description on Tiktok 2nd post: Y'all are being scammed with this magnetic hair clip mess. You're targeting @breromi when the real villain is hiding in the shadows. A man is behind this, pulling the strings, profiting off stolen work, and letting a white woman take the fall. Y'all think you're being allies, but you're just playing into their hands. SMDH.

00:00:00:00 - 00:00:20:01
Kiandria
So since we're talking about who's behind what. Let's talk about this brand. Let's talk about elegance and geekery, and let's talk about who's really behind what. So let's talk about how the voice you hear is Kursten Owens, a white woman. And the face that you see is a completely different person that fits the cosplay community and gamer community, I guess.

00:00:20:04 - 00:00:26:28
Kiandria
But let's talk about who the real product developer is.

00:00:27:00 - 00:00:50:21
Kiandria
It is astounding to me the way men are able to manipulate women. And it is also disgusting because this, even though race is relevant the entire time, it is a man behind this pulling the strings and the fact that the other women don't see what's going on. And this woman is covering for him. That's the part that's really disgusting to me.

00:00:50:21 - 00:01:17:21
Kiandria
The product developer, the technical developer for elegance and geekery is Caleb Owens. It's this man. So my guess is that Caleb, the lead technical developer, found a product whether TikTok, Pinterest, wherever he saw somebody else's design, he mimicked it and he spoon fed it to Kursten without telling her. You can just tell by the tone of her voice.

Exhibit AT

00:01:17:21 - 00:01:37:09
Kiandria
She's completely caught off guard, but she's not innocent because she's not holding him accountable. Instead of calling this man out for his bullshit and telling people, hey, I didn't know. I didn't know that the product was stolen, and now I'm going to do the right thing. Instead of doing that, she painted the black girl as a bully and said, oh, you're trying to make it a race thing, so let's take race out of it.

00:01:37:11 - 00:02:15:02
Kiandria
Kursten, have some self-respect. How are you letting this so-called product developers spoon feed you a stolen design? And now he's sitting back in the shadows, untouched, letting you take the fall for it. And all of these women fighting each other, bullying another woman. Y'all are bullying this black girl over something that this man did. So Kursten isn't innocent because instead of calling out her co-founder or calling out her coworker, she is doubling down and protecting that bullshit instead, she is protecting this man who stole from another creator.

00:02:15:02 - 00:02:43:14
Kiandria
And all of y'all are fanning the flames. So let's take breaks out of it then. Since y'all don't like this, she made a race thing. How about the fact that there's a man playing puppetmaster having thousands of women fight each other? He's disrespecting Kursten by allowing her to take the fall for something that was essentially his mistake. Instead of lying and playing the victim and having people bully another creator, claiming she harassed you, hold him accountable.

00:02:43:16 - 00:03:06:09
Kiandria
Hold your company accountable, and get your ducks in a row to prevent shit like that from happening again. Don't believe me? Go to their LinkedIn. It has very detailed descriptions of what they both do in the company. Kursten runs the Etsy, she runs the Amazon, she runs the e-commerce side, hence her running their social media platform. Now Caleb is the technical product developer.

00:03:06:09 - 00:03:29:04
Kiandria
He is the one who brings products to her for her to place on the website and the social media. So for this product to have popped up, it didn't even come from Kursten. Likely it came from Caleb, and Caleb stole it. He stole it. It's plain as day they look just alike. Not just because it's a magnetic hair clip, not just functionally down to the marketing scheme.

Exhibit AT

00:03:29:08 - 00:03:49:23
Kiandria
All of it was mimicked from this other girl. And y'all see this, and y'all are making excuses for it because you honestly, you're trying to be an ally protecting this woman. And the whole time there's a dirty fucking man behind the scenes. As usual, it's a tale as old as time. Here are the women tussling in the comments.

00:03:49:23 - 00:03:59:04
Kiandria
And this man, who is the real bad guy, is getting off scot free. And all of you should be ashamed for falling for that.

Exhibit AU

# Kiandria's 2nd video 17th  1:22 pm

description on threads: This is deeper than hair clips. It's the systematic erasure of Black people from their own creativity and their own narrative. It's demonizing Black women for standing up for themselves after someone has wronged them. All of it needs to stop.

Description on Instagram: Black inventors have been systemically shut out of the resources needed to protect their own creations. The system was built that way… and this case proves it.

This white woman's entire defense hinges on the fact that the original inventor didn't yet have the means to protect her design. That's not a loophole. That's theft of intellectual property due to systemic racism.

I'm dropping the link to her GoFundMe in my story and saving it in my highlights so you can find it anytime. I'll also add the steps to report the site that's selling stolen designs.

 **kiandria** 6w

 This is deeper than hair clips. It's the systematic erasure of Black people from their own creativity and their own narrative. It's demonizing Black women for standing up for themselves after someone has wronged them. All of it needs to stop.

47 likes    Reply    • • •

00:00:00:00 - 00:00:14:27
Kiandria
Okay, so there's a couple things you can do in this situation. My bad y'all. I keep forgetting that I posted this from another app and y'all don't have the context on here. So if you want to help, there's a couple things you can do. She has a go fund me to cover her legal fees because they're threatening her with legal action.

00:00:15:00 - 00:00:34:05
Kiandria
Not if she stopped selling, not if she doesn't take her post down. I posted something and called them out for it. And they are threatening her, trying to blackmail her, saying that if she doesn't go

Exhibit AU

in the comments and flip the narrative in their favor, they're going to take her to court for it. So the go fund me is one of the most important steps so that she can actually defend herself in court.

00:00:34:10 - 00:00:51:05
Kiandria
But what we also want to do is report that shop. So I'm going to put a link in my story. I'll just post this video to my story and put it in my highlight so y'all can find it. But you want to go to Shopify and you want to select what you want to go to their legal department to report somebody.

00:00:51:05 - 00:01:09:24
Kiandria
So report a merchant and then report this store for selling counterfeit products, because they have a lot of stuff on their site that they don't have the licensing to use, like they sell shrek and SpongeBob themed shit. I think that they're probably just getting it from a Chinese vendor. So the GoFundMe is super important because, and I encouraged her to make a go fund me.

00:01:09:24 - 00:01:28:26
Kiandria
This is not a money grab. I talked her into that because I saw where this is going and she's going to need help. She needs to create some stability for her brand, and she's going to need resources to do it. And in this country, so many black inventors have had their designs stolen from them from a lack of resources.

00:01:28:26 - 00:01:57:11
Kiandria
Because this court system, this system in general and overall product development in this country hinges upon a system that stacked against us. And I don't think that's fair. Black inventors faced discrimination by judges in the courts. They face hoops and hurdles that other white inventors don't face, and not to mention just an overall lack of resources and a lack of access to resources due to the pay gap and the wealth gap in this country.

00:01:57:11 - 00:02:25:04
Kiandria
This is something that's been happening generationally and make no mistake, is not an accident. This system was designed like that. So for this white creator to keep saying you don't have a patent, you don't have a patent, you don't have a patent. As if that makes it okay. Not that you created it first. Not that you were confused, not that it's a different design, just the fact that she has not had the resources to protect it legally.

00:02:25:05 - 00:02:34:08
Kiandria
If that's your whole defense. Their whole argument hinges on systematic racism.

Exhibit AV



**Search for a patent application**

Search by application number, patent number, PCT number, publication number or international design registration number.



Sorry, the entered Application Number '19/253,840' is not available. The number may have been incorrectly typed, or assigned to an application that is not yet available for public inspection.

Exhibit AW:



Exhibit AX:



Exhibit AY





Exhibit AZ



👑 Hai'Voirienne 👑
@breromiofficial did it first and better, don't buy from this white devil and support the woman who did it first
12h ago    Reply
♡ 0

juju on dat beat
Yeah no ill be supporting breromi hope you get the karma you deserve because trust and believe the universe has a way of making people pay 😂
8-16    Reply
♡ 0

†
Anywayyy always support BREROM! We hate a copycat
7-28    Reply
♡ 0

🖤 Witch Queen of Angmar 🖤
I LOVE BREROME AND HER PRODUCTS!!!!! Go buy them! Not these KNOCKOFFS 😁
7-29    Reply
♡ 0

that_girl_deeee
The original creator @BREROMI has some amazing options that work for all hair types. These are sad cheesy knock-offs.
7-15    Reply
♡ 32

Hanna 🥰
Check out @BREROMI !
7-15    Reply
♡ 21

Mak Muffinz
this would be so cute for girls with like locs or braids.. like thick protective styles! 😁 you know, like @brebreromi designed them for.
7-15    Reply
♡ 69

Yk JayBae
Our sister Breromi is the creator of these. 🎨🎨 GO SUPPORT BLACK OWN BUSINESS INSTEAD
8-9    Reply
♡ 21

ammy:)
check out @BREROMI account!! They actually have the stars since it's their original design! This acc stole their patented design and are trying to sell them
7-15    Reply
♡ 25

Yo what the
Anyone who is interested in these please get them from the og creator @BREROMI !!!!!
7-16    Reply
♡ 5

Lommy
These have been around for years. The concept was common in the cosplay community. How is the other person the OG?
7-16    Reply
♡ 17

GOGO
Anyway y'all shop with @brebreromii
7-26    Reply
♡ 25

Carla
Cheap version of Breromi
5h ago    Reply
♡ 0

ashbee444
Dang I love the BREROMI ORIGINAL pieces over these knockoffs 😁
7-30    Reply
♡ 697

Kandeez_Delite
go to @breromiofficial she has the original design and is way better
7-22    Reply
♡ 4

FoodwithTy
You can get it for the real creator who DID add pins in her @breromiofficial
8-4    Reply
♡ 0

hbomb6669🇨🇦
BREROM IS THE OG AND HERS ARENT UGLY
7-27    Reply
♡ 1061

View 8 replies ∨

lecla
BREROMI Way better. Makes sense though considering she designed them!
8-8    Reply
♡ 0

Khbarner
@breromiofficial is the original with better quality better for Afro hair
7-25    Reply
♡ 11

View 1 reply ∨

Kaygottstackz❤️
originally by @breromiofficial
7-26    Reply
♡ 3

♡ Shadow ♡
@breromiofficial is the original designer ❤️
7-30    Reply
♡ 0

Exhibit AZ



**Lena** ❤️💊
@breromiofficial for the og pieces 🧷
8-6   Reply
♡ 0

**darkmisa21**
Ya'll go follow @breromiofficial
7-27   Reply
♡ 2

**Tabby**
🚨 fellow yt people. buy from @breromiofical - this is HER DESIGN. 🚨
7-30   Reply
♡ 0

**c-137**
support the orginal creator!!! @breromiofficial
7-29   Reply
♡ 1

**Margaret K**
Breromi is the original AND they're way cuter
7-29   Reply
♡ 47

**🍄fern🌿**
@breromiofficial is the original creator btw for anyone looking to buy
7-30   Reply
♡ 2

**Jack🐞**
Original or nothing! @breromiofficial
7-30   Reply
♡ 1

**🐸nightmare_tonic🐸**
SUPPORT BREROMI DO NOT SUPPORT THIS THEIF
7-30   Reply
♡ 8

**Shermta | Dream After Dark**
The original from @breromiofficial looks better
7-27   Reply
♡ 12

**winters0lider**
that looks so cheap 😵 anyways support breromi
7-29   Reply
♡ 0

**Stephanie Jones**
Breromi ! ORIGINALLY IS ALWAYS BETTER THAN A COPYCAT
8-16   Reply
♡ 1

**TayWay**
BREEOMI IS THE ORIGINAL CREATOR
8-12   Reply
♡ 0

**🍄fern🌿**
Hey so if yall want to buy the original creator of this product her page is @breromiofficial
7-29   Reply
♡ 0

**c-137**
support the ACTUAL creator of this design!
@breromiofficial
7-29   Reply
♡ 0

**RIYA💜**
⚠️BUY FROM BREROMI NOT WHOEVER THIS LADY IS!⚠️
8-16   Reply
♡ 6

**Queen mufasa🏴**
SUPPORT BREROMI!!!!
8-18   Reply
♡ 35

**WHITE TEARS!!! support breromi**
8-21   Reply
♡ 2

**NAJ**
SUPPORT BREOMI ONLY! ❤️❤️
8-18   Reply
♡ 1

**luzzy**
good, keep getting anxiety, BUY FROM BREROMI
8-17   Reply
♡ 0

**Laila🍊🎮🏳️‍🌈**
Okay....anyway go support @breromiofficial
8-8   Reply
♡ 0

**Hushhushacc**
The REAL creaters name is breromi please go check her profile and buy her clips guys!!
8-13   Reply
♡ 0

**Alex Coronado**
@breromiofficial is the actual original creator 🤳
8-15   Reply
♡ 0

**~Yanaa**
BREROMI IS THE ORIGINAL CREATOR
7-28   Reply
♡ 1694

View 12 replies ⌄

**Maya**
BREROMI is the original creator!!!
8-10   Reply
♡ 6

Exhibit AZ



iibeatshi4realhaha
Baby that is so different.. yours came after hers
anyways support and buy from @breromiofficial
7-29    Reply
♡ 0

Cece
@breromiofficial is WAAAYYYY BETTER 😳🗿
7-28    Reply
♡ 0

Cashews-Gaming🐾
let's go support the OG creator, BREROMI <3
7-28    Reply
♡ 1

M3☆Somi
Breromi did it first and better!!
7-27    Reply
View 12 replies ⌄
♡ 1888

loany 🧸
SUPPORT BREROMI!!!! 😊
7-27    Reply
View 6 replies ⌄
♡ 2566

that_pjo kid 818
I cheering for breromi
7-27    Reply
View 1 reply ⌄
♡ 1060

ash_l3.yyy
Support breromi not some fake that can't that
seeing another persons achieve
7-28    Reply
View 1 reply ⌄
♡ 341

Coolie gal🇯🇲
Oooooooouuuu so support breromi
8-18    Reply
♡ 6

Nia Fitzhugh
SUPPORT BREROMI!!!!
7-28    Reply
♡ 7

FREE CHRIS SMALLS▱▱▱
Anyway go breromi!!!
7-31    Reply
♡ 8

Maozz
breromi > you
7-29    Reply
♡ 9

raspberryart15
Support breromi 🙏🙏
8-3    Reply
♡ 9

allison🫶
SUPPORT BREROMI!!! 😊
7-28    Reply
♡ 5

aura <3
support breromi
7-28    Reply
View 2 replies ⌄
♡ 11

🫠7
Girl boo, SUPPORT BREROMI 💔💔
7-28    Reply
♡ 8

I'm Huening Kai's wife👗🈂
Anyways support breromi 💔
8-7    Reply
♡ 1

These are trash breromi products are so cool!
8-23    Reply
♡ 1

Selena
Anyways, let's support Breromi 🫶
8-13    Reply
♡ 0

rachwittyandpretty
Support breromi
8-7    Reply
♡ 1

Bailey
BREROMI IS THE ORIGINAL CREATOR BUY FROM
HER NOT HERE
8-20    Reply
♡ 1

🪐Lexy🪐
Oh boooooo. Support breromi
8-13    Reply
♡ 0

🍂🐻🦇🐻‍❄️
Boooooooooooo ! I just followed @breromi,
buying from her asap
8-13    Reply
♡ 0

male tears 😵
blah blah blah im a white lady and I'M the victim
blah blah anyways support BREROMI
8-13    Reply
♡ 0

Toot
Okay victim sybau SUPPORT BREROMI!!!!!
8-18    Reply
♡ 0

Exhibit BA





## Exhibit BA (small example from Boyce Threads Targeting Plaintiff)



**kelly.frederick_** 07/15/25
I did exactly that...scamming B#%$!
♡ 21   💬 1   ⟲   ▽

**tj4pupluv** 07/15/25
Reported her page
♡ 11   💬   ⟲   ▽

**kellz.b.cookin** 07/15/25
No engagement from me but definitely reported. I refuse to give her any views or engagement

**theseeamericanthighs** 07/15/25
I reported it under theft of intellectual property
♡ 3   💬   ⟲   ▽

**dustinblondin** 07/15/25
Reported her for fraud
♡ 2   💬   ⟲   ▽

**arcadia_honeyseed** 07/16/25
Done
♡   💬   ⟲   ▽

**bookboner** 07/15/25
I just went through and reported every single video for selling counterfeit goods 😊
♡ 268   💬 5   ⟲   ▽

**charitablemonkey92** 07/15/25
I reported her page for suspected copyright infringement of others and made this comment on a video. Is there anything else I can do to help that I'm not thinking of? Thank you for bringing this to my attention!!

**camie.raven** 07/15/25
She's also selling these on Amazon and Etsy.
I reported those items. Would be awesome if everyone else did as well.

**meglinds13** 07/15/25
Reported the page, and working on reporting the videos. Trash behavior on her part, and she deserves repercussions.
♡ 66   💬   ⟲   ▽

**auralani_ra** ● 07/15/25
Went over there n put thief-related memes under her posts...then reported her page.
♡ 32   💬   ⟲   ▽

**keishajobeal** 07/16/25
No questions asked, I immediately suited up and went into battle. If Kiandria says jump, we jump. Period. Reported her videos and thumbs downed all the supporting comments just to be petty. 🎉
♡ 23   💬   ⟲   ▽

**char_coats_27stars** 07/16/25
On it. Didn't make it in time before she shut down comments on insta but I'm redownloading tik tok RIGHT NOW. I gotta lot of mean girl energy left from growing up like I did so I reserve it for racists, misogynists, and zionists.
♡ 14   💬 1   ⟲   ▽

**mariasbookmusings** 07/15/25
Reported on Facebook as I don't use TT. As a white woman, I'm ashamed, we need to do so, so much better but we fail every single time.
♡ 24   💬   ⟲   ▽

**bails718** 07/15/25
I'm on it.

---

**wendy_lawrence77** 07/15/25
Done
♡ 3   💬 1   ⟲   ▽

**geepanther** 07/15/25
Reported, reported, reported. How dare she.
♡ 14   💬   ⟲   ▽

**hetute.telekme** 07/15/25
Content and profile reported
♡ 12   💬   ⟲   ▽

**darynfrederick** 07/15/25
Say less. On my way
♡ 7   💬   ⟲   ▽

**liminalsp_ce** 07/15/25
Reported!!!! This has got to stop. (Her, not you, just in case that wasn't clear 😄)
♡ 7   💬   ⟲   ▽

**wishfulexpat** 07/15/25
Yes, ma'am. On it.
♡ 9   💬   ⟲   ▽

**astralwing** 07/15/25
On it! I am also sick of white women's crap. 🙎
♡ 6   💬   ⟲   ▽

**stuffin_muffin_buns** 07/15/25
Welp, it seems Instagram is protecting the thief. Within seconds of reporting her videos, they respond that she does not go against their guidelines. 😠😠
♡ 7   💬   ⟲   ▽

**swshawtyyy** 07/16/25
Got you friend 🫶 reporting her videos for counterfeit items . I hope the original creator gets her money
♡ 3   💬   ⟲   ▽

**roly_poly_under_a_branch** 07/15/25
Commented and reported 👍
♡ 1   💬   ⟲   ▽

**ashpash28** 07/15/25
Done and DONE!
♡   💬   ⟲   ▽

**despicabledawny** 07/15/25
I reported them all yesterday. I'll do it again today. Which posts should we engage the comments in? I didn't want to give her engagement, so hadn't yet.
♡ 1   💬   ⟲   ▽

**tendedempress77** 07/15/25
I reported her in every category i could....
♡ 1   💬   ⟲   ▽

**caerathornton** 07/15/25
Reported account and reporting every video before blocking.
♡   💬   ⟲   ▽

**valkyriebodypiercing** 07/15/25
I do love harassing other white people who do dumb shit like this.
♡   💬   ⟲   ▽

**sami_m_jordan** 07/16/25
Ooooh I'm gonna have fun with this! I have time to report EVERYTHING 😂😂😂
♡   💬   ⟲   ▽

Exhibit BB





Exhibit BC





Exhibit BC



**@Yemmer**
This thieving ass ratchet bitch deserves nothing but failure 08-16

**@Lj The Gem**
How does it feel to be known as a thief and a liar to the masses? Is your reputation and life's legacy worth it for a few dollars?.. You should be honest with yourself, for you rself and do the right thing. I couldn't live with a reputation like you're gaining... 4d

**@Subie**
You stole that product. You're a piece of shit 4d

**@El**
What's crazy about all of this is you probably destroyed your business because who's gonna shop with you after this controversy like I'm sure her patent will be approved because she has months of evidence and now you're out of a business and a livelihood because you couldn't help but be a thief?? 4d

**@no.**
girl boo u got white tears be quiet 😂😂 4d

**@✨Mzboombartender✨🎀❤️🎀**
Girl you are real piece of shit for stealing this black womans idea 5d

**@Deno**
YOU ARE A LIAR THIEF 5d

**@Morgan**
Lord you are a terrible person. 1w

**@Kevin shanti**
Ewww u are disgusting 09-01

**@Subie**
YOU STILE THIS PRODUCT FROM A YOUNG WOMAN YOU SHOULD FEEL ASHAMED BUT YOURE JUST SOME RACIST TRASH!!!! 4d

July 15, 2025 20:34

You are a thief! You stole another person's invention!

**hgsmvm wants to send you a message**

July 15, 2025 09:13

You're doomed to fail you rancid white troll.

**Infinamz wants to send you a message**

July 15, 2025 17:57

Thief!! Colonizer!! Gross cvnt!!

**rahrahzhere wants to send you a message**

**@Joshua**
You're trash! 08-18

**@scandalous_behavior**
Thieving ass b*tch 4d

**@India**
this is so racist like how do you sleep at night?? 4d

**@reree6798**
We don't like how you stole the whole idea from another women then tried to sue her you bum white bitch The real creator is @breromiofficial 4d

**@Jah**
RACIST 4d

**@justcy**
Loser. No one wants you to succeed 4d

**@Dan Smith**
Scum 6d

**@Trev**
I wonder who these were stolen from😖😖 08-30

**@Aubree Ramirez**
Your name on here should be eleganceandthefory!! Love the STOLEN product ! 😬 4d

**@Deno**
LAME AND TACKY ON DEAD LIMP GREASY HAIR THIEF 5d

**@☀️Ellie☀️**
she ripped off other people's designs and ideas. she's a fraud 1w

**@Solar Wolf Rai**
Guys... buy the original through Breromi. I hope life deals this woman everything she deserves for being a thief. 09-02

**@ミストッカ**
No one likes you 08-31

**@Michael Wilson**
U trash ass thief 08-30

Exhibit BC





Exhibit BD

**Over 7,800 comments filtered by Tiktok**





Exhibit BE



**3 comments**

**Faith**
girl please tell me your patent goes through these are adorable

First comment

10m    Reply    ♡ 2

**brebreromii · Creator**
when it does I will be suing anyone and everyone

6m    Reply    ♡ 1

**Faith ▸ brebreromii**
looks like a white woman copying a black woman trying to get away with it

16s ago    Reply    ♡

Hide ∧



Add comment...

Exhibit BF

This was exhibit 26 in the original complaint where Defendant Boyce sits at 102k followers. As Boyce references in the podcast her followers being under 100k, the podcast was recorded prior to the complaint date.





Podcast Transcript of Defendant Boyce's Section

Exhibit BF

00:08:43:08 - 00:09:03:07
Podcaster
Well, we have a really special guest today. Her name is Kiandria Damone. You may not know that name. If you guys remember, not too long ago, there was a viral video of a woman in a playground and she had called a five year old autistic child the N-word.

…

00:12:15:25 - 00:12:43:18
Podcaster
Yeah. Well. Kiandria saw this video, and she was like, this cannot continue. We must do something about this. Her whole point was to try to hold the processors of these payments accountable for something. Okay.  And this is not new territory for her. She is the founder of Taste Marketing and Digital Media, which I understand is one of the first social media marketing agencies in the southeast.

00:12:43:18 - 00:12:46:07
Podcaster
So this is her wheelhouse. She knows what she's doing here.

00:12:46:11 - 00:12:48:06
Podcaster
I love that. I love that.

00:12:48:07 - 00:13:03:11
Podcaster
Yes. Black woman doing this. So she was really trying to make sure that this payout did not happen. So one of the things that we wanted to hear from her is how she continues to fight this type of thing online, and what she did about it. So welcome, Kiandria.

00:13:03:18 - 00:13:04:24
Kiandria Boyce
Thank you for having me.

00:13:04:27 - 00:13:11:09
Podcaster
How did you first learn about what was going on, and why did you decide that you wanted to engage with that specifically?

00:13:11:11 - 00:13:33:13
Kiandria Boyce
Well, it came to my attention because of that, because **people know me for holding racist people accountable online**. **I go toe-to-toe essentially with people who are boldly standing in their racism, and usually they cower**. I have a really unique kind of activism. I'm

Exhibit BF

not out in the streets as much. What I'm known for doing **is kind of cyberbullying people off the internet.**

00:13:33:16 - 00:13:59:07
Kiandria Boyce
If you're bold enough to be racist, then you should be bold enough to stand on it. And, you know, **I was known for exposing people for their racism. And my audience is relentless. They will drag them. They will drag them. It's very unique brand, but it is effective. And we hold a lot of people accountable.** So when it happened, people were sending me links to the video and they were sending me there like, Ohhh, Kiandria, get her.

00:13:59:14 - 00:14:02:26
Kiandria Boyce
Ohhh, Kiandria, get her. This is going to be good. Let's get the popcorn.

00:14:03:02 - 00:14:09:16
Podcaster
I was just wondering, do you remember what you were doing when all the links started coming your way? Yeah. Was it lunchtime?

00:14:09:20 - 00:14:32:10
Kiandria Boyce
I was at home. I was at home. I'm always at home. I was at home. And I want to say it was late at night when people started sending it to me. And I was just checking my DMs, and I was seeing a lot of tags about it. And I just originally, honestly, when I first saw it, I stopped engaging on social media because I was just floored.

00:14:32:10 - 00:14:53:07
Kiandria Boyce
I was just disgusted and disappointed and sad. So I didn't even respond to it initially. And one thing I do with my activism and with my social media platform is I merge being a troll with activism. I'm using a troll, like being a troll for good. Like I'm using that super power for good. **I'm one of the biggest trolls**.

00:14:53:08 - 00:14:57:13
Kiandria Boyce
**My son calls me a professional rage baiter.**

00:14:57:16 - 00:15:00:13
Podcaster
We'll have to ask him. Can we borrow that? Yeah.

….

Exhibit BF

00:22:18:17 - 00:22:32:20
Podcaster
So we don't need to talk about her any further. Let's just get back to you. You were saying how you pivoted from people suggesting that you go after the platform saying, no, we need to go after the people who are processing these payments. How did that come together for you?

00:22:32:22 - 00:22:54:07
Kiandria Boyce
Honestly, when I thought about it and I was like somebody processing this money, there is a bank somewhere and a bank cannot just do what they want to do. They have laws, they have regulations. So it might sound weird, but one of the things I thought of, if you've ever seen the movie Rush Hour two, there's a line that Chris Tucker has in that movie, and he has this theory that, he says, **follow the rich white man**.

00:22:54:07 - 00:23:16:19
Kiandria Boyce
And he says every time there is any sort of scandal, every time there's a scheme or something going on, **there is always a rich white man at the top waiting for his cut**, because that's true for our society overall, in my opinion. And from what I've seen, evidence has shown us that. So I started thinking about there's somebody at the top with their hand in this pot, and that's who I wanted to find.

…

00:29:03:26 - 00:29:28:29
Kiandria Boyce
Easily. I have one of the biggest voices on threads. Easily. And a lot of people get it confused because of a follower count, and I'm one of those people. I don't chase the follower count. And I also don't recommend that people put that much stock in a follower account, because **I have like 100,000, no, 97,000 followers,** but **I average 5 million views a week, 55,000,000 in 30 days**.

00:29:28:29 - 00:29:36:06
Kiandria Boyce
That is a huge influx. 5 million a week is more than the Real Housewives of. Okay, so that's significant influence.

00:29:36:07 - 00:29:37:22
Podcaster
Yeah. Wow.

…

Exhibit BF

00:33:28:11 - 00:33:38:10
Podcaster
Well, outside of maybe dipping your toes into the politics realm, like how are some other ways you want to continue to grow, like your platform and your voice?

00:33:38:13 - 00:33:56:08
Kiandria Boyce
So what I want to continue to do is to, for one, pour some sense into our society. I don't know a better way to say it, but there's just a lot of chaos going on. And one of the things that I do is I'll say the quiet part out loud. Usually what I say, everybody has been thinking it, so I want to continue to do that.

00:33:56:12 - 00:34:23:13
Kiandria Boyce
But I honestly feel like with politics, I don't know what it will look like in the future, but **I feel like I'm having a great influence where I am,** so I don't know that it'll make sense to shrink myself and mold myself into this perfect little politician when **I can just be the unhinged Kiandria online**, I do. I feel like as long as I'm doing it for a good cause, I have the potential to reach more people by just being who I am outside of politics.

…

Exhibit BG



Thejcole22 Transcript
Threads Description: The yt woman tears are so annoying….

00:00:00:00 - 00:00:11:22
Kursten Owen
I woke up to the biggest pit of anxiety in my stomach.

00:00:11:24 - 00:00:20:25
Kursten Owen
On furlough from my 9 to 5. I recently made a new product called Hair Hoops that use embedded magnets, which is a concept commonly used in 3D printing. Community for over the past decade.

00:00:20:28 - 00:00:39:04
Thejcole22
Stop it, stop it! You stole the product from another creator, and you are now using your white woman tears to make it seem like you are the victim. After being called out for stealing the product and that pit of anxiety that you have, that's your conscience trying to break out that that's your guilt for stealing, being a thief.

Exhibit BG

00:00:39:04 - 00:00:41:18
Thejcole22
That's not you being bullied, that's you being held accountable Love.

00:00:41:18 - 00:00:54:03
Kursten Owen
It was less than 12 hours ago that a large creator was tagged, and I woke up to nearly 20 messages from this larger creator. Between comments, DMs and emails threatening to take a legal action against me for infringing their patent.

00:00:54:09 - 00:01:12:03
Thejcole22
Why do you say it like that? You literally stole their fucking product and that large creator is the original inventor of the product you stole. She has every right to defend her work. That's not a threat. That's holding you accountable. Why are you playing victim like, oh, boo hoo. Someone, someone. Someone told me no.

00:01:12:05 - 00:01:16:23
Kursten Owen
They're currently trying to get my account banned by her audience, which is about 50 times larger than mine.

00:01:16:27 - 00:01:34:21
Thejcole22
Well, yes, it should be banned, love. If you are going to steal other inventors inventions and then try to play victim when they call you out. You are not a business owner. You are not an entrepreneur. You are a thief. Love. It doesn't matter how many more followers she has, the new she has the right to defend her fucking business and her invention.

00:01:34:22 - 00:01:40:00
Thejcole22
Palm to plam, I know you're not used to being told fucking no, but get used to it, love.

00:01:40:00 - 00:01:42:18
Kursten Owen
And for some reason she's trying to make it a race thing.

00:01:42:20 - 00:02:05:22
Thejcole22
And for some reason it's because you're using your white woman fucking tears to refuse to be held accountable. It is a race thing. Love a white woman stole a black woman's invention and is now playing victim. That's racialised theft. Love. You are using your whiteness to avoid being held accountable. And if you understood any fucking history, you would see the issues with that.

00:02:05:24 - 00:02:13:16

Exhibit BG

Kursten Owen
Upon a deeper dive into this issue, the creator claimed to have a patent nearly a year ago, but in the email to me, she claims the patent was filed last month.

00:02:13:19 - 00:02:33:13
Thejcole22
So, Bookybutt, you obviously don't understand how patents work at all, even though you're trying to patent her product that she came up with. The U.S. gives a one year grace period to use that time to raise funds because, again, this is a race thing. I don't know if you understand systemic fucking racism, but the grants that you are able to get is a white woman aren't available to everyone.

00:02:33:17 - 00:02:38:12
Thejcole22
Not everyone has daddy's money tucked away for them to start a random business whenever they fucking want to.

00:02:38:18 - 00:02:46:14
Kursten Owen
I also found out that there was a product for sale nearly three years prior to the alleged invention that is extremely similar. Functionally.

00:02:46:16 - 00:03:04:29
Thejcole22
Your product doesn't look like this at all. If this was your inspiration, why doesn't it look more like that product? Why does it look exactly like the one from the creator that's calling you out for stealing her product? And it seems as though this clip that you're trying to show has no functional use outside of looks. And it's weird that you're saying alleged invention.

00:03:04:29 - 00:03:13:21
Thejcole22
Like she didn't fucking invent it. Her like the white woman's brow. And this is palm to palm, bro. Why do you act like this.

00:03:13:25 - 00:03:19:20
Kursten Owen
At this point due to obviousness of the design and previously available similar products? I'm not sure this is even patentable.

00:03:19:21 - 00:03:27:09
Thejcole22
Well, good thing you're not the one deciding love. You also don't even understand how patents fucking work. You're using Google AI to get your fucking answers.

00:03:27:10 - 00:03:45:09
Kursten Owen

Exhibit BG

This creator seems to think it's some type of game with statements like, but prepare for the lawsuit. They. Well, my business and livelihood isn't a game to me and I'm happy to follow the law. If this alleged invention patent is published by USPTO, I will happily take down all of my pieces if they are seen as infringing that patent.

00:03:45:10 - 00:03:50:18
Kursten Owen
Even in her own hate campaign against me, she stated she can't do anything legally until the patent is accepted.

00:03:50:18 - 00:04:13:20
Thejcole22
And you're wrong again. Stop trying to act like you understand the law when you fucking don't. When you're using Google AI to get your answers. You're halfway right because she can't sue for infringement until the patent is granted. However, she can still take legal action against you. For example. Cease and desist actions can be taken now. And also, you're trying to apply for a patent yourself when you didn't come up with the fucking product.

00:04:13:23 - 00:04:31:27
Thejcole22
Someone else that is currently in the patent pending process, they're going to get granted before you because it comes down to who created the fucking product first and that was not you love. So it seems like you're hoping that you get patent granted so that you could sue her after you stole the idea from her. Again, whiteness.

00:04:32:03 - 00:04:39:06
Kursten Owen
Please do not continue to send your hate mob after me or contact me further about this unless it is a link to your USPTO published patent.

Exhibit BH

Allboutliz's video can still be seen as reposted by Defendant Askew, and sits at 2.9 MILLION views in this screenshot.



Allboutliz's VIDEO #1 Transcript July 17th 2025 4:43 AM

00:00:00:00 - 00:00:16:21
Breana Askew
I created these magnetic hair clips because I wanted a reliable hair accessory that wouldn't break on me.

Elizabeth Jones
I don't know if y'all have seen this, but this is such a great idea. I have been on the waitlist for the re-drop of these for a while. I missed her last drop, but but oh my god, this is Breanna or Breanna Nicole.

00:00:16:21 - 00:00:33:13
Elizabeth Jones
Sorry, I don't know how she does it. But she also goes by Breromi on on all these different social medias. And I've been following her for a really long time, this journey specifically, because this is is a real problem. My partner has locs and regular claw clips like this don't work. Regular scrunchies or hair ties, they're just they don't work as well.

Exhibit BH

00:00:33:13 - 00:00:48:25
Elizabeth Jones
And so when I first saw these a couple of months ago, I was going to try and get them for him for Christmas. This is truly brilliant. They're magnetic clips. You can guess what I'm about to say. **A white lady stole this design and is now threatening to to give Breana legal troubles over it. Breana tried to send her a cease and desist.**

00:00:48:29 - 00:01:06:23
Elizabeth Jones
**This lady is claiming that it's public domain. I guess the original patent was too broad. So this lady, this white lady is getting away with essentially stealing Breana's design. And this is ridiculous. This is a common theme among us white people, right? We see somebody excelling and being excellent, and we need to steal it for ourselves. But. But Bre is the person who invented this.**

00:01:06:23 - 00:01:34:11
Elizabeth Jones
I know because, like, eight months ago, I was doing a ton of research on these things. So yeah, I was trying to find one for Christmas. **And this is the inventor**. This is the person who stocks them. **She created this product and she deserves to be blowing up for this design, not the white woman who saw it, decided to recreate it, and is now trying to play victim, saying that this was all public domain and she didn't steal anything, which she very clearly did.** Bre very clearly invented this incredible design because of a unique need that I can guarantee you that white lady did not think about on her own.

00:01:34:11 - 00:01:47:01
Elizabeth Jones
We don't. Why would we think about that? So check out Bre the next restock for these awesome clips is supposed to be in the fall. I think this is still think it would make a great Christmas gift, or just a gift for a product for anyone in your life that has thicker hair, that has their hair locked or braided.

00:01:47:01 - 00:01:50:22
Elizabeth Jones
If you see anybody else selling them, go find Bre. This is the person who made them.

Exhibit BI

## Kursten Owen Mental Health Affidavit

I, Kursten Owen, have been attending weekly therapy because of the harassment I have been experiencing. My first weekly appointment started on August 7th 2025. I have been diagnosed with Adjustment Disorder due to these events and if necessary I can provide my therapist's location and personal information to the courts privately for both my therapist and I's privacy.

**Video Appointment Reminder for Kursten Owen on Thursday, August 7th**

| ██████ Counseling      ████ Client Portal ██████ | Thu, Aug 7, 2025 at 9:16 AM |
| --- | --- |

To: Kursten <kursten.owen@gmail.com>

**IMPORTANT**: This is an automated message. Please do not reply. For any questions please contact your provider.

Hi Kursten,

This is a reminder that you have a Tele-Health appointment with ████ ████████████ at 9:30 am (PT) on Thursday, August 7th.

Your unique video appointment link: Join your Video Appointment

| Counseling | ████ | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, October 2nd - . ... | 📅 | Oct 2 |
| --- | --- | --- | --- | --- | --- |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, October 2nd - . ... | 📅 | Oct 1 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 25th - | 📅 | Sep 25 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 25th - | 📅 | Sep 24 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 18th - | 📅 | Sep 18 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 18th - | 📅 | Sep 17 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 11th - | 📅 | Sep 11 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 11th - | 📅 | Sep 10 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 4th - . | 📅 | Sep 4 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, September 4th - . | 📅 | Sep 3 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, August 28th - . ... | 📅 | Aug 28 |
| Counseling | | Inbox | Video Appointment Reminder for Kursten Owen on Thursday, August 28th - . ... | 📅 | Aug 27 |

Exhibit BI



**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

10/4/2025

/s Kursten Owen

Kursten Owen

Exhibit BJ

**Affidavit of Caleb Owen**

I, Caleb Owen, am Kursten Owen's brother and a former employee of Elegance & Geekery LLC. I swear under penalty of perjury the following:

I have known Kursten for 28 years, and I would typically speak to her multiple times a week, though that has changed as of recently. We have reduced our interactions as her life has effectively turned into either (1) tending/mediating the lawsuit or (2) trying to prepare for the associated damage it has brought forth (when I say lawsuit, I am referring to both of these points). Additionally, I personally have a hard time talking with her simply because the lawsuit is all that's on her mind. It's as if she's become a conduit for this lawsuit and it has infected all of our interactions. I would say it comes up frequently, but that would be inaccurate as it is almost exclusively the only thing that's talked about. This has generated an avoidant dynamic (on my part) as constantly talking about the lawsuit is vicariously stressful. I have effectively become a point of consolation for my sister (as have much of my family) and am no longer a brother that gets to interact with my sister's life. This has become her life.

When I call her on the phone, she's either trying to work on legal documentation, or scavenging social media to brace for what might come next. When I have visited in person, the only thing she'll talk about is the events that have occurred in relation to the lawsuit while looking at her phone. She won't even stay in the conversation as the moment she sees something on social media, she has to go to her computer and document it.

I'd like to make it apparent that this is very unlike my sister. I've always admired her ability to focus on something as she did with Elegance & Geekery and I assumed this was a unilaterally positive characteristic. What I happened to neglect is that my sister is generally quite positive, and I hadn't seen how this focus manifests itself when her livelihood is at stake. This is now apparent to me as this former focus has turned her into a distant and single-minded lawsuit tender. Where she would once happily tell me about our dogs learning a new trick, she now calls crying and frantic about how to manage her situation. Her happiness has turned to sadness. Where she would tell me the excitement of future challenges and consideration of having a child she now talks about anxiety and uncertainty of the future. Her excitement has turned to anxiety. Where she would talk to me about what I saw as benign light-hearted conversations of daily life has become about the dreadful seriousness of life. Her openness to interaction has turned into retention of security. I have become uncertain where my sister ends and this lawsuit begins, I just hope she comes back when it's over.

Now as to how this has affected me. Beyond watching the decay of my sister's mental health (which is my largest concern), it has also made me quite uncertain of the future. I spent

Exhibit BJ

nearly a decade earning an electrical engineering bachelors and computer science masters, and never thought that would be at risk because of a product release from a company that I no longer even work under. Growing up in Oregon, it's pretty universally understood that forms of bigotry are not to be tolerated. This is especially true in tech fields. Accordingly, as I was referred to as various forms of a bigoted person (putting it lightly) and then doxxed online (including my face, full name,  and LinkedIn) from a person who claims to have gotten people fired through similar doxxing, I realized I cannot use the platform now and likely not in the future (and have had to private my LinkedIn as a consequence). This is particularly meaningful as it's one of, if not the primary way to get a job in tech. I have spent quite a long time ruminating on how I'm supposed to go about this. I can't put a new employer in as a vindictive person may call them and try to get me fired. I can't put a former employer for similar reasons and lose them as a reference. If someone makes contact with a prospective employer, in the best case scenario, I'm labeled as the guy who was associated with bigotry even if the claims have no credence. Furthermore, I don't think I can even use Elegance & Geekery as a reference point as if they look it up, they'll likely see the lawsuit associated with it. So I have the choice to talk about E&G and having a reasonable likelihood of being associated with a bigotry lawsuit, or I have the choice of having a several year gap and not talking about the experience I gained from E&G. That's not to mention the perpetual awareness looming that someone might call and try to get you fired because you're labeled as a bigot which will always exist.

As a final point, while it's short, it has been just as impactful if not more so than what I just mentioned. Which is that nearly all of my family are exhibiting a degree of the negative characteristics that my sister is, but at a much lower magnitude with the exception of our conversations. All of our close family members are effectively regarding the lawsuit.

**Declaration**

I, Caleb Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

8/30/2025

/s Caleb Owen

Caleb Owen

Exhibit BK

## Affidavit of JM

I am JM, Kursten Owen's childhood best friend and an employee of Elegance & Geekery LLC. As these are public documents and my face has already been misused and spread online, I prefer to remain anonymous, but I can call or provide my full information to the court either under seal or in camera. I swear under penalty of perjury the following:

1. I have known Kursten for 20 years.

2. I speak with Kursten several times a week.

After July 14th 2025, Kursten exhibit signs of emotional distress I have personal witnessed including:

3. As a mother myself, Kursten talked to me frequently about having kids in the last year. Now, she has openly talked about being under too much stress to even think about children let alone have them.

4. Prior Kursten and I would talk on a nearly daily basis, with both of us reaching out for engagement almost equally. Now I am the one that often has to reach out in communications. Her responses are now much more direct, short and to the point due to the stress of the situation.

5. We used to get together a couple times a month in person to catch up, now that's been reduced to only once since the 14th and during that single get together the main topic of discussion is the current status of the legal situation.

6. Kursten would normally be extremely planner oriented and stay on top of scheduling as an employer. Now, Kursten has become much more chaotic for scheduling and has delayed work with me several times.

7. Prior Kursten had not mentioned therapy to me. Now, Kursten has told me in-person that she has started therapy due to the recent events.

After July 14th 2025, I have experienced the following:

Exhibit BK

8. Kiandria brought my face into this, thinking I was Kursten, manipulating my image for fun on her Threads account. She made fun of my looks and referred to me as a "Skinhead vampire," because she thought I was the white business owner. For the record, I am 100% hispanic. Not only did posts with my edited face as her profile picture get well over 100k views, but nearly all of the comments in her main post were joining in on making fun of my looks and supporting Kiandria's action. Kiandria tries to have a platform focused on "holding people accountable," but when someone pointed out that I wasn't the business owner, she glossed over it like her making fun of me was nothing and didn't even apologize for her actions. The actions of her and her followers have made me feel targeted and humiliated.

9. On top of Kiandria's use of my face, other 3rd parties have used my face to represent the business owner. These actions have made me feel very self-conscious about my looks and I am concerned about being incorrectly identified due to the false narrative spread with my image.

10. I have stress about current and future posts incorrectly utilizing my image. Because of this I feel the need to constantly be checking social media to see if new posts have been made with my face.

11. This situation has caused massive concerns about my ability to stay employed with Elegance & Geekery LLC due to the lawsuit and misinformation spread online.

**Declaration**

I, JM, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

8/29/2025

/s JM

JM

Exhibit BL

## Affidavit of Shawn Walters

I am, Shawn Walters, Kursten Owen's romantic partner. I swear under penalty of perjury the following:

After July 14th 2025, Kursten exhibited signs of emotional distress I have personally witnessed. She was shocked by all the negativity she was getting from the online public, claiming she was a thief and a racist. Both of which she has never been in over the decade that I have known her. She received so much hate and racist remarks that she began to question her own reality.

She understands the struggle of starting a business and putting her work out in the public hoping someone finds value in her work. Watching her build her business from nothing into what it is today has been amazing, she has a drive to take any new product idea she has and puts all her time and energy into making that idea a reality.

That drive went away when she received the online harassment, her business slowed down because she had to try and defend herself. The platforms where she was selling her products were being attacked by the masses others had riled up. They massively reported Kursten's online business on multiple platforms trying to get her shops taken down and social media accounts banned. It was overwhelming to watch her trying to defend against such online harassment.

But I did witness how it affected her mentally and physically. Usually Kursten loves to talk to everyone near her about what she is working on, how she designs her products and how she can make improvements. She would get excited about finding out new ways to design things and finding new tools or software that could help her achieve her goals. Her talkative and expressive personality changed when this event happened.

She became reclusive, always staring at her phone or computer screen watching her over a decade of hard work crumbling around her. She became very irritable and short tempered, when people around her would try to ask simple questions or try to assist her with anything she might have needed she at times would respond angrily and push people away. This wasn't normal behavior for her and after snapping at people around her she would later apologize, but you could tell she was really struggling because she would be sobbing and expressing how difficult the situation has been on her. These outbursts have put a lot of strain on the people she lives with, especially between herself and I.

Exhibit BL

Before this situation occurred, Kursten and I were planning on taking steps to starting a family. We kept putting it off because either the economy was bad, family emergencies happened, we were moving, financial issues, and recently this situation. The both of us were focusing on diet and exercise for months to prepare in trying to start our family. Kursten loved to go to the gym and was happy to see the amount of progress she was making towards her physical goal.

But now she is afraid to go out in public in fear that any of the hateful online followers might recognize her, not knowing if the harassment would escalate from verbal to physical. Meaning she hasn't been able to go to the gym as often as she likes too, leading to her feeling stressed and anxious about her weight and appearance. The stress and anxiety from this situation has led her to stress eating, conversations with people around her turning from venting about the situation into sobbing, obsessively watching all of her social media accounts in fear of them being deleted or banned by her harassers, having trouble going to sleep and staying asleep, and expressing that she couldn't handle the hate and false narratives anymore and wanted to erase all of her hard work.

Her loved ones didn't know what else to do for her, she was eventually convinced to seek mental help. She is now seeing a mental health therapist to help work on the trauma she has from this event.

**Declaration**

I, Shawn Walters, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

August 31st 2025

/s Shawn Walters

Shawn Walters

Exhibit BM

**Affidavit of Amanda Owen**

I am, Amanda Owen, Kursten Owen's sister. I swear under penalty of perjury the following:

1. I have known Kursten for 28 years.

2. I speak with Kursten almost daily. Discussing personal life as well as her business.

3. After July 14th 2025, Kursten exhibit signs of emotional distress including:

    a.  My sister has always carried herself well and focused a lot of time on her mental health. As of late I have seen her crying uncontrollably due to the attacks on her business and her personal character.  She has been emotionally distraught since the beginning of this situation.

    b. I have noticed her no longer being able to work on her personal growth and aspirations (examples- very infrequently going to the gym/personal workouts and stopped her planning on growing her own family). Prior she would work out several times a week and talked about starting a family frequently.

    c. Kursten would often talk about business plans and was very schedule oriented. Now, she hasn't been able to focus on her business for over a month due to the consistent bombardment of hate as well as trying to find an attorney and managing evidence and court documents.

    d. She has started going to therapy due to her inability to be able to manage her amount of stress she is under. To my knowledge she has not talked about needing therapy in any of her adult life.

**Declaration**

I, Amanda Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

/s Amanda Owen

Amanda Owen

8/31/2025

Exhibit BN

**Affidavit of April Owen**

I am, April Owen, Kursten Owen's mother. I swear under penalty of perjury the following:

1. I have known Kursten for over 28 years. We have lived in the same home except for about 1.5 years of her life. Kursten has always worked hard for things she wanted once she set her mind to it. Including education, health and her business. I have seen how she has built her business as well as many aspects of her life. My references below are based on living with my daughter, seeing her day to day life, the daily conversations we have, and seeing the constant distress she has recently been in.

2. Kursten and I speak on a daily basis and live in the same house.

After July 14th 2025, Kursten exhibit signs of emotional distress I have personal witnessed including:

3. Elegance & Geekery (E&G): She has worked hard to build a good reputation for her company providing excellent customer service, fast service and continues to create new products. She is flexible with customers, including making customizations on demand. This is especially true for the 3d printed products. I know this because I see it regularly. She used to talk about her business to some extent almost every day. I also saw the work that she did every day. She typically had prepared much more for holidays, but now has constant delays because of the recent events. Kursten planned to make new products and normally would run the printers much more than has been occurring. She now talks about the delays with everything she had planned including things she had planned with employees. She is pessimistic about her business because of what has happened and is unsure the business name can recover. Kursten has tearfully vented about shutting her business down completely due to this situation.

4. Kursten is currently on furlough from her job as an engineer. She's had conversations with me about her worries that her employer might fire her due to the claims that have been made against her. She is concerned about other future employment because she can no longer use linkedin properly, and google searches including her name brings up defamatory posts that have been made.

5. Kursten has expressed fear of her personal safety and the safety of the family and pets that live with her, a family member that had accusations made against him, and a current employee and best friend of Kursten. Images were posted of the family and the friend/employee and claims were made that she is the business owner. When Kursten does go on a walk with me, she is anxious and concerned about her surroundings especially in the evenings (which she would not do prior). She now locks the doors all the time which she had not done during the days before. She has explained some of the posts and videos to me, many I have seen for myself.

Exhibit BN

6. In the recent past, Kursten discussed having a child and started preparing for this by taking extra supplements, watching caffeine, etc…. If she wasn't talking about this, she was primarily talking about her business, her job, day to day life, and health (physical and mental) and how we can support each other in these areas. Since the recent events, she instead talks about what is happening to her business and perceptions of it, potential revenue loss, concern for her job, the lawsuit, responses to the lawsuit, and what people are claiming online. Much of this time is her venting, crying, being stressed out chewing on her nails, heavily reviewing content or being apologetic to family because of the situation. There have also been times where she second guesses what she may have said, questioned if she is in an echo chamber in her own home or just wanted to be left alone from everyone. Prior, she would make a huge effort to focus on her physical and mental health, a big part of which included not utilizing social media. Now this event has been all consuming to her messing with her normal drive and motivation and self esteem.

7. Physical health: For the last 2 years, Kursten had been working hard on her health. She had lost a considerable amount of weight and was an instructor for a weight lifting class for sometime. For about the last month and a half, she has exercised very little at home or the gym. This includes a reduced frequency of going for walks with me and our dogs which is where she used to discuss a lot of her future plans before. I will usually have to urge her to get out of the house for the walks. Kursten and I usually did some coordination in regards to our diet. We had been trying to consider healthy options in our meal planning which had been going pretty well. Now it is a lot of frozen, very quick unhealthy meals much of the time. She wants things to change but has little time, energy or motivation to work on them at this point due to the stress this situation has caused and the time it requires.

8. To my knowledge Kursten has not seen a therapist in her entire adult life prior. Kursten started seeing a therapist shortly after the recent events. She has seen them once a week and as far as I know, will continue to see them for some time.

**Declaration**

I, April Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

/s April Owen

April Owen

8/31/2025

Exhibit BO

**Affidavit of Troy Owen**

I am Troy Owen, Kursten Owen's father, swear under penalty of perjury the following:

1. I have known Kursten since birth, so 28 years.

2. We speak daily about various topics.

Prior to July 14th 2025, Kursten did not exhibit signs of emotional distress including the following:

3. She has always exemplified being positive about her safety and outcomes for her positive living directions.

4. Her employees' personal safety has never been an expressed issue.

5. She never had a desire to protect herself by getting a gun ready to defend herself.

6. She has always been a problem solver and would rarely vent out problems and would successfully solve prior problems without involving me or others in the home.

7. She would be physically active which includes training/teaching classes at the Gym. She would workout consistently several times a week.

8. To my knowledge Kursten was not previously diagnosed with a mental health disorder prior to this date.

9. She was consistently walking her dogs.

After July 14th 2025, Kursten exhibit signs of emotional distress I have personally witnessed including the following:

10. She now massively stresses about her personal safety and well being.

11. She now has worries for her employees personal safety and well being.

12. She is so concerned about personal safety by now ensuring guns are accessible in her home to defend herself.

Exhibit BO

13. She is constantly venting her frustrations about the situation between her life and the people affecting her negatively multiple times a day for nearly every day. I would say completely consumed over the situation.

14. Her patterns of working out have changed drastically. Instead of nearly daily working out, it seems that weekly if that would be more descriptive.

15. She has started speaking to a therapist about the all consuming situation. This is something that I would have never seen her need or do until recently. She has the capability to shake off things without them affecting her. This is affecting her so greatly that a therapist was needed on top of all the venting to everyone in the house on constant.

16. She normally would go out and walk the dogs daily. She would be lucky to hit half of those days in a week now where she walks the dogs. It seems that she has issues being outside or is completely consumed with internal dialogue that she talks herself out of doing things or going places due to the stress of everything.

**Declaration**

I, Troy Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

August, 31st, 2025

/s Troy Owen

Troy Owen

Exhibit BP (red boxes from original complaint)







Exhibit BQ



**Thread**
4.5K views

**kiandria** 07/16/25

Keep reporting that thief. Protect Black women. 🤎💪🏾

**honeybeebrewer** 07/16/25

Did you know you can report a merchant on Shopify? @kiandria and @brebreromi have the info on their pages! 1/3

♡ 472    💬 4    ⟳ 72    ⩤ 3

Exhibit BR



Comments under multiple past positive reviews since the harassment



Exhibit BS

## Example 1



## Example 2



## Example 3

**Example 4-** This 2+ year old collaboration video is now deleted because the creator didn't want to deal with the harassment



Exhibit BU



Shopify Contact forum



## Email Notification Request



Exhibit BU

## Etsy Contact

| | | Melinda | 16 hours ago |
|---|---|---|---|
| | ☆ | You are still selling a product that is not your design | |

| | | dana Robertson | Sep 25, 2025 |
|---|---|---|---|
| | ☆ | Why steal and cry about it. Your karma is going to be so big you'd wish you never done what y... | |

| | | Lil Dominique | Sep 24, 2025 |
|---|---|---|---|
| | ☆ | The magnetic claw clips ideal was stolen from a black woman!!!!!! | |

| | | Jax Z | Sep 22, 2025 |
|---|---|---|---|
| | ☆ | You are privileged as white and you are using that within a racist judicial system to hurt black ... | |

| | | Nya Muir | Sep 17, 2025 |
|---|---|---|---|
| | ☆ | Shame on you for stealing this idea. I'm praying you rightfully loose the lawsuit and justice be ... | |

| | | kaylarboo | Sep 9, 2025 |
|---|---|---|---|
| | ☆ | You are a sick individual for stealing others work fake crying and using your skin color to sue s... | |

## Privating/limiting accounts

