FILED 06 OCT '25 12:06 USDC-ORE

## In the United States District Court for the District of Oregon

Kursten Owen (individually and d/b/a Elegance & Geekery LLC),

Plaintiff,

v.

Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce,

and Does 1-100,

Defendants.

**Plaintiff Kursten Owen Providing Video and Spreadsheet Evidence**

**Case No.: 6:25-cv-01272-AA**

---

### Plaintiff Kursten Owen Providing Video and Spreadsheet Evidence

I, Kursten Owen, am providing the courts with video exhibits along with an Excel spreadsheet to provide the necessary context in this case. Below is a list of what is provided on the USB and a short description:

Exhibit B Breromi's Post Night of the 14th

Exhibit K All of Kursten Owen Response videos (3 total, labelled in order)

Exhibit T Askew Reposts HoneyBeeBrewer (Melissa Brewer)

Exhibit V Askew "you are not a small creator your a thief" post

Exhibit AE Boyce "Sue me IDGAF" video posted 18th

Exhibit AF Boyce 1st video posted 17th "EG is now essentially blackmailing.." White man narrative

Exhibit AG Boyce 5th video on 18th "quite kid"

Exhibit AM Boyce threads post and repost of Brewer video "black inventors.."

Exhibit AT Boyce's 3rd video white man narrative continues

Exhibit AU Boyce's 2nd video "this is deeper than hair clips"

Exhibit BG Boyce Shares TheJcole22 Video

Exhibit BH Askew reposting Allboutliz Video

Exhibit BQ Boyce "Keep reporting that thief..." (Reposts Melissa Brewer video again)

Exhibit BT Spreadsheet of Askew, Boyce, and Doe social media links with metadata

## Declaration

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge and belief and that all attached exhibits are true and authentic copies.

Dated: 10/6/2025

/s/ Kursten Owen

Kursten Owen

