Kursten Owen
Pro Se Plaintiff
Kursten.Owen@gmail.com
[Address Redacted]
[Phone number Redacted]

**In the United States District Court for the District of Oregon**

| | | |
|---|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), | : | **RESPONSE TO BOYCE'S NOTICE OF IMPROPER AMENDMENT AND VIOLATION OF STATUTORY STAY** |
| Plaintiff, | | |
| v. | : | |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, | : | Case No.: 6:25-cv-01272-AA |
| and Does 1-100, | : | |
| Defendants. | : | |

-----------------------------------------------

## RESPONSE TO BOYCE'S NOTICE OF IMPROPER AMENDMENT AND VIOLATION OF STATUTORY STAY

Plaintiff Kursten Owen only responds to correct Defendant Boyce's notice "to ensure the record reflects discovery remains stayed." Under Ninth Circuit law, the procedural stay under Oregon Anti-SLAPP statutes do not apply in federal court.

In federal court, discovery is not stayed following the filing of a state anti-SLAPP motion because the Ninth Circuit "refuse(s) to apply certain discovery-limiting

Response to Boyce's Notice 1

provisions of the anti-SLAPP statute because they would conflict with Fed.R.Civ.P. 56." Metabolife Int'l, Inc. v. Wornick, 264 F.3d 832, 845-46 (9th Cir. 2001).

For this same reason, complaint amendments are allowed following an anti-SLAPP filing in federal court because "granting a defendant's anti-SLAPP motion to strike a plaintiff's initial complaint without granting the plaintiff leave to amend would directly collide with Fed.R.Civ.P. 15(a)'s policy favoring liberal amendment." Verizon Delaware, Inc. v. Covad Communications Co. (9th Cir. 2004) 377 F.3d 1081, 1091.

Thus, there is currently no stay of discovery in this matter, and Plaintiff's amended pleading under 15(a)(1) was a timely response to the Defendants' motions to dismiss.

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

<u>/s/ Kursten Owen</u>

   Kursten Owen

Dated: 10/21/2025

Response to Boyce's Notice 2