Kursten Owen
Pro Se Plaintiff
Kursten.Owen@gmail.com
[Address Redacted]
[Phone number Redacted]

**In the United States District Court for the District of Oregon**

| | | |
|---|---|---|
| Kursten Owen (individually and d/b/a Elegance & Geekery LLC), Plaintiff, | : | |
| v. | : | **NOTICE OF DEFENDANTS' FAILURE TO TIMELY PLEAD OR DEFEND AGAINST FIRST AMENDED COMPLAINT** |
| Breana Askew (individually and d/b/a Breromi), Kiandria Demone Boyce, | : | |
| and Does 1-100, | : | Case No.: 6:25-cv-01272-AA |
| Defendants. | : | |

-----------------------------------------------

**NOTICE OF DEFENDANTS' FAILURE TO TIMELY PLEAD OR DEFEND AGAINST FIRST AMENDED COMPLAINT**

Plaintiff, Kursten Owen, submits this letter notice to inform both defendants and the Court that Defendant Kiandria Demone Boyce and Defendant Breana Askew have failed to timely plead or otherwise defend against Plaintiff's First Amended Complaint and are subject to default.

On October 6, 2025, Plaintiff filed her First Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(b) and it was served electronically on both defendants that day. This amended complaint superseded and replaced Plaintiff's original complaint filed on July 18, 2025. "The 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" Lacey v. Maricopa Cnty., 693 F.3d 896, 925 (9th Cir. 2012).

Under Federal Rule of Civil Procedure 15(a)(3), defendants were required to respond to the amended complaint "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." It has now been 43 days since Plaintiff's First Amended Complaint was served on October 6, 2025, which is well past the 14 day response deadline. Defendants did not seek an extension of time to respond to the amended complaint.

The defendants' motions to dismiss are not sufficient because "when an amended complaint is filed, any previously-filed motions to dismiss are moot." Hearn v. Truesdale, No. 1:24-CV-00326-DCN, 2025 WL 711746, at *1 (D. Idaho Mar. 5, 2025).

This case is just like Singer v. Walters: "The original complaint—the subject of the pending motions to dismiss and strike—is now non-existent and performs no function in this case. See Ramirez, 806 F.3d at 1008. Because Defendants' 12(b) motions are attacking a non-existent complaint, the motions are ordinarily denied as moot. See e.g., id.; J.M. through McWilliams v. Tulare City Sch. Dist., No.

1:21-cv-1766-AWI-EPG, 2022 WL 1489481, at *1 (E.D. Cal. May 11, 2022); Ruffa v. S. California Edison Co., No. 1:22-cv-01556-ADA-BAM, 2023 WL 2143399, at *1 (E.D. Cal. Feb. 21, 2023). Therefore, the Court will require Defendants to file notices informing the Court why its pending motions are not moot or, alternatively, file notices to withdraw their motions to dismiss and strike." Singer v. Waters, No. 1:25-CV-00532-KES-SAB, 2025 WL 1735144, at *1 (E.D. Cal. June 23, 2025).

Given this, Plaintiff requests that the defendants either renew their motions to dismiss and the motion to strike and apply them as responses to the amended complaint, or, preferably, answer the amended complaint. She seeks to meet and confer with defendants on this issue to satisfy Local Rule 55-1, but notes defendants' opposition to meet and conferral. Absent a response to the amended complaint, or an agreement to meet and confer by December 1, 2025, Plaintiff will move for appropriate relief, including (a) entry of default under Rule 55(a); (b) striking the pending motions as moot; and/or (c) requesting a court-ordered response deadline. Plaintiff respectfully urges Defendants to either answer or otherwise respond to the amended complaint, or to communicate and meet and confer promptly to avoid unnecessary motion practice and to ensure judicial economy.

**Declaration**

I, Kursten Owen, declare under penalty of perjury pursuant to the laws of the United States and Oregon that the above is true and correct to the best of my knowledge.

/s/ Kursten Owen

Kursten Owen

Dated: 11/18/2025