IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


KURSTEN OWEN, individually
and dba Elegance & Geekery LLC,

              Plaintiff,

     v.

BREANA ASKEW, individually
and dba Breromi; KIANDRIA
DEMONE BOYCE; DOES 1-100,

              Defendants.

Civ. No. 6:25-cv-01272-AA

**OPINION & ORDER**

AIKEN, District Judge.

Defendants' "Notice of Concern and Request for Clarification of Temporary Restraining Order," ECF No. 57, states that it is "a Notice, not a Motion, and therefore does not require conferral." The filing requests affirmative relief, however, and so it functionally is a motion and so, as the parties have been reminded, requires conferral and, in the absence of conferral, it is subject to summary denial. ECF Nos. 44, 51. To the extent that Defendants seek clarification of the TRO, the Court has already issued a preliminary injunction, ECF No. 39, and a ruling on Plaintiff's motion to show cause that clarifies the boundaries of the injunction, ECF No. 77. Defendants' Notice of Concern, ECF No. 57, is DENIED.

Defendants' Motion to Require Alternative Service and Conferral, ECF No. 62, also indicates that the parties did not confer on the basis that Defendants "do not feel safe conferring with Plaintiff without risk of further false accusations." Defendants seek to have service and conferral done through CM/ECF or the mail. Once again, the failure to confer justifies summary denial of the motion, as the Court has previously counseled the parties. On the substance of the request, neither CM/ECF nor U.S. Mail are reasonable means for the parties to accomplish conferral. The Local Rules generally require that conferral be accomplished "through personal or telephone conferences." LR 7-1(a)(1)(A). The Court concludes that the parties are unlikely to be able to successfully confer on their motions by telephone and the record is overflowing with disputes over the substance and purpose of various communications between the parties. The Court concludes that the most efficient and documentable means of conferral is by email and will order that conferral be done by email. Motions and other filings must, of course, be served according to the Federal Rules of Civil Procedure and the Local Rules of the District of Oregon. The Motion, ECF No. 62, is otherwise DENIED.

However, the Court will caution the parties that if this case goes forward and the parties remain unrepresented, they will almost certainly have to actually speak to one another in order to conduct discovery.

It is so ORDERED and DATED this ____31st____ day of March 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge

Page 2 –OPINION & ORDER