**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**KURSTEN OWEN**
**Plaintiff(s),**

**v.**

**BREANA ASKEW, et al.**
**Defendant(s).**

**Case No.: 6:25−cv−01272−AA**

**PRO BONO APPOINTMENT RESPONSE FORM**

---

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

______________________________

______________________________

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

______________________________

______________________________

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

______________________________

______________________________

**DATED** this 13th day of November 2026
.

s/ Stephen Healy
Signature

Stephen Healy, OSB No. 201739
Printed Name and Oregon State Bar No.

Attorney for Defendant
Kiandria Demone Boyce